UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
CIVIL DOCKET ENTRIES FOR CASE A03-0029--CV (JKS)
"ALASKA RENT-A-CAR INC V CENDANT CORP ET AL"

Including terminated parties, excluding terminated counsel

```
   Presiding Judge:  The Honorable James K. Singleton, U.S. District Judge
  Magistrate Judge:
     Referral Rule:
             Filed: 01/31/03
            Closed: NO

      Jurisdiction: (4) Diversity (see citizenship of parties)
     PLF Diversity: (4) Incorporated or Principal Place of Business in This State
     DEF Diversity: (5) Incorporated and Principal Place of Business in Another State

    Nature of Suit: (190) Other contract actions
                    28:1332
            Origin: (1) Original Proceeding
            Demand:
        Filing fee: Paid $150.00 on 01/31/03 receipt # 00119623
          Trial by: Jury
```

Parties of Record:                                  Counsel of Record:

PLF 1.1            ALASKA RENT-A-CAR INC            Jon T. Givens
                                                    Bankston Gronning O'Hara P.C.
                                                    601 W. 5th Avenue, Suite 900
                                                    Anchorage, AK 99501
                                                    907-276-1711
                                                    FAX 907-279-5358

                                                    Christopher J. Heaphey
                                                    Bankston Gronning O'Hara PC
                                                    601 W. 5th Avenue, Suite 900
                                                    Anchorage, AK 99501
                                                    907-276-1711

DEF 1.1            CENDANT CORP                     Diane F. Vallentine
                                                    Jermain Dunnagan et al
                                                    3000 A Street, Suite 300
                                                    Anchorage, AK 99503
                                                    907-563-8844
                                                    FAX 907-563-7322

                                                    Jonathan Solish
                                                    Jenkins & Gilchrist
                                                    12100 Wilshire Boulevard
                                                    15th Floor
                                                    Los Angeles, CA 90025

                                                    John F. Dienelt
                                                    Piper Rudnick LLP
                                                    1200 19th Street NW
                                                    Washington, DC 20036-2412

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
CIVIL DOCKET PARTY INFORMATION FOR CASE A03-0029--CV (JKS)
"ALASKA RENT-A-CAR INC V CENDANT CORP ET AL"

Including terminated parties, excluding terminated counsel

| Parties of Record: | | Counsel of Record: |
|---|---|---|
| DEF 2.1 | AVIS RENT-A-CAR SYSTEM INC | Diane F. Vallentine (see above) |
| | | Jonathan Solish (see above) |
| | | John F. Dienelt (see above) |
| DEF 3.1 | AVIS GROUP HOLDINGS INC | Diane F. Vallentine (see above) |
| | | Jonathan Solish (see above) |
| | | John F. Dienelt (see above) |
| DEF 4.1 | [T] HFS CAR RENTAL INC | No counsel found for this party! |
| DEF 5.1 | CENDANT CAR RENTAL GROUP INC | Diane F. Vallentine (see above) |
| | | Jonathan Solish (see above) |
| | | John F. Dienelt (see above) |
| DEF 6.1 | AVIS CAR RENTAL GROUP INC | Diane F. Vallentine (see above) |
| | | Jonathan Solish (see above) |
| | | John F. Dienelt (see above) |
| DEF 7.1 | BUDGET RENT-A-CAR SYSTEM INC | Diane F. Vallentine (see above) |
| | | Jonathan Solish (see above) |
| | | John F. Dienelt (see above) |
| SMA 1.1 | RUSKIN, DAVID | David B. Ruskin Ruskin & Molenda 601 W. 5th Avenue, Suite 700 Anchorage, AK 99501 907-277-1711 |

```
UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
        CIVIL DOCKET ENTRIES FOR CASE A03-0029--CV (JKS)
             "ALASKA RENT-A-CAR INC V CENDANT CORP ET AL"

                         For all filing dates


  Presiding Judge:  The Honorable James K. Singleton, U.S. District Judge
  Magistrate Judge:
    Referral Rule:
            Filed: 01/31/03
           Closed: NO

     Jurisdiction: (4) Diversity (see citizenship of parties)
    PLF Diversity: (4) Incorporated or Principal Place of Business in This State
    DEF Diversity: (5) Incorporated and Principal Place of Business in Another State

   Nature of Suit: (190) Other contract actions
                   28:1332
           Origin: (1) Original Proceeding
           Demand:
       Filing fee: Paid $150.00 on 01/31/03 receipt # 00119623
         Trial by: Jury


 Document #   Filed    Docket text

      1 -  1  01/31/03 Complaint filed; Summons issued.

