FILED
US DISTRICT COURT
DISTRICT OF ALASKA

2005 DEC 28 AM 10: 54

John F. Dienelt, Esq.
Barry M. Heller, Esq.
William Donovan, Jr., Esq.
Scott McIntosh, Esq.
Charley Sung, Esq.
DLA Piper Rudnick Gray Cary US LLP
1200 Nineteenth Street, NW
Washington, DC 20036-2412
(202) 861-3880 (telephone)
(202) 223-2085 (fax)

Howard S. Trickey, Esq.
Diane F. Vallentine, Esq.
Jermain, Dunnagan & Owens, PC
3000 A Street, Suite 300
Anchorage, Alaska 99503
(907) 563-8844 (telephone)
(907) 563-7322 (fax)

*Counsel for Defendants*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA
AT ANCHORAGE

| | |
|---|---|
| ALASKA RENT-A-CAR, INC., an Alaska Corporation, <br><br> Plaintiff, <br><br> v. <br><br> CENDANT CORPORATION, AVIS RENT-A-CAR SYSTEM, INC., AVIS GROUP HOLDINGS, INC., and HFS CAR RENTAL, INC., <br><br> Defendants. | Case No. A03-029-CV [JKS] |

## MOTION TO PARTICIPATE AS ATTORNEY AND CONSENT

Pursuant to Local Rule 83.1(c)(2), Barry M. Heller, moves the Court to permit him to appear and participate as attorney for CENDANT CORPORATION, AVIS RENT-A-CAR SYSTEM, INC., AVIS GROUP HOLDINGS, INC., and HFS CAR RENTAL, INC. in this

*Alaska Rent-A-Car, Inc. v. Cendant Corporation, et al.*, Case No. A03-029 CV (JKS)   Page 1 of 2
Motion to Participate as Attorney and Consent

134



action. Applicant, as shown by the Certificate of Good Standing from the Clerk of the District of Columbia Court of Appeals, annexed hereto, is admitted to practice law in that Court and is in good standing. Applicant is not disqualified from practicing in the State of Alaska. Applicant will be associated with Howard S. Trickey and Diane F. Vallentine of the law firm of Jermain, Dunnagan & Owens, P.C., 3000 A Street, Suite 300, Anchorage, Alaska 99503, (907) 563-8844, who are authorized to practice in the courts of this state.

Dated this 21sth day of December, 2005.

_____
Barry M. Heller
D.C. Bar No. 940239

### CONSENT TO PARTICIPATE

We hereby consent to the foregoing motion and the granting thereof.

Dated in Anchorage Alaska this 27th day of December, 2005.

JERMAIN, DUNNAGAN & OWENS, P.C.
Attorneys for Defendants

By: _____
Diane F. Vallentine
Alaska Bar #7710177

### ORDER

IT IS SO ORDERED this ____ day of _____, 2006.

_____
JAMES K. SINGLTON, JR.
U. S. DISTRICT COURT JUDGE



# District of Columbia Court of Appeals
## Committee on Admissions
500 Indiana Avenue, N.W. — Room 4200
Washington, D. C. 20001
202 / 879-2710

I, GARLAND PINKSTON, JR., Clerk of the District of Columbia Court of Appeals, do hereby certify that

BARRY M. HELLER

was on the 14TH day of DECEMBER, 1977 duly qualified and admitted as an attorney and counselor and entitled to practice before this Court and is, on the date indicated below, an active member in good standing of this Bar.

In Testimony Whereof, I have hereunto subscribed my name and affixed the seal of this Court at the City of Washington, D.C., on December 20, 2005.

GARLAND PINKSTON, JR., CLERK

By: _____
    Deputy Clerk

John F. Dienelt, Esq.
Barry M. Heller, Esq.
William Donovan, Jr., Esq.
Schott McIntosh, Esq.
Charley Sung, Esq.
DLA Piper Rudnick Gray Cary US LLP
1200 Nineteenth Street, NW
Washington, DC 20036-2412
(202) 861-3880 (telephone)
(202) 223-2085(fax)

Howard S. Trickey, Esq.
Diane F. Vallentine, Esq.
Jermain, Dunnagan & Owens, PC
3000 A Street, Suite 300
Anchorage, Alaska 99503
(907) 563-8844 (telephone)
(907) 563-7322 (fax)

Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA
AT ANCHORAGE

| | | |
|---|---|---|
| ALASKA RENT-A-CAR, INC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. A03-029 CV [JKS] |
| | ) | |
| CENDANT CORPORATION, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

**CERTIFICATE OF SERVICE**

*Alaska Rent-A-Car, Inc. v. Cendant Corporation, et al.,*, Case No. A03-029 CV (JKS)
Certificate of Service                                                                 Page 1 of 2

I hereby certify that a true copy of the foregoing Motion to Participate as Attorney and Consent were served on this 28th day of December 2005 by U.S. First Class mail, postage prepaid, to the following counsel:

> Jon T. Givens, Esq.
> Bankston, Gronning, O'Hara, Sedor,
>   Milles, Givens & Heaphey, PC
> 601 W. 5th Avenue, Suite 900
> Anchorage, AK 99501

_Kathie Meyer_
Kathie Meyer

112579

LAW OFFICES OF
JERMAIN DUNNAGAN & OWENS
A PROFESSIONAL CORPORATION
3000 A STREET, SUITE 300
ANCHORAGE, ALASKA 99503
(907) 563-8844
FAX (907) 563-7322

*Alaska Rent-A-Car, Inc. v. Cendant Corporation, et al.*, Case No. A03-029 CV (JKS)
Certificate of Service                                                    Page 2 of 2