FILED
US DISTRICT COURT
DISTRICT OF ALASKA

2005 DEC 29 PM 3: 36

1  William M. Bankston, Esq.
   Jon T. Givens, Esq.
2  Bankston, Gronning, O'Hara,
   Sedor, Mills, Givens & Heaphey, P.C.
3  601 West 5th Avenue, Suite 900
   Anchorage, Alaska 99501
4  (907) 276-1711 (telephone)
   (907) 279-5358 (fax)
5  wbankston@bankston.to

6  Attorneys for Plaintiff

7

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA AT ANCHORAGE

| | |
|---|---|
| ALASKA RENT-A-CAR, INC. an Alaska Corporation, Plaintiff, v. CENDANT CORPORATION, et al., Defendants. | Case No.: A03-029 CV [JKS] |

### STIPULATION RE:
### DISCOVERY MEDIATION

The parties, Alaska Rent-A-Car, Inc., Cendant Corporation, et al., by their respective counsel, hereby stipulate as follows:

1.  The parties anticipate conducting a discovery mediation on January 4, 2006, before Discovery Master David Ruskin,

2.  This will entail ex parte communication between the parties and the Discovery Master, and the parties have agreed to such communications,

3.  All communications at the discovery mediation between the parties will not be used as evidence or deemed admissions,

STIPULATION RE: DISCOVERY MEDIATION
*Alaska Rent-a-Car v. Cendant Corp., et al.*, Case No. A03-029 CV [JKS]      Page 1 of 3

4. Since the parties will be having ex parte communications, the Discovery Master will not be issuing rulings on the basis of ex parte communications, but simply acting as a discovery mediator,

5. All parties consent to such mediation and agree that neither the process, ex parte communication, nor the substance of communications with the Master will be utilized to attempt to disqualify the Master,

6. The occurrence of this one mediation shall not alter the normal process of filing discovery master motions and having hearings without ex parte communication in order to obtain rulings on such motions.

BANKSTON, GRONNING, O'HARA, SEDOR,
MILLS, GIVENS & HEAPHEY, PC
Attorneys for Plaintiff Alaska Rent-A-Car, Inc.

DATED: 12/28/05

By: _____
Jon T. Givens
Alaska Bar No. 9011072

JERMAIN, DUNNAGAN & OWENS, PC
Attorneys for Defendants

DATED: 12/29/05

By: _____
Diane F. Vallentine
Alaska Bar No. 7710177

DLA PIPER RUDNICK GRAY CARY US LLP
Attorneys for Defendants

DATED: 12/28/05

By: _____
John F. Dienelt
Washington, DC Bar No. 110742

STIPULATION RE: DISCOVERY MEDIATION
*Alaska Rent-a-Car v. Cendant Corp., et al.*, Case No. A03-029 CV [JKS]   Page 2 of 3

IT IS RECOMMENDED:

DATED: 12-29-05

*[signature]*
DAVID B. RUSKIN
Special Master

**ORDER**

IT IS SO ORDERED.

DATED: _____

_____
UNITED STATES DISTRICT COURT JUDGE

STIPULATION RE: DISCOVERY MEDIATION
*Alaska Rent-a-Car v. Cendant Corp., et al.*, Case No. A03-029 CV [JKS]   Page 3 of 3