FILED
US DISTRICT COURT
DISTRICT OF ALASKA
2005 DEC 29 PM 3:36

William M. Bankston, Esq.
Jon T. Givens, Esq.
Bankston, Gronning, O'Hara,
Sedor, Mills, Givens & Heaphey, P.C.
601 West 5th Avenue, Suite 900
Anchorage, Alaska 99501
(907) 276-1711 (telephone)
(907) 279-5358 (fax)
wbankston@bankston.to

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA AT ANCHORAGE

| | |
|---|---|
| ALASKA RENT-A-CAR, INC. an Alaska Corporation,<br><br>    Plaintiff,<br><br>v.<br><br>CENDANT CORPORATION, et al.,<br><br>    Defendants. | Case No.: A03-029 CV [JKS] |

## STIPULATION RE: DISCOVERY MEDIATION

The parties, Alaska Rent-A-Car, Inc., Cendant Corporation, et al., by their respective counsel, hereby stipulate as follows:

1. The parties anticipate conducting a discovery mediation on January 4, 2006, before Discovery Master David Ruskin,

2. This will entail ex parte communication between the parties and the Discovery Master, and the parties have agreed to such communications,

3. All communications at the discovery mediation between the parties will not be used as evidence or deemed admissions,

1   4.  Since the parties will be having ex parte communications, the Discovery Master
2   will not be issuing rulings on the basis of ex parte communications, but simply acting as a
3   discovery mediator,
4
5   5.  All parties consent to such mediation and agree that neither the process, ex parte
6   communication, nor the substance of communications with the Master will be utilized to
7   attempt to disqualify the Master,
8   6.  The occurrence of this one mediation shall not alter the normal process of filing
9   discovery master motions and having hearings without ex parte communication in order to
10  obtain rulings on such motions.

BANKSTON, GRONNING, O'HARA, SEDOR,
MILLS, GIVENS & HEAPHEY, PC
Attorneys for Plaintiff Alaska Rent-A-Car, Inc.

DATED: 12/28/05                         By: _____
                                              Jon T. Givens
                                              Alaska Bar No. 9011072


JERMAIN, DUNNAGAN & OWENS, PC
Attorneys for Defendants

DATED: 12/29/05                         By: _____
                                              Diane F. Vallentine
                                              Alaska Bar No. 7710177


DLA PIPER RUDNICK GRAY CARY US LLP
Attorneys for Defendants

DATED: 12/28/05                         By: _____
                                              John F. Dienelt
                                              Washington, DC Bar No. 110742

28  STIPULATION RE: DISCOVERY MEDIATION
    *Alaska Rent-a-Car v. Cendant Corp., et al.*, Case No. A03-029 CV [JKS]                Page 2 of 3

| | |
|---|---|
| 1 | IT IS RECOMMENDED: |
| 2 | DATED: 12-29-05 |

DAVID B. RUSKIN
Special Master

**ORDER**

IT IS SO ORDERED.

DATED: 01/03/2006

UNITED STATES DISTRICT COURT JUDGE

STIPULATION RE: DISCOVERY MEDIATION
*Alaska Rent-a-Car v. Cendant Corp., et al.*, Case No. A03-029 CV [JKS]   Page 3 of 3