```
            UNITED STATES
            DISTRICT COURT
            District of Alaska
            Anchorage Division

          #  00127517  -  SF
            January 31, 2006


    Code    Case #    Qty    Amount

    085000-A 03-29CV          150.00 CK


    TOTAL→              150.00


    FROM: JERMAIN DUNNAGAN & OWENS
          BARRY M. HELLER
          NON-RES ATTY FEE
          A03-29CV TMB
```

## NOTICE TO NON-RESIDENT ATTORNEY

To: <u>Barry M. Heller</u>   Case Number: <u>3:03-cv-00029-TMB</u>

Case Title: <u>ALASKA RENT A CAR INC.</u> v. <u>CEDENT CORP., et al</u>

This Notice is being sent to advise you that your application to participate as a non-resident counsel in the above referenced case has been granted. A fee in the amount **$150.00** is required for each case in which an attorney is permitted to participate as a non-resident counsel. Please forward the required fee of **$150.00, within 15 days of receipt of this notice,** with a copy of this notice to:

U.S. District Court
Clerk's Office
222 West 7th Avenue, #4
Anchorage, Alaska 99513

Distribution:
Finance

Non-Resident Attorney Notice: Jan. 2006