John F. Dienelt, Esq.
Barry M. Heller, Esq.
William Donovan, Jr., Esq.
Scott McIntosh, Esq.
Charley Sung, Esq.
DLA Piper Rudnick Gray Cary US LLP
1200 Nineteenth Street, NW
Washington, DC  20036-2412
(202) 861-3880 (telephone)
(202) 223-2085 (fax)

Howard S. Trickey, Esq.
Diane F. Vallentine, Esq.
Jermain, Dunnagan & Owens, PC
3000 A Street, Suite 300
Anchorage, Alaska  99503
(907) 563-8844 (telephone)
(907) 563-7322 (fax)

*Counsel for Defendants*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA
AT ANCHORAGE

| | |
|---|---|
| ALASKA RENT-A-CAR, INC.<br><br>Plaintiff,<br><br>v.<br><br>CENDANT CORPORATION, et al.<br><br>Defendants. | Case No. 3:03-CV-00029-TMB |

**DEFENDANTS' AMENDED STATEMENT OF CORPORATE OWNERSHIP
<u>PURSUANT TO RULE 7.1</u>**

Defendants hereby comply with Rule 7.1 as to all defendants.

Cendant Corporation is publicly held and no corporation owns 10 percent or more of its stock.

In January 2006, Avis Rent A Car System, Inc. converted to a Delaware limited liability company, Avis Rent A Car System LLC.

Avis Rent A Car System, LLC is a wholly owned subsidiary of Avis Group Holdings, LLC.

In January 2006, Avis Group Holdings, Inc. converted to a Delaware limited liability company, Avis Group Holdings, LLC.

Avis Group Holdings, LLC. is a wholly owned subsidiary of Avis Car Holdings, LLC.

In January 2006, Cendant Car Rental Group, Inc. converted to a Delaware limited liability company, Cendant Car Rental Group, LLC ("CCRG").  On April 4, 2006, a name change was filed with the State of Delaware, changing Cendant Car Rental Group, LLC to Avis Budget Car Rental LLC.

Avis Budget Car Rental LLC ("ABCR") (f/k/a Cendant Car Rental Group, LLC) is a wholly owned subsidiary of Cendant Finance Holding Corporation.

In January 2006, Avis Car Rental Group, Inc. converted to a Delaware limited liability company, Avis Car Rental Group, LLC.

Avis Car Rental Group, LLC is a wholly owned subsidiary of ABCR (f/k/a/ CCRG).

Budget Rent A Car System, Inc. is a wholly owned subsidiary of ABCR (f/k/a CCRG).

DATED this 11th day of April, 2006.

    John F. Dienelt
    Barry M. Heller
    William Donovan, Jr.
    Scott McIntosh
    Charley C. Sung
    DLA Piper Rudnick Gray Cary US LLP
    1200 Nineteenth Street, NW
    Washington, DC  20036-2412
    (202) 861-3880 (telephone)
    (202) 223-2085 (fax)

    Diane F. Vallentine, Esq.
    Jermain, Dunnagan & Owens, PC
    3000 A Street, Suite 300
    Anchorage, Alaska  99503
    (907) 563-8844 (telephone)
    (907) 563-7322 (fax)

By:   s/ Diane F. Vallentine
      Counsel for Defendants

CERTIFICATE OF SERVICE

I hereby certify that on April 11, 2006, that a copy of the foregoing Defendants' Amended Statement of Corporate Ownership Pursuant to Rule 7.1 has been served electronically and via U.S. Mail on Jon T. Givens, Christopher J. Heaphey, John F. Dienelt, Barry M. Heller, David B. Ruskin.

s/ Diane F. Vallentine