IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

AT ANCHORAGE

| | |
|---|---|
| ALASKA RENT-A-CAR, INC. )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>CENDANT CORPORATION, et al. )<br>)<br>Defendants. )<br>) | Case No. 3:30-cv-29 [TMB] |

**STIPULATION AND ORDER REGARDING OBJECTIONS ASSERTED IN
RESPONSES TO REQUESTS FOR PRODUCTION**
**[Filed With the Discovery Master]**

The parties, Alaska Rent-A-Car, Inc., Cendant Corporation, et al., by their respective counsel, hereby stipulate as follows:

(1) For all past responses to all sets of requests for production that have been served in this case, either (a) the requests have been properly responded to and the documents that are responsive, after a reasonably diligent search, have been produced and, if any additional documents are found that are responsive, they will be produced without delay; or (b) as to document requests that will be specified by April 17, 2006, the identifying parties contend they were unable to respond because these particular requests were unduly vague and ambiguous and, accordingly, the parties have not produced any documents in response. As to those requests in subsection (b), the parties shall clarify their requests. As to those requests in subsection (b), the parties preserve their other objections and their right to interpose additional objections.

(2) If the clarification process does not result in production in response to the request for production, then a hearing may be scheduled with the Discovery Master to address the issue.

*Alaska Rent-A-Car, Inc. v. Cendant Corporation, et al.*, Case No. A03-029 CV (TMB)
Stipulation and Order Regarding Vagueness and Ambiguity Objections Asserted in
Responses to Requests for Production                                                                 Page 1 of 3

BANKSTON GRONNING O'HARA, P.C.
Attorneys for Plaintiff Alaska Rent-A-Car, Inc.

DATED: 4/11/06

By: _____
Jon T. Givens
Alaska Bar No. 9011072

JERMAIN, DUNNAGAN & OWENS, PC
Attorneys for Defendants

DATED: 4/12/06

By: _____
Diane F. Vallentine
Alaska Bar No. 7710177

DLA PIPER RUDNICK GRAY CARY US LLP
Attorneys for Defendants

DATED: 4/12/06

By: _____
for John F. Dienelt
Washington D.C. Bar No. 110742

## ORDER

IT IS SO ORDERED.

DATED: 4-11-06

_____
DAVID B. RUSKIN
Discovery Master

*Alaska Rent-A-Car, Inc. v. Cendant Corporation, et al.*, Case No. A03-029 CV (TMB)
Stipulation and Order Regarding Vagueness and Ambiguity Objections Asserted in
Responses to Requests for Production                                Page 2 of 3

## CERTIFICATE OF SERVICE

I hereby certify that on April 14th 2006 a copy of foregoing Stipulation and Order Regarding Objections Asserted in Responses to Requests for Production was served electronically on Jon T. Givens, Diane F. Vallentine and on

John F. Dienelt
DLA Piper Rudnick Gary Cary US LLP
1200 Nineteenth Street NW
Washington, DC 20036-2430

Barry M. Heller
DLA Piper Rudnick Gary Cary US LLP
1775 Wiehle Avenue, Suite 400
Reston, VA 20190-5159

by regular U.S. Mail

s/David B. Ruskin

*Alaska Rent-A-Car, Inc. v. Cendant Corporation, et al.*, Case No. A03-029 CV (TMB)
Stipulation and Order Regarding Vagueness and Ambiguity Objections Asserted in
Responses to Requests for Production                                    Page 3 of 3