IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

AT ANCHORAGE

| | |
|---|---|
| ALASKA RENT-A-CAR, INC., an Alaska Corporation, <br><br> Plaintiff, <br><br> v. <br><br> CENDANT CORPORATION, et al., <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) )   Case No. 3:03-cv-29 [TMB] |

## STIPULATION REGARDING AVIS 03895-03899

Defendants stipulate as follows:

(1) Attached to this Stipulation is AVIS 03895-03899. This document came from the files of Cendant Car Rental Group, Inc. ("CCRG").

(2) The identity of the author of this document will be provided if defendants can determine it.

(3) AVIS 03898 states: "subject to agreement by Avis licensees need to determine position ASAP." The defendants do not believe there was any communication with Avis licensees on this issue.

DATED: 4/11/06

*Seen and Agreed.*

BANKSTON GRONNING O'HARA
Attorneys for Plaintiff Alaska Rent-A-Car, Inc.

By:_____
Jon T. Givens, Alaska Bar #9011072

Stipulation Regarding avis 03895-03899
*Alaska Rent-A-Car, Inc. v. Cendant Corp., et al.*, Case No. 3:03-cv-29 [TMB]
A3388\05\STIPULATION REGARDING AVIS 03895-03899 (2)

Page 1 of 3

JERMAIN, DUNNAGAN & OWENS, P.C.
Attorneys for Defendants

DATED: 4/12/06   By: _____
Diane S. Valentine
AK Bar No. 7710177

DLA PIPER RUDNICK GRAY CARY US LLP
Attorneys for Defendants

DATED: 4/12/06   By: _____
for John F. Dienelt
Washington D.C. Bar #110742

IT IS RECOMMENDED.

DATED: 4-11-06   _____
DAVID B. RUSKIN
Special Master

**ORDER**

IT IS SO ORDERED.

DATED: _____   _____
TIMOTHY M. BURGESS
UNITED STATES DISTRICT COURT JUDGE

## CERTIFICATE OF SERVICE

I hereby certify that on  April 14, 2006   a copy of foregoing Stipulation Regarding AVIS 03895-03898 was served electronically on Jon T. Givens, Diane F. Vallentine and on

John F. Dienelt
DLA Piper Rudnick Gary Cary US LLP
1200 Nineteenth Street NW
Washington, DC 20036-2430

Barry M. Heller
DLA Piper Rudnick Gary Cary US LLP
1775 Wiehle Avenue, Suite 400
Reston, VA 20190-5159

by regular U.S. Mail

s/David B. Ruskin

Stipulation Regarding avis 03895-03899
*Alaska Rent-A-Car, Inc. v. Cendant Corp., et al.,* Case No. 3:03-cv-29 [TMB]
A3388\05\STIPULATION REGARDING AVIS 03895-03899 (2)

Page 3 of 3