IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

AT ANCHORAGE

| | |
|---|---|
| ALASKA RENT-A-CAR, INC., an Alaska Corporation,<br><br>Plaintiff,<br><br>v.<br><br>CENDANT CORPORATION, et al.,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) Case No. 3:03-cv-29 [TMB]<br>) |

## STIPULATION

Defendants stipulate as follows:

1.  Avis Rent A Car System, LLC, corporate successor to Avis Rent A Car System, Inc., owns 100% of AESOP Leasing Corporation, which owns 99% of AESOP Leasing LP, the remaining 1% of which is owned by Avis Rent-A-Car System, LLC.

2.  Cendant Rental Car Funding (AESOP) LLC, corporate successor to AESOP Funding II LLC, is 98% owned by AESOP Leasing LP and 2% owned by AESOP Leasing Corp.

3.  If the ownership or role of the foregoing or other AESOP entities becomes an issue in motion practice or for trial, the "genuine surprise" provisions of the Stipulation and Order RE: DM 35, 36, and 37 Regarding Scheduling shall apply.

4.  In January 2006, Avis Rent A Car System, Inc. converted to a Delaware limited liability company, Avis Rent A Car System LLC, and Cendant Car Rental Group, Inc. converted to a Delaware limited liability company, Cendant Car Rental Group LLC, which then converted to Avis Budget Car Rental LLC. Defendants do not object to

plaintiff's amending their complaint to replace the former "Inc." entities with the current "LLC" entities. If the changes described in the first sentence of this paragraph become an issue in motion practice or trial, then the "genuine surprise" provisions of Stipulation and Order Re: DM 35, 36 and 37 Regarding Scheduling shall apply. The genuine surprise provision shall also apply if the LLC entities are raised in motion practice or trial.

DATED: 4/12/06

JERMAIN, DUNNAGAN & OWENS, PC
Attorneys for Defendants

By: *Diane F. Vallentine*
Diane S. Vallentine, Alaska Bar No. 7710177

DATED: 4/16/06

DLA PIPER RUDNICK GRAY CARY US LLP
Attorneys for Defendants

By: *Diane F. Vallentine*
for John F. Dienelt, Washington D.C. Bar #110742

DATED: 4/11/06

BANKSTON GRONNING O'HARA
Attorneys for Plaintiff Alaska Rent-A-Car, Inc.

*Seen and Agreed.*

By:_____
Jon T. Givens, Alaska Bar #9011072

IT IS RECOMMENDED.

DATED: 4-11-06

DAVID B. RUSKIN
Special Master

## ORDER

IT IS SO ORDERED.

DATED:_____          _____
                          TIMOTHY M. BURGESS
                          UNITED STATES DISTRICT COURT JUDGE

## CERTIFICATE OF SERVICE

I hereby certify that on April 14, 2006 a copy of foregoing Stipulation was served electronically on Jon T. Givens Diane F. Vallentine and on

John F. Dienelt
DLA Piper Rudnick Gary Cary US LLP
1200 Nineteenth Street NW
Washington, DC 20036-2430

Barry M. Heller
DLA Piper Rudnick Gary Cary US LLP
1775 Wiehle Avenue, Suite 400
Reston, VA 20190-5159

by regular U.S. Mail

s/David B. Ruskin

Stipulation
*Alaska Rent-A-Car, Inc. v. Cendant Corp., et al.,* Case No. 3:03-cv-29 [TMB]]
A3388\05\STIPULATIONS\STIPcorpnames

Page 3 of 3