John F. Dienelt, Esq.
Barry M. Heller, Esq.
William P. Donovan, Jr., Esq.
Scott McIntosh, Esq.
Charley C. Sung, Esq.
DLA Piper Rudnick Gray Cary US LLP
1200 Nineteenth Street, NW
Washington, DC  20036-2412
(202) 861-3880 (telephone)
(202) 223-2085 (fax)

Howard S. Trickey, Esq.
Diane F. Vallentine, Esq.
Jermain, Dunnagan & Owens, PC
3000 A Street, Suite 300
Anchorage, Alaska  99503
(907) 563-8844 (telephone)
(907) 563-7322 (fax)

Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA
AT ANCHORAGE

| | |
|---|---|
| ALASKA RENT-A-CAR, INC.,<br><br>        Plaintiff,<br><br>v.<br><br>CENDANT CORPORATION, et al.<br><br>        Defendants. | Case No. 3:03-cv-29 [TMB] |

**FINAL WITNESS LIST PURSUANT TO STIPULATION AND ORDER**

In the STIPULATION AND ORDER RE: DM 35, 36 AND 37 REGARDING SCHEDULING, the parties agreed to exchange "final" witness lists by April 17 to ensure

that they would have the names of potential witnesses in advance of the close of discovery. Defendants may call as witnesses all persons who have been deposed, or whose depositions are planned but have not yet been taken, by either side, as well as all experts whom defendants have previously designated. Defendants further may call Bernard Ness of Ness Rent A Car, Inc. in Fargo, North Dakota as a fact witness. Defendants will supplement their list once discovery has been completed and at that time formally list all potential witnesses. Defendants also reserve the right to call witnesses for impeachment.

DATED this 17th day of April, 2006.

>John F. Dienelt
>Barry M. Heller
>William Donovan, Jr.
>Scott McIntosh
>Charley C. Sung
>DLA Piper Rudnick Gray Cary US LLP
>1200 Nineteenth Street, NW
>Washington, DC  20036-2412
>(202) 861-3880 (telephone)
>(202) 223-2085 (fax)

>Diane F. Vallentine, Esq.
>Jermain, Dunnagan & Owens, PC
>3000 A Street, Suite 300
>Anchorage, Alaska  99503
>(907) 563-8844 (telephone)
>(907) 563-7322 (fax)

>By:   s/ Diane F. Vallentine
>      Counsel for Defendants

CERTIFICATE OF SERVICE

I hereby certify that on April 17, 2006, that a copy of the foregoing Final Witness List Pursuant to Stipulation and Order has been served electronically on
Jon T. Givens and on

John F. Dienelt
DLA Piper Rudnick Gary Cary US LLP
1200 Nineteenth Street NW
Washington, DC  20036-2430

Barry M. Heller
DLA Piper Rudnick Gary Cary US LLP
1775 Weihle Avenue, Suite 400
Reston, VA  20190-5159


s/ Diane F. Vallentine