BANKSTON GRONNING O'HARA, P.C.
Attorneys at Law
601 W. 5th Avenue, Suite 900
Anchorage, Alaska 99501
Tel. (907) 276-1711 - Fax (907) 279-5358
www.bankston.to

Jon T. Givens, Esq.
Bankston Gronning O'Hara, P.C.
601 West 5th Avenue, Suite 900
Anchorage, Alaska 99501
(907) 276-1711 (telephone)
(907) 279-5358 (fax)
wbankston@bankston.to

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

AT ANCHORAGE

ALASKA RENT-A-CAR, INC., an Alaska Corporation,

Plaintiff,

v.

CENDANT CORPORATION, et al.,

Defendants.

Case No. 3:03-cv-29 [TMB]

**STATUS REPORT**

On April 12, 2006, pursuant to an Order, Docket 146, the Court directed the parties to confer and the Plaintiff to report to the Court concerning "the matters to be accomplished and when outstanding matters will be attended to."

Counsels for the parties have conferred. The Stipulations and Orders filed at Dockets 147 through 152 address various pretrial deadlines and questions raised in the Court's Order at Docket 146. With respect to fact discovery, the close of fact discovery is April 25, 2006, but the Stipulation envisions that limited additional

BANKSTON GRONNING O'HARA, P.C.
Attorneys at Law
601 W. 5th Avenue, Suite 900
Anchorage, Alaska 99501
Tel. (907) 276-1711 - Fax (907) 279-5358
www.bankston.to

items of fact discovery will be concluded as soon thereafter as possible.[1] Expert discovery is scheduled to occur from September 1, through November 1, 2006.[2] "The conduct of expert discovery will not delay the ability to certify the case is ready for trial."[3]

Both parties anticipate filing motions for summary judgment or cross-motions for summary judgment on various issues in the case. Dispositive motion practice may commence on April 26, 2006, and all dispositive motions shall be filed on or before June 20, 2006.[4] The parties stipulated to extend the briefing deadlines on dispositive motions contained in the Civil Rules.[5] Based on the deadlines set forth in Docket 149, all dispositive motions in the case should be fully briefed by August 2006.

Settlement discussions have occurred several times and have been unsuccessful. If the court wishes to arrange a settlement conference before another judge, the parties will participate.

DATED this 27th day of April, 2006.

BANKSTON GRONNING O'HARA, PC
Attorneys for Plaintiff Alaska Rent-A-Car, Inc.
By: s/Jon T. Givens
601 W. 5th Avenue, Suite 900
Anchorage, Alaska 99501
Phone: (907) 276-1711
Fax: (907) 279-5358
E-mail: jgivens@bankston.to
AK Bar #9011072

[1] *See* Docket 149.
[2] *See* Docket 149.
[3] *See* Docket 149.
[4] *See* Docket 149.
[5] *See* Docket 149.

BANKSTON GRONNING O'HARA, P.C.
Attorneys at Law
601 W. 5th Avenue, Suite 900
Anchorage, Alaska 99501
Tel. (907) 276-1711 - Fax (907) 279-5358
www.bankston.to

**CERTIFICATE OF SERVICE**

I hereby certify that on April 27, 2006 a copy of foregoing Status Report was served electronically on Diane F. Vallentine and on

John F. Dienelt
DLA Piper Rudnick Gary Cary US LLP
1200 Nineteenth Street NW
Washington, DC 20036-2430

Barry M. Heller
DLA Piper Rudnick Gary Cary US LLP
1775 Wiehle Avenue, Suite 400
Reston, VA 20190-5159

by regular U.S. Mail

s/Jon T. Givens