John F. Dienelt, Esq.
Barry M. Heller, Esq.
William P. Donovan, Jr., Esq.
Scott McIntosh, Esq.
DLA Piper Rudnick Gray Cary US LLP
1200 Nineteenth Street, NW
Washington, D.C. 20036-2412
(202) 861-3880 (telephone)
(202) 223-2085 (fax)

Howard S. Trickey, Esq.
Diane F. Vallentine, Esq.
Jermain, Dunnagan & Owens, PC
3000 A Street, Suite 300
Anchorage, Alaska 99503
(907) 563-8844 (telephone)
(907) 563-7322 (fax)

Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA
AT ANCHORAGE

| | |
|---|---|
| ALASKA RENT-A-CAR, INC., an Alaska Corporation,<br><br>                         Plaintiff,<br><br>v.<br><br>CENDANT CORPORATION, et al.,<br><br>                         Defendants. | Case No. 3:03-cv-29 [TMB] |

**ORDER RE EXPEDITED MOTION TO QUASH SUBPOENAS AND DEPOSITION NOTICES**
**(DM 45 Filed With Discovery Master)**

Upon consideration of DM 45 and argument thereon, the Discovery Master concludes and orders that the subpoenas and deposition notices to the companies listed

below shall be, and hereby are, quashed: American Suzuki Motor Corporation, Battelle Memorial, Cendant Corporation, Crowley Maritime Corporation, Food Services of America, Inc., Foot Locker, Inc., Kroger Co., Office of the Attorney General, State of Mississippi, Mountain Air Cargo, Inc., Pacific Sunwear of California, Inc., Priority Healthcare Corporation, Providence Health System, Royal Caribbean Cruises, Sierra Club, Starbucks Coffee, Triwest Healthcare Alliance Corp., Office of the Attorney General, State of Utah, and Wells Fargo & Co.

In the event any of the entities to which the subpoenas were directed produce documents in response to the subpoenas, plaintiff shall immediately deliver the originals of all such documents to the Discovery Master, and shall not make or retain copies.

IT IS SO ORDERED.

DATED: May 3, 2006

_____
DAVID B. RUSKIN
Discovery Master

LAW OFFICES OF
JERMAIN DUNNAGAN & OWENS
A PROFESSIONAL CORPORATION
3000 A STREET, SUITE 300
ANCHORAGE, ALASKA 99503
(907) 563-8844
FAX (907) 563-7322