John F. Dienelt, Esq.
Barry M. Heller, Esq.
William Donovan, Jr., Esq.
Scott McIntosh, Esq.
Charley Sung, Esq.
DLA Piper Rudnick Gray Cary US LLP
1200 Nineteenth Street, NW
Washington, DC  20036-2412
(202) 861-3880 (telephone)
(202) 223-2085 (fax)

Howard S. Trickey, Esq.
Diane F. Vallentine, Esq.
 Jermain, Dunnagan & Owens, PC
3000 A Street, Suite 300
Anchorage, Alaska  99503
(907) 563-8844 (telephone)
(907) 563-7322 (fax)

*Counsel for Defendants*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

AT ANCHORAGE

| | |
|---|---|
| ALASKA RENT-A-CAR, INC. )<br>)<br>Plaintiff, )<br>)<br>)<br>v. )<br>)<br>CENDANT CORPORATION, et al. )<br>)<br>Defendants. )<br>) | Case No. 3:03-cv-29 [TMB] |

**STIPULATION FOR EXTENSION OF TIME TO FILE JOINT STATUS REPORT**

The parties, Alaska Rent-A-Car, Inc., and Cendant Corporation, et al., by their respective counsel, hereby stipulate to an extension until Friday, May 26, 2006 in which to file the joint status report required by this Court's Order of May 8, 2006.

*Alaska Rent-A-Car, Inc. v. Cendant Corporation, et al.*, Case No. A03-029 CV (TMB)
Stipulation for Extension of Time to File Joint Status Report                                                              Page 1 of 2

On April 27, 2006, counsel for plaintiff filed a status report which set forth much of the information requested by the Court's May 8, 2006 Order. The parties have been engaged in depositions and have been unable to complete a joint status report. An extension until May 26 will allow the parties time to confer and file a joint report.

BANKSTON GRONNING O'HARA, P.C.
Attorneys for Plaintiff Alaska Rent-A-Car, Inc.

DATED: 5/22/06

By: _____ FoR
Christopher J. Heaphey
Alaska Bar No. 9011073

JERMAIN, DUNNAGAN & OWENS, PC

DLA PIPER RUDNICK GRAY CARY US LLP
Attorneys for Defendants

DATED: 5/22/06

By: Diane F. Vallentine
Diane F. Vallentine
Alaska Bar No. 7710177