IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

AT ANCHORAGE

| | |
|---|---|
| ALASKA RENT-A-CAR, INC.<br><br>Plaintiff,<br><br>v.<br><br>CENDANT CORPORATION, et al.<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)  Case No. 3:03-cv-29 [TMB]<br>)<br>)<br>)<br>)<br>) |

**[PROPOSED] ORDER GRANTING EXTENSION OF TIME**

The parties filed a stipulation for extension of time until May 26, 2006 in which to file a joint status report. IT IS HEREBY ORDERED that this stipulation is GRANTED and a joint status report shall be filed on or before May 26, 2006.

DATED:_____.

_____
Timothy M. Burgess
U.S. District Court Judge