**BANKSTON GRONNING O'HARA, P.C.**
Attorneys at Law
601 W. 5th Avenue, Suite 900
Anchorage, Alaska 99501
Tel. (907) 276-1711 - Fax (907) 279-5358
www.bankston.to

Jon T. Givens, Esq.
Bankston Gronning O'Hara, P.C.
601 West 5th Avenue, Suite 900
Anchorage, Alaska 99501
(907) 276-1711 (telephone)
(907) 279-5358 (fax)
wbankston@bankston.to

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

AT ANCHORAGE

| | |
|---|---|
| ALASKA RENT A CAR, INC., an Alaska Corporation, </br></br> Plaintiff, </br></br> v. </br></br> CENDANT CORPORATION, et al., </br></br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) Case No. 3:03-cv-29 [TMB] |

**STIPULATION FOR EXTENSION OF
TIME TO FILE JOINT STATUS REPORT**

The parties, Alaska Rent-A-Car, Inc., and Cendant corporation, et al., have stipulated to an extension until Wednesday, May 31, 2006 in which to file the joint status report by this Court's Order of May 8, 2006 and May 23, 2006.

On April 27, 2006, counsel for plaintiff filed a status report which set forth much of the information requested by the Court's May 8, 2006 Order. The parties

Stipulation for Extension of time to File Joint Status Report
*Alaska Rent-A-Car, Inc. v. Cendant Corp., et al.,* Case No. 3:03-cv-29 [TMB]]        Page 1 of 2
A3388\05\STIPtime.status report

have been engaged in depositions and have been unable to complete a joint status report. An extension until Wednesday, May 31, 2006 will allow the parties time to confer and file a joint report.

DATED: 5/26/06     BANKSTON GRONNING O'HARA, PC
Attorneys for Plaintiff Alaska Rent-A-Car, Inc.

By:    s/Christopher J. Heaphey
Christopher J. Heaphey
601 W. 5th Avenue, Suite 900
Anchorage, Alaska 99501
Phone: (907) 276-1711
Fax: (907) 279-5358
E-mail: cheaphey@bankston.to
Alaska Bar No. 9011073

**CERTIFICATE OF SERVICE**

I hereby certify that on May 26, 2006 a copy of foregoing Stipulation
For Extension of Time to File Joint Status Report was served electronically on
Diane F. Vallentine and on

John F. Dienelt
DLA Piper Rudnick Gary Cary US LLP
1200 Nineteenth Street NW
Washington, DC 20036-2430

Barry M. Heller
DLA Piper Rudnick Gary Cary US LLP
1775 Wiehle Avenue, Suite 400
Reston, VA 20190-5159

by regular U.S. Mail

s/Christopher J. Heaphey

Stipulation for Extension of time to File Joint Status Report
*Alaska Rent-A-Car, Inc. v. Cendant Corp., et al.,* Case No. 3:03-cv-29 [TMB]]          Page 2 of 2
A3388\05\STIPtime.status report

BANKSTON GRONNING O'HARA, P.C.
Attorneys at Law
601 W. 5th Avenue, Suite 900
Anchorage, Alaska 99501
Tel. (907) 276-1711 - Fax (907) 279-5358
www.bankston.to