Jon T. Givens, Esq.
Bankston Gronning O'Hara, P.C.
601 West 5th Avenue, Suite 900
Anchorage, Alaska 99501
(907) 276-1711 (telephone)
(907) 279-5358 (fax)
wbankston@bankston.to

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

AT ANCHORAGE

| | |
|---|---|
| ALASKA RENT A CAR, INC., an Alaska Corporation, ) ) ) | |
| Plaintiff, ) ) | |
| v. ) ) | |
| CENDANT CORPORATION, et al., ) ) | |
| Defendants. ) ) | Case No. 3:03-cv-29 [TMB] |

## [PROPOSED] ORDER GRANTING EXTENSION OF TIME

The parties filed a stipulation for extension of time until May 31, 2006 in which to file a joint status report. IT IS HEREBY ORDERED that this stipulation is GRANTED and a joint status report shall be filed on or before May 31, 2006.

DATED:_____

_____
Timothy M. Burgess
U.S. District Court Judge

[Proposed] Order Granting Extension of Time
*Alaska Rent-A-Car, Inc. v. Cendant Corp., et al.,* Case No. 3:03-cv-29 [TMB]]   Page 1 of 2
A3388\05\ORDtime.status report

BANKSTON GRONNING O'HARA, P.C.
Attorneys at Law
601 W. 5th Avenue, Suite 900
Anchorage, Alaska 99501
Tel. (907) 276-1711 - Fax (907) 279-5358
www.bankston.to

## CERTIFICATE OF SERVICE

I hereby certify that on May 26, 2006, a copy of foregoing
 [Proposed] Order Granting Extension of Time was served electronically on
Diane F. Vallentine and on

John F. Dienelt
DLA Piper Rudnick Gary Cary US LLP
1200 Nineteenth Street NW
Washington, DC 20036-2430

Barry M. Heller
DLA Piper Rudnick Gary Cary US LLP
1775 Wiehle Avenue, Suite 400
Reston, VA 20190-5159

by regular U.S. Mail

s/Christopher J. Heaphey

BANKSTON GRONNING O'HARA, P.C.
Attorneys at Law
601 W. 5th Avenue, Suite 900
Anchorage, Alaska 99501
Tel. (907) 276-1711 - Fax (907) 279-5358
www.bankston.to

[Proposed] Order Granting Extension of Time
*Alaska Rent-A-Car, Inc. v. Cendant Corp., et al.,* Case No. 3:03-cv-29 [TMB]]   Page 2 of 2
A3388\05\ORDtime.status report