# EXHIBIT INDEX TO MOTION FOR PARTIAL SUMMARY JUDGMENT ON BREACH OF THE IMPLIED COVENANT OF GOOD FAITH AND FAIR DEALING

| EXH | DESCRIPTION |
|---|---|
| 1 | Kramer Memo dated 5/7/69 |
| 2 | Affidavit of Paula W. Hinton dated November 13, 1995 with Memorandum from Kenneth Goodkind to Barry R. Shapiro attached as Exhibit A |
| 3 | 1976 Settlement Agreement with Exhibits A and B |
| 4 | Agency Settlement Agreement |
| 5 | Cendant Corporation Form 10K dated December 31, 2005 |
| 6 | Excerpt of *The Avis Story* |
| 7 | 1965 Exclusive License Agreements. |
| 8 | 1955 Exclusive License Agreement. |
| 9 | 1956 Exclusive License Agreement |
| 10 | 1959 Exclusive License Agreement |
| 11 | Assignment dated May 12, 1965 |
| 12 | Avis Rent A Car Administration Manual |
| 13 | July 24, 2001 Letter from Robert J. Halcro with enclosed Statement of Joinder in Settlement. |
| 14 | Plaintiffs' Memorandum In Support Of Motion for Declaratory and Summary Judgment filed October 18, 1995 |
| 15 | Declaration In Support Of Plaintiff's Motion For Summary Judgment signed October 17, 1995 by F. Robert Salerno |
| 16 | Letter from Robert P. Vadnais and Karen Sclafani to Robert Halcro, dated September 23, 1997 |
| 17 | Certificate of Amendment filed with the State of Delaware |
| 18 | Excerpt from Cendant Car Rental, Inc., Uniform Franchise Offering Circular dated June 15, 2000 |
| 19 | 2005 CRG Business Plan |
| 20 | Letter from Joseph Vittoria to Avis Licensees with Transcript of Joseph Vittoria Statements to Avis System Advertising and Policy Committee Meeting dated November 9, 1988 |
| 21 | The Avis Licensee Times, *Convention Consensus…Avis Service is Still the Major Difference*, July 1988 |
| 22 | Excerpt of J.D. Power and Associates, 2001 Syndicated Airport Rental Car Customer Satisfaction Study |
| 23 | December 17, 2001 E-mail |
| 24 | January 20, 2002 E-mail |
| 25 | Cendant-Budget Rover Update dated January 17, 2003 |
| 26 | Cendant Car Rental Group Quality of Service Standards / Proposal 2003 |
| 27 | E-Mail from Diane Karl to Michael Collins dated January 13, 2003 |
| 28 | Interoffice Memorandum from David D. Blaskey regarding Quarterly Budget Integration Update dated June 27, 2003 |
| 29 | 2005 CCRG Business Plan |
| 30 | Budget Insurance Replacement Program materials |
| 31 | Deposition of Joseph Vittoria in the Agency litigation dated January 22, 1997 |
| 32 | Executive Summary from 2001 J.D. Power & Associates Rental Car CSI Study |
| 33 | CCRG Project Highway IT Management Bi-Weekly Status Report, Period 01/27/03 thru 02/07/03. |

EXHIBIT INDEX TO MOTION FOR PARTIAL SUMMARY JUDGMENT ON BREACH OF THE IMPLIED COVENANT OF GOOD FAITH AND FAIR DEALING
*Alaska Rent-A-Car, Inc. v. Cendant Corp., et al.*, Case No. 3:03-cv-29 [TMB]
A3388\05\SUMMARY JUDGMENT\IMPLIED\EXHIBIT INDEX

Page 1 of 3

Case 3:03-cv-00029-TMB   Document 172-2   Filed 06/19/06   Page 1 of 3

**EXHIBIT INDEX TO MOTION FOR PARTIAL SUMMARY JUDGMENT ON BREACH
OF THE IMPLIED COVENANT OF GOOD FAITH AND FAIR DEALING**

