CONFIDENTIAL

**In The Matter Of:**

*AGENCY RENT A CAR SYSTEM, INC., v.*
*GRAND RENT A CAR CORP.*

---

<u>JOSEPH V. VITTORIA</u>
*January 22, 1997,*
JANUARY 24, 1997, &
FEBRUARY 5, 1997

---

*DAVID FELDMAN & ASSOCIATES*
*216 EAST 45TH STREET, 8TH FLOOR*
*NEW YORK, NY 10017-3304*
*(212) 986-4545*

Original File ju012297.v1, 282 Pages
Min-U-Script® File ID: 0997147804

**Word Index included with this Min-U-Script®**

AKINGUMP:1019
CONFIDENTIAL

Exhibit 31
Page 1 of 2

Page 173

Vittoria - Confidential

[2] don't mean differences of opinion or
[3] disagreements. I mean if we look at the licensee
[4] standard Avis operation and we look at your
[5] corporate locations are they run the same; do
[6] they rent to the same customers? That's what I'm
[7] asking.
[8] A: For the most part, yes.
[9] Q: What type of locations do the licensee
[10] locations service?
[11] A: What type of locations?
[12] Q: Right. Are they on airport locations?
[13] A: Most of them are on airport.
[14] Q: Are there some off airport?
[15] A: I'm not sure. There might be.
[16] Q: As you sit here today you're not sure
[17] whether any of the franchise locations are off
[18] airport?
[19] A: Exclusively off airport. They are an
[20] Avis franchise that does not operate on an
[21] airport?
[22] Q: That's not what I was asking.
[23] A: Okay.
[24] Q: Do licensees run on airport locations
[25] and off-airport locations?

Page 174

Vittoria - Confidential

[2] A: Yes.
[3] Q: What you're not sure of is whether
[4] some licensees have only off-airport locations?
[5] A: Correct.
[6] Q: Do licensees, some licensees, operate
[7] downtown or suburban locations?
[8] A: Yes.
[9] Q: During the mid-'95 time period again,
[10] which we went over this morning, do you have a
[11] sense of what the average age of the Avis fleet
[12] was at that time? Did you keep statistics like
[13] that?
[14] A: We do. My guess, it was probably
[15] between five and seven months.
[16] Q: Looking at the licensee operations, do
[17] you have a sense whether the average age of a
[18] licensee fleet during that time period varied
[19] from Avis's, or was it the same?
[20] A: I don't have that information.
[21] Q: How did the licensee locations get
[22] their car rental customers?
[23] A: For the most part they get it from the
[24] Avis reservations system, and from the fruits of
[25] the Avis sales force, and the advertising.

Page 175

Vittoria - Confidential

[2] Q: Do they get customers through travel
[3] agent arrangement?
[4] A: Yes.
[5] Q: Do they also get customers through
[6] calls directly to the local location?
[7] A: They might.
[8] Q: Do you know one way or the other?
[9] A: No.
[10] Q: Is that data kept at Avis, the source
[11] of the business at the licensee locations?
[12] A: I think we have — we should have the
[13] source through the res center and through the
[14] travel agencies, if the travel agencies use the
[15] electronic systems.
[16] Q: I take it the licensees are required
[17] to pay certain fees to Avis for the right to be
[18] the licensees?
[19] A: Correct.
[20] Q: What is that fee based on or
[21] calculated on?
[22] A: On their revenues.
[23] Q: Is it referred to as the time and
[24] mileage?
[25] A: I believe so.

Page 176

Vittoria - Confidential

[2] Q: You testified this morning about the
[3] efforts by Grand, I believe, or what you knew of
[4] them to pursue insurance replacement, service
[5] replacement rentals. Are you aware of any other
[6] licensees who have, likewise, aggressively
[7] pursued that area of the market within their
[8] Avis System location, or Avis licensing location?
[9] A: I'm not aware of it.
[10] Q: Are you familiar with a licensee known
[11] as Kal-Co Rentals, sir, in Michigan?
[12] A: No.
[13] Q: Are you familiar with a licensee known
[14] as Shore Rentals, that operates in New Jersey?
[15] A: Yes.
[16] Q: Are you aware that Shore Rentals has,
[17] as one of its Avis-licensed locations, an
[18] operation that exists at the service desk of a
[19] car dealership?
[20] A: I'm not aware of it.
[21] Q: Are you familiar with a licensee known
[22] as Coastal Bend Rent A Car in Texas?
[23] A: No.
[24] Q: Are you aware whether licensees place
[25] Yellow Page ads for their Avis locations?

AKINGUMP:1063
CONFIDENTIAL

Exhibit 31

Case 3:03-cv-00029-TMB    Document 173    Filed 06/19/06    Page 2 of 2