# INDEX OF EXHIBITS FOR PLAINTIFF'S MOTION FOR DECLARATORY AND INJUNCTIVE RELIEF RELATING TO THE BREAKUP OF CENDANT CORPORATION

| EXH | DESCRIPTION |
| --- | --- |
| 1 | Cendant Corporation's SEC Form 10-Q filing for the quarterly period ended March 31, 2006 |
| 2 | Cendant Investor Day 2006 Presentation |
| 3 | Deposition of Gerald Mattesich |
| 4 | Gerald Mattesich Deposition Notice |
| 5 | Defendants' Amended Statement of Corporate Ownership Pursuant to Rule 7.1 dated April 11, 2006 |
| 6 | Exclusive License Agreement |
| 7 | Agency Settlement Agreement |
| 8 | Insurance Replacement Program "Its One Network" |
| 9 | Deposition of Wayne Olin |
| 10 | Deposition of Robert Klyce |
| 11 | Business card of Karen Atkins; Email with business card of Greg Thibault and fax cover sheet from Mike Srnec to Gary Zimmerman. |
| 12 | Budget Insurance Replacement Program dated March 30, 2004 |
| 13 | CCRG 2005 Audited Financial Statement [AVIS 86683-86715] |

EXHIBIT INDEX
INDEX OF EXHIBITS FOR PLAINTIFF'S MOTION FOR MOTION FOR DECLARATORY AND INJUNCTIVE RELIEF RELATING TO THE BREAKUP OF CENDANT CORPORATION
*Alaska Rent-A-Car, Inc. v. Cendant Corp., et al.*, Case No. 3:03-cv-29 [TMB]   Page 1 of 1
A3388\05\SUMMARY JUDGMENT EXHIBIT INDEX

Case 3:03-cv-00029-TMB   Document 178-2   Filed 06/20/06   Page 1 of 1