# INDEX OF EXHIBITS FOR PLAINTIFF'S MOTION
# FOR SUMMARY JUDGMENT ON DAMAGES

| EXH | DESCRIPTION |
|---|---|
| 1 | Agency Settlement Agreement |
| 2 | Emelia Stanley Affidavit |
| 3 | Ken Hill Deposition Exhibit 636 |
| 4 | 1976 Agreement |
| 5 | Exclusive License Agreement, February 1, 1965 |
| 6 | Excerpt of Ken Hill Deposition |

INDEX OF EXHIBITS FOR PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT FOR DAMAGES
*Alaska Rent-A-Car, Inc. v. Cendant Corp., et al.,* Case No. 3:03-cv-29 [TMB] Page 1 of 1
A3388\05\SUMMARY JUDGMENT DAMAGES\EXHIBIT INDEX

Case 3:03-cv-00029-TMB   Document 179-2   Filed 06/20/06   Page 1 of 1