John F. Dienelt, Esq.
Barry M. Heller, Esq.
William P. Donovan, Jr., Esq.
Scott McIntosh, Esq.
Charley C. Sung, Esq.
DLA Piper Rudnick Gray Cary US LLP
1200 Nineteenth Street, N.W.
Washington, DC 20036-2412
(202) 861-3880 (telephone)
(202) 223-2085 (fax)

Howard S. Trickey, Esq.
Diane F. Vallentine, Esq.
Matthew Singer, Esq.
Jermain, Dunnagan & Owens, P.C.
3000 A Street, Suite 300
Anchorage, Alaska 99503
(907) 563-8844 (telephone)
(907) 563-7322 (fax)

Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA
AT ANCHORAGE

| | | |
|---|---|---|
| ALASKA RENT-A-CAR, INC., an Alaska Corporation, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Case No. A03-029-CV [TMB] |
| CENDANT CORPORATION, et al. | ) ) ) | |
| Defendants. | ) ) | |

**DEFENDANTS' MOTION FOR SUMMARY JUDGMENT
OR, ALTERNATIVELY, FOR AN ORDER LIMITING
THE ISSUES FOR TRIAL ON COUNT II**

Defendants hereby move for summary judgment, pursuant to Fed. R. Civ. P. 56, or alternatively for an order limiting the issues for trial on Count II of Plaintiff's First Amended Complaint, for the reasons set forth in the accompanying Memorandum of Points and Authorities in Support of Defendant's Motion for Summary Judgment or, Alternatively, for an Order Limiting the Issues for Trial on Count II, and the declarations and exhibits attached to that memorandum.

Dated:  _____June 20, 2006_____

Respectfully submitted,

JERMAIN, DUNNAGAN & OWENS PC
Attorneys for Defendants


By:  __s/Diane F. Vallentine_____
          Diane F. Vallentine
          3000 A Street, Suite 300
          Anchorage, Alaska 99503
          (907) 563-8844 (telephone)
          (907) 563-7322 (fax)
          Alaska Bar No. 7710177


**CERTIFICATE OF SERVICE**

This is to certify that on this 20th day of June,
2005, a true and correct copy of the foregoing
Motion for Summary Judgment, or, Alternatively,
for an Order Limiting the Issues for Trial on Count II,
was served electronically, and by regular U.S. mail, on:

Jon T. Givens, Esq.
Bankston, Gronning, O'Hara, Sedor,
  Mills, Givens & Heaphey, PC
601 W. 5th Avenue, Suite 900
Anchorage, AK  99501

  __s/Diane F. Vallentine_____

*Alaska Rent-A-Car, Inc. v. Cendant Corporation, et al.*, Case No. A03-029 CV (TMB)          Page 2 of 2
Defendants' Motion for Summary Judgment or, Alternatively, for an Order
Limiting the Issues for Trial on Count II

Case 3:03-cv-00029-TMB   Document 180   Filed 06/20/06   Page 2 of 2