John F. Dienelt, Esq.
Barry M. Heller, Esq.
William P. Donovan, Jr., Esq.
Scott McIntosh, Esq.
Charley C. Sung, Esq.
DLA Piper Rudnick Gray Cary US LLP
1200 Nineteenth Street, NW
Washington, D.C.  20036-2412
(202) 861-3880 (telephone)
(202) 223-2085 (fax)

Howard S. Trickey, Esq.
Diane F. Vallentine, Esq.
Matthew Singer, Esq.
Jermain, Dunnagan & Owens, PC
3000 A Street, Suite 300
Anchorage, Alaska  99503
(907) 563-8844 (telephone)
(907) 563-7322 (fax)

*Attorneys for Defendants*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA
AT ANCHORAGE

| | |
|---|---|
| ALASKA RENT-A-CAR, INC., ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> CENDANT CORPORATION, et al., ) <br> ) <br> Defendants. ) <br> ) | Case No. A03-029 CV [TMB] |

## Exhibit List

1. Salerno Declaration

2. Agency Settlement Agreement

3. Excepts from Aprati Deposition

4. Excerpts from Kost Deposition

5. Sclafani Declaration, with exhibits

6. Excerpts from R. Halcro Deposition

7. Excerpts from Stanley Deposition

8. Excerpts from Vilandre Deposition

9. Excerpts from Rogers Deposition

10. Excerpts from Scarborough Deposition

11. Excerpts from Grimes Deposition

12. Excerpts from Carey Deposition

13. Excerpts from Pendleton Deposition

14. Excerpts from Jones Deposition

15. License Agreement

16. Letter with Joinder in Agency Settlement Agreement

17. Excerpts from M. Halcro Deposition

18. Excerpts from Salerno Deposition

19. Excerpts from B. Halcro Deposition

*Alaska Rent-A-Car, Inc. v. Cendant Corporation, et al.*, Case No. A03-029 CV (TMB)
Exhibit List to Memorandum of Points and Authorities in Support of Defendants' Motion
for Summary Judgment or, Alternatively, for an Order Limiting the Issues for Trial          Page 2 of 2

Case 3:03-cv-00029-TMB   Document 181-2   Filed 06/20/06   Page 2 of 2