**INDEX OF EXHIBITS FOR PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT ON COUNT VI OF THE FIRST AMENDED COMPLAINT VIOLATION OF ALASKA UNFAIR TRADE PRACTICES AND CONSUMER PROTECTION ACT (AS 45.50.471)**

| EXH | DESCRIPTION |
|---|---|
| 1 | 1956 Exclusive License Agreement |
| 2 | 1965 License Agreements |
| 3 | Excerpt of Plaintiffs' Memorandum in Support of Motion for Declaratory and Summary Judgment filed October 18, 1995 in the Agency Litigation |
| 4 | Excerpt of J.D. Power and Associates, 2001 Syndicated Airport Rental Car Customer Satisfaction Study |
| 5 | January 15, 1976 Settlement Agreement with Exhibits A and B |
| 6 | Agency Settlement Agreement |
| 7 | July 24, 2001 Letter from Robert J. Halcro with Statement of Joinder in Settlement |
| 8 | Affidavit of Andrew Halcro dated June 19, 2006 |
| 9 | Cendant Memorandum November 22, 2002, "Funds Flow for Asset and Stock Purchase Agreement – Budget Group, Inc." |
| 10 | CCRG Quarterly Budget Integration Update from David D. Blaskey to Kevin Sheehan and David Wyshner dated March 25, 2003 |
| 11 | Salomon Smith Barney Project Highway – Financing: Lease Transaction Opinion Discussion Materials, dated November 21, 2002 |
| 12 | Excerpt of Cendant Car Rental Group Corporate Strategy 2004 – 2006 dated September 15, 2003 |
| 13 | CCRG Memo from Margie McGee to Avis Licensee System Members dated February 26, 2003 |
| 14 | Comparison of Entity Directories, *Source*: Avis Cendant Organization Directory dated June 2002 [A1281 – A 1305] and Cendant Car Rental Group Organization Directory dated January 2004 [A 45772 – A 45799] |
| 15 | Avis "Executive Bios" webpage (www.avis.com) and Budget "Leader Profiles" webpage (www.budget.com) as of October 2005 |
| 16 | CCRG Internal Memorandum from Avis Communications dated January 8, 2003 regarding Guidelines for Business Cards, Stationary, Voicemail, etc. |
| 17 | Transcript of presentation by Kevin Sheehan, Chairman and CEO of Vehicle Services Division, on Cendant Investor Day November 18, 2003 |
| 18 | Budget Alaska Reservations (including price quotes of reservations) |
| 19 | Affidavit of Emelia Stanley dated April 7, 2006 |
| 20 | AVIS Sales & Marketing-Project Charter, Planning 2.0 |
| 21 | Excerpt of Cendant Car Rental Organization Integration Plan dated October 30, 2002 |
| 22 | June 12, 2003 Memo from Robert O. Frenzel with Minutes from Budget Licensee Composite Meeting, Parsippany, N.J. June 10 & 11, 2003 |

INDEX OF EXHIBITS FOR PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT ON COUNTS I AND II OF THE FIRST AMENDED COMPLAINT BREACH OF CONTRACT
*Alaska Rent-A-Car, Inc. v. Cendant Corp., et al.,* Case No. 3:03-cv-29 [TMB]   Page 1 of 3
A3388\05\SUMMARY JUDGMENT BREACH\EXHIBIT INDEX-unfair trade practices

Case 3:03-cv-00029-TMB   Document 182-2   Filed 06/20/06   Page 1 of 3

**INDEX OF EXHIBITS FOR PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT ON COUNT VI OF THE FIRST AMENDED COMPLAINT VIOLATION OF ALASKA UNFAIR TRADE PRACTICES AND CONSUMER PROTECTION ACT (AS 45.50.471)**

| EXH | DESCRIPTION |
|---|---|
| 23 | Cendant Car Rental Group Quality of Service Standards / Proposal 2003 |
| 24 | E-Mail from Diane Karl to Michael Collins dated January 13, 2003 |
| 25 | Cendant Quarterly Budget Integration Update from David D. Blaskey dated June 27, 2003 |
| 26 | Budget Insurance Replacement Program presentation |
| 27 | Cendant Third Quarter 2003 Earnings Conference Call dated October 21, 2003 |
| 28 | Budget U.S. Licensee Participation Agreement |
| 29 | June 2, 2006 Amended Responses of BRACS to Alaska Rent A Car, Inc.'s Interrogatories Nos. 27 and 28, and June 2, 2006 Amended Responses of CCRG to Alaska Rent A Car, Inc.'s Interrogatories Nos. 43 and 44 |
| 30 | October 15, 2005 Commercial Account Pricing Scale – Avis & Budget |
| 31 | Avis Alaska Reservations |
| 32 | Budget Alaska Reservations |
| 33 | CPAF for Fisher Investments |
| 34 | Cendant Corporation's 2004 Form 10-K SEC Filing |
| 35 | CCRG's 2005 Budget Marketing Plan |
| 36 | CCRG Customer Segmentation Study dated June 7, 2004 |
| 37 | CCRG's 2005 Avis Marketing Plan |
| 38 | Cendant Corporation's 2005 Form 10-K SEC Filing |
| 39 | Lieberman Research Group HVR Tracking Study October 2002 Wave |
| 40 | Ron Nelson's "Investor Day" Presentation March 2006 |
| 41 | Defendants' Response to Alaska Rent A Car's Requests for Admission and Fifth Request for Production |
| 42 | Senior Management Team Chart dated September 20, 2002 |
| 43 | Project Highway Working Party List – May 22, 2002 |
| 44 | Cost Sharing Services Agreement dated January 1, 2003 by and among Cendant, CCRG/Avis Budget Car Rental and ARACS |
| 45 | Cost Sharing Services Agreement dated January 1, 2003 by and among Cendant, CCRG/Avis Budget Car Rental and BRACS |
| 46 | Kramer Memo dated May 7, 1969 |
| 47 | Affidavit of Paula W. Hinton dated November 13, 1995 with Exhibits |

INDEX OF EXHIBITS FOR PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT ON COUNTS I AND II OF THE FIRST AMENDED COMPLAINT BREACH OF CONTRACT
*Alaska Rent-A-Car, Inc. v. Cendant Corp., et al.,* Case No. 3:03-cv-29 [TMB] Page 2 of 3
A3388\05\SUMMARY JUDGMENT BREACH EXHIBIT INDEX unfair trade practices

Case 3:03-cv-00029-TMB    Document 182-2    Filed 06/20/06    Page 2 of 3

**INDEX OF EXHIBITS FOR PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT ON COUNT VI OF THE FIRST AMENDED COMPLAINT VIOLATION OF ALASKA UNFAIR TRADE PRACTICES AND CONSUMER PROTECTION ACT (AS 45.50.471)**

| EXH | DESCRIPTION |
|-----|-------------|
| 48 | Excerpt of Cendant Vehicle Services Presentation by Kevin Sheehan, dated November 18, 2003 |

INDEX OF EXHIBITS FOR PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT ON COUNTS I AND II OF THE FIRST AMENDED COMPLAINT BREACH OF CONTRACT
*Alaska Rent-A-Car, Inc. v. Cendant Corp., et al.,* Case No. 3:03-cv-29 [TMB]    Page 3 of 3
A3388\05\SUMMARY JUDGMENT\BREACH\EXHIBIT INDEX unfair trade practices

Case 3:03-cv-00029-TMB    Document 182-2    Filed 06/20/06    Page 3 of 3