## MINUTES OF THE UNITED STATES DISTRICT COURT
## DISTRICT OF ALASKA

*Alaska Rent-A-Car, Inc. v. Cendant Corporation, et al.*
Case No. 3:03-cv-29 TMB

By:             THE HONORABLE TIMOTHY M. BURGESS

PROCEEDINGS:    ORDER FROM CHAMBERS

The parties have recently filed a number of dispositive motions (Docket Nos. 163-186). Pursuant to the stipulated scheduling order at Docket Nos. 149 and 153, the Court anticipates that these motions will be fully briefed by August 21, 2006. In light of these motions,

**IT IS HEREBY ORDERED:**

The parties shall meet and confer regarding the need for a status conference prior to the disposition of the motions identified above. If *either* party desires a status conference, the parties shall compose a *joint* agenda for such conference. The parties shall submit to the Court on or before July 5, 2006 either a joint agenda and proposed dates in July for a status conference or a statement that neither party requests such conference at this time.

Entered at the direction of the Honorable Timothy M. Burgess, United States District Judge.

DATE: June 22, 2006