John F. Dienelt, Esq.
Piper Rudnick LLP
1200 Nineteenth Street, NW
Washington, DC  20036-2412
(202) 861-3880 (telephone)
(202) 223-2085(fax)

Howard S. Trickey, Esq.
Diane F. Vallentine, Esq.
Jermain, Dunnagan & Owens, PC
3000 A Street, Suite 300
Anchorage, Alaska  99503
(907) 563-8844 (telephone)
(907) 563-7322 (fax)

Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA
AT ANCHORAGE

| | |
|---|---|
| ALASKA RENT-A-CAR, INC, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. A03-029 CV [JKS] |
| ) | |
| CENDANT CORPORATION, *et al.*, ) | |
| ) | |
| Defendants. ) | |

**<u>REQUEST FOR ORAL ARGUMENT</u>**

Defendants, by and through their counsel of record, pursuant to D. Ak. LR 7.2(a), hereby request oral argument on the following:

1.   Plaintiff's Motion for Partial Summary Judgment on Counts I and II of the First Amended Complaint [Breach of Contract].

2. Plaintiff's Motion to Disregard Defendants' Corporate Form and Pierce the Corporate Veil.

3. Motion for Partial Summary Judgment re: Anti-Trust.

4. Plaintiff's Motion and Memorandum in Support of Motion for Partial Summary Judgment on Breach of the Implied Covenant of Good Faith and Fair Dealing.

5. Motion and Memorandum in Support of Motion for Partial Summary Judgment on Count VI of the First Amended Complaint – Violation of Alaska Unfair Trade Practices and Consumer Protection Act (AS 45.50.471).

6. Plaintiff's Motion and Memorandum in Support of Motion for Summary Judgment on Permanent Injunctive Relief and Specific Performance.

7. Motion and Memorandum in Support of Motion for Summary Judgment for Damages.

8. Motion for Declaratory and Injunctive Relief Relating to the Breakup of Cendant Corporation.

An order granting oral argument and providing notice of the hearing is filed herewith.

DATED this 23rd day of June, 2006.

Respectfully submitted,

_____/s/ Diane F. Vallentine_____
Diane F. Vallentine, Esq.
Jermain, Dunnagan & Owens, PC
3000 A Street, Suite 300
Anchorage, Alaska  99503
(907) 563-8844 (telephone)
(907) 563-7322 (fax)

*Counsel for Defendants*

CERTIFICATE OF SERVICE
This is to certify that on this 23rd day of June, 2006, a true and correct copy of the foregoing was mailed via U.S. Mail to:

Jon T. Givens, Esq.
Bankston Gronning O'Hara
601 W. 5th Avenue, Suite 900
Anchorage, AK  99501


_____/s/ Diane F. Vallentine_____