Jon T. Givens, Esq.
Bankston Gronning O'Hara, P.C.
601 West 5th Avenue, Suite 900
Anchorage, Alaska 99501
(907) 276-1711 (telephone)
(907) 279-5358 (fax)
wbankston@bankston.to

Attorneys for Plaintiff

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ALASKA
# AT ANCHORAGE

| | |
|---|---|
| ALASKA RENT-A-CAR, INC., an Alaska Corporation, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) ) |
| CENDANT CORPORATION, et al., | ) ) |
| Defendants. | ) Case No. 3:03-cv-29 [TMB] ) |

## [PROPOSED] ORDER REGARDING DEFENDANTS' MOTION TO STRIKE PLAINTIFF'S MOTIONS FOR SUMMARY JUDGMENT

This Court having considered the defendants' motion to strike and the opposition thereto; and, for the reasons set forth in plaintiff's opposition to the motion to strike, rules that the motion to strike is DENIED.

IT IS SO ORDERED.

DATED:_____

_____
TIMOTHY M. BURGESS
UNITED STATES DISTRICT COURT JUDGE

Order Regarding Defendants' Motion to Strike Plaintiff's Motions for Summary Judgment
*Alaska Rent-A-Car, Inc. v. Cendant Corp., et al.,* Case No. 3:03-cv-29 [TMB]           Page 1 of 2
A3388\05\SUMMARY JUDGMENT\DEFT'S MOT TO STRIKE\ORD.strike

BANKSTON GRONNING O'HARA, P.C.
Attorneys at Law
601 W. 5th Avenue, Suite 900
Anchorage, Alaska 99501
Tel. (907) 276-1711 - Fax (907) 279-5358
www.bankston.to

**CERTIFICATE OF SERVICE**

I hereby certify that on 30th day of June a copy of foregoing Order
Regarding Defendants Motion to Strike Plaintiff's Motion for Summary Judgment
served electronically on: Diane F. Vallentine and on

John F. Dienelt
DLA Piper Rudnick Gary Cary US LLP
1200 Nineteenth Street NW
Washington, DC 20036-2430

Barry M. Heller
DLA Piper Rudnick Gary Cary US LLP
1775 Wiehle Avenue, Suite 400
Reston, VA 20190-5159

by regular U.S. Mail

s/Jon T. Givens

BANKSTON GRONNING O'HARA, P.C.
Attorneys at Law
601 W. 5th Avenue, Suite 900
Anchorage, Alaska 99501
Tel. (907) 276-1711 - Fax (907) 279-5358
www.bankston.to

Order Regarding Defendants' Motion to Strike Plaintiff's Motions for Summary Judgment
*Alaska Rent-A-Car, Inc. v. Cendant Corp., et al.,* Case No. 3:03-cv-29 [TMB]     Page 2 of 2
A3388\05\SUMMARY JUDGMENT\DEFT'S MOT TO STRIKE\ORD.strike