Jon T. Givens, Esq.
Bankston Gronning O'Hara, P.C.
601 West 5th Avenue, Suite 900
Anchorage, Alaska 99501
(907) 276-1711 (telephone)
(907) 279-5358 (fax)
wbankston@bankston.to

Attorneys for Plaintiff

BANKSTON GRONNING O'HARA, P.C.
Attorneys at Law
601 W. 5th Avenue, Suite 900
Anchorage, Alaska 99501
Tel. (907) 276-1711 - Fax (907) 279-5358
www.bankston.to

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

AT ANCHORAGE

| | |
|---|---|
| ALASKA RENT-A-CAR, INC., an Alaska Corporation, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) ) |
| CENDANT CORPORATION, et al., | ) ) |
| Defendants. | ) Case No. 3:03-cv-29 [TMB] ) |

**PLAINTIFF'S CROSS-MOTION AND MEMORANDUM
TO UNSEAL DEFENDANTS' MOTION TO STRIKE**

**I.   The Motion To Strike Should Be Unsealed.**

Defendants filed their Motion to Strike Plaintiff's Over Length Summary Judgment Motions under seal (Docket No. 192). The document does not contain confidential information and should be unsealed.

Plaintiff's Cross-Motion to Unseal Defendants' Motion to Strike
*Alaska Rent-A-Car, Inc. v. Cendant Corp., et al.,* Case No. 3:03-cv-29 [TMB]
A3388\05\SUMMARY JUDGMENT\DEFT'S MOT TO STRIKE\CROSSMTN.unseal

Page 1 of 2

DATED this 30th day of June, 2006.

BANKSTON GRONNING O'HARA, PC
Attorneys for Plaintiff Alaska Rent-A-Car, Inc.

By: s/Jon T. Givens
601 W. 5th Avenue, Suite 900
Anchorage, Alaska 99501
Phone: (907) 276-1711
Fax: (907) 279-5358
E-mail: jgivens@bankston.to
AK Bar #9011072

## CERTIFICATE OF SERVICE

I hereby certify that on 30th day of June a copy of foregoing Plaintiff's Cross-Motion to Unseal Defendants' Motion to Strike was served electronically on: Diane F. Vallentine and on

John F. Dienelt
DLA Piper Rudnick Gary Cary US LLP
1200 Nineteenth Street NW
Washington, DC 20036-2430

Barry M. Heller
DLA Piper Rudnick Gary Cary US LLP
1200 Nineteenth Street NW
Washington, DC 20036-2430

by regular U.S. Mail

s/Jon T. Givens

**BANKSTON GRONNING O'HARA, P.C.**
Attorneys at Law
601 W. 5th Avenue, Suite 900
Anchorage, Alaska 99501
Tel. (907) 276-1711 - Fax (907) 279-5358
www.bankston.to

Plaintiff's Cross-Motion to Unseal Defendants' Motion to Strike
*Alaska Rent-A-Car, Inc. v. Cendant Corp., et al.,* Case No. 3:03-cv-29 [TMB]
A3388\05\SUMMARY JUDGMENT\DEFT'S MOT TO STRIKE\CROSSMTN.unseal

Page 2 of 2