Jon T. Givens, Esq.
Bankston Gronning O'Hara, P.C.
601 West 5th Avenue, Suite 900
Anchorage, Alaska 99501
(907) 276-1711 (telephone)
(907) 279-5358 (fax)
wbankston@bankston.to

Attorneys for Plaintiff

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ALASKA

## AT ANCHORAGE

| | |
|---|---|
| ALASKA RENT-A-CAR, INC., an Alaska Corporation, ) ) ) | |
| Plaintiff, ) ) | |
| v. ) ) | |
| CENDANT CORPORATION, et al., ) ) | |
| Defendants. ) ) | Case No. 3:03-cv-29 [TMB] |

## [PROPOSED] ORDER REGARDING CROSS-MOTION TO UNSEAL DEFENDANTS' MOTION TO STRIKE

This Court having considered the plaintiff's cross-motion to unseal defendants' motion to strike and any opposition thereto; and, for the reasons set forth in plaintiff's cross-motion, rules that the Cross-Motion to Unseal the Motion to Strike is GRANTED.

IT IS SO ORDERED.

DATED:_____

_____
TIMOTHY M. BURGESS
UNITED STATES DISTRICT COURT JUDGE

Order Regarding Cross-Motion to Unseal Defendants' Motion to Strike
*Alaska Rent-A-Car, Inc. v. Cendant Corp., et al.,* Case No. 3:03-cv-29 [TMB]          Page 1 of 2
A3388\05\SUMMARY JUDGMENT\DEFT'S MOT TO STRIKE\ORD.unseal

BANKSTON GRONNING O'HARA, P.C.
Attorneys at Law
601 W. 5th Avenue, Suite 900
Anchorage, Alaska 99501
Tel. (907) 276-1711 - Fax (907) 279-5358
www.bankston.to

**CERTIFICATE OF SERVICE**

I hereby certify that on 30th day of June a copy of foregoing Order Regarding Plaintiff's Cross-Motion and Memorandum to Unseal Defendants' Motion to Strike served electronically on: Diane F. Vallentine and on

John F. Dienelt
DLA Piper Rudnick Gary Cary US LLP
1200 Nineteenth Street NW
Washington, DC 20036-2430

Barry M. Heller
DLA Piper Rudnick Gary Cary US LLP
1775 Wiehle Avenue, Suite 400
Reston, VA 20190-5159

by regular U.S. Mail

s/Jon T. Givens

BANKSTON GRONNING O'HARA, P.C.
Attorneys at Law
601 W. 5th Avenue, Suite 900
Anchorage, Alaska 99501
Tel. (907) 276-1711 - Fax (907) 279-5358
www.bankston.to

Order Regarding Cross-Motion to Unseal Defendants' Motion to Strike
*Alaska Rent-A-Car, Inc. v. Cendant Corp., et al.,* Case No. 3:03-cv-29 [TMB]                Page 2 of 2
A3388\05\SUMMARY JUDGMENT\DEFT'S MOT TO STRIKE\ORD.unseal