Jon T. Givens, Esq.
Bankston Gronning O'Hara, P.C.
601 West 5th Avenue, Suite 900
Anchorage, Alaska 99501
(907) 276-1711 (telephone)
(907) 279-5358 (fax)
wbankston@bankston.to

Attorneys for Plaintiff

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ALASKA
## AT ANCHORAGE

| | |
|---|---|
| ALASKA RENT A CAR, INC., an Alaska Corporation, Plaintiff, v. CENDANT CORPORATION, et al., Defendants. | Case No. 3:03-cv-29 [TMB] |

### NOTICE REGARDING STATUS CONFERENCE

On June 22, 2006, U.S. District Court Judge Timothy M. Burgess, directed the parties to confer regarding the need for a status conference.[1] The parties have conferred and report that neither party requests such a status conference at this time.

---

[1] Docket 189.

BANKSTON GRONNING O'HARA, P.C.
Attorneys at Law
601 W. 5th Avenue, Suite 900
Anchorage, Alaska 99501
Tel. (907) 276-1711 - Fax (907) 279-5358
www.bankston.to

DATED this 5th day of July, 2006.

        BANKSTON GRONNING O'HARA, PC
        Attorneys for Plaintiff Alaska Rent-A-Car, Inc.

By: s/Jon T. Givens
   601 W. 5th Avenue, Suite 900
   Anchorage, Alaska 99501
   Phone: (907) 276-1711
   Fax: (907) 279-5358
   E-mail: jgivens@bankston.to
   AK Bar #9011072

**CERTIFICATE OF SERVICE**

I hereby certify that on July 5, 2006, a copy of foregoing Notice Regarding Status Conference was served electronically on Diane F. Vallentine and on

John F. Dienelt
DLA Piper Rudnick Gary Cary US LLP
1200 Nineteenth Street NW
Washington, DC 20036-2430

Barry M. Heller
DLA Piper Rudnick Gary Cary US LLP
1200 Nineteen Street NW
Washington, DC 20036-2430

by regular U.S. Mail

s/Jon T. Givens

BANKSTON GRONNING O'HARA, P.C.
Attorneys at Law
601 W. 5th Avenue, Suite 900
Anchorage, Alaska 99501
Tel. (907) 276-1711 - Fax (907) 279-5358
www.bankston.to