John F. Dienelt, Esq.
Barry M. Heller, Esq.
William P. Donovan, Jr., Esq.
Scott McIntosh, Esq.
Charley C. Sung, Esq.
DLA Piper Rudnick Gray Cary US LLP
1200 Nineteenth Street, NW
Washington, D.C.  20036-2412
(202) 861-3880 (telephone)
(202) 223-2085 (fax)

Howard S. Trickey, Esq.
Diane F. Vallentine, Esq.
Matthew Singer, Esq.
Jermain, Dunnagan & Owens, PC
3000 A Street, Suite 300
Anchorage, Alaska  99503
(907) 563-8844 (telephone)
(907) 563-7322 (fax)

*Attorneys for Defendants*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA
AT ANCHORAGE

| | |
|---|---|
| ALASKA RENT-A-CAR, INC., | ) |
| Plaintiff, | ) |
| v. | ) Case No. A03-029 CV [TMB] |
| CENDANT CORPORATION, et al., | ) |
| Defendants. | ) |

**DEFENDANT'S NON-OPPOSITION TO PLAINTIFF'S CROSS-MOTION AND MEMORANDUM TO UNSEAL DEFENDANTS' MOTION TO STRIKE**

Defendants' Non-Opposition to Plaintiff's Cross-Motion and
Memorandum to Unseal Defendants' Motion to Strike
*Alaska Rent-A-Car, Inc. vs. Cendant Corp., et al.,* Case No. 3:03-cv-29 TMB       Page 1 of 3
{00127235 }

Defendants do not oppose Plaintiff's motion to unseal Defendant's motion to strike.  Had plaintiff's counsel conferred with opposing counsel, he would have obtained agreement on this matter without need for motions practice.

Respectfully submitted,

John F. Dienelt, Esq.
Barry M. Heller, Esq.
William P. Donovan, Jr., Esq.
Scott McIntosh, Esq.
Charley Sung, Esq.
DLA Piper Rudnick Gray Cary US LLP
1200 Nineteenth Street, NW
Washington, DC  20036-2412
(202) 861-3880 (telephone)
(202) 223-2085(fax)

Howard S. Trickey, Esq.
Diane F. Vallentine, Esq.
Jermain, Dunnagan & Owens, PC
3000 A Street, Suite 300
Anchorage, Alaska  99503
(907) 563-8844 (telephone)
(907) 563-7322 (fax)

By:   /s/ Diane F. Vallentine
         Counsel for Defendants

CERTIFICATE OF SERVICE
This is to certify that on this 13th day of July, 2006, a true and correct copy of the foregoing was served electronically and mailed via U.S. Mail to:

Jon T. Givens, Esq.
Bankston Gronning O'Hara
601 W. 5th Avenue
Suite 900
Anchorage, AK  99501

Defendants' Non-Opposition to Plaintiff's Cross-Motion and
Memorandum to Unseal Defendants' Motion to Strike
*Alaska Rent-A-Car, Inc. vs. Cendant Corp., et al.,* Case No. 3:03-cv-29 TMB                Page 2 of 3
{00127235 }

*/s/ Diane F. Vallentine*

Defendants' Non-Opposition to Plaintiff's Cross-Motion and
Memorandum to Unseal Defendants' Motion to Strike
*Alaska Rent-A-Car, Inc. vs. Cendant Corp., et al.,* Case No. 3:03-cv-29 TMB           Page 3 of 3
{00127235 }