# MINUTES OF THE UNITED STATES DISTRICT COURT
## DISTRICT OF ALASKA

*Alaska Rent-A-Car, Inc. v. Cendant Corporation, et al.*
Case No. 3:03-cv-29 TMB

By:             THE HONORABLE TIMOTHY M. BURGESS

PROCEEDINGS:    ORDER FROM CHAMBERS

Defendants have moved to strike Plaintiff's summary judgment motions on the ground that they exceed the page limits set forth in Local Rule 10.1. (Docket No. 192). Plaintiff has opposed. (Docket No. 193). Defendants have replied. (Docket No. 197). Plaintiff has also moved to unseal Defendants' motion to strike. (Docket No. 194). Defendants' do not oppose Plaintiff's motion. (Docket No. 196). The Court has considered the parties' motions.

**IT IS HEREBY ORDERED:**

Plaintiff's unopposed motion to unseal Defendants' motion to strike is **GRANTED**.

Defendants have filed one dispositive motion (supported by one 50-page brief); Plaintiff has filed eight motions (supported by eight briefs totaling over 300 pages). Because each of Plaintiff's individual motions meets the Local Rule 10.1 page limits, Defendants' motion to strike is **DENIED**. However, the Court values economy in motion practice and briefing; more is not necessarily better.

Entered at the direction of the Honorable Timothy M. Burgess, United States District Judge.

DATE: July 20, 2006