John F. Dienelt, Esq.
Barry M. Heller, Esq.
William P. Donovan, Jr., Esq.
Scott McIntosh, Esq.
Charley C. Sung, Esq.
DLA Piper Rudnick Gray Cary US LLP
1200 Nineteenth Street, NW
Washington, D.C.  20036-2412
(202) 861-3880 (telephone)
(202) 223-2085 (fax)

Howard S. Trickey, Esq.
Diane F. Vallentine, Esq.
Matthew Singer, Esq.
Jermain, Dunnagan & Owens, PC
3000 A Street, Suite 300
Anchorage, Alaska  99503
(907) 563-8844 (telephone)
(907) 563-7322 (fax)

*Attorneys for Defendants*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA
AT ANCHORAGE

| | |
|---|---|
| ALASKA RENT-A-CAR, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. A03-029 CV [TMB] |
| ) | |
| CENDANT CORPORATION, et al., ) | |
| ) | |
| Defendants. ) | |

**MOTION FOR AN EXTENSION OF TIME
TO FILE OPPOSITIONS TO PLAINTIFF'S DISPOSITIVE MOTIONS**

Motion for an Extension of Time to File Oppositions
to Plaintiff's Dispositive Motions
*Alaska Rent-A-Car, Inc. vs. Cendant Corp., et al.,* Case No. 3:03-cv-29 TMB       Page 1 of 3

COME NOW Defendants, by and through their attorneys, and hereby respectfully move this Court for an order enlarging Defendants' time to file oppositions to the dispositive motions filed by Plaintiff on or about June 20, 2006 from August 4, 2006 to August 18, 2006.

This motion is necessary because Plaintiff's counsel's refuses to agree to a stipulation for a reasonable extension of time, and for the reasons stated in the attached memorandum and Declaration of Diane Vallentine.

DATED this 3rd day of August, 2006.         Respectfully submitted,

> John F. Dienelt, Esq.
> Barry M. Heller, Esq.
> William P. Donovan, Jr., Esq.
> Scott McIntosh, Esq.
> Charley C. Sung, Esq.
> DLA Piper Rudnick Gray Cary US LLP
> 1200 Nineteenth Street, NW
> Washington, DC  20036-2412
> (202) 861-3880 - telephone
> (202) 223-2085 - fax
>
> Howard S. Trickey, Esq.
> Diane F. Vallentine, Esq.
> Matthew Singer, Esq.
> Jermain, Dunnagan & Owens, PC
> 3000 A Street, Suite 300
> Anchorage, Alaska  99503
> (907) 563-8844 - telephone
> (907) 563-7322 - fax
>
> By: ___*/s/ Diane F. Vallentine*___
> Counsel for Defendants

Motion for an Extension of Time to File Oppositions
to Plaintiff's Dispositive Motions
*Alaska Rent-A-Car, Inc. vs. Cendant Corp., et al.,* Case No. 3:03-cv-29 TMB                Page 2 of 3

CERTIFICATE OF SERVICE

I hereby certify that a true copy of the foregoing **Motion for Extension of Time to File Oppositions to Plaintiff's Dispositive Motions** was served on this 3rd day of August, 2006 electronically by PDF and U.S. First Class mail, postage prepaid, to the following counsel:

>JON T. GIVENS, ESQ.
>BANKSTON, GRONNING, O'HARA
>601 W. 5TH AVENUE, SUITE 900
>ANCHORAGE, AK  99501

  /s/ Diane F. Vallentine

Motion for an Extension of Time to File Oppositions
to Plaintiff's Dispositive Motions
*Alaska Rent-A-Car, Inc. vs. Cendant Corp., et al.,* Case No. 3:03-cv-29 TMB       Page 3 of 3