John F. Dienelt, Esq.
Barry M. Heller, Esq.
William P. Donovan, Jr., Esq.
Scott McIntosh, Esq.
Charley C. Sung, Esq.
DLA Piper Rudnick Gray Cary US LLP
1200 Nineteenth Street, NW
Washington, D.C.  20036-2412
(202) 861-3880 (telephone)
(202) 223-2085 (fax)

Howard S. Trickey, Esq.
Diane F. Vallentine, Esq.
Matthew Singer, Esq.
Jermain, Dunnagan & Owens, PC
3000 A Street, Suite 300
Anchorage, Alaska  99503
(907) 563-8844 (telephone)
(907) 563-7322 (fax)

*Attorneys for Defendants*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA
AT ANCHORAGE

| | |
|---|---|
| ALASKA RENT-A-CAR, INC., | ) |
| Plaintiff, | ) ) ) |
| v. | ) Case No. A03-029 CV [TMB] |
| CENDANT CORPORATION, et al., | ) ) ) |
| Defendants. | ) ) |

**DEFENDANTS' MOTION FOR EXPEDITED CONSIDERATION OF ITS MOTION FOR EXTENSION OF TIME TO FILE OPPOSITIONS TO PLAINTIFF'S DISPOSITIVE MOTIONS**

Defendants' Motion for Expedited Consideration of its Motion
for Extension of Time to File Oppositions to Plaintiff's Dispositive Motions
*Alaska Rent-A-Car, Inc. vs. Cendant Corp., et al.,* Case No. 3:03-cv-29 TMB                    Page 1 of 4

Pursuant to Local Rule 7.2(c), Defendants move the Court to consider on shortened time Defendants Motion for Extension of Time to File Oppositions to Plaintiff's Dispositive Motions. Plaintiffs' counsel is unwilling to agree to a reasonable two-week extension to respond to the eight pending summary judgment motions, and the parties' currently agreed upon deadline is August 4th. In light of this deadline, Defendants request expedited consideration of their request for additional time. This motion is supported by the Declaration of Diane Vallentine also filed with the Court today.

Defendants' Motion for Expedited Consideration of its Motion
for Extension of Time to File Oppositions to Plaintiff's Dispositive Motions
*Alaska Rent-A-Car, Inc. vs. Cendant Corp., et al.,* Case No. 3:03-cv-29 TMB          Page 2 of 4

DATED this 3rd day of August, 2006.        Respectfully submitted,

        John F. Dienelt, Esq.
        Barry M. Heller, Esq.
        William P. Donovan, Jr., Esq.
        Scott McIntosh, Esq.
        Charley C. Sung, Esq.
        DLA Piper Rudnick Gray Cary US LLP
        1200 Nineteenth Street, NW
        Washington, DC  20036-2412
        (202) 861-3880 - telephone
        (202) 223-2085 - fax

        Howard S. Trickey, Esq.
        Diane F. Vallentine, Esq.
        Matthew Singer, Esq.
        Jermain, Dunnagan & Owens, PC
        3000 A Street, Suite 300
        Anchorage, Alaska  99503
        (907) 563-8844 - telephone
        (907) 563-7322 - fax


        By:    /s/ Diane F. Vallentine
        Counsel for Defendants

Defendants' Motion for Expedited Consideration of its Motion
for Extension of Time to File Oppositions to Plaintiff's Dispositive Motions
*Alaska Rent-A-Car, Inc. vs. Cendant Corp., et al.,* Case No. 3:03-cv-29 TMB        Page 3 of 4

CERTIFICATE OF SERVICE

I hereby certify that a true copy of the foregoing **Defendants' Motion For Expedited Consideration Of Its Motion For Extension Of Time To File Oppositions To Plaintiff's Dispositive Motions** was served on this 3rd day of August, 2006 electronically by PDF and U.S. First Class mail, postage prepaid, to the following counsel:

> JON T. GIVENS, ESQ.
> BANKSTON, GRONNING, O'HARA
> 601 W. 5TH AVENUE, SUITE 900
> ANCHORAGE, AK  99501

/s/ Diane F. Vallentine

Defendants' Motion for Expedited Consideration of its Motion
for Extension of Time to File Oppositions to Plaintiff's Dispositive Motions
*Alaska Rent-A-Car, Inc. vs. Cendant Corp., et al.,* Case No. 3:03-cv-29 TMB                    Page 4 of 4