# MINUTES OF THE UNITED STATES DISTRICT COURT
## DISTRICT OF ALASKA

*Alaska Rent-A-Car, Inc. v. Cendant Corporation, et al.*
Case No. 3:03-cv-29 TMB

By:             THE HONORABLE TIMOTHY M. BURGESS

PROCEEDINGS:    ORDER FROM CHAMBERS

Defendants have moved for an extension of time to file their opposition briefs to plaintiff's eight pending summary judgment motions due to a family emergency of one of their principal lawyers (Docket No. 202). Defendants have also moved for expedited consideration of their motion (Docket No. 204). The Court has considered Defendants' motions.

**IT IS HEREBY ORDERED:**

Defendants' motions are **GRANTED**. Defendants shall have until August 18, 2006 to serve and file their opposition papers. The parties should attempt to reach an agreement among themselves as to an appropriate briefing schedule for reply papers and any outstanding disputes related to the "package deal" briefing and discovery agreement referred to in the email appended to Docket No. 205.

Entered at the direction of the Honorable Timothy M. Burgess, United States District Judge.

DATE: August 3, 2006