Jon T. Givens, Esq.
Bankston Gronning O'Hara, P.C.
601 West 5th Avenue, Suite 900
Anchorage, Alaska 99501
(907) 276-1711 (telephone)
(907) 279-5358 (fax)
wbankston@bankston.to

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

AT ANCHORAGE

| | |
|---|---|
| ALASKA RENT-A-CAR, INC., an Alaska Corporation, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) ) |
| CENDANT CORPORATION, et al., | ) ) |
| Defendants. | ) Case No. 3:03-cv-29 [TMB] ) |

## REQUEST FOR ORAL ARGUMENT

Pursuant to Local District Court Rule 7.2, plaintiff, by and through counsel, requests oral argument on defendants' Motion for Summary Judgment or, Alternatively, for an Order Limiting the Issues for Trial.

DATED this 10th day of August, 2006.

                BANKSTON GRONNING O'HARA, PC
                Attorneys for Plaintiff Alaska Rent-A-Car, Inc.

                By:    s/Jon T. Givens
                          601 W. 5th Avenue, Suite 900
                          Anchorage, Alaska 99501
                          Phone: (907) 276-1711
                          Fax: (907) 279-5358
                          E-mail: jgivens@bankston.to
                          AK Bar #9011072

BANKSTON GRONNING O'HARA, P.C.
Attorneys at Law
601 W. 5th Avenue, Suite 900
Anchorage, Alaska 99501
Tel. (907) 276-1711 - Fax (907) 279-5358
www.bankston.to

## CERTIFICATE OF SERVICE

I hereby certify that on August 10, 2006 a copy of foregoing Request for Oral Argument was served electronically on Diane F. Vallentine and on

John F. Dienelt
DLA Piper Rudnick Gary Cary US LLP
1200 Nineteenth Street NW
Washington, DC 20036-2430

Barry M. Heller
DLA Piper Rudnick Gary Cary US LLP
1200 Nineteen Street NW
Washington, DC 20036-2430

by regular U.S. Mail

s/Jon T. Givens

BANKSTON GRONNING O'HARA, P.C.
Attorneys at Law
601 W. 5th Avenue, Suite 900
Anchorage, Alaska 99501
Tel. (907) 276-1711 - Fax (907) 279-5358
www.bankston.to

*Alaska Rent-A-Car, Inc. v. Cendant Corp., et al.,* Case No. 3:03-cv-29 [TMB]
A3388\05\SUMMARY JUDGMENT\DEFENDANTS\REQoral.argu

Page 2 of 2