John F. Dienelt, Esq.
DLA Piper Rudnick Gray Cary US LLP
1200 Nineteenth Street, NW
Washington, D.C. 20036-2412
(202) 861-3880 (telephone)
(202) 223-2085 (fax)

Diane F. Vallentine, Esq.
Jermain, Dunnagan & Owens, PC
3000 A Street, Suite 300
Anchorage, Alaska 99503
(907) 563-8844 (telephone)
(907) 563-7322 (fax)

*Attorneys for Defendants*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA
AT ANCHORAGE

| | |
|---|---|
| ALASKA RENT-A-CAR, INC., ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> CENDANT CORPORATION, et al., ) <br> ) <br> Defendants. ) <br> _____ ) | Case No. A03-029 CV [TMB] |

## STIPULATED MOTION TO UNSEAL REQUEST
## FOR ORAL ARGUMENT AT DOCKET 190

Defendants filed under seal a motion for oral argument at Docket 190.

The parties agree that this document should not be sealed and so respectfully request that the Court unseal the request for oral argument.

BANKSTON GRONNING O'HARA, PC
Attorneys for Plaintiff Alaska Rent-A-Car, Inc.

DATED: 8/9/06         By: _____
                          Jon T. Givens
                          Alaska Bar No. 9011072

JERMAIN, DUNNAGAN & OWENS, PC
Attorneys for Defendants

DATED: 8-11-06        By: _____
                          Diane F. Vallentine
                          Alaska Bar No. 7710177

## ORDER GRANTING MOTION TO UNSEAL REQUEST FOR ORAL ARGUMENT AT DOCKET 190

The Court hereby GRANTS the parties' stipulated request to unseal the request for oral argument at Docket 190. The clerk is so instructed.

DATED: _____

_____
UNITED STATES DISTRICT COURT JUDGE

John F. Dienelt, Esq.
DLA Piper Rudnick Gray Cary US LLP
1200 Nineteenth Street, NW
Washington, D.C. 20036-2412
(202) 861-3880 (telephone)
(202) 223-2085 (fax)

Diane F. Vallentine, Esq.
Jermain, Dunnagan & Owens, PC
3000 A Street, Suite 300
Anchorage, Alaska 99503
(907) 563-8844 (telephone)
(907) 563-7322 (fax)

*Attorneys for Defendants*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA
AT ANCHORAGE

| | |
|---|---|
| ALASKA RENT-A-CAR, INC., | ) |
| Plaintiff, | ) ) ) ) |
| v. | ) Case No. 3:03-cv-29 [TMB] |
| CENDANT CORPORATION, et al., | ) ) ) |
| Defendants. | ) ) |

## ORDER GRANTING MOTION TO UNSEAL REQUEST
## FOR ORAL ARGUMENT AT DOCKET 190

The Court hereby GRANTS the parties' stipulated request to unseal the request for oral argument at Docket 190. The clerk is so instructed.

DATED: _____

_____
UNITED STATES DISTRICT COURT JUDGE