Jon T. Givens, Esq.
Bankston Gronning O'Hara, P.C.
601 West 5th Avenue, Suite 900
Anchorage, Alaska 99501
(907) 276-1711 (telephone)
(907) 279-5358 (fax)
wbankston@bankston.to

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

AT ANCHORAGE

| | |
|---|---|
| ALASKA RENT-A-CAR, INC., an Alaska Corporation, <br><br> Plaintiff, <br><br> v. <br><br> CENDANT CORPORATION, et al., <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) Case No. 3:03-cv-29 [TMB] |

**[PROPOSED] ORDER REGARDING BRIEFING AND EXPERT DEADLINES**

The parties having stipulated as follows:

(1) Defendants' Reply in Support of its Motion for Summary Judgment, Docket No. 180, shall be due on or before September 6, 2006;

(2) Plaintiff's Replies in Support of the Plaintiffs' Motions for Summary Judgment Docket Nos. 163, 164, 170, 172, 178, 179, 182, and 183 shall be due on or before September 25, 2006;

(3) The defendants' Oppositions which are due pursuant to Docket 206 on or before August 18, 2006, shall be served electronically and hand delivered to plaintiff on the date filed;

[Proposed] Order Regarding Briefing and Expert Deadlines
*Alaska Rent-A-Car, Inc. v. Cendant Corp., et al.,* Case No. 3:03-cv-29 [TMB]        Page 1 of 2
A3388\05\SUMMARY JUDGMENT\ORD.briefing.expert

(4) Expert reports are due to be exchanged by the parties October 3, 2006 and supplemental/responsive expert reports are due October 23, 2006; and

(5) Expert discovery shall close December 1, 2006. The conduct of expert discovery will not delay the ability to certify the case is ready for trial.

IT IS SO ORDERED

DATED _____

TIMOTHY M. BURGESS
UNITED STATES DISTRICT COURT JUDGE

**CERTIFICATE OF SERVICE**

I hereby certify that on 8/17/06 a copy of foregoing [Proposed] Order Regarding Briefing and Expert Deadlines was served electronically on Diane F. Vallentine and on

John F. Dienelt
DLA Piper Rudnick Gary Cary US LLP
1200 Nineteenth Street NW
Washington, DC 20036-2430

Barry M. Heller
DLA Piper Rudnick Gary Cary US LLP
1200 Nineteen Street NW
Washington, DC 20036-2430

by regular U.S. Mail

s/Jon T. Givens

BANKSTON GRONNING O'HARA, P.C.
Attorneys at Law
601 W. 5th Avenue, Suite 900
Anchorage, Alaska 99501
Tel. (907) 276-1711 - Fax (907) 279-5358
www.bankston.to

[Proposed] Order Regarding Briefing and Expert Deadlines
*Alaska Rent-A-Car, Inc. v. Cendant Corp., et al.,* Case No. 3:03-cv-29 [TMB]    Page 2 of 2
A3388\05\SUMMARY JUDGMENT\ORD.briefing.expert