# MINUTES OF THE UNITED STATES DISTRICT COURT
# DISTRICT OF ALASKA

*Alaska Rent-A-Car, Inc. v. Cendant Corporation, et al.*
Case No. 3:03-cv-29 TMB

By: THE HONORABLE TIMOTHY M. BURGESS

PROCEEDINGS:   ORDER FROM CHAMBERS

The parties have filed a stipulated request to unseal Defendants' request for oral argument (Docket No. 208).

**IT IS HEREBY ORDERED:**

The parties' stipulated request to unseal the Defendants' request for oral argument is **GRANTED**.

Entered at the direction of the Honorable Timothy M. Burgess, United States District Judge.

DATE: August 17, 2006