IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

AT ANCHORAGE

| | |
|---|---|
| ALASKA RENT-A-CAR, INC., an Alaska Corporation, ) ) ) Plaintiff, ) ) v. ) ) CENDANT CORPORATION, et al., ) ) Defendants. ) _____ ) | Case No. 3:03-cv-29 (TMB) |

## ORDER REGARDING BRIEFING AND EXPERT DEADLINES

The parties having stipulated as follows:

(1) Defendants' Reply in Support of their Motion for Summary Judgment, Docket No. 180, shall be due on or before September 6, 2006;

(2) Plaintiff's Replies in Support of the Plaintiff's Motions for Summary Judgment Docket Nos. 163, 164, 170, 172, 178, 179, 182, and 183 shall be due on or before September 25, 2006;

(3) The Defendants' Oppositions which are due pursuant to Docket 206 on or before August 18, 2006, shall be served electronically and hand delivered to Plaintiff on the date filed;

(4) Expert reports are due to be exchanged by the parties October 3, 2006 and supplemental/responsive expert reports are due October 23, 2006; and

(5) Expert discovery shall close December 1, 2006. The conduct of expert discovery will not delay the ability to certify the case is ready for trial.

Dated at Anchorage, Alaska, this 17th day of August, 2006.

/s/Timothy_Burgess
Timothy M. Burgess
United States District Judge