Jon T. Givens, Esq.
Bankston Gronning O'Hara, P.C.
601 West 5th Avenue, Suite 900
Anchorage, Alaska 99501
(907) 276-1711 (telephone)
(907) 279-5358 (fax)
wbankston@bankston.to

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

AT ANCHORAGE

| | |
|---|---|
| ALASKA RENT-A-CAR, INC., an Alaska Corporation, | )<br>)<br>) |
| Plaintiff, | )<br>) |
| v. | )<br>) |
| CENDANT CORPORATION, et al., | )<br>) |
| Defendants. | ) Case No. 3:03-cv-29 [TMB]<br>) |

## MOTION ON SHORTENED TIME ON MOTION
## TO CLARIFY OR MODIFY PROTECTIVE ORDER

Alaska Rent-A-Car's replies in support of its own motions for summary judgment are due on or before September 25, 2006. Alaska Rent-A-Car desires to share information regarding the joint sales force and pricing with licensees to attempt to obtain affidavits to be submitted in support of its replies. If the Motion to Clarify or Modify the Protective Order is considered on ordinary briefing schedule, the issue will not be fully briefed until during the week of September 11, 2006. Shortened time is necessary in order to ensure that

Motion on Shortened Time on Motion to Clarify or Modify Protective Order
*Alaska Rent-A-Car, Inc. v. Cendant Corp., et al.,* Case No. 3:03-cv-29 [TMB]    Page 1 of 2
A3388\05\PROTECTIVE ORDER\MTNshorten

issue is ruled upon sufficiently in advance of September 25, 2006 so that Alaska Rent-A-Car may seek to obtain the affidavits from licensees to submit in support of its replies. Alaska Rent-A-Car requests a ruling by September 15, 2006, so that it may have adequate time to communicate information to the third-party licensees and obtain affidavits to submit in support of its replies.

The motion to clarify or modify protective order seeks to clarify Alaska Rent-A-Car can share confidential information: (1) with licensee/witnesses (2) with parties to a joint defense agreement, and (3) with government agencies. Only the first item needs an expedited ruling, but as they are related issues the Court may wish to address them together.

DATED this 22nd day of August, 2006.

BANKSTON GRONNING O'HARA, PC
Attorneys for Plaintiff Alaska Rent-A-Car, Inc.

By: s/Jon T. Givens
601 W. 5th Avenue, Suite 900
Anchorage, Alaska 99501
Phone: (907) 276-1711
Fax: (907) 279-5358
E-mail: jgivens@bankston.to
AK Bar #9011072

**CERTIFICATE OF SERVICE**

I hereby certify that on August 24, 2006 a copy of foregoing Motion to Shortened Time On Motion to Clarify or Modify Protective Order was served electronically on Diane F. Vallentine and John F. Dienelt and on

Barry M. Heller
DLA Piper Rudnick Gary Cary US LLP
1200 Nineteen Street NW
Washington, DC 20036-2430

by regular U.S. Mail

s/Jon T. Givens

Motion on Shortened Time on Motion to Clarify or Modify Protective Order
*Alaska Rent-A-Car, Inc. v. Cendant Corp., et al.,* Case No. 3:03-cv-29 [TMB]    Page 2 of 2
A3388\05\PROTECTIVE ORDER\MTNshorten

BANKSTON GRONNING O'HARA, P.C.
Attorneys at Law
601 W. 5th Avenue, Suite 900
Anchorage, Alaska 99501
Tel. (907) 276-1711 - Fax (907) 279-5358
www.bankston.to