## Jon Givens

**From:** Dienelt, John [John.Dienelt@dlapiper.com]
**Sent:** Monday, August 21, 2006 1:26 PM
**To:** Jon Givens
**Cc:** dfvallentine@jdolaw.com; robert.muhs@cendant.com; paul.gallagher@cendant.com; Heller, Barry M.; Donovan, William P., Jr.; McIntosh, Scott
**Subject:** RE: Licensees

You do so at risk of contempt and tortious interference with contract. We do not agree with you.


John F. Dienelt
DLA Piper Rudnick Gray Cary US LLP
1200 19th St., NW
Washington, DC 20036
202-861-3880 (voice)
202-689-7400 (fax)
703-298-2251 (cell)
john.dienelt@dlapiper.com

---

**From:** Jon Givens [mailto:JGivens@bankston.to]
**Sent:** Monday, August 21, 2006 5:25 PM
**To:** Dienelt, John
**Subject:** Licensees

In your clients oppositions and declarations you take the position that licensees have not complained about having a joint sales force and how the national accounts program is operated. Specifically in the Lambert affidavit, he states that other licensees have not requested the sales force be seperated. Since you have injected the issue of the opinions of other licensees, we will share confidential information with licensees concerning how the joint sales force operates and show them depositions, CPAF's and contracts indicating how Avis and Budget are sold to various corporate customers. We believe we are entitled to show these witnesses confidential information pursuant to the terms of the protective order.

---

The information contained in this email may be confidential and/or legally privileged. It has been sent fo the sole use of the intended recipient(s). If the reader of this message is not an intended recipient, you are hereby notified that any unauthorized review, use, disclosure, dissemination, distribution, or copying of this communication, or any of its contents, is strictly prohibited. If you have received this communicatio in error, please contact the sender by reply email and destroy all copies of the original message. To contact our email administrator directly, send to postmaster@dlapiper.com

Thank you.

Exhibit 2
Page 1 of 1

8/21/2006