Jon T. Givens, Esq.
Bankston  Gronning  O'Hara, P.C.
601 West 5th Avenue, Suite 900
Anchorage, Alaska 99501
(907) 276-1711 (telephone)
(907) 279-5358 (fax)
wbankston@bankston.to

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

AT ANCHORAGE

| | |
|---|---|
| ALASKA RENT-A-CAR, INC., ) | |
| an Alaska Corporation, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| CENDANT CORPORATION, et al., ) | |
| ) | |
| Defendants. ) | Case No. 3:03-cv-29 [TMB] |
| ) | |

**[PROPOSED] ORDER GRANTING MOTION ON SHORTENED
TIME ON MOTION TO CLARIFY OR MODIFY PROTECTIVE ORDER**

The Court having considered the Motion on Shortened Time, finds the motion to be of merit and hereby orders that the defendants' opposition, to the Motion to Clarify or Modify the Protective Order shall be due and served by hand delivery on or before September 5, 2006, and Alaska Rent-A-Car's reply shall be due September 8, 2006, by noon Alaska Daylight Savings Time.

IT IS ORDERED.

Order Granting Motion on Shortened Time on Motion to Clarify or Modify Protective Order
*Alaska Rent-A-Car, Inc. v. Cendant Corp., et al.,* Case No. 3:03-cv-29 [TMB]               Page 1 of 2
A3388\05\PROTECTIVE ORDER\ORDshorten

BANKSTON GRONNING O'HARA, P.C.
Attorneys at Law
601 W. 5th Avenue, Suite  900
Anchorage, Alaska 99501
Tel. (907) 276-1711 - Fax (907) 279-5358
www.bankston.to

DATED: _____

TIMOTHY M. BURGESS
UNITED STATES DISTRICT COURT JUDGE

## CERTIFICATE OF SERVICE

I hereby certify that on August 24, 2006 a copy of foregoing Order Granting Motion to Shortened Time On Motion to Clarify or Modify Protective Order was served electronically on Diane F. Vallentine and John F. Dienelt  and on

Barry M. Heller
DLA Piper Rudnick Gary Cary US LLP
1200 Nineteen Street NW
Washington, DC 20036-2430

by regular U.S. Mail

s/Jon T. Givens _____

**BANKSTON GRONNING O'HARA, P.C.**
Attorneys at Law
601 W. 5th Avenue, Suite  900
Anchorage, Alaska 99501
Tel. (907) 276-1711 - Fax (907) 279-5358
www.bankston.to

Order Granting Motion on Shortened Time on Motion to Clarify or Modify Protective Order
*Alaska Rent-A-Car, Inc. v. Cendant Corp., et al.,* Case No. 3:03-cv-29 [TMB]        Page 2 of 2
A3388\05\PROTECTIVE ORDER\ORDshorten