Jon T. Givens, Esq.
Bankston Gronning O'Hara, P.C.
601 West 5th Avenue, Suite 900
Anchorage, Alaska 99501
(907) 276-1711 (telephone)
(907) 279-5358 (fax)
wbankston@bankston.to

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

AT ANCHORAGE

| | |
|---|---|
| ALASKA RENT-A-CAR, INC., an Alaska Corporation, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) ) |
| CENDANT CORPORATION, et al., | ) ) |
| Defendants. | ) Case No. 3:03-cv-29 [TMB] ) |

**CERTIFICATE OF SERVICE**

I hereby certify that on August 24, 2006 a copy of the *Sealed* Motion to Clarify or Modify Protective Order (Docket 228); *Sealed* Memorandum in Support of Motion to Clarify or Modify Protective Order (Docket 229); and *Sealed* [Proposed] Order Granting Motion to Clarify or Modify Protective Order (Docket 228); was served by email on Diane F. Vallentine, John F. Dienelt and Barry M. Heller and on

> Diane F. Vallentine, Esq.
> Jermain, Dunnagan & Owens, PC
> 3000 A Street, Suite 300
> Anchorage, Alaska 99503

By hand delivery via George's Courier Service

Certificate of Service
*Alaska Rent-A-Car, Inc. v. Cendant Corp., et al.,* Case No. 3:03-cv-29 [TMB]          Page 1 of 2
A3388\05\PROTECTIVE ORDER\CERTof service

BANKSTON GRONNING O'HARA, P.C.
Attorneys at Law
601 W. 5th Avenue, Suite 900
Anchorage, Alaska 99501
Tel. (907) 276-1711 - Fax (907) 279-5358
www.bankston.to

<mark>
</mark>

**BANKSTON GRONNING O'HARA, P.C.**
Attorneys at Law
601 W. 5th Avenue, Suite 900
Anchorage, Alaska 99501
Tel. (907) 276-1711 - Fax (907) 279-5358
www.bankston.to

and on

    Barry M. Heller
    DLA Piper Rudnick Gary Cary US LLP
    1200 Nineteen Street NW
    Washington, DC 20036-2430

by regular U.S. Mail

                        BANKSTON GRONNING O'HARA, PC
                        Attorneys for Plaintiff Alaska Rent-A-Car, Inc.

                        By:    s/Jon T. Givens
                                  601 W. 5th Avenue, Suite 900
                                  Anchorage, Alaska 99501
                                  Phone: (907) 276-1711
                                  Fax: (907) 279-5358
                                  E-mail: jgivens@bankston.to
                                  AK Bar #9011072

**CERTIFICATE OF SERVICE**

I hereby certify that on August 24, 2006 a copy of foregoing Certificate of Service was served electronically on Diane F. Vallentine and John F. Dienelt and on

Barry M. Heller
DLA Piper Rudnick Gary Cary US LLP
1200 Nineteen Street NW
Washington, DC 20036-2430

by regular U.S. Mail

s/Jon T. Givens

Certificate of Service
*Alaska Rent-A-Car, Inc. v. Cendant Corp., et al.,* Case No. 3:03-cv-29 [TMB]        Page 2 of 2
A3388\05\PROTECTIVE ORDER\CERTof service