BANKSTON GRONNING O'HARA, P.C.
Attorneys at Law
601 W. 5th Avenue, Suite 900
Anchorage, Alaska 99501
Tel. (907) 276-1711 - Fax (907) 279-5358
www.bankston.to

Jon T. Givens, Esq.
Bankston Gronning O'Hara, P.C.
601 West 5th Avenue, Suite 900
Anchorage, Alaska 99501
(907) 276-1711 (telephone)
(907) 279-5358 (fax)
wbankston@bankston.to

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA
AT ANCHORAGE

ALASKA RENT-A-CAR, INC., an Alaska Corporation,

Plaintiff,

v.

CENDANT CORPORATION, et al.,

Defendants.

Case No. 3:03-cv-29 [TMB]

**REQUEST FOR ORAL ARGUMENT**

Pursuant to Local District Court Rule P.7.2, plaintiff, by and through counsel, requests oral argument on:

1. Plaintiff's Motion for Partial Summary Judgment on Counts I and II of the First Amended Complaint [Breach of Contact].

2. Plaintiff's Motion to Disregard Defendants' Corporate Form and Pierce the Corporate Veil.

BANKSTON GRONNING O'HARA, P.C.
Attorneys at Law
601 W. 5th Avenue, Suite 900
Anchorage, Alaska 99501
Tel. (907) 276-1711 - Fax (907) 279-5358
www.bankston.to

3. Motion for Partial Summary Judgment Re: Anti-Trust.

4. Plaintiff's Motion and Memorandum in Support of Motion for Partial Summary Judgment on Breach of the Implied Covenant of Good Faith and Fair Dealing.

5. Motion and Memorandum in Support of Motion for Partial Summary Judgment on Count VI of the First Amended Complaint Violation of Alaska Unfair Trade Practices and Consumer Protection Act (AS 45.50.471).

6. Plaintiff's Motion and Memorandum in Support of Motion for Summary Judgment on Permanent Injunctive Relief and Specific Performance.

7. Motion and Memorandum in Support of Motion for Summary Judgment for Damages.

8. Motion for Declaratory and Injunctive Relief Relating to the Breakup of Cendant Corporation.

DATED this 28th day of August, 2006.

BANKSTON GRONNING O'HARA, PC
Attorneys for Plaintiff Alaska Rent-A-Car, Inc.

By: s/Jon T. Givens
601 W. 5th Avenue, Suite 900
Anchorage, Alaska 99501
Phone: (907) 276-1711
Fax: (907) 279-5358
E-mail: jgivens@bankston.to
AK Bar #9011072

BANKSTON GRONNING O'HARA, P.C.
Attorneys at Law
601 W. 5th Avenue, Suite 900
Anchorage, Alaska 99501
Tel. (907) 276-1711 - Fax (907) 279-5358
www.bankston.to

## CERTIFICATE OF SERVICE

I hereby certify that on August 28, 2006 a copy of foregoing Request for Oral Argument was served electronically on Diane F. Vallentine and John F. Dienelt and on

Barry M. Heller
DLA Piper Rudnick Gary Cary US LLP
1200 Nineteen Street NW
Washington, DC 20036-2430

by regular U.S. Mail

s/Jon T. Givens