Jon T. Givens, Esq.
Bankston Gronning O'Hara, P.C.
601 West 5th Avenue, Suite 900
Anchorage, Alaska 99501
(907) 276-1711 (telephone)
(907) 279-5358 (fax)
wbankston@bankston.to

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

AT ANCHORAGE

| | |
|---|---|
| ALASKA RENT-A-CAR, INC., an Alaska Corporation, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) ) |
| CENDANT CORPORATION, et al., | ) ) |
| Defendants. | ) Case No. 3:03-cv-29 [TMB] ) |

**[PROPOSED] ORDER GRANTING ORAL ARGUMENT**

The Court having received plaintiff's Request for Oral Argument on the following:

1. Plaintiff's Motion for Partial Summary Judgment on Counts I and II of the First Amended Complaint [Breach of Contact].

2. Plaintiff's Motion to Disregard Defendants' Corporate Form and Pierce the Corporate Veil.

3. Motion for Partial Summary Judgment Re: Anti-Trust.

4. Plaintiff's Motion and Memorandum in Support of Motion for Partial Summary Judgment on Breach of the Implied Covenant of Good Faith and Fair Dealing.

BANKSTON GRONNING O'HARA, P.C.
601 W. 5th Avenue, Suite 900
Anchorage, Alaska 99501
Tel. (907) 276-1711 - Fax (907) 279-5358

5. Motion and Memorandum in Support of Motion for Partial Summary Judgment on Count VI of the First Amended Complaint Violation of Alaska Unfair Trade Practices and Consumer Protection Act (AS 45.50.471).

6. Plaintiff's Motion and Memorandum in Support of Motion for Summary Judgment on Permanent Injunctive Relief and Specific Performance.

7. Motion and Memorandum in Support of Motion for Summary Judgment for Damages.

8. Motion for Declaratory and Injunctive Relief Relating to the Breakup of Cendant Corporation.

IT IS HEREBY ORDERED that said request is granted, and oral argument thereon is set before the undersigned on the ____ day of _____, 2006 at the hour of _____.m. in Courtroom ____.

DATED:_____

_____
TIMOTHY M. BURGESS
UNITED STATES DISTRICT COURT JUDGE

**CERTIFICATE OF SERVICE**

I hereby certify that on August 28, 2006 a copy of foregoing Order Granting Oral Argument was served electronically on Diane F. Vallentine and John F. Dienelt and on

Barry M. Heller
DLA Piper Rudnick Gary Cary US LLP
1200 Nineteen Street NW
Washington, DC 20036-2430

by regular U.S. Mail

s/Jon T. Givens _____

BANKSTON GRONNING O'HARA, P.C.
601 W. 5th Avenue, Suite 900
Anchorage, Alaska 99501
Tel. (907) 276-1711 - Fax (907) 279-5358

Order Granting Oral Argument
*Alaska Rent-A-Car, Inc. v. Cendant Corp., et al.,* Case No. 3:03-cv-29 [TMB]
A3388\05\SUMMARY JUDGMENT\ ORDoral.argu
Page 2 of 2