Jon T. Givens, Esq.
Bankston Gronning O'Hara, P.C.
601 West 5th Avenue, Suite 900
Anchorage, Alaska 99501
(907) 276-1711 (telephone)
(907) 279-5358 (fax)
wbankston@bankston.to

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

AT ANCHORAGE

| | |
|---|---|
| ALASKA RENT-A-CAR, INC., an Alaska Corporation, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) ) |
| CENDANT CORPORATION, et al., | ) ) |
| Defendants. | ) Case No. 3:03-cv-29 [TMB] ) |

## **MOTION TO STRIKE**

Alaska Rent-A-Car moves to strike the cross-motion for summary judgment at Docket 240 as it violates the Court Order and Stipulation of the parties at Docket 149 as it was filed after the June 20, 2006, deadline. This motion is supported by the memorandum filed herewith.

DATED this 29th day of August, 2006.

                BANKSTON GRONNING O'HARA, PC
                Attorneys for Plaintiff Alaska Rent-A-Car, Inc.

By:    s/Jon T. Givens
           601 W. 5th Avenue, Suite 900
           Anchorage, Alaska 99501
           Phone: (907) 276-1711
           Fax: (907) 279-5358
           E-mail: jgivens@bankston.to
           AK Bar #9011072

BANKSTON GRONNING O'HARA, P.C.
Attorneys at Law
601 W. 5th Avenue, Suite 900
Anchorage, Alaska 99501
Tel. (907) 276-1711 - Fax (907) 279-5358
www.bankston.to

**CERTIFICATE OF SERVICE**

I hereby certify that on August 29, 2006 a copy of foregoing Motion to Strike was served electronically on Diane F. Vallentine and John F. Dienelt and on

Barry M. Heller
DLA Piper Rudnick Gary Cary US LLP
1200 Nineteen Street NW
Washington, DC 20036-2430

by regular U.S. Mail

s/Jon T. Givens

**BANKSTON GRONNING O'HARA, P.C.**
Attorneys at Law
601 W. 5th Avenue, Suite 900
Anchorage, Alaska 99501
Tel. (907) 276-1711 - Fax (907) 279-5358
www.bankston.to