Jon T. Givens, Esq.
Bankston Gronning O'Hara, P.C.
601 West 5th Avenue, Suite 900
Anchorage, Alaska 99501
(907) 276-1711 (telephone)
(907) 279-5358 (fax)
wbankston@bankston.to

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

AT ANCHORAGE

| | |
|---|---|
| ALASKA RENT-A-CAR, INC., an Alaska Corporation, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) ) |
| CENDANT CORPORATION, et al., | ) ) |
| Defendants. | ) Case No. 3:03-cv-29 [TMB] ) |

**[PROPOSED] ORDER GRANTING MOTION TO STRIKE**

The Court having considered the motions to strike and any opposition thereto, hereby finds the motion to be of merit. The cross-motion at Docket 240 is in violation of the agreed upon deadlines in Docket 149 and is stricken.

IT IS ORDERED.

DATED;_____

_____
TIMOTHY M. BURGESS
UNITED STATES DISTRICT COURT JUDGE

BANKSTON GRONNING O'HARA, P.C.
Attorneys at Law
601 W. 5th Avenue, Suite 900
Anchorage, Alaska 99501
Tel. (907) 276-1711 - Fax (907) 279-5358
www.bankston.to

**CERTIFICATE OF SERVICE**

I hereby certify that on August 29, 2006 a copy of foregoing [Proposed] Order Granting Motion to Strike was served electronically on Diane F. Vallentine and John F. Dienelt and on

Barry M. Heller
DLA Piper Rudnick Gary Cary US LLP
1200 Nineteen Street NW
Washington, DC 20036-2430

by regular U.S. Mail

s/Jon T. Givens

BANKSTON GRONNING O'HARA, P.C.
Attorneys at Law
601 W. 5th Avenue, Suite 900
Anchorage, Alaska 99501
Tel. (907) 276-1711 - Fax (907) 279-5358
www.bankston.to

[Proposed] Order Granting Motion to Strike
*Alaska Rent-A-Car, Inc. v. Cendant Corp., et al.,* Case No. 3:03-cv-29 [TMB]
A3388\05\SUMMARY JUDGMENT\PLAINTIFF'S MOTION TO STRIKE\ORDstrike

Page 2 of 2