**EXHIBITS A-F FILED SEPARATELY UNDER SEAL**