DIANE F. VALLENTINE
JERMAIN DUNNAGAN & OWENS
3000 A Street, Suite 300
Anchorage, AK 99503
Telephone: (907) 563-8844
Facsimile:  (907) 562-7322

JONATHAN SOLISH (Pro Hac Vice)
JENKENS & GILCHRIST, LLP
12100 Wilshire Boulevard, 15th Floor
Los Angeles, California 90025
Tel. (310) 820-8800
Fax. (310) 820-8859

Attorneys for Defendants

RECEIVED

JUN 2 5 2003

Bankston, Gronning, O'Hara, Sedor
Mills, Givens, & Heaphey P C

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

AT ANCHORAGE

| | |
|---|---|
| ALASKA RENT-A-CAR, INC., an Alaska Corporation,<br><br>Plaintiff,<br><br>v.<br><br>CENDANT CORPORATION, AVIS RENT-A-CAR SYSTEM, INC., AVIS GROUP HOLDINGS, INC., and HFS CAR RENTAL, INC.,<br><br>Defendants. | CASE NO. A03-029<br><br>**DEFENDANTS' INITIAL DISCLOSURES** |

Pursuant to Federal Rules of Civil Procedure, Rule 26, Defendants hereby make the following initial disclosures:

**A. Individuals Likely to Have Discoverable Information [26(a)(1)(A)]**

Defendants submit the following list of witnesses that it may use to defend the

EXHIBIT  1

issues raised by Plaintiff's complaint, based on information available as of the date of this disclosure. Defendants reserve the right to supplement this list as discovery proceeds. Defendants further reserve the right to rely on all witnesses named in this and other parties' answers to interrogatories, during depositions, named in documents, and otherwise revealed during the course of continuing investigation and discovery in this matter. To date, plaintiff has not provided any specifics beyond its pleadings with respect to its claims or damages. Accordingly, defendants may not be aware of all witnesses and documents that will be relevant to this matter. Hence, defendants further reserve the right to supplement this submission.

All witnesses can be reached through defendants' counsel of record.

1. Kerry Morris: Mr. Morris has knowledge regarding Avis' business methods and operations.

2. Robert Salerno: Mr. Salerno has knowledge regarding the 1995 litigation and settlement agreement. He also has knowledge regarding the acquisition of Budget, the business methods and operations of Budget and Avis, and Plaintiff's claims that they are operating in violation of the license agreements and settlement agreement.

3. David Blaskey: Mr. Blaskey has knowledge regarding the acquisition of Budget, the business methods and operations of Budget and Avis, and Plaintiff's claims that they are operating in violation of the license agreements and settlement agreement.

4. Beth Morehouse: Ms. Morehouse has knowledge regarding the Avis and Budget reservations systems.

5. Chuck Fallon: Mr. Fallon has knowledge regarding sales strategies and efforts

*Alaska Rent-A-Car, Inc. v. Cendant Corporation, et al.*, Case No. A03-029 CV (JKS)
DEFENDANTS' INITIAL DISCLOSURES                                              Page 2 of 4

EXHIBIT ___1___

conducted on behalf of Avis and Budget.

6. Scott Deaver: Mr. Deaver has knowledge regarding marketing strategies and efforts conducted on behalf of Avis and Budget.

7. Vance Watson: Mr. Watson has knowledge regarding Budget licensees, including the Budget licensees in Alaska.

8. Karen Sclafani: Ms. Sclafani has knowledge regarding the acquisition of Budget, the business methods and operations of Budget and Avis, and Plaintiff's claims that they are operating in violation of the license agreements and settlement agreement. Any testimony would be without waiver of any attorney client or attorney work product privileges that might apply.

9. Defendants reserve the right to call witnesses on Plaintiff's witness disclosure, as well as witnesses who are testifying for impeachment or rebuttal. Discovery is continuing and Defendants reserve the right to call any subsequently discovered or inadvertantly omitted witnesses.

B. **Documents, Data and Tangible Things [26(a)(1)(B)]:** All documents in the possession of Defendants that have currently been located and identified as responsive will be categorized, bates stamped and made available for review in Parsippany, New Jersey on a mutually convenient date and time, or Avis will arrange for copying of said documents at plaintiff's expense. Defendants are continuing their investigation to locate additional responsive documents.

C. **Damages Disclosure: [26(a)(1)(C)]:** Defendants have not filed a counterclaim as of the date of this initial disclosure and therefore are not claiming any damages that need to

EXHIBIT 1

LAW OFFICES OF
JERMAIN DUNNAGAN & OWENS
A PROFESSIONAL CORPORATION
3000 A STREET, SUITE 300
ANCHORAGE, ALASKA 99503
(907) 563-8844
FAX (907) 563-7322

be disclosed herein.

D. **Insurance Policies:** [26(a)(1)(D)]: Defendants are unaware of any insurance policies applicable to this dispute.

DATED at Anchorage, Alaska this 25th day of June, 2003.

JERMAIN DUNNAGAN & OWENS

_Diane J. Vallentine_
Diane Vallentine
Attorney for Defendants CENDANT CORPORATION, AVIS RENT-A-CAR SYSTEM, INC., AVIS GROUP HOLDINGS, INC., and HFS CAR RENTAL, INC.

Jonathan Solish (Pro Hac Vice)
Jenkens & Gilchrist, LLP
12100 Wilshire Boulevard, 15th Floor
Los Angeles, California 90025

Certificate of Service

The undersigned certifies that on the 25th day of June, 2003, a true and correct copy of the foregoing was served by hand delivery on the following:

Christopher Heaphey
Bankston, Gronning, O'Hara, Sedor,
  Mills, Givens & Heaphey, P.C.
550 W. 7th Avenue, Suite 1800
Anchorage, AK 99501

_signature_

LAW OFFICES OF
JERMAIN DUNNAGAN & OWENS
A PROFESSIONAL CORPORATION
3000 A STREET, SUITE 300
ANCHORAGE, ALASKA 99503
(907) 563-8844
FAX (907) 563-7322

*Alaska Rent-A-Car, Inc. v. Cendant Corporation, et al.*, Case No. A03-029 CV (JKS)
DEFENDANTS' INITIAL DISCLOSURES                                    Page 4 of 4

EXHIBIT ___1___