Jon T. Givens, Esq.
Bankston Gronning O'Hara, P.C.
601 West 5th Avenue, Suite 900
Anchorage, Alaska 99501
(907) 276-1711 (telephone)
(907) 279-5358 (fax)
wbankston@bankston.to

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

AT ANCHORAGE

| | |
|---|---|
| ALASKA RENT-A-CAR, INC., an Alaska Corporation, <br><br> Plaintiff, <br><br> v. <br><br> CENDANT CORPORATION, et al., <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) Case No. 3:03-cv-29 [TMB] |

## MOTION AND MEMORANDUM FOR LIMITED RECONSIDERATION OF DOCKET 263

The Court on October 5, 2006, issued Docket 263 ordering that no further briefs may be filed overlength absent extenuating circumstances. Alaska Rent-A-Car with all respect requests limited reconsideration to allow it to file its Reply to Docket 164 and Reply to Docket 172 as a joint consolidated reply.

Motion and Memorandum in Support of Motion for Reconsideration of Order [Docket 263]
*Alaska Rent-A-Car, Inc. v. Cendant Corp., et al.*, Case No. 3:03-cv-29 [TMB] Page 1 of 3
A3388\05\SUMMARY JUDGMENT\MOTION TO RECONSIDER\MTNreconsideration

BANKSTON GRONNING O'HARA, P.C.
Attorneys at Law
601 W. 5th Avenue, Suite 900
Anchorage, Alaska 99501
Tel. (907) 276-1711 - Fax (907) 279-5358
www.bankston.to

Alaska Rent-A-Car stipulated the defendants could file an overlength joint opposition to Dockets 164 and 172 on the condition that Alaska Rent-A-Car would be allowed to file a joint reply or replies which would be overlength. *See,* Exhibit 1. Further defendants filed their joint opposition of 72 pages using a footnote font smaller than allowed by the local rules as such the reply is actually longer than its pages would suggest. The point of the foregoing being that there is substantial more substance to which Alaska Rent-A-Car must reply. Additionally the breach of contract issues are core and fundamental issues in this case and justify thorough briefing. Alaska Rent-A-Car has been editing its joint reply and will attempt to make it as short as it can while still covering the substantive ground. However, Alaska Rent-A-Car requests permission to file a maximum of 60 pages in joint reply in support of Dockets 164 and 172. Alaska Rent-A-Car will file all its other replies on the dispositive motions complying with the page limitations contained in the local rules and Docket 263.

DATED this 10th day of October, 2006.

        BANKSTON GRONNING O'HARA, PC
        Attorneys for Plaintiff Alaska Rent-A-Car, Inc.
        By:    s/Jon T. Givens
              601 W. 5th Avenue, Suite 900
              Anchorage, Alaska 99501
              Phone: (907) 276-1711
              Fax: (907) 279-5358
              E-mail: jgivens@bankston.to
              AK Bar #9011072

BANKSTON GRONNING O'HARA, P.C.
Attorneys at Law
601 W. 5th Avenue, Suite 900
Anchorage, Alaska 99501
Tel. (907) 276-1711 - Fax (907) 279-5358
www.bankston.to

Motion and Memorandum in Support of Motion for Reconsideration of Order [Docket 263]
*Alaska Rent-A-Car, Inc. v. Cendant Corp., et al.,* Case No. 3:03-cv-29 [TMB] Page 2 of 3
A3388\05\SUMMARY JUDGMENT\MOTION TO RECONSIDER\MTNreconsideration

## CERTIFICATE OF SERVICE

I hereby certify that on October 10, 2006 a copy of foregoing Motion and Memorandum In Support of Motion for Reconsideration of Order [Docket 263] was served electronically on Diane F. Vallentine and John F. Dienelt and on

Barry M. Heller
DLA Piper US LLP
1200 Nineteen Street NW
Washington, DC 20036-2430

by regular U.S. Mail

s/Jon T. Givens

BANKSTON GRONNING O'HARA, P.C.
Attorneys at Law
601 W. 5th Avenue, Suite 900
Anchorage, Alaska 99501
Tel. (907) 276-1711 - Fax (907) 279-5358
www.bankston.to

Motion and Memorandum in Support of Motion for Reconsideration of Order [Docket 263]
*Alaska Rent-A-Car, Inc. v. Cendant Corp., et al.*, Case No. 3:03-cv-29 [TMB] Page 3 of 3
A3388\05\SUMMARY JUDGMENT\MOTION TO RECONSIDER\MTNreconsideration