Jon T. Givens, Esq.
Bankston Gronning O'Hara, P.C.
601 West 5th Avenue, Suite 900
Anchorage, Alaska 99501
(907) 276-1711 (telephone)
(907) 279-5358 (fax)
wbankston@bankston.to

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

AT ANCHORAGE

| | |
|---|---|
| ALASKA RENT-A-CAR, INC., an Alaska Corporation, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) ) |
| CENDANT CORPORATION, et al., | ) ) |
| Defendants. | ) Case No. 3:03-cv-29 [TMB] ) |

### [PROPOSED] ORDER GRANTING MOTION FOR LIMITED RECONSIDERATION OF DOCKET 263

Having considered the Motion for Limited Reconsideration of Docket 263, the Court orders Alaska Rent-a-Car may file a joint reply to Dockets 164 and 172 for a maximum of 60 total pages, but less would be preferred.

DATED:_____

_____
TIMOTHY M. BURGESS
UNITED STATES DISTRICT COURT JUDGE

[Proposed] Order Granting Motion for Limited Reconsideration of Docket 263
*Alaska Rent-A-Car, Inc. v. Cendant Corp., et al.,* Case No. 3:03-cv-29 [TMB] Page 1 of 2
A3388\05\SUMMARY JUDGMENT\MOTION TO RECONSIDER\MTNreconsideration

BANKSTON GRONNING O'HARA, P.C.
Attorneys at Law
601 W. 5th Avenue, Suite 900
Anchorage, Alaska 99501
Tel. (907) 276-1711 - Fax (907) 279-5358
www.bankston.to

## CERTIFICATE OF SERVICE

I hereby certify that on October 10, 2006 a copy of foregoing Motion and Memorandum In Support of Motion for Reconsideration of Order [Docket 263] was served electronically on Diane F. Vallentine and John F. Dienelt and on

Barry M. Heller
DLA Piper US LLP
1200 Nineteen Street NW
Washington, DC 20036-2430

by regular U.S. Mail

s/Jon T. Givens

BANKSTON GRONNING O'HARA, P.C.
Attorneys at Law
601 W. 5th Avenue, Suite 900
Anchorage, Alaska 99501
Tel. (907) 276-1711 - Fax (907) 279-5358
www.bankston.to

[Proposed] Order Granting Motion for Limited Reconsideration of Docket 263
*Alaska Rent-A-Car, Inc. v. Cendant Corp., et al.*, Case No. 3:03-cv-29 [TMB] Page 2 of 2
A3388\05\SUMMARY JUDGMENT\MOTION TO RECONSIDER\MTNreconsideration