John F. Dienelt, Esq.
Barry M. Heller, Esq.
DLA Piper US LLP
1200 Nineteenth Street, N.W.
Washington, D.C. 20036-2412
(202) 861-3880 (telephone)
(202) 223-2085 (fax)

Howard S. Trickey, Esq.
Diane F. Vallentine, Esq.
Jermain, Dunnagan & Owens, PC
3000 A Street, Suite 300
Anchorage, Alaska 99503
(907) 563-8844 (telephone)
(907) 563-7322 (fax)

*Attorneys for Defendants*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA
AT ANCHORAGE

| | |
|---|---|
| ALASKA RENT-A-CAR, INC, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> CENDANT CORPORATION, et al., ) <br> ) <br> Defendants. ) <br> ) | Case No. A03-029 CV [TMB] |

**STIPULATED MOTION TO RESCHEDULE STATUS CONFERENCE**

The parties hereby stipulate and respectfully request that the Status Conference previously set for Thursday, October 12, 2006 at 3:00 p.m., be rescheduled to October 17, 2006 at or after 3:30 p.m. Such stipulation is for the purpose of accommodating Defendants' scheduling and travel conflicts and is not for the purpose of delay.

Defendants' counsel is unable to travel to Anchorage at a time to permit appearance at the Status Conference on October 17, 2006 prior to 3:30 p.m.

In the event that October 17, 2006, at or after 3:30 p.m., is not a date and time acceptable to the Court, the parties request that the Status Conference be held at the existing date and time, October 12, 2006, at 3:00 p.m.

DATED this _____ day of October, 2006.

    BANKSTON GRONNING O'HARA, PC
    Attorneys for Plaintiff Alaska Rent-A-Car, Inc.

    By: _____
    601 W. 5th Avenue, Suite 900
    Anchorage, Alaska 99501
    Phone: (907) 276-1711
    Fax: (907) 276-5358
    E-mail: jgivens@bankston.to
    Alaska Bar No. 9011072

DATED this _10_ day of October, 2006.

    JERMAIN, DUNNAGAN & OWENS, P.C.
    Attorneys for Defendants

    By: _____
    Diane F. Vallentine
    3000 A Street, Suite 300
    Anchorage, Alaska 99503
    Phone: (907) 563-8844
    Fax: (907) 563-7322
    Alaska Bar No. 7710177

STIPULATION MOTION TO RESCHEDULE STATUS CONFERENCE
*Alaska Rent-A-Car vs Cendant, et al.*
Case No. A03-029 CV [TMB]    Page 2 of 3

**CERTIFICATE OF SERVICE**
I hereby certify a true and correct
copy of the foregoing was served by

☒ Electronic PDF
☐ Hand Delivery

this /0 day of October, 2006 on:

JON T. GIVENS
BANKSTON GRONNING O'HARA PC
601 W. 5TH AVENUE
SUITE 900
ANCHORAGE, AK 99501

_____
Anita R. Tardugno, Legal Assistant
Jermain Dunnagan & Owens, P.C.

LAW OFFICES OF
JERMAIN DUNNAGAN & OWENS
A PROFESSIONAL CORPORATION
3000 A STREET, SUITE 300
ANCHORAGE, ALASKA 99503
(907) 563-8844
FAX (907) 563-7322