IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA
AT ANCHORAGE

| | |
|---|---|
| ALASKA RENT-A-CAR, INC, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. A03-029 CV [TMB] |
| ) | |
| CENDANT CORPORATION, et al., ) | |
| ) | |
| Defendants. ) | |
| _____) | |

### [Proposed] ORDER

IT IS ORDERED that the Status Conference previously set by the Court for October 12, 2006 at 3:00 p.m. is vacated and re-scheduled to October 17, 2006 at _____.

DATED:_____     _____
TIMOTHY M. BURGESS
United States District Court Judge