David B. Ruskin, Esq.
601 West 5th Avenue, Suite 700
Anchorage, Alaska 99501
(907) 277-1711 (telephone)
(907) 263-6308 (fax)

Special Master

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

AT ANCHORAGE

| | |
|---|---|
| ALASKA RENT-A-CAR, INC., an Alaska Corporation, ) ) ) | |
| Plaintiff, ) ) | |
| v. ) ) | |
| CENDANT CORPORATION, et al., ) ) | |
| Defendants. ) ) | Case No. 3:03-cv-29 [TMB] |

## STIPULATION REGARDING SCHEDULING

The parties by and through their attorneys and after discussions with the Discovery Master, stipulate as follows due to a delay in scheduling certain discovery:

(1) Alaska Rent-A-Car may file its replies (currently due October 9, 2006) in support of Docket 163, 164, 172 and 178 on Tuesday, October 17, 2006;

(2) Alaska Rent-A-Car may file its opposition to defendants' cross-motion Docket 240 also on Tuesday, October 17, 2006; and

(3) Initial expert reports shall be due October 25, 2006 and supplement expert reports shall be due on November 15.

|  |  |
|---|---|
|  | DLA PIPER US LLP<br>Attorneys for Defendants |
| DATED this 6th day of October, 2006 | By:   s/ John F. Dienelt (consented)<br>John F. Dienelt<br>1200 Nineteenth Street, NW<br>Washington, DC 20036<br>(202) 861-3880 (telephone)<br>(202) 689-7400 (facsimile)<br>Washington D.C. Bar No. 110742 |
|  | JERMAIN DUNNAGAN & OWENS, P.C.<br>Attorneys for Defendants |
| DATED this 6th day of October, 2006 | By:   s/ Diane F. Vallentine<br>Howard S. Trickey, Esq.<br>Diane F. Vallentine, Esq.<br>Jermain Dunnagan & Owens, P.C.<br>3000 A Street, Suite 300<br>Anchorage, Alaska  99503<br>(907) 563-8844 (telephone)<br>(907) 563-7322 (facsimile)<br>Alaska Bar No. 7710177 |
|  | BANKSTON GRONNING O'HARA, P.C.<br>Attorneys for Plaintiff |
| DATED this 6th day of October, 2006 | By:   s/ Jon T. Givens (consented)<br>Jon T. Givens<br>601 W. 5th Avenue, Suite 900<br>Anchorage, Alaska 99501<br>(907) 276-1711 (telephone)<br>(907) 279-5358 (facsimile)<br>Alaska Bar No. 9011072 |

IT IS RECOMMENDED.

|  |  |
|---|---|
| DATED:   October 10, 2006 | s/ David B. Ruskin (consented)<br>DAVID B. RUSKIN<br>Discovery Master |

**CERTIFICATE OF SERVICE**

I hereby certify that on October 11, 2006, a copy of foregoing Stipulation Regarding Scheduling was served electronically on Jon T. Givens, David B. Ruskin, and John F. Dienelt and on

Barry M. Heller
DLA Piper US LLP
1200 Nineteenth Street NW
Washington, DC 20036-2430

by regular U.S. Mail

s/Diane F. Vallentine