IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA
AT ANCHORAGE

| | |
|---|---|
| ALASKA RENT-A-CAR, INC, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| CENDANT CORPORATION, et al., ) | |
| ) | |
| Defendants. ) | |
| ) | Case No. 3:03-cv-29 [TMB] |

## [PROPOSED] ORDER REGARDING SCHEDULING

The parties having stipulated as follows:

(1)  Alaska Rent-A-Car may file its replies (currently due October 9, 2006) in support of Docket 163, 164, 172 and 178 on Tuesday, October 17, 2006;

(2)  Alaska Rent-A-Car may file its opposition to defendants' cross-motion Docket 240 also on Tuesday, October 17, 2006; and

(3)  Initial expert reports shall be due October 25, 2006 and supplement expert reports shall be due on November 15.

IT IS SO ORDERED.

DATED this _____ day of October, 2006.


_____
TIMOTHY M. BURGESS
United States District Court Judge

**CERTIFICATE OF SERVICE**

I hereby certify that on October 11, 2006, a copy of foregoing [Proposed] Order Regarding Scheduling was served electronically on Jon T. Givens, David B. Ruskin, and John F. Dienelt and on

Barry M. Heller
DLA Piper US LLP
1200 Nineteenth Street NW
Washington, DC 20036-2430

by regular U.S. Mail

s/Diane F. Vallentine