```
              MINUTES OF THE UNITED STATES DISTRICT COURT
                         DISTRICT OF ALASKA
```

  ALASKA RENTAL CAR INC.          vs.     CENDANT CORP., ET AL.

BEFORE THE HONORABLE TIMOTHY M. BURGESS CASE NO 3:03-CV-00029-TMB

DEPUTY CLERK/RECORDER:        SUZANNETTE LUCERO

APPEARANCES:   PLAINTIFF:   JON GIVENS / CHRISTOPHER HEAPHEY

               DEFENDANT:   HOWARD TRICKE / DIANE VALLENTINE /
                            JOHN DIENELT

PROCEEDINGS: STATUS CONFERENCE HELD 10/17/06:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

At 3:29 p.m. court convened.

Defendant's Request for Oral Argument (Dkt 191), Plaintiff's Request for Oral Argument (Dkt 207), Defendant's Request for Oral Argument (Dkt 226), Plaintiff's Request for Oral Argument (Dkt 239) **GRANTED.**

Parties to confer re oral argument dates.

Court to set oral argument after plaintiff submits several available dates.

At 3:48 p.m. court adjourned.

DATE: Octber 17, 2006          DEPUTY CLERK'S INITIALS:    SCL