Jon T. Givens, Esq.
Bankston Gronning O'Hara, P.C.
601 West 5th Avenue, Suite 900
Anchorage, Alaska 99501
(907) 276-1711 (telephone)
(907) 279-5358 (fax)
wbankston@bankston.to

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

AT ANCHORAGE

| | |
|---|---|
| ALASKA RENT-A-CAR, INC.,  ) <br> an Alaska Corporation,  ) <br>   ) <br> Plaintiff,  ) <br>   ) <br> v.  ) <br>   ) <br> CENDANT CORPORATION, et al.,  ) <br>   ) <br> Defendants.  ) <br>   ) | Case No. 3:03-cv-29 [TMB] |

## NOTICE REGARDING ORAL ARGUMENT

The Court directed the parties to confer on dates suggested by the Court for availability of counsel for oral argument. Although plaintiff would prefer oral argument to be earlier, the dates agreeable to defendants were either January 10 and 11 or January 17 and 18. The parties request the Court schedule oral argument accordingly. A proposed order is attached hereto.

DATED this 25th day of October, 2006.

BANKSTON GRONNING O'HARA, PC
Attorneys for Plaintiff Alaska Rent-A-Car, Inc.
By:   s/Jon T. Givens
      601 W. 5th Avenue, Suite 900
      Anchorage, Alaska 99501
      Phone: (907) 276-1711
      Fax: (907) 279-5358
      E-mail: jgivens@bankston.to
      AK Bar #9011072

*Alaska Rent-A-Car, Inc. v. Cendant Corp., et al.,* Case No. 3:03-cv-29 [TMB]                Page 1 of 2
A3388\05\NTCdates

## CERTIFICATE OF SERVICE

I hereby certify that on October 25, 2006 a copy of foregoing Notice Regarding Oral Argument was served electronically on Diane F. Vallentine and John F. Dienelt and on

Barry M. Heller
DLA Piper US LLP
1200 Nineteen Street NW
Washington, DC 20036-2430

by regular U.S. Mail

s/Jon T. Givens

**BANKSTON GRONNING O'HARA, P.C.**
**Attorneys at Law**
**601 W. 5th Avenue, Suite 900**
**Anchorage, Alaska 99501**
**Tel. (907) 276-1711 - Fax (907) 279-5358**
**www.bankston.to**