Jon T. Givens, Esq.
Bankston Gronning O'Hara, P.C.
601 West 5th Avenue, Suite 900
Anchorage, Alaska 99501
(907) 276-1711 (telephone)
(907) 279-5358 (fax)
wbankston@bankston.to

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

AT ANCHORAGE

| | |
|---|---|
| ALASKA RENT-A-CAR, INC., ) <br> an Alaska Corporation, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> CENDANT CORPORATION, et al., ) <br> ) <br> Defendants. ) <br> ) | Case No. 3:03-cv-29 [TMB] |

**[PROPOSED] ORDER FOR ORAL ARGUMENT**

The Court directs that counsel for all parties be available for oral argument on motions and issues to be identified in subsequent notice(s) issued by the Court. The dates counsel should be available are January ____ and ____, 2007. IT IS SO ORDERED.

DATED _____

                                                      JUDGE TIMOTHY M. BURGESS
                                                    UNITED STATES DISTRICT COURT JUDGE

BANKSTON GRONNING O'HARA, P.C.
Attorneys at Law
601 W. 5th Avenue, Suite 900
Anchorage, Alaska 99501
Tel. (907) 276-1711 - Fax (907) 279-5358
www.bankston.to

## CERTIFICATE OF SERVICE

I hereby certify that on October 25, 2006 a copy of foregoing [Proposed] Order for Oral Argument was served electronically on Diane F. Vallentine and John F. Dienelt and on

Barry M. Heller
DLA Piper US LLP
1200 Nineteen Street NW
Washington, DC 20036-2430

by regular U.S. Mail

s/Jon T. Givens

BANKSTON GRONNING O'HARA, P.C.
Attorneys at Law
601 W. 5th Avenue, Suite 900
Anchorage, Alaska 99501
Tel. (907) 276-1711 - Fax (907) 279-5358
www.bankston.to