# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ALASKA

ALASKA RENT-A-CAR, INC.   v.   CENDANT CORPORATION, *ET AL*

HONORABLE TIMOTHY M. BURGESS

DATE:  December 5, 2006                                      CASE NO.  3:03-CV-00029 TMB

PROCEEDINGS:     **MINUTE ORDER FROM CHAMBERS**
**Re:** Motion for Review of Discovery master's Ruling [Docket 260]

    Plaintiff requests reversal of the Discovery Master's Order at Docket 253, specifically with respect to the denial of the request to depose certain corporate customers, certain of Defendants' executives, and an executive of Cendant Finance Holding Company.  Docket 260.  In the alternative, Plaintiff seeks relief under Fed. R. Civ. P. 56(f).  Docket 261.  Defendants have filed a responsive brief.  Docket 264.

    This Court has performed a *de novo* review of the issues presented.   Plaintiff's Motion at Docket 260 is DENIED.