UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

ALASKA RENT-A-CAR, INC.   v.   CENDANT CORPORATION, *ET AL*

HONORABLE TIMOTHY M. BURGESS

DATE: December 18, 2006                           CASE NO.  3:03-CV-00029 TMB

PROCEEDINGS:    **MINUTE ORDER FROM CHAMBERS**
**In Preparation for Oral Argument**

---

Oral argument is scheduled in this matter on January 10, 2007.  Upon review of the record, the Court concludes that further briefing is necessary.

The parties are directed to jointly file a memorandum not to exceed ten (10) pages, addressing the following issues:

1. The Court requires a clearer explanation of the corporate relationships.  Specifically, the parties should address which Defendant is the Licensor in this matter:  ARACS or ACRG.  Further, the parties shall provide the Court with a chart or other illustrative document explaining the relationships of the key players in this matter, including but not limited to RAC, Cendant, ARACS, ACRG, CCRG, AGH, and BRAC.

2. The parties should address whether the motion at Docket 178, with respect to the breakup of Cendant, is moot.

Such memorandum shall be filed on or before January 5, 2007.

The oral argument scheduled for January 10, 2007, is vacated, and rescheduled for February 21, 2007, at 10:00 a.m.

Oral argument will be structured as follows:   **One hour** each side for the Plaintiff's six motions and **20 minutes** each side for the Defendants' motion.  In connection with the Defendant's motion, it need only address those causes of action that are not addressed by the Plaintiff's six motions.  The parties should be prepared to argue the alter ego issue.  Even though the motion & cross-motion addressing Count V have been denied, this issue is still live with respect to the pending motions.