Jon T. Givens, Esq.
Bankston Gronning O'Hara, P.C.
601 West 5th Avenue, Suite 900
Anchorage, Alaska 99501
(907) 276-1711 (telephone)
(907) 279-5358 (fax)
wbankston@bankston.to

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

AT ANCHORAGE

| | |
|---|---|
| ALASKA RENT-A-CAR, INC., an Alaska Corporation, ) ) ) | |
| Plaintiff, ) ) | |
| v. ) ) | |
| CENDANT CORPORATION, et al., ) ) | |
| Defendants. ) ) | Case No. 3:03-cv-29 [TMB] |

### STIPULATION TO EXTEND TIME TO FILE OPPOSITION TO DEFENDANTS' MOTION TO STRIKE AT DOCKET 294, DEFENDANTS TO FILE THEIR REPLY TO THE OPPOSITION AND JOINT MOTION TO RESCHEDULE ORAL ARGUMENT ON DISPOSITIVE MOTIONS

The parties, by and through their respective counsel of record, hereby stipulate and agree that plaintiff shall have until and including January 25, 2007 to file its opposition to defendants' Motion to Strike Portions of Plaintiff's Opposition to Motion for Summary Judgment or in the Alternative for an Order Limiting the Issues at Trial to Count II.

Stipulation to Extend Time to File Opposition to Defendants' Motion to Strike at Docket 294
*Alaska Rent-A-Car, Inc. v. Cendant Corp., et al.*, Case No. 3:03-cv-29 [TMB]
A3388\05\STIPULATIONS\STPopposition1

Page 1 of 3

Defendants shall have until and including February 8, 2007 to file their reply to plaintiff's opposition. Each party further stipulates and agrees to serve their respective responsive pleadings by email on the dates due.

At docket 297, the Court rescheduled oral argument on dispositive motions for February 21, 2007, and this conflicts with other scheduling obligations of the defendants. Therefore the parties jointly request the Court to reschedule oral argument to occur on February 27, 2007, or as soon thereafter as the Court can accommodate.

DATED: 12/29/06

BANKSTON GRONNING O'HARA, PC
Attorneys for Plaintiff Alaska Rent-A-Car, Inc.
Jon T. Givens

By: _____
601 W. 5th Avenue, Suite 900
Anchorage, Alaska 99501
Phone: (907) 276-1711
Fax: (907) 279-5358
E-mail: jgivens@bankston.to
AK Bar #9011072

JERMAIN, DUNNAGAN & OWENS, P.C.
Attorneys for Defendants

DATED: Dec. 27, 2006

By: _____
Diane F. Vallentine
AK Bar No. 7710177

DLA PIPER US LLP
Attorneys for Defendants

DATED: Dec 27, 2006

By: _____
John F. Dienelt
Washington D.C. Bar #110742

Stipulation to Extend Time to File Opposition to Defendants' Motion to Strike at Docket 294
*Alaska Rent-A-Car, Inc. v. Cendant Corp., et al.*, Case No. 3:03-cv-29 [TMB]   Page 2 of 3
A3388\05\STIPULATIONS\STPopposition1

BANKSTON GRONNING O'HARA, P.C.
Attorneys at Law
601 W. 5th Avenue, Suite 900
Anchorage, Alaska 99501
Tel. (907) 276-1711 - Fax (907) 279-5358
www.bankston.to

**CERTIFICATE OF SERVICE**
I hereby certify that on December 29, 2006, a copy of foregoing Stipulation to Extend Time to File Opposition to Defendants' Motion to Strike at Docket 294 and Defendants to File Their Reply To the Opposition was served electronically on Diane F. Vallentine and John F. Dienelt and on

Barry M. Heller
DLA Piper US LLP
1200 Nineteen Street NW
Washington, DC 20036-2430

by regular U.S. Mail

s/Jon T. Givens

BANKSTON GRONNING O'HARA, P.C.
Attorneys at Law
601 W. 5th Avenue, Suite 900
Anchorage, Alaska 99501
Tel. (907) 276-1711 - Fax (907) 279-5358
www.bankston.to

Stipulation to Extend Time to File Opposition to Defendants' Motion to Strike at Docket 294
*Alaska Rent-A-Car, Inc. v. Cendant Corp., et al.,* Case No. 3:03-cv-29 [TMB]    Page 3 of 3
A3388\05\STIPULATIONS\STPopposition1