Jon T. Givens, Esq.
Bankston Gronning O'Hara, P.C.
601 West 5th Avenue, Suite 900
Anchorage, Alaska 99501
(907) 276-1711 (telephone)
(907) 279-5358 (fax)
wbankston@bankston.to

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

AT ANCHORAGE

| | |
|---|---|
| ALASKA RENT-A-CAR, INC., )<br>an Alaska Corporation, )<br>)<br>      Plaintiff, )<br>)<br>v. )<br>)<br>CENDANT CORPORATION, et al., )<br>)<br>      Defendants. )<br>                 ) | Case No. 3:03-cv-29 [TMB] |

**[PROPOSED] ORDER GRANTING EXTENSION OF TIME TO FILE OPPOSITION TO DEFENDANTS' MOTION TO STRIKE AT DOCKET 294 AND DEFENDANTS TO FILE THEIR REPLY TO THE OPPOSITION AND GRANTING MOTION TO RESCHEDULE ORAL ARGUMENT ON DISPOSITIVE MOTIONS**

  The parties having stipulated to extend the time for plaintiff's opposition to defendants' Motion to Strike at Docket 294 to January 25, 2007, and defendants reply to the opposition to February 8, 2007. The parties have also stipulated to serve each other by e-mail on the date their responsive pleadings is due.

Order Granting Extension of Time to File Opposition to Defendants' Motion to Strike at Docket 294
*Alaska Rent-A-Car, Inc. v. Cendant Corp., et al.,* Case No. 3:03-cv-29 [TMB]      Page 1 of 2
A3388\05\STIPULATIONS\ORDopposition1

BANKSTON GRONNING O'HARA, P.C.
Attorneys at Law
601 W. 5th Avenue, Suite 900
Anchorage, Alaska 99501
Tel. (907) 276-1711 - Fax (907) 279-5358
www.bankston.to

      The parties further jointly moved to reschedule the oral argument on dispositive motions to February 27, 2007 or as soon thereafter as the motions can be heard. Oral argument is scheduled for _____ at _____.

      IT IS ORDERED.

DATED: _____

                                      TIMOTHY M. BURGESS
                                      United States District Court Judge

**CERTIFICATE OF SERVICE**
I hereby certify that on December 29, 2006, a copy of foregoing Order
Granting Extension of Time to File Opposition to Defendants' Motion to Strike at Docket 294
And Defendants to File Their Reply to the Opposition was served electronically on Diane F. Vallentine and John F. Dienelt and on

Barry M. Heller
DLA Piper US LLP
1200 Nineteen Street NW
Washington, DC 20036-2430

by regular U.S. Mail

s/Jon T. Givens _____

**BANKSTON GRONNING O'HARA, P.C.**
Attorneys at Law
601 W. 5th Avenue, Suite 900
Anchorage, Alaska 99501
Tel. (907) 276-1711 - Fax (907) 279-5358
www.bankston.to

Order Granting Extension of Time to File Opposition to Defendants' Motion to Strike at Docket 294
*Alaska Rent-A-Car, Inc. v. Cendant Corp., et al.,* Case No. 3:03-cv-29 [TMB]     Page 2 of 2
A3388\05\STIPULATIONS\ORDopposition1