IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

AT ANCHORAGE

| | |
|---|---|
| ALASKA RENT-A-CAR, INC., <br> an Alaska Corporation, <br><br> Plaintiff, <br><br> v. <br><br> CENDANT CORPORATION, et al., <br><br> Defendants. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) Case No. 3:03-cv-29 [TMB] <br> ) |

**ORDER GRANTING EXTENSION OF TIME TO FILE OPPOSITION TO DEFENDANTS' MOTION TO STRIKE AT DOCKET 294 AND DEFENDANTS TO FILE THEIR REPLY TO THE OPPOSITION AND GRANTING MOTION TO RESCHEDULE ORAL ARGUMENT ON DISPOSITIVE MOTIONS**

The parties having stipulated to extend the time for plaintiff's opposition to defendants' Motion to Strike at Docket 294 to January 25, 2007, and defendants reply to the opposition to February 8, 2007. The parties have also stipulated to serve each other by e-mail on the date their responsive pleadings is due.

The parties further jointly moved to reschedule the oral argument on dispositive motions. Oral Argument currently set for February 21, 2007 is HEREBY VACATED and rescheduled for March 7, 2007 at 10:00 a.m. in Courtroom 1.

IT IS ORDERED.

DATED: January 5, 2007        /s/ Timothy M. Burgess
                              TIMOTHY M. BURGESS
                              United States District Court Judge