John F. Dienelt, Esq.
Barry M. Heller, Esq.
Scott McIntosh, Esq.
DLA Piper US LLP
1200 Nineteenth Street, N.W.
Washington, D.C.  20036-2412
(202) 861-3880 (telephone)
(202) 223-2085 (fax)

Howard S. Trickey, Esq.
Diane F. Vallentine, Esq.
Jermain, Dunnagan & Owens, PC
3000 A Street, Suite 300
Anchorage, Alaska 99503
(907) 563-8844 (telephone)
(907) 563-7322 (fax)

*Attorneys for Defendants*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ALASKA AT ANCHORAGE

| | |
|---|---|
| ALASKA RENT-A-CAR, INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| CENDANT CORPORATION, et al., | ) |
| | ) |
| Defendants. | ) |
| | ) Case No. 3:03-cv-00029-TMB |

### DEFENDANTS' MOTION FOR SANCTIONS AGAINST PLAINTIFF
### FOR FALSELY REPRESENTING JOINT AUTHORSHIP

Defendants respectfully move this Court, pursuant to Local Rule 1.3, for sanctions against Plaintiff's counsel for submitting a pleading to the Court labeled as a "Joint Memorandum" without first obtaining the consent or approval of opposing counsel.  As explained in the memorandum of law, declaration and exhibits filed herewith, it is improper to represent joint authorship without the approval of the opposing party.

Dated:  January 8, 2007

Respectfully submitted.


_____*s/ Howard S. Trickey*_____
Howard S. Trickey
Alaska Bar No. 7610138
Jermain Dunnagan & Owens, P.C.
3000 A Street, Suite 300
Anchorage, Alaska 99503
(907) 563-8844 (telephone)
(907) 563-7322 (fax)
*Counsel for Defendants*


**CERTIFICATE OF SERVICE**

I hereby certify a true and correct copy
of the foregoing document was served
electronically and by email this
8th day of January, 2007, on:

Jon T. Givens
Bankston Gronning O'Hara PC
601 W. 5th Avenue, Suite 900
Anchorage, AK 99501


___*/s/ Howard S. Trickey*___
142959