IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA AT ANCHORAGE

| | |
|---|---|
| ALASKA RENT-A-CAR, INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| CENDANT CORPORATION, et al., | ) |
| | ) |
| Defendants. | ) |
| | ) Case No. 3:03-cv-00029-TMB |

**[PROPOSED] ORDER GRANTING DEFENDANTS'
MOTION FOR SANCTIONS AGAINST PLAINTIFF
<u>FOR FALSELY REPRESENTING JOINT AUTHORSHIP</u>**

Pursuant to Local Rule 1.3, this Court grants Defendants' motion for sanctions against Plaintiff's counsel for falsely representing joint authorship of the document filed at Docket 300.

[ ]   As sanction, the Court hereby precludes Plaintiff from submitting any stipulation or joint filed document to this Court for the remainder of this litigation. Any such document may be submitted only by Defendants, and the document must contain the signatures of counsel for both sides. Such signature may be electronic or in ink, but no document be filed with the Court as a "joint" submission unless it has the approval of both parties.

IN THE ALTERNATIVE

[ ]   The Court hereby Orders the following sanctions as it deems appropriate:

_____.

IT IS SO ORDERED this _____ day of _____, 2007.

_____
Timothy M. Burgess
U.S. District Court Judge

**CERTIFICATE OF SERVICE**

I hereby certify a true and correct copy of the foregoing document was served electronically and by email this 8th day of January, 2007, on:

Jon T. Givens
Bankston Gronning O'Hara PC
601 W. 5th Avenue, Suite 900
Anchorage, AK 99501

    _s/Howard S. Trickey_
142960