## McIntosh, Scott

| | |
|---|---|
| **From:** | Dienelt, John |
| **Sent:** | Thursday, January 04, 2007 10:38 AM |
| **To:** | McIntosh, Scott |
| **Subject:** | FW: Attached Draft of the Joint Memorandum due Jan. 5, 2007 |
| **Attachments:** | JOINTmemo.pdf |

John F. Dienelt
DLA Piper US LLP
1200 19th St., NW
Washington, DC 20036
202-861-3880 (voice)
202-689-7400 (fax)
703-298-2251 (cell)
john.dienelt@dlapiper.com

---

**From:** Jana Vanderbrink [mailto:JVanderbrink@bankston.to]
**Sent:** Wednesday, January 03, 2007 8:08 PM
**To:** Dienelt, John; Heller, Barry M.; Diane Vallentine
**Cc:** Sherri Lindfors; Jon Givens; Anita R. Tardugno
**Subject:** Attached Draft of the Joint Memorandum due Jan. 5, 2007

<<JOINTmemo.pdf>>

Mr. Givens would like to have your insert pursuant to his earlier email to you by January 4, 2007, so that we can file the attached memorandum with the Court on January 4 if possible.

Jana Vanderbrink, *Legal Secretary*
Bankston Gronning O'Hara, P.C.
(907) 276-1711 (phone)

************************************************************************
This email is for the sole use of the intended recipient(s) and contains
information which is confidential and/or legally privileged. If you are
not the intended recipient, you are hereby notified that any disclosure,
copying, distribution or taking of any action in reliance on the contents
of this email information may be a violation of law and is strictly
prohibited. If you are not the intended recipient, please notify the
sender and destroy all copies of the original message.
************************************************************************