## McIntosh, Scott

| | |
|---|---|
| From: | McIntosh, Scott |
| Sent: | Thursday, January 04, 2007 6:37 PM |
| To: | Jon Givens |
| Cc: | Dienelt, John; McIntosh, Scott |
| Subject: | Joint Filing Pursuant to Order at Docket 297 |
| Attachments: | Document.pdf |



Document.pdf (19 KB)

Jon,

Attached is an accurate organizational chart that identifies the relationships among the entities for which Judge Burgess requested a "chart or other illustrative document" in Paragraph 1 of his Order at Docket 297. This chart would serve as Exhibit A, as referenced in your draft of the "Joint Memorandum."

We are still working on our Section regarding the identity of the Licensor, which we will be able to forward tomorrow.

As to other portions of the Joint Memorandum, which are supposed to be neutral, the language in the draft you sent yesterday is slanted in favor of your client. We will propose revisions to those "Joint" portions that ensure the "Joint" portions are presented neutrally.

In order to finalize our comments on the "Joint" portions, we need to know what you mean by the qualifying phrase "Since the Court is not addressing the piercing issue," in Section II of your draft.

Regards,
Scott


Scott McIntosh

DLA Piper US LLP
1200 Nineteenth Street, NW
Washington, DC 20036-2412

202.861.3979 T
202.689.7417 F
scott.mcintosh@dlapiper.com