## McIntosh, Scott

| | |
|---|---|
| **From:** | McIntosh, Scott |
| **Sent:** | Friday, January 05, 2007 5:51 PM |
| **To:** | Jon Givens |
| **Cc:** | Jana Vanderbrink; Dienelt, John; McIntosh, Scott |
| **Subject:** | Alaska–Insert IB2.DOC |
| **Attachments:** | Alaska–Insert IB2.DOC |

Here is our Insert for IB2.  Please send the revised Joint Memorandum so we can determine whether we are agreeable to the complete memorandum.

Regards,
Scott



**Scott McIntosh**
**DLA Piper US LLP**
1200 Nineteenth Street, NW
Washington, DC 20036-2412

202.861.3979 T
202.689.7417 F
scott.mcintosh@dlapiper.com

www.dlapiper.com

**Exhibit F**
**pg. 1 of 1**