## McIntosh, Scott

**From:** McIntosh, Scott
**Sent:** Friday, January 05, 2007 7:37 PM
**To:** Jon Givens
**Cc:** Jana Vanderbrink; Dienelt, John
**Subject:** Proposed Joint Memorandum

Is the revised draft almost ready for our review?



Scott McIntosh

DLA Piper US LLP
1200 Nineteenth Street, NW
Washington, DC 20036-2412

202.861.3979 T
202.689.7417 F
scott.mcintosh@dlapiper.com

www.dlapiper.com