## McIntosh, Scott

| | |
|---|---|
| From: | Jana Vanderbrink [JVanderbrink@bankston.to] |
| Sent: | Friday, January 05, 2007 8:07 PM |
| To: | Dienelt, John; McIntosh, Scott; Heller, Barry M.; Diane Vallentine |
| Cc: | Jon Givens; Sherri Lindfors; Anita R. Tardugno |
| Subject: | Attached draft Joint Memorandum |
| Attachments: | JOINTmemo.pdf |

<<JOINTmemo.pdf>>

Jana Vanderbrink, *Legal Secretary*
Bankston Gronning O'Hara, P.C.
(907) 276-1711 (phone)

****************************************************************
This email is for the sole use of the intended recipient(s) and contains
information which is confidential and/or legally privileged. If you are
not the intended recipient, you are hereby notified that any disclosure,
copying, distribution or taking of any action in reliance on the contents
of this email information may be a violation of law and is strictly
prohibited. If you are not the intended recipient, please notify the
sender and destroy all copies of the original message.
****************************************************************