## McIntosh, Scott

**From:** Jon Givens [JGivens@bankston.to]
**Sent:** Friday, January 05, 2007 8:44 PM
**To:** McIntosh, Scott
**Subject:** RE: Proposed Joint Memorandum

I assume we can simply file the joint reply under my signature.

-----Original Message-----
From: McIntosh, Scott
To: Jon Givens
Cc: Jana Vanderbrink; Dienelt, John
Sent: 01/05/2007 15:36
Subject: Proposed Joint Memorandum

Is the revised draft almost ready for our review?


<http://www.dlapiper.com/>
Scott McIntosh

DLA Piper US LLP
1200 Nineteenth Street, NW
Washington, DC 20036-2412
202.861.3979 T
202.689.7417 F
scott.mcintosh@dlapiper.com <mailto:scott.mcintosh@dlapiper.com>
www.dlapiper.com <http://www.dlapiper.com/>

The information contained in this email may be confidential and/or
legally privileged. It has been sent for the sole use of the intended
recipient(s). If the reader of this message is not an intended
recipient, you are hereby notified that any unauthorized review, use,
disclosure, dissemination, distribution, or copying of this
communication, or any of its contents, is strictly prohibited. If you
have received this communication in error, please contact the sender by
reply email and destroy all copies of the original message. To contact
our email administrator directly, send to postmaster@dlapiper.com

Thank you.

1/8/2007

**Exhibit J**
**pg. 1 of 1**