## INDEX OF EXHIBITS FOR

## PLAINTIFF'S OPPOSITION TO MOTION FOR SANCTIONS

| EXH | DESCRIPTION |
|-----|-------------|
| 1 | 11:57 a.m. January 5, 2007, email from Scott McIntosh with attachment |
| 2 | 1:51 p.m. January 5, 2007, email from Scott McIntosh with attachment |
| 3 | January 16, and January 18, 2007, emails from Jon Givens |
| 4 | January 18, 2007 email and attached letter from McIntosh; 1:40 p.m. January 17, 2007 email from Scott McIntosh and 2:05 p.m. January 17, 2007 email from Jon Givens |
| 5 | 9:54 a.m. December 19, 2006 email |
| 6 | 11:05 p.m. December 19, 2006 email from Jon Givens with attachment |
| 7 | 2:37 p.m. January 4, 2007 email from Scott McIntosh with attached organizational chart. |
| 8 | 4:08 p.m. January 3, 2007 email from Jana Vanderbrink and attachment |
| 9 | 5:04 p.m. January 5, 2007 email from Jon Givens |
| 10 | 1:11 p.m. January 5, 2007 email from Jon Givens to Scott McIntosh |
| 11 | 3:37 p.m. January 5, 2007 email from Scott McIntosh. |
| 12 | 4:07 p.m. January 5, 2007 email from Jana Vanderbrink with attachment |
| 13 | 4:07 p.m. January 5, 2007 email from Jon Givens |
| 14 | 4:44 p.m. January 5, 2007 email from Jon Givens |
| 15 | 11:57 a.m. January 5, 2007 email from Scott McIntosh with attachment |
| 16 | 5:13 p.m. January 5, 2007 email from Jon Givens |
| 17 | 5:15 p.m. January 5, 2007 email from Scott McIntosh |

Opposition to Motion to Strike
*Alaska Rent-A-Car, Inc. v. Cendant Corp., et al.*, Case No. 3:03-cv-29 [TMB]        Page 1 of 1
A3388\05\MOTIONS\OPPsanctions\EXHIBIT INDEX