**Jon Givens**

| | |
|---|---|
| **From:** | McIntosh, Scott [Scott.McIntosh@dlapiper.com] |
| **Sent:** | Friday, January 05, 2007 11:57 AM |
| **To:** | Jon Givens |
| **Cc:** | Jana Vanderbrink; Dienelt, John; McIntosh, Scott |
| **Subject:** | Markup of Draft Joint Memorandum |



Document.pdf (217 KB)

Jon,

I did not receive a response to my email from yesterday regarding the Joint Memorandum, including the question regarding the meaning of the phrase "Since the Court is not addressing the piercing issue," in Section II of your draft.

However, in the interest of facilitating the Joint Memorandum, which is due today, I am attaching a markup that either revises the "joint" sections to be neutral, or sets forth the arguments of each side, where there is a dispute.

Please let me know whether you will agree to submission of a Joint Memorandum, with the proposed revisions on the attached document, together with our insert for Section I(B)(2), plus any changes you plan to make to Section I(B)(1).

Regards,
Scott

Scott McIntosh

DLA Piper US LLP
1200 Nineteenth Street, NW
Washington, DC 20036-2412

202.861.3979 T
202.689.7417 F
scott.mcintosh@dlapiper.com

The information contained in this email may be confidential and/or legally privileged. It has been sent for the sole use of the intended recipient(s). If the reader of this message is not an intended recipient, you are hereby notified that any unauthorized review, use, disclosure, dissemination, distribution, or copying of this communication, or any of its contents, is strictly prohibited. If you have received this communication in error, please contact the sender by reply email and destroy all copies of the original message. To contact our email administrator directly, send to postmaster@dlapiper.com

Thank you.

Jon T. Givens, Esq.
Bankston Gronning O'Hara, P.C.
601 West 5th Avenue, Suite 900
Anchorage, Alaska 99501
(907) 276-1711 (telephone)
(907) 279-5358 (fax)
wbankston@bankston.to

*[handwritten: Counsel for both sides, or none.]*

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA
AT ANCHORAGE

| | |
|---|---|
| ALASKA RENT-A-CAR, INC., an Alaska Corporation, ) ) ) Plaintiff, ) ) v. ) ) CENDANT CORPORATION, et al., ) ) Defendants. ) | Case No. 3:03-cv-29 [TMB] |

### JOINT MEMORANDUM PURSUANT TO THE ORDER AT DOCKET 297

The Court, pursuant to the Minute Order From Chambers dated December 18, 2006, Docket 297, directed the parties to file a joint memorandum addressing certain issues.

I.   **CORPORATE RELATIONSHIPS AND THE IDENTIFICATION OF THE FRANCHISOR/LICENSOR.**

A. **Corporate Relationships.** *[handwritten: Plaintiff   Avis licensee,]*

Alaska Rent-A-Car is an ~~independently owned Alaskan corporation~~ which is not in the ownership structure of any of the defendant corporations. ~~Alaska Rent-A-Car is a~~

Joint Memorandum Pursuant to the Order at Docket 297
*Alaska Rent-A-Car, Inc. v. Cendant Corp., et al.*, Case No. 3:03-cv-29 [TMB]       Page 1 of 5
A3388\05\JOINT MEMO DOCKET 297\JOINTmemo

EXHIBIT 1
Page 2 of 7

Exhibit A.

*including names at the time the First Amended Complaint was filed,*

~~privately owned company owned by~~ members of the Halcro family ~~and an Employee Stock Ownership Plan~~. The defendant corporations' ownership structure, ~~and various identities~~ is ~~are~~ set forth on the attached ~~organizational chart~~. ~~Additionally, attached as Exhibit B is an organizational chart indicating Alaska Rent-A-Car's position on the relationship of Alaska Rent-A-Car, Inc. to the various defendants. Additionally, attached as Exhibit C is an organizational chart indicating defendants' position on the relationship of Alaska Rent-A-Car, Inc. to the various defendants.~~

B.  The Identity of the Franchisor/~~Franchisee~~ Licensor.

The parties disagree as to the identity of the franchisor/licensor and therefore each side sets forth its respective position on the identity of the franchisor/licensor ~~respectively~~.

