## Jon Givens

| | |
|---|---|
| **From:** | cmecfmail@akd.uscourts.gov |
| **Sent:** | Tuesday, December 19, 2006 9:54 AM |
| **To:** | cmecfmail@akd.uscourts.gov |
| **Subject:** | Activity in Case 3:03-cv-00029-TMB Alaska Rent-A-Car Incorporated v. Cendant Corp et al "Order" |

**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* You may view the filed documents once without charge. To avoid later charges, download a copy of each document during this first viewing.**

### U.S. District Court

### District of Alaska

Notice of Electronic Filing

The following transaction was received from RMC, COURT STAFF entered on 12/19/2006 at 9:53 AM AST and filed on 12/19/2006

| | |
|---|---|
| **Case Name:** | Alaska Rent-A-Car Incorporated v. Cendant Corp et al |
| **Case Number:** | 3:03-cv-29 |
| **Filer:** | |
| **Document Number:** | 297 |

**Docket Text:**
ORDER Memorandum as directed due by 1/5/07. Oral argument scheduled for 1/10/07 is VACATED and rescheduled for 2/21/07 at 10:00 AM in Anchorage Courtroom 1 before Judge Timothy M. Burgess re [178], [180], [183], [164], [170], [182], [172]. (RMC, COURT STAFF)

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1105331613 [Date=12/19/2006] [FileNumber=147123-0
] [2300c77b49eab396659bbdf23b6dd82c61e3a65bee54874952acccd2238c12911a0
013c7bb432cb10b9277fbc93e922c437fd07e67ebb7ec94383485523ef748]]

**3:03-cv-29 Notice will be electronically mailed to:**

John F. Dienelt     john.dienelt@dlapiper.com, barry.heller@dlapiper.com; susan.owens@dlapiper.com

Jon T. Givens     jgivens@bankston.to, jvanderbrink@bankston.to

Christopher J. Heaphey     cheaphey@bankston.to, kburgess@bankston.to

Barry M Heller     barry.heller@dlapiper.com

Barbra Zan Nault     bnault@bankston.to, jvanderbrink@bankston.to

EXHIBIT 5
Page 1 of 3

1/18/2007

David B. Ruskin     davidruskin@davidruskin.com, dbruskin@gci.net

Diane F. Vallentine     atardugno@jdolaw.com, jhuston@jdolaw.com

**3:03-cv-29 Notice will be delivered by other means to:**

EXHIBIT 5
Page 2 of 3

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ALASKA

ALASKA RENT-A-CAR, INC.   v.   CENDANT CORPORATION, *ET AL*

HONORABLE TIMOTHY M. BURGESS

DATE: December 18, 2006                    CASE NO.  3:03-CV-00029 TMB

PROCEEDINGS:     **MINUTE ORDER FROM CHAMBERS**
                 **In Preparation for Oral Argument**

========================================================================

Oral argument is scheduled in this matter on January 10, 2007. Upon review of the record, the Court concludes that further briefing is necessary.

The parties are directed to jointly file a memorandum not to exceed ten (10) pages, addressing the following issues:

1. The Court requires a clearer explanation of the corporate relationships. Specifically, the parties should address which Defendant is the Licensor in this matter: ARACS or ACRG. Further, the parties shall provide the Court with a chart or other illustrative document explaining the relationships of the key players in this matter, including but not limited to RAC, Cendant, ARACS, ACRG, CCRG, AGH, and BRAC.

2. The parties should address whether the motion at Docket 178, with respect to the breakup of Cendant, is moot.

Such memorandum shall be filed on or before January 5, 2007.

The oral argument scheduled for January 10, 2007, is vacated, and rescheduled for February 21, 2007, at 10:00 a.m.

Oral argument will be structured as follows:   **One hour** each side for the Plaintiff's six motions and **20 minutes** each side for the Defendants' motion. In connection with the Defendant's motion, it need only address those causes of action that are not addressed by the Plaintiff's six motions. The parties should be prepared to argue the alter ego issue. Even though the motion & cross-motion addressing Count V have been denied, this issue is still live with respect to the pending motions.

EXHIBIT 5
Page 3 of 3