# Jon Givens

| | |
|---|---|
| **From:** | Jon Givens |
| **Sent:** | Tuesday, December 19, 2006 11:05 AM |
| **To:** | 'McIntosh, Scott'; 'Dienelt, John'; Heller, Barry M. |
| **Subject:** | Docket 297 |

The Court has requested a joint filing on two issues. As to the identity of the franchisor we will not be in agreement so I would request you provide me with your proposed language (which we will not edit) on this issue and I will provide our proposed language which will both be filed with the Court. As for the organizational chart I have attached a nonargumentative chart. If you have a different chart which is not argumentative we will consider it as well. I will propose language regarding docket 178 and hopefully we can have joint language on that issue.

I would like to try to file this in advance of the Court's deadline.



Updated Exhibit 3.doc (41 KB)

EXHIBIT 6
Page 1 of 2

# Cendant Corporation and Defendant Subsidiaries
## Updated Exhibit 3



EXHIBIT 6
Page 2 of 2

Updated Exhibit 3
*Alaska Rent A Car v. Cendant, et al.*, Case No. 3:03-029 cv [TMB]
A3388/05/SUMMARYJUDGMENT/PIERCING/Updated Exhibit 3.doc

Page 1 of 1