**Jon Givens**

| | |
|---|---|
| **From:** | Jon Givens |
| **Sent:** | Friday, January 05, 2007 5:04 PM |
| **To:** | 'McIntosh, Scott ' |
| **Subject:** | RE: Proposed Joint Memorandum |

I think it is filed so if I missed something critical let me know, but I think I made all your changes and added all your inserts without edit. Have a nice weekend. I am gonna head out to the beach.

-----Original Message-----
From: McIntosh, Scott
To: Jon Givens
Sent: 01/05/2007 16:58
Subject: Re: Proposed Joint Memorandum

I had left the office by the time you sent. Am trying to do a quick review now.

Scott McIntosh
--------------------------
Sent from my BlackBerry Wireless Handheld (www.BlackBerry.net)


-----Original Message-----
From: Jon Givens <JGivens@bankston.to>
To: McIntosh, Scott
Sent: Fri Jan 05 20:44:14 2007
Subject: RE: Proposed Joint Memorandum

 I assume we can simply file the joint reply under my signature.

-----Original Message-----
From: McIntosh, Scott
To: Jon Givens
Cc: Jana Vanderbrink; Dienelt, John
Sent: 01/05/2007 15:36
Subject: Proposed Joint Memorandum

Is the revised draft almost ready for our review?


 <http://www.dlapiper.com/ <http://www.dlapiper.com/> >
Scott McIntosh

DLA Piper US LLP
1200 Nineteenth Street, NW
Washington, DC 20036-2412
202.861.3979 T
202.689.7417 F
scott.mcintosh@dlapiper.com <mailto:scott.mcintosh@dlapiper.com
<mailto:scott.mcintosh@dlapiper.com> >
www.dlapiper.com <http://www.dlapiper.com/ <http://www.dlapiper.com/> >

EXHIBIT 9
Page 1 of 2

The information contained in this email may be confidential and/or legally privileged. It has been sent for the sole use of the intended recipient(s). If the reader of this message is not an intended recipient, you are hereby notified that any unauthorized review, use, disclosure, dissemination, distribution, or copying of this communication, or any of its contents, is strictly prohibited. If you have received this communication in error, please

contact the sender by reply email and destroy all copies of the original message. To contact our email administrator directly, send to postmaster@dlapiper.com

Thank you. _____

_____

_____

_____

The information contained in this email may be confidential and/or legally privileged. It has been sent for the sole use of the intended recipient(s). If the reader of this message is not an intended recipient, you are hereby notified that any unauthorized review, use, disclosure, dissemination, distribution, or copying of this communication, or any of its contents, is strictly prohibited. If you have received this communication in error, please contact the sender by reply email and destroy all copies of the original message. To contact our email administrator directly, send to postmaster@dlapiper.com

Thank you. _____

_____

EXHIBIT 9
Page 2 of 2