**Jon Givens**

| | |
|---|---|
| **From:** | McIntosh, Scott [Scott.McIntosh@dlapiper.com] |
| **Sent:** | Friday, January 05, 2007 3:37 PM |
| **To:** | Jon Givens |
| **Cc:** | Jana Vanderbrink; Dienelt, John |
| **Subject:** | Proposed Joint Memorandum |

Is the revised draft almost ready for our review?



Scott McIntosh

DLA Piper US LLP
1200 Nineteenth Street, NW
Washington, DC 20036-2412

202.861.3979 T
202.689.7417 F
scott.mcintosh@dlapiper.com

www.dlapiper.com

The information contained in this email may be confidential and/or legally privileged. It has been sent fo the sole use of the intended recipient(s). If the reader of this message is not an intended recipient, you are hereby notified that any unauthorized review, use, disclosure, dissemination, distribution, or copying of this communication, or any of its contents, is strictly prohibited. If you have received this communicatio in error, please contact the sender by reply email and destroy all copies of the original message. To contact our email administrator directly, send to postmaster@dlapiper.com

Thank you.

EXHIBIT 11
Page 1 of 1

1/18/2007