Jon T. Givens, Esq.
Bankston Gronning O'Hara, P.C.
601 West 5th Avenue, Suite 900
Anchorage, Alaska 99501
(907) 276-1711 (telephone)
(907) 279-5358 (fax)
wbankston@bankston.to

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

AT ANCHORAGE

| | |
|---|---|
| ALASKA RENT-A-CAR, INC., an Alaska Corporation, ) ) ) | |
| Plaintiff, ) ) | |
| v. ) ) | |
| CENDANT CORPORATION, et al., ) ) | |
| Defendants. ) ) | Case No. 3:03-cv-29 [TMB] |

### NOTICE OF LODGING
### [PROPOSED] ORDER DENYING MOTION FOR SANCTIONS

Plaintiff, Alaska Rent-A-Car, Inc., hereby files the attached [Proposed] Order Denying Motion for Sanctions.

DATED this 23rd day of January, 2007.

BANKSTON GRONNING O'HARA, PC
Attorneys for Plaintiff Alaska Rent-A-Car, Inc.

By:   s/Jon T. Givens
601 W. 5th Avenue, Suite 900
Anchorage, Alaska 99501
Phone: (907) 276-1711
Fax: (907) 279-5358
E-mail: jgivens@bankston.to
AK Bar #9011072

Notice of Lodging [Proposed] Order Denying Motion for Sanctions
*Alaska Rent-A-Car, Inc. v. Cendant Corp., et al.*, Case No. 3:03-cv-29 [TMB] Page 1 of 2
A3388\05\MOTIONS\DEFT'S MTN SANCTIONS – 302\NTC.lodging.ORDsanctions

BANKSTON GRONNING O'HARA, P.C.
Attorneys at Law
601 W. 5th Avenue, Suite 900
Anchorage, Alaska 99501
Tel. (907) 276-1711 - Fax (907) 279-5358
www.bankston.to

**CERTIFICATE OF SERVICE**

I hereby certify that on January 23, 2007 a copy of foregoing Notice of Loding [Proposed] Order Denying Motion for Sanctions was served electronically on Diane F. Vallentine and John F. Dienelt and on

Barry M. Heller
DLA Piper US LLP
1200 Nineteen Street NW
Washington, DC 20036-2430

by regular U.S. Mail

s/Jon T. Givens

BANKSTON GRONNING O'HARA, P.C.
Attorneys at Law
601 W. 5th Avenue, Suite 900
Anchorage, Alaska 99501
Tel. (907) 276-1711 - Fax (907) 279-5358
www.bankston.to

Notice of Lodging [Proposed] Order Denying Motion for Sanctions
*Alaska Rent-A-Car, Inc. v. Cendant Corp., et al.*, Case No. 3:03-cv-29 [TMB] Page 2 of 2
A3388\05\MOTIONS\DEFT'S MTN SANCTIONS – 302\NTC.lodging.ORDsanctions