John F. Dienelt, Esq.
Barry M. Heller, Esq.
Scott McIntosh, Esq.
DLA Piper US LLP
1200 Nineteenth Street, N.W.
Washington, D.C.  20036-2412
(202) 861-3880 (telephone)
(202) 223-2085 (fax)

Diane F. Vallentine, Esq.
Howard S. Trickey, Esq.
Jermain Dunnagan & Owens, P.C.
3000 A Street, Suite 300
Anchorage, Alaska 99503
(907) 563-8844 (telephone)
(907) 563-7322 (fax)

*Attorneys for Defendants*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA
AT ANCHORAGE

| | |
|---|---|
| ALASKA RENT-A-CAR, INC, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Case No. 3:03-cv-00029-TMB |
| CENDANT CORPORATION, et al., | ) ) ) |
| Defendants. | ) ) |

**DEFENDANTS' ERRATA AND NOTICE OF IMPROPERLY CITED DECISIONS AND
WITHDRAWAL OF CITATIONS TO CERTAIN UNPUBLISHED DECISIONS**

Defendants hereby submit this notice of withdrawal of citations to certain unpublished decisions. Defendants have reviewed their extensive briefing and Local Rule 7.1(c) on citations to unpublished opinions and acknowledge that they cited in error in the following memorandums:

1.  **Defendants' Opposition to Plaintiff's Motion to Disregard Defendants' Corporate Form and Pierce the Corporate Veil and Cross-Motion for Summary Judgment [at Dockets 218 and 236]**

Citation to *Nordberg v. Trilegiant Corp.*, Slip Op. 2006 WL 2038685, at 15 (N.D.Cal. 2006) should have included the case's National Reporter citation, which is *Nordberg v. Trilegiant Corp.*, 445 F. Supp. 2d 1082 (N.D.Cal. 2006). Similarly, citation to *First Bank of the Americas v. Motor Car Funding, Inc.*, 257 A.D.2d 287, should have included the case's National Reporter citation, which is *First Bank of the Americas v. Motor Car Funding, Inc.*, 690 N.Y.S. 2d 17 (N.Y. App. Div. 1999).

2.  **Defendants' Opposition to Plaintiff's Motions for Summary Judgment for Damages, Permanent Injunctive Relief and Specific Performance [at Docket 214]**

The citation of *Wu v. Dunkin' Donuts, Inc.*, 2001 U.S. App. LEXIS 2544 (2d Cir. Feb. 20, 2001) and *Shieh v. Kumon North Am. Inc.*, Business Franchise Guide (CCH) Para. 13245 (N.D. Cal. 2006) violated Local Rule 7.1(c)(1)[A]. Citation to these cases was an oversight and Defendants apologize to the Court for the citation error and request that it disregard the citation. If the Court would prefer, Defendants will submit revised briefing with the citation to these cases omitted.

3.  **Defendants' Opposition to Motion for Declaratory and Injunctive Relief Relating to the Breakup of Cendant Corporation [at Docket 213]**

The citation of *Tunstall v. Beck*, 1995 U.S. App. LEXIS 24583 (9th Cir. Aug. 22, 1995) violated Local Rule 7.1(c)(1)[A]. Citation to this case was an oversight and Defendants apologize to the Court for the citation error and request that it disregard the citation. If the Court would prefer, Defendants will submit revised briefing with the citation to this case omitted.

Local Rule 7.1 requires a party to submit copies of unpublished decisions. At this point, Defendants are concerned about inundating the Court and opposing counsel with unnecessary paper. If either the Court or Plaintiff would like copies of any of the published or unpublished cases cited by Defendants in any of their papers, please so inform the undersigned and Defendants will promptly provide such copies.

DATED this 24th day of January, 2007.

        JERMAIN DUNNAGAN & OWENS, P.C.
        Attorneys for Defendants


        By:    s/ Diane F. Vallentine
            Diane F. Vallentine, Esq.
            Jermain Dunnagan & Owens, P.C.
            3000 A Street, Suite 300
            Anchorage, Alaska 99503
            (907) 563-8844 (telephone)
            (907) 563-7322 (facsimile)
            Alaska Bar No. 7710177

**CERTIFICATE OF SERVICE**

This is to certify that on this 24th day of January, 2007, a true and correct copy of the foregoing document was served electronically, and by regular U.S. mail, on:

Jon T. Givens, Esq.
Bankston, Gronning, O'Hara, Sedor,
  Mills, Givens & Heaphey, PC
601 W. 5th Avenue, Suite 900
Anchorage, AK 99501

By:    s/Diane F. Vallentine