Jon T. Givens, Esq.
Bankston Gronning O'Hara, P.C.
601 West 5th Avenue, Suite 900
Anchorage, Alaska 99501
(907) 276-1711 (telephone)
(907) 279-5358 (fax)
wbankston@bankston.to

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

AT ANCHORAGE

| | |
|---|---|
| ALASKA RENT-A-CAR, INC., an Alaska Corporation, <br><br> Plaintiff, <br><br> v. <br><br> CENDANT CORPORATION, et al., <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) Case No. 3:03-cv-29 [TMB] |

**NONOPPOSED MOTION TO ACCEPT LATE FILED
OPPOSITION TO DEFENDANTS' MOTION FOR CLARIFICATION**

Plaintiff moves to file its Opposition to Defendants' Motion for Clarification late. Plaintiff's counsel was preparing for an all day Discovery Master hearing held on January 30, 2007, and this filing deadline was missed. Plaintiff's counsel apologizes to this Court for filing late its Opposition to Defendants' Motion for Clarification at Docket 305.[1]

DATED this 1st day of February, 2007.

        BANKSTON GRONNING O'HARA, PC
        Attorneys for Plaintiff Alaska Rent-A-Car, Inc.

        By:    s/Jon T. Givens
                601 W. 5th Avenue, Suite 900
                Anchorage, Alaska 99501
                Phone: (907) 276-1711

---

[1] Attached as Exhibit 1 is the email chain where defendants nonoppose the late filing.

Motion to Accept Late Filed Opposition to Defendants' Motion for Clarification
*Alaska Rent-A-Car, Inc. v. Cendant Corp., et al.,* Case No. 3:03-cv-29 [TMB] Page 1 of 2
A3388\05\MOTIONS\OPPclarify\ MTN accept OPPclarify

BANKSTON GRONNING O'HARA, P.C.
Attorneys at Law
601 W. 5th Avenue, Suite 900
Anchorage, Alaska 99501
Tel. (907) 276-1711 - Fax (907) 279-5358
www.bankston.to

Fax: (907) 279-5358
E-mail: jgivens@bankston.to
AK Bar #9011072

**CERTIFICATE OF SERVICE**

I hereby certify that on February 1, 2007 a copy of foregoing Nonopposed Motion to Accept Late Filed Opposition to Defendants' Motion for Clarification was served electronically on Diane F. Vallentine and John F. Dienelt and on

Barry M. Heller
DLA Piper US LLP
1200 Nineteen Street NW
Washington, DC 20036-2430

by regular U.S. Mail

s/Jon T. Givens

BANKSTON GRONNING O'HARA, P.C.
Attorneys at Law
601 W. 5th Avenue, Suite 900
Anchorage, Alaska 99501
Tel. (907) 276-1711 - Fax (907) 279-5358
www.bankston.to

Motion to Accept Late Filed Opposition to Defendants' Motion for Clarification
*Alaska Rent-A-Car, Inc. v. Cendant Corp., et al.,* Case No. 3:03-cv-29 [TMB] Page 2 of 2
A3388\05\MOTIONS\OPPclarify\ MTN accept OPPclarify