Jon T. Givens, Esq.
Bankston Gronning O'Hara, P.C.
601 West 5th Avenue, Suite 900
Anchorage, Alaska 99501
(907) 276-1711 (telephone)
(907) 279-5358 (fax)
wbankston@bankston.to

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

AT ANCHORAGE

| | |
|---|---|
| ALASKA RENT-A-CAR, INC., ) <br> an Alaska Corporation, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> CENDANT CORPORATION, et al., ) <br> ) <br> Defendants. ) <br> ) | Case No. 3:03-cv-29 [TMB] |

**ORDER GRANTING NONOPPOSED MOTION TO ACCEPT LATE FILED OPPOSITION TO DEFENDANTS' MOTION FOR CLARIFICATION**

Plaintiff has moved to file its Opposition to Defendants' Motion for Clarification late. The late filing is not opposed. The Court hereby accepts plaintiff's Opposition as filed.

DATED:_____

_____
TIMOTHY M. BURGESS
UNITED STATES DISTRICT COURT JUDGE

Order Granting Motion to Accept Late Filed Opposition to Defendants' Motion for Clarification
*Alaska Rent-A-Car, Inc. v. Cendant Corp., et al.,* Case No. 3:03-cv-29 [TMB] Page 1 of 2
A3388\05\MOTIONS\OPPclarify\ORD accept OPPclarify

**CERTIFICATE OF SERVICE**

I hereby certify that on February 1, 2007 a copy of foregoing Order Granting Motion to Accept Late Filed Opposition to Motion for Clarification was served electronically on Diane F. Vallentine and John F. Dienelt and on

Barry M. Heller
DLA Piper US LLP
1200 Nineteen Street NW
Washington, DC 20036-2430

by regular U.S. Mail

s/Jon T. Givens

**BANKSTON GRONNING O'HARA, P.C.**
Attorneys at Law
601 W. 5th Avenue, Suite 900
Anchorage, Alaska 99501
Tel. (907) 276-1711 - Fax (907) 279-5358
www.bankston.to

Order Granting Motion to Accept Late Filed Opposition to Defendants' Motion for Clarification
*Alaska Rent-A-Car, Inc. v. Cendant Corp., et al.,* Case No. 3:03-cv-29 [TMB] Page 2 of 2
A3388\05\MOTIONS\OPPclarify\ORD accept OPPclarify