BANKSTON GRONNING O'HARA, P.C.
Attorneys at Law
601 W. 5th Avenue, Suite 900
Anchorage, Alaska 99501
Tel. (907) 276-1711 - Fax (907) 279-5358
www.bankston.to

Jon T. Givens, Esq.
Bankston Gronning O'Hara, P.C.
601 West 5th Avenue, Suite 900
Anchorage, Alaska 99501
(907) 276-1711 (telephone)
(907) 279-5358 (fax)
wbankston@bankston.to

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

AT ANCHORAGE

ALASKA RENT-A-CAR, INC.,
an Alaska Corporation,

Plaintiff,

v.

CENDANT CORPORATION, et al.,

Defendants.

Case No. 3:03-cv-29 [TMB]

**[PROPOSED] ORDER GRANTING NONOPPOSED MOTION TO ACCEPT LATE FILED OPPOSITION TO DEFENDANTS' MOTION FOR CLARIFICATION**

Plaintiff has moved to file its Opposition to Defendants' Motion for Clarification late. The late filing is not opposed. The Court hereby orders plaintiff to file its Opposition by ____________________.

DATED:________________

______________________________________
TIMOTHY M. BURGESS
UNITED STATES DISTRICT COURT JUDGE

[Proposed] Order Granting Motion to Accept Late Filed
Opposition to Defendants' Motion for Clarification
*Alaska Rent-A-Car, Inc. v. Cendant Corp., et al.*, Case No. 3:03-cv-29 [TMB] Page 1 of 2
A3388\05\MOTIONS\OPPclarify\ORD accept OPPclarify1

BANKSTON GRONNING O'HARA, P.C.
Attorneys at Law
601 W. 5th Avenue, Suite 900
Anchorage, Alaska 99501
Tel. (907) 276-1711 - Fax (907) 279-5358
www.bankston.to

**CERTIFICATE OF SERVICE**

I hereby certify that on February 5, 2007 a copy of foregoing [Propose] Order Granting Motion to Accept Late Filed Opposition to Motion for Clarification was served electronically on Diane F. Vallentine, John F. Dienelt and Barry M. Heller

s/Jon T. Givens

[Proposed] Order Granting Motion to Accept Late Filed
Opposition to Defendants' Motion for Clarification
*Alaska Rent-A-Car, Inc. v. Cendant Corp., et al.,* Case No. 3:03-cv-29 [TMB] Page 2 of 2
A3388\05\MOTIONS\OPPclarify\ORD accept OPPclarify1