Jon T. Givens, Esq.
Bankston Gronning O'Hara, P.C.
601 West 5th Avenue, Suite 900
Anchorage, Alaska 99501
(907) 276-1711 (telephone)
(907) 279-5358 (fax)
wbankston@bankston.to

Attorneys for Plaintiff

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ALASKA

## AT ANCHORAGE

| | |
|---|---|
| ALASKA RENT-A-CAR, INC., an Alaska Corporation, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) ) |
| CENDANT CORPORATION, et al., | ) ) ) |
| Defendants. | ) ) Case No. 3:03-cv-29 [TMB] |

### [PROPOSED] ORDER DENYING DEFENDANTS' MOTION FOR CLARIFICATION

This Court having considered the Defendants' Motion for Clarification of Order at Docket 297 (docket 305) and the opposition thereto, hereby finds the motion lacks merit. The defendants have had over a month since the January 5, 2007, filing of docket 300 to cooperate with the plaintiff's counsel to file a errata or notice if there were any changes necessary.

DATED:_____

_____
TIMOTHY M. BURGESS
UNITED STATES DISTRICT COURT JUDGE

**BANKSTON GRONNING O'HARA, P.C.**
Attorneys at Law
601 W. 5th Avenue, Suite 900
Anchorage, Alaska 99501
Tel. (907) 276-1711 - Fax (907) 279-5358
www.bankston.to

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on February 5, 2007 a copy of foregoing Order
Denying Defendants' Motion for Clarification was served electronically
on Diane F. Vallentine, John F. Dienelt, and Barry M. Heller.
s/Jon T. Givens

BANKSTON GRONNING O'HARA, P.C.

Attorneys at Law
601 W. 5th Avenue, Suite 900
Anchorage, Alaska 99501
Tel. (907) 276-1711 - Fax (907) 279-5358
www.bankston.to