John F. Dienelt, Esq.
Barry M. Heller, Esq.
Scott McIntosh, Esq.
DLA Piper US LLP
1200 Nineteenth Street, NW
Washington, DC  20036-2412
(202) 861-3880 (telephone)
(202) 223-2085 (fax)

Howard S. Trickey, Esq.
Diane F. Vallentine, Esq.
Jermain Dunnagan & Owens, P.C.
3000 A Street, Suite 300
Anchorage, Alaska  99503
(907) 563-8844 (telephone)
(907) 563-7322 (fax)

*Counsel for Defendants*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA
AT ANCHORAGE

| | |
|---|---|
| ALASKA RENT-A-CAR, INC.<br><br>          Plaintiff,<br><br>v.<br><br>CENDANT CORPORATION, et al.<br><br>          Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)    Case No. 3:03-cv-00029-TMB |

**DEFENDANTS' AMENDED STATEMENT OF CORPORATE OWNERSHIP
PURSUANT TO RULE 7.1**

Defendants hereby comply with Rule 7.1 as to all defendants.

**Cendant Corporation** changed its name to Avis Budget Group, Inc. on September 1, 2006.  Avis Budget Group, Inc. is publicly held and no corporation owns 10 percent or more of its stock.

**Avis Rent A Car System, Inc.** converted to a Delaware limited liability company, Avis Rent A Car System, LLC, in January 2006.  Avis Rent A Car System, LLC is a wholly owned subsidiary of Avis Group Holdings, LLC.

**Avis Group Holdings, Inc.** converted to a Delaware limited liability company, Avis Group Holdings, LLC, in January 2006.  Avis Group Holdings, LLC is a wholly owned subsidiary of Avis Car Rental Group, LLC.

**Cendant Car Rental Group, Inc.** converted to a Delaware limited liability company, Cendant Car Rental Group, LLC ("CCRG"), in January 2006.  On April 3, 2006, a name change was filed, changing Cendant Car Rental Group, LLC to Avis Budget Car Rental, LLC.  Avis Budget Car Rental, LLC ("ABCR") is a wholly owned subsidiary of Avis Budget Holdings, LLC, which is a wholly owned subsidiary of Cendant Finance Holding Company, LLC, which is a wholly owned subsidiary of Avis Budget Group, Inc.

**Avis Car Rental Group, Inc.** converted to a Delaware limited liability company, Avis Car Rental Group, LLC, in January 2006.  Avis Car Rental Group, LLC is a wholly owned subsidiary of ABCR (f/k/a CCRG).

**Budget Rent A Car System, Inc.** is a wholly owned subsidiary of ABCR (f/k/a CCRG).

Dated:  February 6, 2007

                Respectfully submitted,

                */s/ Howard S. Trickey*
                Howard S. Trickey, Esq.
                Alaska Bar No. 7610138
                Jermain, Dunnagan & Owens, PC
                3000 A Street, Suite 300
                Anchorage, Alaska 99503
                (907) 563-8844 (telephone)
                (907) 563-7322 (fax)

                *Counsel for Defendants*

**CERTIFICATE OF SERVICE**

I hereby certify a true and correct copy of the foregoing document was served electronically and by email this 6th day of February, 2007, on:

Jon T. Givens
Bankston Gronning O'Hara PC
601 W. 5th Avenue, Suite 900
Anchorage, AK 99501

  /s/ Howard S. Trickey
144979