Susan Orlansky (ABA 8106042)
FELDMAN ORLANSKY & SANDERS
500 L Street, Suite 400
Anchorage, AK 99501
Telephone: (907) 272-3538
Facsimile: (907) 274-0819
orlansky@frozenlaw.com

Co-Counsel for Plaintiff

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA AT ANCHORAGE

| | |
|---|---|
| ALASKA RENT-A-CAR, INC. | ) Case No. 3:03-cv-00029 (TMB) |
| Plaintiff, | ) |
| vs. | ) |
| CENDENT CORPORATION, et al., | ) **ENTRY OF APPEARANCE** |
| Defendants. | ) |

      The law firm of Feldman Orlansky & Sanders hereby enters its appearance as co-counsel in this matter on behalf of ALASKA RENT-A-CAR, INC. Please direct all pleadings pertaining to the above-captioned matter to Susan Orlansky, Feldman Orlansky & Sanders, at the address indicated herein.

      Dated this 21st day of February, 2007.

FELDMAN ORLANSKY & SANDERS

By: s/ Susan Orlansky
    Susan Orlansky (ABA 8106042)
    500 L Street, Suite 400
    Anchorage, AK 99501
    Telephone: (907) 272-3538
    Facsimile: (907) 274-0819

*Co-Counsel for Plaintiff*

**CERTIFICATE OF SERVICE**

I hereby certify that on the 21st day of February, 2007, a copy of the foregoing document was served electronically on J. Dienelt, J. Givens, C. Gronning, C. Heaphey, B. Heller, B. Zan Nault, D. Ruskin and D. Vallentine.

s/ Susan Orlansky