Jon T. Givens, Esq.
Bankston Gronning O'Hara, P.C.
601 West 5th Avenue, Suite 900
Anchorage, Alaska 99501
(907) 276-1711 (telephone)
(907) 279-5358 (fax)
wbankston@bankston.to

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

AT ANCHORAGE

| | |
|---|---|
| ALASKA RENT-A-CAR, INC., an Alaska Corporation, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) ) |
| CENDANT CORPORATION, et al., | ) ) |
| Defendants. | ) Case No. 3:03-cv-29 [TMB] ) |

**NOTICE OF CHANGE
OF FIRM AND ADDRESS FOR CHRISTOPHER J. HEAPHEY**

Notice is hereby given that one of plaintiff's counsel, Christopher J. Heaphey's address will change effective immediately. No change in mailing is required:

      Christopher J. Heaphey
      Holland & Hart LLP
      600 East Main Street, Suite 104
      Aspen, CO 81611
      Phone (970) 925-3476
      Fax 800-962-1998
      E-mail: cjheaphey@hollandhart.com

Notice of Change of Firm and Address of Christopher J. Heaphey
*Alaska Rent-A-Car v. Cendant Corporation, et al.*, Case No. A03-029 CV [JKS]   Page 1 of 2
A3388\05\PLEADINGS\NOTaddressCJH

BANKSTON GRONNING O'HARA, P.C.
Attorneys at Law
601 W. 5th Avenue, Suite 900
Anchorage, Alaska 99501
Tel. (907) 276-1711 - Fax (907) 279-5358
www.bankston.to

DATED at Anchorage, Alaska this 23rd day of February, 2007.

BANKSTON GRONNING O'HARA, PC
Attorneys for Plaintiff Alaska Rent-A-Car, Inc.

By:    s/Jon T. Givens
601 W. 5th Avenue, Suite 900
Anchorage, Alaska 99501
Phone: (907) 276-1711
Fax: (907) 279-5358
E-mail: jgivens@bankston.to
AK Bar #9011072

**CERTIFICATE OF SERVICE**

I hereby certify that on February23, 2007 a copy of foregoing Notice of Change of Address of Christopher J. Heaphey was served electronically on Diane F. Vallentine, John F. Dienelt, Barry M. Heller, Susan Orlansky, and Christopher J. Heaphey

s/Jon T. Givens

BANKSTON GRONNING O'HARA, P.C.
Attorneys at Law
601 W. 5th Avenue, Suite 900
Anchorage, Alaska 99501
Tel. (907) 276-1711 - Fax (907) 279-5358
www.bankston.to

Notice of Change of Firm and Address of Christopher J. Heaphey
*Alaska Rent-A-Car v. Cendant Corporation, et al.*, Case No. A03-029 CV [JKS]   Page 2 of 2
A3388\05\PLEADINGS\NOTaddressCJH