Jon T. Givens, Esq.
Bankston Gronning O'Hara, P.C.
601 West 5th Avenue, Suite 900
Anchorage, Alaska 99501
(907) 276-1711 (telephone)
(907) 279-5358 (fax)
wbankston@bankston.to

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

AT ANCHORAGE

| | |
|---|---|
| ALASKA RENT-A-CAR, INC., an Alaska Corporation, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) ) |
| CENDANT CORPORATION, et al., | ) ) |
| Defendants. | ) Case No. 3:03-cv-29 [TMB] ) |

**<u>NOTICE OF USING DEPS</u>**

Plaintiff, Alaska Rent-A-Car, Inc., hereby gives notice that it may use the Court's DEPS at the hearing scheduled on March 7, 2007.

DATED this 2nd day of March, 2007.

        BANKSTON GRONNING O'HARA, PC
        Attorneys for Plaintiff Alaska Rent-A-Car, Inc.

        By:   s/Jon T. Givens
                601 W. 5th Avenue, Suite 900
                Anchorage, Alaska 99501
                Phone: (907) 276-1711
                Fax: (907) 279-5358
                E-mail: jgivens@bankston.to
                AK Bar #9011072

BANKSTON GRONNING O'HARA, P.C.
Attorneys at Law
601 W. 5th Avenue, Suite 900
Anchorage, Alaska 99501
Tel. (907) 276-1711 - Fax (907) 279-5358
www.bankston.to

**CERTIFICATE OF SERVICE**

I hereby certify that on March 2, 2007 a copy of foregoing Notice of Using DEPS was served electronically on Diane F. Vallentine, John F. Dienelt, Barry M. Heller, Susan Orlansky, and Christopher J. Heaphey.

s/Jon T. Givens

**BANKSTON GRONNING O'HARA, P.C.**
Attorneys at Law
601 W. 5th Avenue, Suite 900
Anchorage, Alaska 99501
Tel. (907) 276-1711 - Fax (907) 279-5358
www.bankston.to