John F. Dienelt, Esq.
Barry M. Heller, Esq.
DLA Piper US LLP
1200 Nineteenth Street, NW
Washington, DC  20036-2412
(202) 861-3880 (telephone)
(202) 223-2085 (fax)

Howard S. Trickey, Esq.
Diane F. Vallentine, Esq.
Jermain, Dunnagan & Owens, PC
3000 A Street, Suite 300
Anchorage, Alaska  99503
(907) 563-8844 (telephone)
(907) 563-7322 (fax)

*Counsel for Defendants*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA AT ANCHORAGE

| | |
|---|---|
| ALASKA RENT-A-CAR, INC. )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>CENDANT CORPORATION, et al. )<br>)<br>Defendants. )<br>) | Case No. 3:03-cv-00029-TMB |

### NOTICE OF USING DEPS

Defendants hereby give notice that they may use the Court's DEPS at the hearing scheduled on March 7, 2007.

DATED this 2nd day of March, 2007.

Alaska Rent-A-Car vs. Cendant
Case No.: 3:03-cv-29 [TMB]                                                         Page 1 of 2
Notice of Using DEPS

Respectfully submitted,

    */s/ Howard S. Trickey*
Howard S. Trickey, Esq.
(Alaska Bar No. 7610138)
Jermain, Dunnagan & Owens, PC
3000 A Street, Suite 300
Anchorage, Alaska  99503
(907) 563-8844 (telephone)
(907) 563-7322 (fax)

*Counsel for Defendants*

**Certificate of Service**

I hereby certify a true and correct copy of
the foregoing was served by hand delivery upon:

Jon Givens
601 W. 5th Ave., Suite 900
Anchorage, AK 99501

this 2nd day of February, 2007

    */s/ Howard S. Trickey*
Howard S. Trickey

LAW OFFICES OF
**JERMAIN DUNNAGAN & OWENS**
A PROFESSIONAL CORPORATION
3000 A STREET, SUITE 300
ANCHORAGE, ALASKA  99503
(907) 563-8844
FAX (907) 563-7322

Alaska Rent-A-Car vs. Cendant
Case No.:  3:03-cv-29 [TMB]                                    Page 2 of 2
Notice of Using DEPS