John F. Dienelt, Esq.
Barry M. Heller, Esq.
DLA Piper US LLP
1200 Nineteenth Street, NW
Washington, DC  20036-2412
(202) 861-3880 (telephone)
(202) 223-2085 (fax)

Howard S. Trickey, Esq.
Diane F. Vallentine, Esq.
Jermain, Dunnagan & Owens, PC
3000 A Street, Suite 300
Anchorage, Alaska  99503
(907) 563-8844 (telephone)
(907) 563-7322 (fax)

*Counsel for Defendants*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA AT ANCHORAGE

| | |
|---|---|
| ALASKA RENT-A-CAR, INC.<br><br>　　　　Plaintiff,<br><br>v.<br><br>CENDANT CORPORATION, et al.<br><br>　　　　Defendants. | Case No. 3:03-cv-00029-TMB |

**DEFENDANTS' NOTICE OF SUPPLEMENTAL AUTHORITY RELATED TO ALASKA UNFAIR TRADE PRACTICES CLAIM
(FIRST AMENDED COMPLAINT COUNT VI)**

Local Rule 7.1(h)(1)(B) allows a party to submit notice of supplemental authority when pertinent or controlling authority comes to the attention of a party after it has filed a brief. In preparing for the oral argument scheduled for March 7, the following case has come to the attention of Defendants:

LAW OFFICES OF
**JERMAIN DUNNAGAN & OWENS**
A PROFESSIONAL CORPORATION
3000 A STREET, SUITE 300
ANCHORAGE, ALASKA  99503
(907) 563-8844
FAX (907) 563-7322

>   *Garrison v. Dixon*, 19 P.3d 1229, 1235 & n.22 (Alaska 2001) ("Specifically, the claims ultimately failed on summary judgment because plaintiffs could show no monetary losses, as required for a private action under AS 45.50.531(a). That statute provides, in relevant part: A person who suffers an ascertainable loss of money or property as a result of another person's act or practice declared unlawful by AS 45.50.471 may bring a civil action.").

This supplemental authority is relevant to the arguments made at Docket 182, page 37-38.

DATED at Anchorage, Alaska this 5th day of March, 2007.

                                    Respectfully submitted,


                                     */s/ Diane F. Vallentine*
                                    Diane F. Vallentine, Esq.
                                    (Alaska Bar No. 7710177)
                                    Jermain, Dunnagan & Owens, PC
                                    3000 A Street, Suite 300
                                    Anchorage, Alaska  99503
                                    (907) 563-8844 (telephone)
                                    (907) 563-7322 (fax)

                                    *Counsel for Defendants*

**Certificate of Service**
I hereby certify a true and correct copy of
the foregoing was served by hand delivery upon:

Jon Givens
601 W. 5th Ave., Suite 900
Anchorage, AK 99501

this 5th day of March, 2007

   *Diane F. Vallentine*
Diane F. Vallentine

LAW OFFICES OF
**JERMAIN DUNNAGAN & OWENS**
A PROFESSIONAL CORPORATION
3000 A STREET, SUITE 300
ANCHORAGE, ALASKA  99503
(907) 563-8844
FAX (907) 563-7322

Alaska Rent-A-Car vs. Cendant
Case No.:  3:03-cv-29 [TMB]                                                                 Page 2 of 2
*Defendants' Notice of Supplemental Authority*