```
                MINUTES OF THE UNITED STATES DISTRICT COURT
                           DISTRICT OF ALASKA
```

ALASKA RENT-A-CAR INCORPORATED vs. CENDANT CORPORATION, ET AL.

BEFORE THE HONORABLE TIMOTHY M. BURGESS  CASE NO 3:03-CV-00029-TMB

DEPUTY CLERK/RECORDER:          SUZANNETTE LUCERO

APPEARANCES:    PLAINTIFF:  JON GIVENS, SUSAN ORLANSKI AND
                            CHRISTOPHER HEAPHEY

                DEFENDANT:  JOHN DIENELT, HOWARD TRICKE AND
                            BARRY HELLER

PROCEEDINGS: ORAL ARGUMENT ON SEALED MOTIONS (DKTS 164, 170, 172, 178, 180, 182 & 183) HELD 3/07/07:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
At 10:05 a.m. court convened.

Court and counsel heard re Dkts 164, 170, 172, 178, 180, 182, 183, 294 and 302.

Court and counsel heard re Defendant's Sealed Motion to Strike Portions of Plaintiff's Opposition to Defendant's Motion for Summary Judgment or Alternatively for an Order Limiting the Issues for Trial on Count II (Dkt 294); Parties are in agreement re to the monetary amount.

Court to set time for argument on Dkt 302 later in the afternoon.

Arguments heard.

At 11:45 a.m. court recessed until 1:36 p.m.

Court and counsel heard re Defendant's oral motion to withdraw Defendant's Motion for Sanctions Against Plaintiff for Falsely Representing Joint Authorship (Dkt 302); **GRANTED.**

Continued arguments heard.

Court and counsel heard re sealed motions (Dkts 164, 170, 172, 178, 180, 182 & 183); Matters **TAKEN UNDER ADVISEMENT**; written ruling to issue.

At 3:04 p.m. court adjourned.

DATE:    March 7, 2007       DEPUTY CLERK'S INITIALS:      SCL