John F. Dienelt, Esq.
Barry M. Heller, Esq.
DLA Piper US LLP
1200 Nineteenth Street, NW
Washington, DC  20036-2412
(202) 861-3880 (telephone)
(202) 223-2085 (fax)

Howard S. Trickey, Esq.
Diane F. Vallentine, Esq.
Jermain, Dunnagan & Owens, PC
3000 A Street, Suite 300
Anchorage, Alaska  99503
(907) 563-8844 (telephone)
(907) 563-7322 (fax)

*Counsel for Defendants*

## IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF ALASKA AT ANCHORAGE

| | |
|---|---|
| ALASKA RENT-A-CAR, INC.    ) | |
|    ) | |
|      Plaintiff,    ) | |
|    ) | |
| v.    ) | |
|    ) | |
| CENDANT CORPORATION, et al.    ) | Case No. 3:03-cv-00029-TMB |
|    ) | |
|      Defendants.    ) | |
|    ) | |

**DEFENDANTS' NOTICE OF SUPPLEMENTAL AUTHORITY:
LEEGIN CREATIVE LEATHER PRODUCTS, INC. V. PSKS, INC.,
___ S.CT. ___ , 2007 WL 1835892, CASE NO. 06-480 (JUNE 28, 2007)**

Local Rule 7.1(h)(1)(B) allows a party to submit notice of supplemental authority when pertinent or controlling authority comes to the attention of a party after it has filed a brief.  Yesterday, on June 28, 2007, the United States Supreme Court rendered a decision in the following matter, which is pertinent, controlling authority with respect to several motions currently pending before this Court:

LAW OFFICES OF
**JERMAIN DUNNAGAN & OWENS**
A PROFESSIONAL CORPORATION
3000 A STREET, SUITE 300
ANCHORAGE, ALASKA  99503
(907) 563-8844
FAX (907) 563-7322

{00155715 }Alaska Rent-A-Car vs. Cendant
Case No.:  3:03-cv-29 [TMB]
*Defendants' Notice of Supplemental Authority*
WASH1\4903747.3

Page 1 of 3

*Leegin Creative Leather Products, Inc. v. PSKS, Inc.*, ____ S.Ct. ____, 2007 WL 1835892, Case No. 06-480 (June 28, 2007) ("[T]he Court's decision in *Dr. Miles Medical Co. v. John D. Park & Sons Co.*, 220 U.S. 373 (1911), is now overruled.  Vertical price restraints are to be judged according to the rule of reason.").

This supplemental authority is relevant to the arguments made in the following Docket entries:

Docket No. 171: pp. 10-26; 35-49.

Docket No. 212: pp. 1-21.

Docket No. 268: pp. 1-19; 22-25.

Docket No. 181: pp. 29-33.

Docket No. 199: pp. 27-35; 37-39.

Docket No. 249: pp. 18-20.

Docket No. 183: pp. 25-26; 32-37; 44-47.

Docket No. 214: pp. 18-19.

Docket No. 267: pp. 10-11; 21.

Docket No. 182: pp. 17-29; 38-45.

Docket No. 216: pp. 10, 17-19.

Docket No. 265: pp. 10-14.


DATED this 29th day of June, 2007.

Respectfully submitted,
_____*/s/ Diane F. Vallentine*_____
Diane F. Vallentine, Esq.
(Alaska Bar No. 7710177)
Jermain, Dunnagan & Owens, PC
3000 A Street, Suite 300
Anchorage, Alaska  99503
(907) 563-8844 (telephone)
(907) 563-7322 (fax)

*Counsel for Defendants*

LAW OFFICES OF
**JERMAIN DUNNAGAN & OWENS**
A PROFESSIONAL CORPORATION
3000 A STREET, SUITE 300
ANCHORAGE, ALASKA  99503
(907) 563-8844
FAX (907) 563-7322

**Certificate of Service**

I hereby certify a true and correct copy of
the foregoing was served by U.S. Mail upon:

Jon Givens
601 W. 5th Ave., Suite 900
Anchorage, AK 99501

Christopher J. Heaphey
Holland & Hart LLP
600 East Main Street, Ste. 104
Aspen, CO  81611

this 29th day of June, 2007

  *Diane F. Vallentine*
Diane F. Vallentine

LAW OFFICES OF
**JERMAIN DUNNAGAN & OWENS**
A PROFESSIONAL CORPORATION
3000 A STREET, SUITE 300
ANCHORAGE, ALASKA 99503
(907) 563-8844
FAX (907) 563-7322