Jon T. Givens, Esq.
Bankston Gronning O'Hara, P.C.
601 West 5th Avenue, Suite 900
Anchorage, Alaska 99501
(907) 276-1711 (telephone)
(907) 279-5358 (fax)
wbankston@bankston.to

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

AT ANCHORAGE

| | |
|---|---|
| ALASKA RENT-A-CAR, INC., an Alaska Corporation, <br><br> Plaintiff, <br><br> v. <br><br> CENDANT CORPORATION, et al., <br><br> Defendants. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) Case No. 3:03-cv-29 [TMB] <br> ) |

## STATUS REPORT

Pursuant to the Court's Order of July 27, 2007, at Docket 337, the parties have conferred and agree to the following joint Status Report.

(1) The parties desire a 30-day period to review the Court's decision, confer about settlement options, and then be able to certify whether "settlement has been seriously explored" or can be.

(2) During the 30-day period from August 13 through September 13, 2007, the parties agree to not file any additional pleadings, motions or other papers, except as requested by the Court to do so; and the parties further agree that, if any pleadings,

motions or other papers are filed on or after September 14, 2007, the opposing party will have 30 days to respond.

(3)  The parties request that all deadlines set forth in the Orders at Dockets 336 and 337 be extended by 30 days.

(4)  On or before September 20, 2007, the parties will file a report to the Court regarding the Certification of Readiness for Trial, addressing each of the items the Court directed them to address in Docket 337.

(5)  The September 20, 2007 report will suggest at least two alternative trial dates that are mutually convenient, one of which shall be approximately six months from the date of the September 20, 2007 report, but none of which will be before March 20, 2008.

DATED: 8/13/07

BANKSTON GRONNING O'HARA, PC
Attorneys for Plaintiff Alaska Rent-A-Car, Inc.

By: _____
601 W. 5th Avenue, Suite 900
Anchorage, Alaska 99501
Phone: (907) 276-1711
Fax: (907) 279-5358
E-mail: jgivens@bankston.to
AK Bar #9011072

DATED: 8/13/07

DLA PIPER US LLP
Attorneys for Defendants

By: _____
John F. Dienelt
Washington D.C. Bar #110742

BANKSTON GRONNING O'HARA, P.C.
Attorneys at Law
601 W. 5th Avenue, Suite 900
Anchorage, Alaska 99501
Tel. (907) 276-1711 - Fax (907) 279-5358
www.bankston.to

Status Report
*Alaska Rent-A-Car, Inc. v. Cendant Corp., et al.*, Case No. 3:03-cv-29 [TMB]
A3388\05\STATUS REPORTS\STATUSrpt2.1                                      Page 2 of 3

JERMAIN, DUNNAGAN & OWENS, P.C.
Attorneys for Defendants

DATED: 8/13/07     By: _____
                       Diane F. Vallentine
                       AK Bar No. 7710177

**CERTIFICATE OF SERVICE**

I hereby certify that on 8/13/07 a copy of foregoing Status Report was served electronically on Diane F. Vallentine, John F. Dienelt, Barry M. Heller, Susan Orlansky, and Christopher J. Heaphey.

s/Jon T. Givens

BANKSTON GRONNING O'HARA, P.C.
Attorneys at Law
601 W. 5th Avenue, Suite 900
Anchorage, Alaska 99501
Tel. (907) 276-1711 - Fax (907) 279-5358
www.bankston.to

Status Report
*Alaska Rent-A-Car, Inc. v. Cendant Corp., et al.*, Case No. 3:03-cv-29 [TMB]     Page 3 of 3
A3388\05\STATUS REPORTS\STATUSrpt2.1