Jon T. Givens, Esq.
Bankston Gronning O'Hara, P.C.
601 West 5th Avenue, Suite 900
Anchorage, Alaska 99501
(907) 276-1711 (telephone)
(907) 279-5358 (fax)
wbankston@bankston.to

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

AT ANCHORAGE

| | |
|---|---|
| ALASKA RENT-A-CAR, INC.,<br>an Alaska Corporation,<br><br>      Plaintiff,<br><br>v.<br><br>CENDANT CORPORATION, et al.,<br><br>      Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) Case No. 3:03-cv-29 [TMB]<br>) |

## ORDER

Having considered the parties' Status Report, it is hereby ordered that:

(1) The parties are granted a 30-day period to review the Court's decision, confer about settlement options, and then be able to certify whether "settlement has been seriously explored" or can be.

(2) During the 30-day period from August 13 through September 13, 2007, the parties will not file any additional pleadings, motions or other papers, except as requested by the Court to do so; and, if any pleadings, motions or other papers are filed on or after September 14, 2007, the opposing party will have 30 days to respond.

(3) All deadlines set forth in the Orders at Dockets 336 and 337 are extended by 30 days.

(4) On or before September 20, 2007, the parties will file a report to the Court regarding the Certification of Readiness for Trial, addressing each of the items the Court directed them to address in Docket 337.

(5) The September 20, 2007 report will suggest at least two alternative trial dates that are mutually convenient, one of which shall be approximately six months from the date of the September 20, 2007 report, but none of which will be before March 20, 2008.

DATED:_____

IT IS SO ORDERED:

_____
TIMOTHY M. BURGESS
JUDGE OF THE UNITED STATES DISTRICT COURT

**CERTIFICATE OF SERVICE**

I hereby certify that on  8-13-07  a copy of foregoing Order
was served electronically on Diane F. Vallentine, John F. Dienelt, Barry M. Heller, Susan Orlansky, and Christopher J. Heaphey.

s/Jon T. Givens

**BANKSTON GRONNING O'HARA, P.C.**
Attorneys at Law
601 W. 5th Avenue, Suite 900
Anchorage, Alaska 99501
Tel. (907) 276-1711 - Fax (907) 279-5358
www.bankston.to

Order
*Alaska Rent-A-Car, Inc. v. Cendant Corp., et al.*, Case No. 3:03-cv-29 [TMB]        Page 2 of 2
A3388\05\STATUS REPORTS\STATUSrpt2.ORDER