John F. Dienelt, Esq.
Barry M. Heller, Esq.
DLA Piper US LLP
1200 Nineteenth Street, N.W.
Washington, DC 20036-2412
(202) 861-3880 (telephone)
(202) 223-2085 (fax)

Howard S. Trickey, Esq.
Diane F. Vallentine, Esq.
Jermain, Dunnagan & Owens, P.C.
3000 A Street, Suite 300
Anchorage, Alaska 99503
(907) 563-8844 (telephone)
(907) 563-7322 (fax)

Attorneys for Defendants

LAW OFFICES OF
**JERMAIN DUNNAGAN & OWENS**
A PROFESSIONAL CORPORATION
3000 A STREET, SUITE 300
ANCHORAGE, ALASKA 99503
(907) 563-8844
FAX (907) 563-7322

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA
AT ANCHORAGE

| | | |
|---|---|---|
| ALASKA RENT-A-CAR, INC., an Alaska Corporation, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Case No. 3:03-cv-00029-TMB |
| CENDANT CORPORATION, AVIS RENT-A-CAR SYSTEM, INC., AVIS GROUP HOLDINGS, INC., CENDANT CAR RENTAL GROUP, INC., AVIS CAR RENTAL GROUP, INC., and BUDGET RENT A CAR SYSTEM, INC., | ) ) ) ) ) ) | |
| Defendants. | ) ) ) | |

**EXPEDITED CONSENT MOTION FOR EXTENSION TO COMPLY
WITH ORDER [RE: SEALED DOCUMENTS] AT DOCKET 336**

{00162028 }

For the reasons set forth in the accompanying Memorandum of Points and Authorities and Declaration of John F. Dienelt, Defendants move for an extension, until October 12, 2007, within which to comply with the Order [Re: Sealed Documents] at Docket 336.  Plaintiff, through counsel, has authorized the undersigned to state that it consents to the extension.

Dated:      September 13, 2007                  Respectfully submitted,

                                               JERMAIN DUNNAGAN & OWENS PC
                                               Attorneys for Defendants


                                               By:   s/Diane F. Vallentine
                                                     Diane F. Vallentine
                                                     3000 A Street, Suite 300
**CERTIFICATE OF SERVICE**                           Anchorage, Alaska 99503
                                                     (907) 563-8844 (telephone)
This is to certify that on this 13th day of September,   (907) 563-7322 (fax)
2007 a true and correct copy of the foregoing           Alaska Bar No. 7710177
document was served electronically, and by regular
U.S. mail, on:

Jon T. Givens, Esq.
Bankston, Gronning, O'Hara, Sedor,
  Mills, Givens & Heaphey, PC
601 W. 5th Avenue, Suite 900
Anchorage, AK  99501

Jeffrey M. Feldman, Esq.
Feldman Orlansky & Sanders
500 L Street, Suite 400
Anchorage, AK 99501

    s/Diane F. Vallentine

LAW OFFICES OF
**JERMAIN DUNNAGAN & OWENS**
A PROFESSIONAL CORPORATION
3000 A STREET, SUITE 300
ANCHORAGE, ALASKA 99503
(907) 563-8844
FAX (907) 563-7322

EXPEDITED CONSENT MOTION FOR EXTENSION TO COMPLY WITH ORDER                          PAGE 2
[RE: SEALED DOCUMENTS] AT DOCKET 336
*Alaska Rent-A-Car, Inc. v. Cendant Corporation, et al.*
Case No. 3:03-cv-00029-TMB