John F. Dienelt, Esq.
Barry M. Heller, Esq.
DLA Piper US LLP
1200 Nineteenth Street, N.W.
Washington, DC 20036-2412
(202) 861-3880 (telephone)
(202) 223-2085 (fax)

Howard S. Trickey, Esq.
Diane F. Vallentine, Esq.
Jermain, Dunnagan & Owens, P.C.
3000 A Street, Suite 300
Anchorage, Alaska 99503
(907) 563-8844 (telephone)
(907) 563-7322 (fax)

Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA
AT ANCHORAGE

| | |
|---|---|
| ALASKA RENT-A-CAR, INC., an Alaska Corporation, <br><br> Plaintiff, <br><br> v. <br><br> CENDANT CORPORATION, AVIS RENT-A-CAR SYSTEM, INC., AVIS GROUP HOLDINGS, INC., CENDANT CAR RENTAL GROUP, INC., AVIS CAR RENTAL GROUP, INC., and BUDGET RENT A CAR SYSTEM, INC., <br><br> Defendants. | Case No. 3:03-cv-00029-TMB |

**[PROPOSED] ORDER RE DEFENDANTS' EXPEDITED CONSENT MOTION FOR EXTENSION TO COMPLY WITH ORDER [RE: SEALED <u>DOCUMENTS] AT DOCKET 336</u>**

{00162063 }

Having considered Defendants' Expedited Consent Motion for Extension to Comply with Order [Re: Sealed Documents] at Docket 336 and Defendants' representation that Plaintiff consents thereto,

IT IS HEREBY ORDERED Defendants' Motion is hereby GRANTED. Defendants have until October 12, 2007 within which to comply with the Order [Re: Sealed Documents] at Docket 336.

IT IS SO ORDERED this _____ day of _____, 2007.

Timothy M. Burgess
U.S. District Court Judge

**CERTIFICATE OF SERVICE**

This is to certify that on this 13th day of September, 2007, a true and correct copy of the foregoing document was served electronically, and by U.S. Mail on:

Jon T. Givens, Esq.
Bankston, Gronning & O'Hara, PC
601 W. 5th Avenue, Suite 900
Anchorage, AK  99501

Jeffrey M. Feldman, Esq.
Feldman Orlansky & Sanders
500 L Street, Suite 400
ANCHORAGE, AK 99501

  /s/Diane F. Vallentine

LAW OFFICES OF
**JERMAIN DUNNAGAN & OWENS**
A PROFESSIONAL CORPORATION
3000 A STREET, SUITE 300
ANCHORAGE, ALASKA  99503
(907) 563-8844
FAX (907) 563-7322

{00162063 }[PROPOSED] ORDER RE: EXPEDITED CONSENT MOTION FOR EXTENSION TO COMPLY WITH ORDER    PAGE 2
[RE: SEALED DOCUMENTS] AT DOCKET 336
*Alaska Rent-A-Car, Inc. v. Cendant Corporation, et al.*
Case No. 3:03-cv-00029-TMB