John F. Dienelt, Esq.
Barry M. Heller, Esq.
DLA Piper US LLP
1200 Nineteenth Street, N.W.
Washington, DC 20036-2412
(202) 861-3880 (telephone)
(202) 223-2085 (fax)

Howard S. Trickey, Esq.
Diane F. Vallentine, Esq.
Jermain, Dunnagan & Owens, P.C.
3000 A Street, Suite 300
Anchorage, Alaska 99503
(907) 563-8844 (telephone)
(907) 563-7322 (fax)

Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA
AT ANCHORAGE

| | |
|---|---|
| ALASKA RENT-A-CAR, INC., an Alaska Corporation, <br><br>                    Plaintiff, <br><br> v. <br><br> CENDANT CORPORATION, AVIS RENT-A-CAR SYSTEM, INC., AVIS GROUP HOLDINGS, INC., CENDANT CAR RENTAL GROUP, INC., AVIS CAR RENTAL GROUP, INC., and BUDGET RENT A CAR SYSTEM, INC., <br><br>                    Defendants. | Case No. 3:03-cv-00029-TMB |

## DECLARATION OF JOHN F. DIENELT

{00162075 }

1. I am a partner in DLA Piper US LLC, in its Washington, DC office. I am lead counsel for Defendants in this case.

2. Until approximately one week ago, my staff had been reviewing the voluminous filings that were made under seal to make preliminary determinations, for my review, of which documents that were filed under seal they believed should or might properly be kept in that status.

3. The DC office of the firm is moving on September 28. In preparation for the move, packers have boxed various files.

4. I learned on September 12 that all files in the referenced case that were in our "case room," including our copies of the documents at issue in connection with the Order [Re: Sealed Documents] at Docket 336, had been packed for storage and shipment pursuant to the firm's moving schedule.

5. Although it is not impossible to retrieve these documents for review, doing so will create significant logistical problems.

6. If granted an extension, Defendants should be able to review the documents and file any motion with respect to them that Defendants believe is warranted within two weeks of the move, by October 12.

7. The parties have agreed on mediation in this action, which is scheduled for November 14. Their report on that, and other subjects, is due September 20.

{00162075}DECLARATION OF JOHN F. DIENELT
*Alaska Rent-A-Car, Inc. v. Cendant Corporation, et al.*
Case No. 3:03-cv-00029-TMB

PAGE 2

I declare under penalty of perjury that the foregoing is true and correct.

Executed on September 13, 2007.

_____
John F. Dienelt

**CERTIFICATE OF SERVICE**

This is to certify that on this 13th day of September, 2007, a true and correct copy of the foregoing document was served electronically, and by U.S. Mail on:

Jon T. Givens, Esq.
Bankston, Gronning & O'Hara, PC
601 W. 5th Avenue, Suite 900
Anchorage, AK 99501

Jeffrey M. Feldman, Esq.
Feldman Orlansky & Sanders
500 L Street, Suite 400
Anchorage, AK 99501


/s/Diane F. Vallentine

LAW OFFICES OF
JERMAIN DUNNAGAN & OWENS
A PROFESSIONAL CORPORATION
3000 A STREET, SUITE 300
ANCHORAGE, ALASKA 99503
(907) 563-8844
FAX (907) 563-7322

{00162075} DECLARATION OF JOHN F. DIENELT                                    PAGE 3
*Alaska Rent-A-Car, Inc. v. Cendant Corporation, et al.*
Case No. 3:03-cv-00029-TMB