Jeffrey M. Feldman
Alaska Bar No. 7605029
FELDMAN ORLANSKY & SANDERS
500 L Street, Suite 400
Anchorage, AK  99501
Telephone:  (907) 272-3538
Facsimile:   (907) 274-0819
feldman@frozenlaw.com

*Counsel for Plaintiff*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA AT ANCHORAGE

| | |
|---|---|
| ALASKA RENT-A-CAR, INC. | ) Case No. 3:03-cv-00029 (TMB) |
| Plaintiff, | ) |
| vs. | ) |
| CENDANT CORPORATION, et al., | ) |
| Defendants. | ) |

**JOINT STATUS REPORT AND MOTION**

The parties, through their respective counsel, and pursuant to this Court's orders of July 27 and August 17, 2007, report and move the Court as follows:

Following review of the Court's orders resolving the summary judgment motions in this matter, the parties conferred and were able to agree on a plan for mediation of this matter and also of a related case pending in Alaska State Court.[1]  The parties have

---

[1] *Alaska Rent-A-Car, Inc v. Cendant Car Rental Group, Inc., Avis Car Rental Group, Inc., and Avis Rent-A-Car System, Inc.*, 3AN-05-14220 CI.

scheduled a meditation with Antonio (Tony) Piazza. Mr. Piazza is a well-known and highly regarded mediator in San Francisco. He is affiliated with the firm of Gregorio, Haldeman, Piazza, Rotman & Matiyahu. The mediation has been scheduled for November 14, 2007, in San Francisco. Representatives of the parties with the requisite settlement authority will be participating in the mediation, along with their respective counsel.

The parties jointly move the Court to stay proceedings in this case pending completion of the mediation effort, except that the court's consideration and resolution of the pending issue concerning the confidentiality of exhibits filed under seal in connection with the parties' summary judgment motions shall not be stayed and the parties may file whatever submissions with the court as may be necessary or helpful to assist the court in addressing that issue.

The parties request that the Court direct the parties to file a report with the Court on November 26, 2007, advising the result of the mediation and providing such additional information as was required by the Court's July 27, 2007 order.

The parties recognize that it is generally the Court's desire to advance cases on the calendar as efficiently and expeditiously as possible, but the parties believe that allowing an opportunity for a serious mediation effort may ultimately conserve judicial resources and spare the parties unnecessary expense.

Dated:  September 17, 2007        /s/ JEFFREY M. FELDMAN__
                                                    Jeffrey M. Feldman
                                                    Email:  feldman@frozenlaw.com
                                                    AK Bar No. 7605029
                                                    **FELDMAN ORLANSKY & SANDERS**
                                                    500 L Street, Suite 400
                                                    Anchorage, Alaska 99501
                                                    Tel.:  (907) 272-3538
                                                    Fax:  (907) 274-0819

                                                    **BANKSTON GRONNING O'HARA, PC**
                                                    601 West 5th Avenue, Suite 900
                                                    Anchorage, Alaska 99501

                                                    *Counsel for Plaintiff*


Dated:  September 17, 2007        /s/ HOWARD S. TRICKEY (by consent)
                                                    Howard S. Trickey
                                                    Email: htrickey@jdolaw.com
                                                    AK Bar No. 7710177
                                                    **JERMAIN, DUNNAGAN & OWENS, P.C.**
                                                    3000 A Street, Suite 300
                                                    Anchorage, Alaska  99503
                                                    Tel: (907) 563-8844
                                                    Fax: (907) 563-7322

                                                    **DLA PIPER US LLP**
                                                    1200 Nineteenth Street, NW
                                                    Washington, D.C.  20036

                                                    *Counsel for Defendants*


**CERTIFICATE OF SERVICE**

I hereby certify that on the 17th day of September, 2007, a copy of the foregoing document was served electronically on J. Dienelt, J. Givens, C. Gronning, C. Heaphey, B. Heller, B. Zan Nault, D. Ruskin, H. Trickey, and D. Vallentine.

s/ Jeffrey M. Feldman