Jeffrey M. Feldman
Alaska Bar No. 7605029
FELDMAN ORLANSKY & SANDERS
500 L Street, Suite 400
Anchorage, AK  99501
Telephone:  (907) 272-3538
Facsimile:   (907) 274-0819
feldman@frozenlaw.com

*Counsel for Plaintiff*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA AT ANCHORAGE

| | |
|---|---|
| ALASKA RENT-A-CAR, INC. | ) Case No. 3:03-cv-00029 (TMB) |
| Plaintiff, | ) |
| vs. | ) |
| CENDANT CORPORATION, et al., | ) |
| Defendants. | ) |

**[PROPOSED] ORDER GRANTING MOTION RE: STATUS**

Upon review of the parties' Joint Status Report and Motion, IT IS HEREBY ORDERED that the proceedings in this case are STAYED until further order.  The parties shall file a joint report on or before November 26, 2007, to advise the result of the mediation and provide such information as required by the Court's July 27, 2007 order.

ENTERED this _____ day of _____, 2007.

_____

TIMOTHY M. BURGESS
U. S. District Court Judge

**CERTIFICATE OF SERVICE**

I hereby certify that on the 17th day of September, 2007, a copy of the foregoing document was served electronically on J. Dienelt, J. Givens, C. Gronning, C. Heaphey, B. Heller, B. Zan Nault, D. Ruskin, H. Trickey, and D. Vallentine.

s/ Jeffrey M. Feldman