IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| ALASKA RENT-A-CAR, INC., <br><br> Plaintiff, <br><br> vs. <br><br> CENDANT CORPORATION, <br><br> Defendants. | Case No. 3:03-cv-029  TMB <br><br><br> O R D E R |

**ORDER GRANTING MOTION RE:  STATUS**

Upon review of the parties' Joint Status Report and Motion filed at Docket [346], IT IS HEREBY ORDERED that the proceedings in this case are STAYED until further order. The parties shall file a joint report on or before November 26, 2007, to advise the result of the mediation and provide such information as required by the Court's July 27, 2007 order.

Dated at Anchorage, Alaska, this 25th day of September, 2007.

/s/ Timothy Burgess
TIMOTHY M. BURGESS
UNITED STATES DISTRICT JUDGE

1