John F. Dienelt, Esq.
Barry M. Heller, Esq.
Scott McIntosh, Esq.
Virginia A. Walls, Esq.
DLA Piper US LLP
500 8th Street, N.W.
Washington, D.C. 20004
(202) 799-4000 (telephone)
(202) 799-5000 (fax)

Howard S. Trickey, Esq.
Diane F. Vallentine, Esq.
Jermain, Dunnagan & Owens, PC
3000 A Street, Suite 300
Anchorage, Alaska 99503
(907) 563-8844 (telephone)
(907) 563-7322 (fax)

*Attorneys for Defendants*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA
AT ANCHORAGE

| | |
|---|---|
| ALASKA RENT-A-CAR, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 3:03-cv-00029-TMB |
| ) | |
| CENDANT CORPORATION, et al., ) | |
| ) | |
| Defendants. ) | |
| ) | |

**DEFENDANTS' MOTION TO MAINTAIN DOCUMENTS UNDER SEAL**

Defendants hereby move to maintain certain documents sealed and protected from public disclosure, for the reasons set forth in the accompanying Memorandum in Support of Defendants' Motion to Maintain Documents Under Seal and the declaration and exhibits attached to that memorandum. These documents include: Corporate Pricing Approval Forms;

Corporate Rate Agreements; Strategic Plans; Marketing Plans; Commercial Account Pricing Scales; and portions of deposition transcripts and summary judgment pleadings.

Dated: October 12, 2007

Respectfully submitted,

JERMAIN DUNNAGAN & OWENS, P.C.
Attorneys for Defendants

By:   s/Howard S. Trickey
     Howard S. Trickey
     3000 A Street, Suite 300
     Anchorage, Alaska 99503
     (907) 563-8844 (telephone)
     (907) 563-7322 (fax)
     Alaska Bar No. 7610138

**CERTIFICATE OF SERVICE**

This is to certify that on this 12th day of October, 2007 a true and correct copy of the foregoing document was served electronically on:

Jon T. Givens, Esq.
Bankston, Gronning, O'Hara, Sedor,
  Mills, Givens & Heaphey, PC
601 W. 5th Avenue, Suite 900
Anchorage, AK  99501

Jeffrey M. Feldman, Esq.
Feldman Orlansky & Sanders
500 L Street, Suite 400
Anchorage, AK 99501

   s/Howard S. Trickey

LAW OFFICES OF
**JERMAIN DUNNAGAN & OWENS**
A PROFESSIONAL CORPORATION
3000 A STREET, SUITE 300
ANCHORAGE, ALASKA 99503
(907) 563-8844
FAX (907) 563-7322