## EXHIBIT B

### I. Corporate Pricing Approval Forms (CPAFs)

- Contain Defendants' confidential proprietary information, as well as Defendant's trade secrets

- Location of CPAFs on the Docket:

    - Plaintiff's Motion for Partial Summary Judgment re: Anti-Trust (Docket No. 170), Exhibit 44 (Docket No. 170, attachment 47)

    - Plaintiff's Motion for Partial Summary Judgment re: Ant-Trust (Docket No. 170) Exhibit 51 (Docket No. 175 & 177, all attachments)

    - Plaintiff's Reply to Opposition to Motion for Partial Summary Judgment re: Anti-Trust (Docket No. 268), Exhibit 3 (Docket No. 268, attachment 3)

    - Plaintiff's Reply to Opposition to Motion for Partial Summary Judgment re: Anti-Trust (Docket No 268), Exhibit 5 (Docket No. 268, attachment 6)

    - Plaintiff's Motion for Partial Summary Judgment on Count VI of the First Amended Complaint Violation of Alaska Unfair Trade Practices and Consumer Protection Act (Docket No. 182), Exhibit 33 (Docket No. 182, attachment 38)

    - Plaintiff's Opposition to Defendant's Motion for Summary Judgment or Alternatively for an Order Limiting the Issues for Trial on Count II (Docket No. 199), Exhibit 6 (at Docket No. 199, attachment 7)

    - Plaintiff's Opposition to Defendant's Motion for Summary Judgment or Alternatively for an Order Limiting the Issues for Trial on Count II (Docket No. 199), Exhibit 63 (at Docket No. 199, attachment 68)

    - Plaintiff's Motion for Summary Judgment on Permanent Injunctive Relief and Specific Performance (Docket No. 183), Exhibit 41 (Docket No. 186, attachment 3)

    - Plaintiff's Motion for Summary Judgment on Permanent Injunctive Relief and Specific Performance (Docket No. 183), Exhibit 47 (Docket No. 186, attachment 9)

    - Plaintiff's Motion for Summary Judgment on Permanent Injunctive Relief and Specific Performance (Docket No. 183), Exhibit 51 (Docket No. 186, attachment 13)

- Plaintiff's Motion for Summary Judgment on Permanent Injunctive Relief and Specific Performance (Docket No. 183), Exhibit 52 (Docket No. 186, attachment 14)

- Plaintiff's Motion for Summary Judgment on Permanent Injunctive Relief and Specific Performance (Docket No. 183), Exhibit 53 (Docket No. 186, attachment 15)

- Plaintiff's Motion for Summary Judgment on Permanent Injunctive Relief and Specific Performance (Docket No. 183), Exhibit 54 (Docket No. 186, attachment 16)

- Plaintiff's Motion for Summary Judgment on Permanent Injunctive Relief and Specific Performance (Docket No. 183), Exhibit 55 (Docket No. 186, attachment 17)

- Plaintiff's Motion for Summary Judgment on Permanent Injunctive Relief and Specific Performance (Docket No. 183), Exhibit 76 (Docket No. 186, attachment 44)

- Plaintiff's Motion for Summary Judgment on Permanent Injunctive Relief and Specific Performance (Docket No. 183), Exhibit 78 (Docket No. 186, attachment 46)

## II. Corporate Rate Agreements (Corporate Contracts)

- Contain Defendants' confidential proprietary information, as well as Defendant's trade secrets

- Location of Corporate Contracts on the Docket:

    - Plaintiff's Motion for Partial Summary Judgment re: Anti-Trust (Docket No. 170), Exhibit 31 (Docket No. 170, attachment 34)

    - Plaintiff's Motion for Partial Summary Judgment re: Anti-Trust (Docket No. 170), Exhibit 32 (Docket No. 170, attachment 35)

    - Plaintiff's Motion for Partial Summary Judgment on Counts I and II of the First Amended Complaint Breach of Contract (Docket No. 164), Exhibit 28 (Docket No. 164, attachment 40)

    - Plaintiff's Motion for Summary Judgment on Permanent Injunctive Relief and Specific Performance (Docket No. 183), Exhibit 36 (Docket No. 185, attachment 28)

