John F. Dienelt, Esq.
Barry M. Heller, Esq.
Scott McIntosh, Esq.
Virginia A. Walls, Esq.
DLA Piper US LLP
500 8th Street, N.W.
Washington, D.C. 20004
(202) 799-4000 (telephone)
(202) 799-5000 (fax)

Howard S. Trickey, Esq.
Diane F. Vallentine, Esq.
Jermain, Dunnagan & Owens, PC
3000 A Street, Suite 300
Anchorage, Alaska 99503
(907) 563-8844 (telephone)
(907) 563-7322 (fax)

*Attorneys for Defendants*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA
AT ANCHORAGE

| | |
|---|---|
| ALASKA RENT-A-CAR, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 3:03-cv-00029-TMB |
| ) | |
| CENDANT CORPORATION, et al., ) | |
| ) | |
| Defendants. ) | |
| ) | |

**ERRATA TO DEFENDANTS' MOTION TO MAINTAIN DOCUMENTS UNDER SEAL**

On October 12, 2007, Defendants filed their Motion to Maintain Documents Under Seal [Docket 348]. Exhibit C to that Motion was a compilation of "charts listing all of the documents, filed under seal with Plaintiff's motions for summary judgment, on which Defendants' have

LAW OFFICES OF
**JERMAIN DUNNAGAN & OWENS**
A PROFESSIONAL CORPORATION
3000 A STREET, SUITE 300
ANCHORAGE, ALASKA 99503
(907) 563-8844
FAX (907) 563-7322

highlighted those they seek to have kept sealed."[1]  Exhibit C filed at Docket 348-4 is illegible in parts due to the "highlighting."  Filed herewith is a more legible copy of Exhibit C to Defendants' Motion to Maintain Documents Under Seal.

Dated: October 15, 2007                    Respectfully submitted,

                                         JERMAIN DUNNAGAN & OWENS, P.C.
                                         Attorneys for Defendants

                                         By:    s/Howard S. Trickey
                                               Howard S. Trickey
                                               3000 A Street, Suite 300
                                             Anchorage, Alaska 99503
                                             (907) 563-8844 (telephone)
                                             (907) 563-7322 (fax)
                                             Alaska Bar No. 7610138

**CERTIFICATE OF SERVICE**

This is to certify that on this 15th day of October, 2007 a true and correct copy of the foregoing document was served electronically, and by hand delivery, on:

Jon T. Givens, Esq.
Bankston, Gronning, O'Hara, Sedor,
  Mills, Givens & Heaphey, PC
601 W. 5th Avenue, Suite 900
Anchorage, AK  99501

Jeffrey M. Feldman, Esq.
Feldman Orlansky & Sanders
500 L Street, Suite 400
Anchorage, AK 99501

   s/Howard S. Trickey

---

[1]    Docket 349 at 3.

LAW OFFICES OF
**JERMAIN DUNNAGAN & OWENS**
A PROFESSIONAL CORPORATION
3000 A STREET, SUITE 300
ANCHORAGE, ALASKA  99503
(907) 563-8844
FAX (907) 563-7322