      2 -  1  01/31/03 PLF 1 Jury Demand.

      3 -  1  02/06/03 PLF 1 Return of Service Executed on F. Robert Salerno for Avis
                       Rent-A-Car System, Inc. on 02/03/03.

      4 -  1  02/06/03 PLF 1 Return of Service Executed on Stephen Holmes for HFS Car Rental,
                       Inc.on 02/03/03.

      5 -  1  02/07/03 PLF 1 Return of Service Executed re: DEF 3 on 2/4/03.

      6 -  1  02/11/03 PLF 1 Return of Service Executed on James Buckman, Cendant Corporation
                       on 02/03/03.

      7 -  1  02/25/03 DEF 1-4 Attorney Appearance of Diane F. Vallentine.

      8 -  1  02/25/03 DEF 1-4 motion for an extension of time to to 03/17/03 to file an answer
                       or jurisdictional motions w/att memo, aff & exhs.

      9 -  1  02/27/03 JKS Minute Order granting mot for an ext of time to to 03/17/03 to file
                       an answer or jurisdictional mot (8-1). cc: cnsl

     10 -  1  02/27/03 PLF 1 oppo to DEF 1-4 mot for an ext of time to to 03/17/03 to file an
                       ans or jurisdictional motions (8-1).

     11 -  1  03/11/03 PLF 1 motion to open discovery w/att memo & exhs.

     12 -  1  03/13/03 DEF 1 motion to participate as attorney & consent of Jonathan Solish
                       w/lcl cnsl D. Valentine w/att exh.

     13 -  1  03/14/03 PLF 1 non-opposition to DEF 1 motion to participate as attorney &
                       consent of Jonathan Solish w/lcl cnsl D. Valentine (12-1).

     12 -  2  03/17/03 JKS Order granting motion to participate as attorney & consent (12-1).
                       cc: cnsl, J. Solish
```

```
                    UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                          CIVIL DOCKET ENTRIES FOR CASE A03-0029--CV (JKS)
                             "ALASKA RENT-A-CAR INC V CENDANT CORP ET AL"
```

For all filing dates

| Document # | Filed | Docket text |
|---|---|---|
| 14 - 1 | 03/17/03 | DEF 1-4 motion to transfer this action to the US District Court for Eastern District of New York w/att memo, aff and exhs. |
| 15 - 1 | 03/17/03 | DEF 1-4 motion (rule 12(b)(6)) to dismiss for failure to comply with mediation clause in agreement pursuant to contract and 9 U.S.C. Section 3 w/att memo, aff and exh. |
| 16 - 1 | 03/17/03 | DEF 1; 3-4 motion to dismiss for lack of personal jurisdiction of defendants Cendant and Avis Holdings w/att memo, aff and exh. |
| 17 - 1 | 03/26/03 | DEF 1-4 opposition to PLF 1 motion to open discovery (11-1) |
| 18 - 1 | 04/04/03 | PLF 1; DEF 1-4 Stipulation for extension of time until 04/11/03 to oppose motion to transfer, motion to dismiss, motion for 12(b)(6) dismissal and reply to motion to open discovery. |
| 19 - 1 | 04/04/03 | PLF 1; DEF 1-4 Notice of filing facsimile signature. |
| 18 - 2 | 04/07/03 | Order granting stip for ext of time until 04/11/03 to oppose mot to transfer, mot to dismiss, mot for 12(b)(6) dismissal and reply to mot to open disc (18-1). cc: cnsl |
| 20 - 1 | 04/11/03 | PLF 1 opposition to DEF 1-4 motion to transfer this action to the US District Court for Eastern District of New York (14-1) w/att exhs. |
| 21 - 1 | 04/11/03 | PLF 1 oppo to DEF 1-4 mot (rule 12(b)(6)) to dismiss for failure to comply with mediation clause in agreement pursuant to contract and 9 U.S.C. Section 3 (15-1) w/att exhs. |
| 22 - 1 | 04/11/03 | PLF 1 reply to oppo to PLF 1 mot to open disc (11-1) w/att exhs. |
| 23 - 1 | 04/11/03 | PLF 1 oppo to DEF 1; 3-4 mot to dismiss for lack of personal jurisdiction of defs Cendant and Avis Holdings (16-1) w/att exhs. |
| 23 - 2 | 04/11/03 | PLF 1 motion (cross) for jurisdictional discovery w/att exhs. |
| 24 - 1 | 04/18/03 | JKS MO denying mot to open disc (11-1), mot to transfer this action to the USDC for Eastern District (14-1), mot (rule 12(b)(6)) to dismiss for failure to comply with mediation clause (15-1), mot to dismiss for lack of personal jurisdiction of defs Cendant and (16-1), mot (cross) for jurisdictional disc (23-2). cc: cnsl |