| EXH | DESCRIPTION |
|---|---|
| 34 | Avis Budget Integration Preliminary Project Review Report, dated 11/10/2001. |
| 35 | Project Charter Wizard Reservations/Rentals, Planning 2.0 |
| 36 | Cendant Car Rental Group 2003 Capital – INTEGRATION |
| 37 | Letter from Jeff Rellinger, Manager of Licensee Operations, to Budget System Licensees |
| 38 | E-mail dated January 29, 2004 from Matthew McGinley regarding reservation conversion |
| 39 | Budget Insurance Replacement Program dated March 30, 2004 |
| 40 | Wizard Reservations for Budget Checkout Locations in Alaska |
| 41 | Project Highway Core Applications Assessment IT Final Report dated October 18, 2002 |
| 42 | Cendant Project Highway Integration (Avis System/Action List) |
| 43 | Budget Licensee Wizard Integration. |
| 44 | Avis Budget Integration Preliminary Project Review Report Executive Summary dated November 10, 2001. |
| 45 | Project Charter, Internet Track of Project Highway dated March 24, 2003 |
| 46 | CCRG Quarterly Budget Integration Update September 26, 2003 |
| 47 | Project Charter: Back Office Track April 19, 2003 |
| 48 | Cendant Project Highway Strategy Report – Draft, Corporate Applications prepared by Ruth Hanley dated November 22, 2002 |
| 49 | Salomon Smith Barney Project Highway – Finance Lease Transaction Opinion Discussion Materials dated November 21, 2002 |
| 50 | CCRG Quarterly Budget Integration Update, dated March 25, 2003. |
| 51 | Cendant Car Rental Group Memo from Margie McGee to Avis Licensee System Members dated February 26, 2003 |
| 52 | Cendant Car Rental Group Brand Position and Integration presentation dated November 7, 2002 |
| 53 | Cendant Vehicle Services Presentation by Kevin M. Sheehan |
| 54 | Budget Means Business BTN Article, BTNonline.com, *Cendant Boosts Budget For Biz*, Fall 2003 |
| 55 | Avis Executive Bios (www.avis.com) and Budget Leader Profiles (www.budget.com) as of October 2005. |
| 56 | Lieberman Report – HVR Tracking Study 2001 |
| 57 | Lieberman Report – HVR Tracking Study 2002 |
| 58 | June 2004 Chadwick Martin Bailey Study |
| 59 | Alaska Budget Reservations |
| 60 | Affidavit of Emelia Stanley. |
| 61 | Letter to Avis Rent A Car Licensee Kenneth Wright dated July 8, 1977 |
| 62 | Avis Licensee Procedures, Licensee Regulations |
| 63 | Defendants' Position Statement dated May 10, 2005 |
| 64 | 2004-2006 CCRG Strategic Plan, dated September 15, 2003 |
| 65 | 2003 Budget Business Plan |
| 66 | Avis 2002 Car Rental Budget |
| 67 | Affidavit of Andrew Halcro dated June 19, 2006 |
| 68 | 2003 Avis Strategic Plan |

EXHIBIT INDEX TO MOTION FOR PARTIAL SUMMARY JUDGMENT ON BREACH OF THE IMPLIED COVENANT
OF GOOD FAITH AND FAIR DEALING
*Alaska Rent-A-Car, Inc. v. Cendant Corp., et al.,* Case No. 3:03-cv-29 [TMB]
A3388\05\SUMMARY JUDGMENT IMPLIED\EXHIBIT INDEX
Page 2 of 3

Case 3:03-cv-00029-TMB   Document 172-2   Filed 06/19/06   Page 2 of 3

**EXHIBIT INDEX TO MOTION FOR PARTIAL SUMMARY JUDGMENT ON BREACH OF THE IMPLIED COVENANT OF GOOD FAITH AND FAIR DEALING**

| EXH | DESCRIPTION |
|---|---|
| 69 | Plaintiffs' Memorandum in Support of Motion for Declaratory and Summary Judgment dated October 18, 1995 |
| 70 | Wizard Reservations for Avis Checkout Locations in Alaska |
| 71 | Cendant Corporation Approval for Expenditure (AFE) Request dated March 27, 2003 |
| 72 | Comparison of Entity Directories: June 2002 and January 2004 |
| 73 | Corporate Data Sheet Report, as of May 31, 2005, for Avis Rent A Car System, Inc. |
| 74 | Action by Written Consent of the Board of Directors of Cherokee Acquisition Corporation dated July 26, 2002 |
| 75 | Summary – Alaska Royalties & Revenue, Avis and Budget |

EXHIBIT INDEX TO MOTION FOR PARTIAL SUMMARY JUDGMENT ON BREACH OF THE IMPLIED COVENANT OF GOOD FAITH AND FAIR DEALING
*Alaska Rent-A-Car, Inc. v. Cendant Corp., et al.,* Case No. 3:03-cv-29 [TMB]
A3388\05\SUMMARY JUDGMENT IMPLIED EXHIBIT INDEX
Page 3 of 3

Case 3:03-cv-00029-TMB   Document 172-2   Filed 06/19/06   Page 3 of 3