1.  *Plaintiff* Alaska Rent-A-Car, Inc.'s contends the franchisors/licensors are Avis Budget Car Rental/CCRG, Avis Rent a Car System LLC/Inc. and Avis Car Rental Group LLC/Inc.

Alaska Rent-A-Car contends that the current franchisor/licensor is Avis Budget Car Rental LLC f/k/a Cendant Car Rental Group, LLC f/k/a Cendant Car Rental Group, Inc. (hereinafter "Avis Budget Car Rental/CCRG"). The franchisor/licensor listed in the 1965 Exclusive License Agreements (hereinafter "ELAs") for Alaska Rent-A-Car is Avis, Inc.[2] The 1976 Amendment to the ELAs was executed by Avis, Inc.[3] Avis, Inc. currently known as Avis Car Rental Group, LLC and formerly known as Avis Car Rental Group, Inc. (hereinafter "Avis Car Rental Group") assigned the role of franchisor to Avis Rent a Car System, Inc. on May ____, 1965.[4]

In 2003 after the Budget acquisition, Avis Rent a Car System, Inc. and Avis Car Rental Group, Inc. were converted into their alter ego Avis Budget Car Rental/CCRG. Avis Rent a Car System, Inc. and Avis Car Rental Group, Inc. are both franchisors and

---

[1] ~~Exhibit A~~
[2] *See* Docket _____, Exhibit ___ at p. 1-4.
[3] *See* Docket _____, Exhibit ___ at p. _____.
[4] *See* Docket _____, Exhibit ___, 1965 Assignment and cover letter thereto.

Joint Memorandum Pursuant to the Order at Docket 297
*Alaska Rent-A-Car, Inc. v. Cendant Corp., et al.*, Case No. 3:03-cv-29 [TMB]   Page 2 of 5
A3388\05\JOINT MEMO DOCKET 297\JOINTmemo

BANKSTON GRONNING O'HARA, P.C.
Attorneys at Law
601 W. 5th Avenue, Suite 900
Anchorage, Alaska 99501
Tel. (907) 276-1711 · Fax (907) 279-5358
www.bankston.to

EXHIBIT 1
Page 3 of 7

licensors of Alaska Rent-A-Car and still legally obligated with such responsibilities, but all the employees who perform franchisor/licensor functions and responsibilities have been transferred to Avis Budget Car Rental/CCRG, and thus the alter ego Avis Budget Car Rental/CCRG performs all the functions of a franchisor.[5]

Alaska Rent-A-Car contends that its current franchisor/licensor is Avis Budget Car Rental/CCRG, and further Alaska Rent-A-Car contends Avis Rent A Car System, LLC f/k/a Avis Rent A Car System, Inc. and Avis Car Rental Group are also legally obligated as its franchisor/licensor. Alternatively, under the piercing and alter ego allegations, Alaska Rent-A-Car contends all defendants are the franchisor/licensor of Alaska Rent-A-Car, Inc.

Alaska Rent-A-Car has previously set forth evidence and arguments demonstrating its franchisors/licensors include (1) Avis Budget Car Rental/CCRG, (2) Avis Rent A Car System, LLC/Inc., and (3) Avis Car Rental Group. For convenience of the Court, the foregoing arguments and authority are set forth at:

(1)   Docket 163 at p. 45 and n. 283-286 and accompanying text, *see also* Docket 163 at pp. 15-17;

(2)   Docket 277 at pp. 45-46 and n. 190-195 and accompanying text;

(3)   Docket 199 at p. 3 and n. 11-15 and accompanying text;

(4)   Docket 172 at pp. 5-6 and n. 19-20 and accompanying text; **[also check the prior page, page 5 on footnote 18 and see if it suggests a licensor]**

(5)   Docket 164 at p. 11 and n. 56-57 and accompanying text;

(6)   Docket 279 at p. 40 and n. 142 and accompanying text;

---

[5] *See* Docket 279 Exhibit 30, October 16, 2006, interrogatory response number 9. *See also* Docket 279 p. 40, n. 142 and accompanying text.