### III. Strategic Plans, Marketing Plans, and Pricing Scales (Plans)

- Contain Defendants' confidential proprietary information, as well as Defendant's trade secrets

- Location of Plans on the Docket:

  - Plaintiff's Motion for Partial Summary Judgment re: Anti-Trust (Docket No. 170), Exhibit 48 (Docket No. 170, attachments 51 & 52)

  - Plaintiff's Motion for Partial Summary Judgment re: Anti-Trust (Docket No. 170), Exhibit 53 (Docket No. 170, attachments 57 & 58)

  - Plaintiff's Motion for Partial Summary Judgment re: Anti-Trust (Docket No. 170), Exhibit 56 (Docket No. 170, attachments 69-73)

  - Plaintiff's Motion for Partial Summary Judgment re: Anti-Trust (Docket No. 170), Exhibit 57 (Docket No. 170, attachment 74)

  - Plaintiff's Motion on Breach of the Implied Covenant of Good Faith and Fair Dealing (Docket No. 172), Exhibit 19 (Docket No. 172, attachment 31)

  - Plaintiff's Motion on Breach of the Implied Covenant of Good Faith and Fair Dealing (Docket No. 172), Exhibit 29 (Docket No. 172, attachment 41)

  - Plaintiff's Motion on Breach of the Implied Covenant of Good Faith and Fair Dealing (Docket No. 172), Exhibit 64 (Docket No. 174, attachment 3)

  - Plaintiff's Motion on Breach of the Implied Covenant of Good Faith and Fair Dealing (Docket No. 172), Exhibit 65 (Docket No. 174, attachment 4)

  - Plaintiff's Motion on Breach of the Implied Covenant of Good Faith and Fair Dealing (Docket No. 172), Exhibit 66 (Docket No. 174, attachment 5)

  - Plaintiff's Motion on Breach of the Implied Covenant of Good Faith and Fair Dealing (Docket No. 172), Exhibit 68 (Docket No. 174, attachment 7)

  - Plaintiff's Motion for Partial Summary Judgment on Count VI of the First Amended Complaint Violation of Alaska Unfair Trade Practices and Consumer Protection Act (Docket No. 182), Exhibit 12 (Docket No. 182, attachment 13)

  - Plaintiff's Motion for Partial Summary Judgment on Count VI of the First Amended Complaint Violation of Alaska Unfair Trade Practices and Consumer Protection Act (Docket No. 182), Exhibit 20 (Docket No. 182, attachment 24)

- Plaintiff's Motion for Partial Summary Judgment on Count VI of the First Amended Complaint Violation of Alaska Unfair Trade Practices and Consumer Protection Act (Docket No. 182), Exhibit 30 (Docket No. 182, attachment 34)

- Plaintiff's Motion for Partial Summary Judgment on Count VI of the First Amended Complaint Violation of Alaska Unfair Trade Practices and Consumer Protection Act (Docket No. 182), Exhibit 35 (Docket No. 182, attachments 40 & 41)

- Plaintiff's Motion for Partial Summary Judgment on Count VI of the First Amended Complaint Violation of Alaska Unfair Trade Practices and Consumer Protection Act (Docket No. 182), Exhibit 37 (Docket No. 182, attachments 47-49)

- Plaintiff's Opposition to Defendants' Motion for Summary Judgment or Alternatively for an Order Limiting the Issues for Trial (Docket No. 199), Exhibit 59 (Docket No. 199, attachment 64)

- Plaintiff's Opposition to Defendants' Motion for Summary Judgment or Alternatively for an Order Limiting the Issues for Trial (Docket No. 199), Exhibit 60 (Docket No. 199, attachment 65)

- Reply in Support of Plaintiff's Motion for Partial Summary Judgment on Counts I and II of the First Amended Complaint [Breach of Contract and Breach of the Implied Covenant of Good Faith and Fair Dealing] (Docket No. 279), Exhibit 3 (Docket No. 279, attachment 4)

- Plaintiff's Motion for Partial Summary Judgment on Counts I and II of the First Amended Complaint Breach of Contract (Docket No. 164), Exhibit 17 (Docket No. 164, attachments 18-20)