| 25 - 1 | 04/18/03 | PLF 1; DEF 1-4 Stipulation for extension of time to 04/28/03 to reply to motion to dismiss for lack of personal jurisdiction and motion to dismiss for failure to comply with mediation clause and motion to transfer. |
| 25 - 2 | 04/23/03 | JKS Order denying as moot stip for ext of time to 04/28/03 to reply to mot to dismiss for lack of personal jurisdiction & mot to dismiss for failure to comply with mediation cluase and mot to transfer (25-1). cc: cnsl |
| 26 - 1 | 05/02/03 | DEF 1-4 Answer to Complaint. |
| 27 - 1 | 05/05/03 | JKS Minute Order re: initial case stat rpt/case S&P; Rule 16(b) rpt is due w/i 28 days from svc of this ord. cc: cnsl |

```
              UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                    CIVIL DOCKET ENTRIES FOR CASE A03-0029--CV (JKS)
                       "ALASKA RENT-A-CAR INC V CENDANT CORP ET AL"

                                  For all filing dates
```

| Document # | Filed | Docket text |
|---|---|---|
| 28 - 1 | 06/02/03 | PLF 1; DEF 1-4 Scheduling & Planning Conference report. |
| 29 - 1 | 06/06/03 | JKS Scheduling and Planning Order setting pretrial deadlines: Original discovery 03/16/04; Dispositive motions deadline 04/16/04; Estimate of trial by jury 30 days. cc: cnsl |
| 30 - 1 | 07/24/03 | DEF 1-4 Stipulation for extension of time to 08/11/03 to respond to discovery requests. |
| 30 - 2 | 07/25/03 | JKS Order granting stip for ext of time to 08/11/03 to respond to disc reqs (30-1). cc: cnsl |
| 31 - 1 | 08/15/03 | PLF 1  FRCP 7.1 disclosure. |
| 32 - 1 | 09/15/03 | PLF 1; DEF 1-4 Stipulation for extension to time to 09/29/03 to answer discovery requests. |
| 32 - 2 | 09/22/03 | JKS Order granting stip for ext to time to 09/29/03 to ans disc req (32-1). cc: cnsl |
| 33 - 1 | 11/06/03 | DEF 1-4 motion to participate as non resident attorney of JOhn F. Dienelt and consent w/lcl cnsl Diane Vallentine w/att exh. |
| 33 - 2 | 11/07/03 | JKS Order granting mot to appear and participate as non resident atty of John F. Dienelt (33-1). cc: cnsl, J. Dienelt |
| 34 - 1 | 11/10/03 | PLF 1 non-oppo to DEF 1-4 mot to participate as non resident atty of John F. Dienelt and consent w/lcl cnsl Diane Vallentine (33-1). |
| 35 - 1 | 11/21/03 | Stipulation to extend all pretrial ddlns by 4 mos from original ddlns. |
| 35 - 2 | 11/25/03 | JKS Order approving stip to extend all pretrial ddlns by 4 mos from original ddlns (35-1); disc to close 07/16/04; disp mots ddln 08/16/04. cc: cnsl |
| 36 - 1 | 12/04/03 | PLF 1; DEF 1-4 (joint) stipulation for entry of protective order re confidentiality. |
| 36 - 2 | 12/09/03 | JWS Order granting (joint) stip for entry of protective order re confidentiality (36-1). cc: cnsl |
| 37 - 1 | 12/30/03 | PLF 1 Address Change Notice effective 1/2/04. |
| 38 - 1 | 03/05/04 | PLF 1 Stipulation to extend time to 04/01/04 to extend deadline to add parties and amend pleadings. |
| 38 - 2 | 03/09/04 | JKS Order granting stip to extend time to 04/01/04 to ext ddln to add parties & amend pleadings (38-1). cc: cnsl |
| 39 - 1 | 04/01/04 | PLF 1 Stipulation for extension of time until 04/05/04 to amend pleadings. |
| 40 - 1 | 04/05/04 | {SEALED} |
| 39 - 2 | 04/06/04 | JKS Order granting stip for ext of time until 04/05/04 to amend pleading (39-1). cc: cnsl |

```
                    UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                         CIVIL DOCKET ENTRIES FOR CASE A03-0029--CV (JKS)
                           "ALASKA RENT-A-CAR INC V CENDANT CORP ET AL"

                                         For all filing dates


 Document #    Filed        Docket text

   41 -   1   04/16/04     {SEALED}

   42 -   1   04/23/04     DEF 1-4 Stipulation for extension of time to 04/28/04 to respond to
                           motion for leave to file first amended complaint and add new parties.