Joint Memorandum Pursuant to the Order at Docket 297
*Alaska Rent-A-Car, Inc. v. Cendant Corp., et al.,* Case No. 3:03-cv-29 [TMB]   Page 3 of 5
A3388\05\JOINT MEMO DOCKET 297\JOINTmemo

EXHIBIT 1
Page 4 of 7

(7) *See also* Exhibit ____, attached to this joint memorandum; interrogatories dated October 9, 2006, interrogatory responses 2 and 4; *see also* interrogatory responses dated October 18, 2006, interrogatory responses 7, 8 and 9[6]; and

(8) *See also* Docket 183 at pp. 4-5, n. 17-18 and accompanying text.

> **2. Defendants' contention as to the identification of the franchisor/licensor.**
>
> [INSERT DEFENDANTS VERSION].

*[handwritten: Defendants will supply section heading and identity of Licensor.]*

## II.    STATUS REPORT ON DOCKET 178.

The Court has asked whether the motion at Docket 178 is moot. Docket 178 at pages 1-3 seeks "I. Declaratory and Injunctive Relief is Appropriate to Ensure the Car Rental Business Retains its $802,000,000." ~~Since the Court is not addressing the piercing issue,~~ This portion of the motion at Docket 178 is moot. Docket 178 pages 4-6 contains the portion of the motion addressing "II. Permanent Injunctive Relief Should be Granted and Joining Defendants From Associating Avis and Budget in their Corporate Names and Otherwise." *[handwritten: Plaintiff contends]* This portion of Docket 178 is not moot as plaintiff continues to request the Court to grant permanent injunctive relief preventing the names Avis and Budget from being associated and further to prevent the joint marketing of Avis and Budget. *[handwritten: Insert A (see attached)]*

DATED this ____ day of January, 2007.

BANKSTON GRONNING O'HARA, PC
Attorneys for Plaintiff Alaska Rent-A-Car, Inc.

By:   s/Jon T. Givens
       601 W. 5th Avenue, Suite 900
       Anchorage, Alaska 99501
       Phone: (907) 276-1711
       Fax: (907) 279-5358
       E-mail: jgivens@bankston.to
       AK Bar #9011072

*[handwritten: Add Signature Block for Defendants]*

---

[6] The foregoing interrogatories indicate all franchisor/licensor services are now provided by Avis Budget Car Rental/CCRG and that no such services are presently provided by Avis Rent A Car System, Inc. or Avis Car Rental Group, Inc. employees

Joint Memorandum Pursuant to the Order at Docket 297
*Alaska Rent-A-Car, Inc. v. Cendant Corp., et al.*, Case No. 3:03-cv-29 [TMB]    Page 4 of 5
A3388\05\JOINT MEMO DOCKET 297\JOINTmemo

EXHIBIT 1
Page 5 of 7

*[left margin: BANKSTON GRONNING O'HARA, P.C. Attorneys at Law, 601 W. 5th Avenue, Suite 900, Anchorage, Alaska 99501, Tel. (907) 276-1711 - Fax (907) 279-5358, www.bankston.to]*

### Insert A (To be inserted at end of Section II)

Defendants contend that this portion of Docket 178, to the extent it seeks to preclude Defendants from using the names Avis and Budget together in a corporate name, or otherwise in proximity to each other, is also moot because the name changes have already occurred. Defendants continue to maintain that Plaintiff's request for injunctive relief should be denied, to the extent such request is not moot.

EXHIBIT 1
Page 6 of 7

## CERTIFICATE OF SERVICE

I hereby certify that on _____ a copy of foregoing _____ was served electronically on Diane F. Vallentine and John F. Dienelt and on

Barry M. Heller
DLA Piper US LLP
1200 Nineteen Street NW
Washington, DC 20036-2430

by regular U.S. Mail

s/Jon T. Givens _____

BANKSTON GRONNING O'HARA, P.C.
Attorneys at Law
601 W. 5th Avenue, Suite 900
Anchorage, Alaska 99501
Tel. (907) 276-1711 - Fax (907) 279-5358
www.bankston.to

Joint Memorandum Pursuant to the Order at Docket 297
*Alaska Rent-A-Car, Inc. v. Cendant Corp., et al.*, Case No. 3:03-cv-29 [TMB]
A3388\05\JOINT MEMO DOCKET 297\JOINTmemo
Page 5 of 5

EXHIBIT 1
Page 7 of 7