- Plaintiff's Motion for Partial Summary Judgment on Counts I and II of the First Amended Complaint Breach of Contract (Docket No. 164), Exhibit 26 (Docket No. 164, attachment 38)

- Plaintiff's Motion for Summary Judgment on Permanent Injunctive Relief and Specific Performance (Docket No. 183), Exhibit 13 (Docket No. 185, attachment 2)

- Plaintiff's Motion for Summary Judgment on Permanent Injunctive Relief and Specific Performance (Docket No. 183), Exhibit 56 (Docket No. 186, attachment 18)

- Plaintiff's Motion for Summary Judgment on Permanent Injunctive Relief and Specific Performance (Docket No. 183), Exhibit 57 (Docket No. 186, attachment 19)

- Plaintiff's Motion for Summary Judgment on Permanent Injunctive Relief and Specific Performance (Docket No. 183), Exhibit 58 (Docket No. 186, attachment 20)

- Plaintiff's Motion for Summary Judgment on Permanent Injunctive Relief and Specific Performance (Docket No. 183), Exhibit 62 (Docket No. 186, attachment 24)

- Plaintiff's Motion for Summary Judgment on Permanent Injunctive Relief and Specific Performance (Docket No. 183), Exhibit 63 (Docket No. 186, attachment 25)

- Plaintiff's Motion for Summary Judgment on Permanent Injunctive Relief and Specific Performance (Docket No. 183), Exhibit 65 (Docket No. 186, attachment 31)

- Plaintiff's Motion for Summary Judgment on Permanent Injunctive Relief and Specific Performance (Docket No. 183), Exhibit 71 (Docket No. 186, attachments 37 & 38)

- Plaintiff's Motion for Summary Judgment on Permanent Injunctive Relief and Specific Performance (Docket No. 183), Exhibit 72 (Docket No. 186, attachments 39 & 40)

- Plaintiff's Motion for Summary Judgment on Permanent Injunctive Relief and Specific Performance (Docket No. 183), Exhibit 73 (Docket No. 186, attachment 41)

- Plaintiff's Motion for Summary Judgment on Permanent Injunctive Relief and Specific Performance (Docket No. 183), Exhibit 77 (Docket No. 186, attachment 45)

- Plaintiff's Opposition to Defendants' Cross-Motion for Summary Judgment (Piercing), (Docket No. 277), Exhibit 47 (Docket No. 277, attachment 5.

- Plaintiff's Opposition to Defendants' Cross-Motion for Summary Judgment (Piercing), (Docket No. 277), Exhibit 48 (Docket No. 277, attachments 6 & 7)

## IV. Documents Non-Parties Have an Interest in Protecting

- Contain confidential information pertaining to Franchisees

- Location of documents on the Docket:

    - Plaintiff's Motion for Partial Summary Judgment re: Anti-Trust (Docket No. 170), Exhibit 10 (Docket No. 170, attachment 13)

    - Plaintiff's Motion for Partial Summary Judgment re: Anti-Trust (Docket No. 170), Exhibit 12 (Docket No. 170, attachment 15)

    - Plaintiff's Motion for Partial Summary Judgment re: Anti-Trust (Docket No. 170), Exhibit 35 (Docket No. 170, attachment 38)

    - Plaintiff's Motion for Partial Summary Judgment re: Anti-Trust (Docket No. 170), Exhibit 36 (Docket No. 170, attachment 39)

    - Plaintiff's Motion for Partial Summary Judgment re: Anti-Trust (Docket No. 170), Exhibit 40 (Docket No. 170, attachment 43)

    - Plaintiff's Motion for Partial Summary Judgment re: Anti-Trust (Docket No. 170), Exhibit 52 (Docket No. 170, attachment 56)

    - Plaintiff's Motion for Partial Summary Judgment on Breach of the Implied Covenant of Good Faith and Fair Dealing (Docket No. 172), Exhibit 40 (Docket No. 173, attachment 10)

    - Plaintiff's Motion for Partial Summary Judgment on Breach of the Implied Covenant of Good Faith and Fair Dealing (Docket No. 172), Exhibit 40 (Docket No. 173, attachments 13-17)