   42 -   2   04/26/04     JKS Order granting stip for ext of time to 04/28/04 to respond to mot
                           for (42-1). cc: cnsl

   43 -   1   04/26/04     PLF 1 motion to file over length brief re: motion for summary judgment
                           and permanent injunctive relief.

   44 -   1   05/07/04     PLF 1 Stipulation re: extension of pretrial deadlines; discovery to
                           close 11/16/04.

   44 -   2   05/11/04     JKS Order granting stip re: ext of PT ddlns; disc to close 11/16/04
                           (44-1) & setting the following dates: Disc to close 11/16/04; Disp mots
                           ddln 12/16/04; response to mot for sj and permanent injunctive relief
                           due 07/12/04; plf will have 60 days in which to respond to any cross mot
                           for sj or alternatively 30 days to reply to defs' oppo to mot for sj and
                           permanent relief; thereafter defs will have 30 days to reply to any oppo
                           to cross mot for sj. cc: cnsl

   40 -   2   05/12/04     {SEALED}

   45 -   1   05/12/04     {SEALED}

   46 -   1   05/26/04     JKS Minute Order granting mot to file over length brief re: mot for sj
                           and perm (43-1). cc: cnsl

   46A-   1   05/26/04     {SEALED}

   47 -   1   06/01/04     DEF 1-3 Notice of tentative settlement.

   47 -   2   06/01/04     DEF 1-3 motion (request) to hold case in abeyance.

   48 -   1   06/14/04     JKS Minute Order that settle docs or stat rpt due w/i 30 days;
                           terminating in light of this order: mot for sj and permanent inj relief
                           (46A-1), mot (request) to hold case in abeyance (47-2); trial date is
                           any is vacated.
                           cc: cnsl

   49 -   1   06/21/04     PLF 1 motion for reconsideration of 6/14/04 minute order.

   50 -   1   06/23/04     JKS Minute Order defs are directed to file their oppo to plfs motion for
                           reconsideration at dkt 49 by 6/28/04, and plfs to file a reply by
                           7/1/04. cc: cnsl

   51 -   1   06/23/04     DEF 1-3 motion for a status conference w/att memo.

   52 -   1   06/28/04     DEF 1-3 opposition to PLF 1 motion for reconsideration of 6/14/04 minute
                           order (49-1).

   52 -   2   06/28/04     DEF 1-3 motion (request) for a stay or alternatively extension of
                           pretrial schedule.

   53 -   1   07/01/04     PLF 1 reply to oppo to PLF 1 mot for reconsideration of 6/14/04 minute
                           order (49-1) w/att exh.