    - Plaintiff's Motion for Partial Summary Judgment on Breach of the Implied Covenant of Good Faith and Fair Dealing (Docket No. 172), Exhibit 59 (Docket No. 173, attachment 43 & 44)

    - Plaintiff's Motion for Partial Summary Judgment on Breach of the Implied Covenant of Good Faith and Fair Dealing (Docket No. 172), Exhibit 60 (Docket No. 173, attachment 45)

    - Plaintiff's Motion for Partial Summary Judgment on Breach of the Implied Covenant of Good Faith and Fair Dealing (Docket No. 172), Exhibit 70 (Docket No. 174, attachment 9)

- Plaintiff's Motion for Partial Summary Judgment on Breach of the Implied Covenant of Good Faith and Fair Dealing (Docket No. 172), Exhibit 75 (Docket No. 174, attachment 14)

- Plaintiff's Motion for Partial Summary Judgment on Count VI of the First Amended Complaint Violation of Alaska Unfair Trade Practices and Consumer Protection Act (Docket No. 182), Exhibit 18 (Docket No. 182, attachments 21 & 22)

- Plaintiff's Motion for Partial Summary Judgment on Count VI of the First Amended Complaint Violation of Alaska Unfair Trade Practices and Consumer Protection Act (Docket No. 182), Exhibit 19 (Docket No. 182, attachment 23)

- Plaintiff's Motion for Partial Summary Judgment on Count VI of the First Amended Complaint Violation of Alaska Unfair Trade Practices and Consumer Protection Act (Docket No. 182), Exhibit 31 (Docket No. 182, attachments 35 & 36)

- Plaintiff's Motion for Partial Summary Judgment on Count VI of the First Amended Complaint Violation of Alaska Unfair Trade Practices and Consumer Protection Act (Docket No. 182), Exhibit 32 (Docket No. 182, attachment 37)

- Plaintiff's Opposition to Defendants' Motion for Summary Judgment or Alternatively for an Order Limiting the Issues for Trial on Count II (Docket No. 199), Exhibit 44 (Docket No. 199, attachment 47)

- Plaintiff's Opposition to Defendants' Motion for Summary Judgment or Alternatively for an Order Limiting the Issues for Trial on Count II (Docket No. 199), Exhibit 45 (Docket No. 199, attachment 48)

- Plaintiff's Reply in Support of Motion for Summary Judgment on Unfair Trade Practices (Docket No. 265), Exhibit 5 (Docket No. 265, attachment 7)

- Plaintiff's Motion for Partial Summary Judgment on Counts I and II of the First Amended Complaint Breach of Contract (Docket No. 164), Exhibit 25 (Docket No. 164, attachment 37)

- Plaintiff's Motion for Partial Summary Judgment on Counts I and II of the First Amended Complaint Breach of Contract (Docket No. 164), Exhibit 49 (Docket No. 164, attachment 63)

- Plaintiff's Motion for Partial Summary Judgment on Counts I and II of the First Amended Complaint Breach of Contract (Docket No. 164), Exhibit 53 (Docket No. 164, attachment 67)

- Plaintiff's Motion for Partial Summary Judgment on Counts I and II of the First Amended Complaint Breach of Contract (Docket No. 164), Exhibit 54 (Docket No. 164, attachments 68 & 69)

- Plaintiff's Motion for Summary Judgment on Permanent Injunctive Relief and Specific Performance (Docket No. 183), Exhibit 43 (Docket No. 186, attachment 5)

- Plaintiff's Motion for Summary Judgment on Permanent Injunctive Relief and Specific Performance (Docket No. 183), Exhibit 45 (Docket No. 186, attachment 7)

- Plaintiff's Motion for Summary Judgment on Permanent Injunctive Relief and Specific Performance (Docket No. 183), Exhibit 50 (Docket No. 186, attachment 12)

- Plaintiff's Motion for Summary Judgment on Permanent Injunctive Relief and Specific Performance (Docket No. 183), Exhibit 59 (Docket No. 186, attachment 21)

- Plaintiff's Motion for Summary Judgment on Damages (Docket No. 179), Exhibit 2 (Docket No 179, attachment 3)

- Plaintiff's Motion for Summary Judgment on Damages (Docket No. 179), Exhibit 3 (Docket No. 179, attachment 4)