ACRS: R_VDSDX                     As of 10/31/05 at 4:32 PM by GARRY                        Page 4
```

```
          UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                 CIVIL DOCKET ENTRIES FOR CASE A03-0029--CV (JKS)
                   "ALASKA RENT-A-CAR INC V CENDANT CORP ET AL"

                              For all filing dates
```

| Document # | | Filed | Docket text |
|---|---|---|---|
| 53 | - 2 | 07/01/04 | PLF 1 oppo to DEF 1-3 mot (request) for a stay or alternatively ext of pt schedule (52-2) w/att exh. |
| 54 | - 1 | 07/08/04 | PLF 1 part oppo to DEF 1-3 mot for a stat conf (51-1) w/att exhs. |
| 55 | - 1 | 07/12/04 | DEF 1-3 reply to partial opposition to DEF 1-3 motion for a status conference (51-1). |
| 56 | - 1 | 07/15/04 | PLF 1 St rpt; settl negotiations discontinued. |
| 57 | - 1 | 07/16/04 | DEF 1-3 Response to plf's stat rpt, motion for extension of time within which to file responsive pleading. |
| 58 | - 1 | 07/16/04 | PLF 1 Notice of intent to file application of entry of default. |
| 59 | - 1 | 07/16/04 | PLF 1 motion for entry of default re D1-3, 5-7 w/att exhs. |
| 59 | - 2 | 07/16/04 | PLF 1 motion for default judgment re D1-3, 5-7 w/att exhs. |
| 60 | - 1 | 07/22/04 | DEF 1-3 oppo to PLF 1 mot for default judg (59-2). |
| 61 | - 1 | 07/23/04 | PLF 1 motion to require defendants to comply with FRCP 7.1 w/att memo & exhs. |
| 62 | - 1 | 07/28/04 | JKS Order denying mot for reconsideration of 6/14/04 MO (49-1), mot for a stat conf (51-1), mot (req) for a stay or alt ext of PT schedule (52-2); terminating in light of this order: motion for entry of default re D1-3, 5-7 (59-1) and motion for default judgment re D1-3, 5-7 (59-2); defs shall file either a mot to dismiss amended cmplt or an ans by 08/09/04; stat rpt due 08/16/04. cc: cnsl |
| 63 | - 1 | 07/29/04 | PLF 1 reply to oppo to PLF 1 mot for entry of default re D1-3, 5-7 (59-1) w/att exhs. |
| 63 | - 2 | 07/29/04 | PLF 1 oppo to DEF 1-3 mot (req) for a stay or alternatively ext of pt (52-2) w/att exhs. |
| 64 | - 1 | 07/29/04 | DEF 1-3 motion to dismiss plaintiff's amended complaint. |
| 65 | - 1 | 08/03/04 | PLF 1 Withdrawal of application for default judgment. |
| 66 | - 1 | 08/09/04 | DEF 1-3 opposition to PLF 1 motion to require defendants to comply with FRCP 7.1 (61-1). |
| 67 | - 1 | 08/09/04 | DEF 1-3 Statement of Corporate Ownership Pursuant to Rule 7.1 |
| 68 | - 1 | 08/10/04 | {SEALED} |
| 69 | - 1 | 08/16/04 | PLF 1 opposition to DEF 1-3 motion to dismiss plaintiff's amended complaint (64-1). |
| 70 | - 1 | 08/16/04 | PLF 1 Stat Report re: pre-trial ddlns w/att exhs. |
| 71 | - 1 | 08/17/04 | DEF 1-3; 5-7 Response to pltf's status report re pretrial deadlines. |
| 72 | - 1 | 08/24/04 | JKS Order granting motion to require defendants to comply with FRCP 7.1 (61-1); plf to pforide FRCP 7.1 disclosure w/any supp statement of change of date to plf and crt w/in 5 days of this order.  cc: cnsl |

```
                    UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                         CIVIL DOCKET ENTRIES FOR CASE A03-0029--CV (JKS)
                            "ALASKA RENT-A-CAR INC V CENDANT CORP ET AL"

                                          For all filing dates

Document #    Filed      Docket text

    73 -  1   08/26/04   DEF 1-3; 5-7 reply to opposition to DEF 1-3 motion to dismiss
                         plaintiff's amended complaint (64-1).

    74 -  1   09/20/04   JKS Order denying w/o prejudice motion to dismiss plaintiff's amended
                         complaint (64-1) to the flg of a proper mot for SJ after the close of
                         dscvy;  a new S&P order amending the order at 29-1 will issue using the
                         new close of dscvy date.

    75 -  1   09/23/04   JKS Amended Scheduling and Planning Order setting pretrial deadlines:
                         Discovery to close 03/21/05; Dispositive motions deadline 04/21/05. cc:
                         cnsl

    76 -  1   10/01/04   PLF 1; DEF 1-3; 5-7 Stipulation for ext of time to 10/12 to file answer
                         to amended cmplt.

    76 -  2   10/06/04   JKS Order granting stipulation for ext of time to 10/12/04 for DEF 1-3,
                         5-7 to file answer to amended cmplt (76-1). cc: cnsl

    77 -  1   10/12/04   DEF 1-3; 5-7 Answer to First Amended Complaint.

    78 -  1   10/29/04   PLF 1 Notice of filing motion to compel deposition of Henry R. ilverman
                         under seal.

    79 -  1   10/29/04   {SEALED}

    80 -  1   11/08/04   PLF 1 Notice of filing motion to compel deposition of James E. Buckman
                         under seal.

    81 -  1   11/08/04   {SEALED}

    82 -  1   11/12/04   PLF 1; DEF 1-3; 5-7 Stipulation for ext of time to 11/22 for defs to
                         file oppo to mot to compel deposition of Henry Silverman & mot to compel
                         deposition of James Buckman.

    82 -  2   11/15/04   JKS Order granting stipulation for ext of time to 11/22 for defs to file
                         oppos to motions to compel (82-1). cc: cnsl

    83 -  1   11/15/04   DEF 1-3; 5-7 Notice of filing motion for protective order under seal.

    84 -  1   11/15/04   {SEALED}

    85 -  1   11/15/04   {SEALED}

    86 -  1   11/22/04   DEF 1-3; 5-7 motion for a protective order w/att memo, notice, aff.

    86 -  2   11/22/04   DEF 1-3; 5-7 opposition to PLF 1 motion to compel depopsition of Henry
                         R. Sliverman (79-1).

    87 -  1   11/22/04   DEF 1-3; 5-7 motion for protective order w/att memo, notice, aff.

    87 -  2   11/22/04   DEF 1-3; 5-7 opposition to PLF 1 motion to compel deposition of James E.
                         Buckman (81-1).

    88 -  1   11/24/04   PLF 1 motion to compel production of documents and attendance of witness
                         w/att exhs.

    89 -  1   11/30/04   PLF 1 Stipulation for extension of time that plf have until 12/3/04 to
                         file a consolidated oppo to defs' mot for protective order adn reply on

ACRS: R_VDSDX                       As of 10/31/05 at 4:33 PM by GARRY                        Page 6
```

```
                 UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                        CIVIL DOCKET ENTRIES FOR CASE A03-0029--CV (JKS)
                          "ALASKA RENT-A-CAR INC V CENDANT CORP ET AL"

                                      For all filing dates

 Document #   Filed      Docket text
 ----------   -----      -----------
                         plf's mots to compel depositions.  Plf have until 12/7/04 to file an
                         oppo to def's mot for protective order re: discovery requests.

   89 -  2    11/30/04   Order granting stipulation for extension of time that plf have until
                         12/3/04 to file plf's consolidated oppo to defs' mot for protective
                         order and reply on plf's mots to compel and plf have until 12/7/04 to
                         file oppo to defs' mot for protective order re discovery requests
                         (89-1).  cc: cnsl

   90 -  1    12/03/04   PLF 1 Notice of flg pltf's consolidated pleading: reply on pltf's mots
                         to compel depositions of H. Silverman & J. Buckman & oppo to defs' mots
                         for protective orders under seal.

   91 -  1    12/03/04   {SEALED}

   91 -  2    12/03/04   {SEALED}

   92 -  1    12/07/04   PLF 1; DEF 1-3; 5-7 Stipulation for ext of time pltf have to 12/10 to
                         file oppo to mot for a protective order.

   93 -  1    12/09/04   ZZZ 1-2 opposition to PLF 1 motion to compel production of documents and
                         attendance of witness (88-1) w/att exhs.

   93 -  2    12/09/04   ZZZ 1-2 motion (cross) to quash subpoena and award costs w/att exhs.

   94 -  1    12/10/04   {SEALED}

   95 -  1    12/10/04   {SEALED}

   96 -  1    12/10/04   {SEALED}

   96 -  2    12/10/04   {SEALED}

   97 -  1    12/10/04   {SEALED}

   92 -  2    12/13/04   JKS Order granting stipulation for ext of time pltf have to 12/10 to
                         file oppo to mot for protective order at doc #84-1 (92-1). cc: cnsl

   98 -  1    12/14/04   ZZZ 1-2 Notice of filing orginal affidavit of Jose A. Stanley in support
                         of oppo  re: PLF 1 motion to compel production of documents and
                         attendance of witness(88-1), ZZZ 1-2 motion (cross) to quash subpoena
                         and award costs (93-2) w/attaff.

   99 -  1    12/15/04   {SEALED}

  100 -  1    12/15/04   DEF 1-3; 5-7 reply to opposition to DEF 1-3; 5-7 motion for a protective
                         order (86-1), DEF 1-3; 5-7 motion for protective order (87-1).

   94 -  2    12/16/04   JKS Order granting stipulation  for ext of time (to 12/15) to file reply
                         to the mot for protective order (94-1).  cc: cnsl

  101 -  1    12/16/04   PLF 1 reply to opposition to PLF 1 motion to compel production of
                         documents and attendance of witness (88-1) w/att exhs.

  101 -  2    12/16/04   PLF 1 opposition to ZZZ 1-2 motion (cross) to quash subpoena and award
                         costs  (93-2) w/att exhs.

  102 -  1    12/20/04   PLF 1; DEF 1-3; 5-7 Stipulation for ext of time to 12/27 to file
                         consolidated reply/oppo on Cendent's mot for protective order
```

```
              UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                     CIVIL DOCKET ENTRIES FOR CASE A03-0029--CV (JKS)
                       "ALASKA RENT-A-CAR INC V CENDANT CORP ET AL"

                                    For all filing dates

Document #    Filed      Docket text
----------    -----      -----------
                         (discovery) & AK Rent A Car's mot to compel (disocvery); AK Rent A Car's
                         reply to 1/6/05.

  103 -  1   12/21/04    ZZZ 1-2 reply to opposition to ZZZ 1-2 motion (cross) to quash subpoena
                         and award costs (93-2).

  102 -  2   12/22/04    JKS Order granting stipulation for ext of time to 12/27 to file
                         consolidated reply/oppo on Cendent's mot for protective order
                         (discovery) & AK Rent A Car's mot to compel (disocvery); AK Rent A Car's
                         reply to 1/6/05 (102-1) cc: cnsl

  104 -  1   12/27/04    PLF 1; DEF 1-3; 5-7 Stipulation re: deadlines for experts & expert
                         reports.

  104 -  2   12/29/04    JKS Order granting stipulation re: deadlines for experts & expert
                         reports (104-1). cc: cnsl

  105 -  1   12/29/04    DEF 1-3; 5-7 reply to opposition to DEF 1-3; 5-7 motion for a protective
                         order (84-1).

  105 -  2   12/29/04    DEF 1-3; 5-7 opposition to PLF 1 motion (cross) to compel discovery
                         (96-2).

  106 -  1   01/06/05    PLF 1; DEF 1-3; 5-7 Stipulation for ext of time (to 1/10) to file reply
                         to x-mot to compel dscvy.

  106 -  2   01/10/05    JKS Order granting stipulation for ext of time to 1/10/05 to file reply
                         to x-mot to compel dscvy (106-1). cc: cnsl

  107 -  1   01/10/05    PLF 1 Notice of flg reply on mot to compel dscvy under seal.

  108 -  1   01/10/05    {SEALED}

  109 -  1   02/09/05    JWS Minute Order denying motion to compel depopsition of Henry R.
                         Sliverman (79-1), motion to compel deposition of James E. Buckman
                         (81-1), motion for a protective order (84-1), motion for a protective
                         order (86-1), motion for protective order (87-1), motion to compel
                         production of documents and attendance of witness w/att exhs (88-1),
                         motion (cross) to quash subpoena and award costs (93-2), motion (cross)
                         to compel discovery (96-2); parties to submit choice or choices of dscvy
                         matser as well as a stip order appointing a dscvy master or, in the
                         abesence of agreement, suggestions & criticisms to the attached draft
                         order due 2/28/05. cc: cnsl

  110 -  1   02/15/05    PLF 1 Stipulation to ext pretrail deadlines.

  110 -  2   02/18/05    JWS Order granting stipulation to ext pretrial deadlines (110-1) &
                         setting the following dates: Discovery to close 04/11/05; Dispositive
                         motions deadline 05/11/05. cc: cnsl

  111 -  1   02/28/05    PLF 1 Response to Order at #109; submission of discovery master
                         candidates.

  112 -  1   02/28/05    DEF 1-7 Response to Order at #109; submission of discovery master
                         candidates.

  113 -  1   03/04/05    PLF 1 Stipulation to ext pretrail deadlines.
```

```
                    UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                        CIVIL DOCKET ENTRIES FOR CASE A03-0029--CV (JKS)
                          "ALASKA RENT-A-CAR INC V CENDANT CORP ET AL"

                                       For all filing dates


 Document #   Filed      Docket text

   114 -  1   03/11/05   PLF 1 Rebuttal expert witness disclosures.

   113 -  2   03/14/05   RRB Order setting the following dates: Discovery to close 06/01/05;
                         Dispositive motions deadline 07/01/05. cc: cnsl

   115 -  1   04/05/05   JKS Order re David Ruskin Esq tentatively apptd as dscvy master; any
                         objects to Mr. Ruskin due NOON 4/11/05, otherwise an order appointing
                         Mr. Ruskin will issue. cc: cnsl

   116 -  1   04/11/05   PLF 1 non-opposition to appt of disc master.

   117 -  1   04/11/05   PLF 1 Notice of filing prop ord.

   118 -  1   04/12/05   PLF 1 Notice of submission to discovery master.

   119 -  1   04/18/05   JKS Order appointing David Ruskin as special master for limited purposes
                         of supervising disc, implementing disc plan, ruling on disc mots &
                         imposing sanctions; this ord outlines appeal procedures of special
                         master's decisions. cc: cnsl, D. Ruskin

   120 -  1   04/25/05   DEF 1-3; 5-7 motion for protective order w/att memo & exhs.

   121 -  1   05/04/05   PLF 1 motion for permanent or preliminary injunctive relief w/att memo &
                         exhs.

   122 -  1   05/16/05   Discovery Master's declaration pursuant to Fed.R.Civ.P.53(b)3 and 28 USC
                         § 1746.

   123 -  1   05/16/05   Discovery Master's Order in DM1.

   124 -  1   05/16/05   Discovery Master's Order in DM3.

   125 -  1   05/16/05   Discovery Master's Procedural Order in DM6.

   126 -  1   05/16/05   Discovery Master's Order in DM2 and DM6.

   127 -  1   05/19/05   DEF 1-3; 5-7 opposition to PLF 1 motion for permanent or preliminary
                         injunctive relief (121-1) w/att exhs.

   128 -  1   05/23/05   DEF 1-3; 5-7 Notice of filing original declarations of K. Ceille & J.
                         Siino re: oppo to PLF 1 motion for permanent or preliminary injunctive
                         relief (121-1) w/att declarations.

   129 -  1   05/23/05   PLF 1; DEF 1-7 Stipulation to ext time to 5/27 to file reply to oppo to
                         mot for permanant or preli injunctive relief.

   129 -  2   05/24/05   JKS Order granting stipulation to ext time to 5/27 to file reply to oppo
                         to mot for permaanant or preliminary injunctive relief (129-1). cc: cnsl

   130 -  1   05/27/05   PLF 1 reply to opposition to PLF 1 motion for permanent or preliminary
                         injunctive relief (121-1) w/att aff & exhs.

   131 -  1   06/03/05   DEF 1-3; 5-7 Request for Oral Argument re: PLF 1 motion for permanent or
                         preliminary injunctive relief (121-1).

   132 -  1   07/08/05   JKS Order denying motion for O/A (131-1); denying w/o prejudice motion
                         for permanent or preliminary injunctive relief (121-1); referring to
```

```
                UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                    CIVIL DOCKET ENTRIES FOR CASE A03-0029--CV (JKS)
                       "ALASKA RENT-A-CAR INC V CENDANT CORP ET AL"

                                  For all filing dates

 Document #    Filed     Docket text
 ----------    -----     -----------
                         special master David Ruskin for resolution motion for a protective order
                         (120-1). cc: cnsl

  133 -   1  10/20/05    PLF 1; DEF 1-3; 5-7 Stipulation of pretrial deadlines.

  133 -   2  10/27/05    JWS Order granting stipulation of pretrial deadlines (133-1) & setting
                         the following dates: Dispositive motions deadline 04/01/06. cc: cnsl
```