## INDEX OF EXHIBITS FOR PLAINTIFF'S MOTION
## FOR PARTIAL SUMMARY JUDGMENT TO DISREGARD
## DEFENDANTS' CORPORATE FORM AND PIERCE THE CORPORATE VEIL

| EXH | DESCRIPTION |
| --- | --- |
| 1 | Defendants' Statement of Corporate Ownership Pursuant to Rule 7.1 filed August 9,2004. |
| 2 | Defendants' Amended Statement of Corporate Ownership Pursuant to Rule 7.1 filed April 11, 2006. |
| 3 | Cendant Corporation and Defendant Subsidiaries. |
| 4 | Defendants' Officers and Directors Organizational Chart (2001-2005) compiled from Exhibit A (Parts 1 - 3) to Second Amended Responses of Defendant Cendant Car Rental Group, Inc. to Alaska Rent-A-Car, Inc.'s Interrogatories and Request for Production, dated July 27,2005 and Corporate Data Sheets [AVIS 37661-AVIS 37692]. |
| 5 | Action by Written Consent of The Board of Directors of Cherokee Acquisition Corporation dated July 26,2002. |
| 6 | Avis Executive Bios (www.avis.com) and Budget Leader Profiles (www.budget.com) as of October 2005. |
| 7 | Form 10-Q Quarterly Report for the Period Ended March 31,2006, filed by Cendant Corporation with the SEC on May 3,2006 |
| 8 | Cendant Memorandum dated November 22,2002, "Funds Flow for Asset and Stock Purchase Agreement - Budget Group, Inc." |
| 9 | Cendant November 22,2002 Press Release. |
| 10 | Demand Note (Series 2002-2) for $229,000,000 issued by HFS Car Rental Holdings, Inc. payable to HFS Decar Funding Corporation. |
| 11 | Cendant AESOP Transaction Structure. |
| 12 | Cendant Car Rental Group organization chart. |
| 13 | Certificate of Merger of HFS Incorporated into CUC International Inc. |
| 14 | Amended and Restated Certificate of Incorporation of Cendant Corporation. |
| 15 | Delaware Certificate of Incorporation of HGI Acquisition I Corporation. |
| 16 | Corrected Certificate of Amendment of HFS Rental Car Holdings, Inc. |
| 17 | Delaware Certificate of Incorporation Cendant Car Rental Holdings II, Inc. |
| 18 | Delaware Certificate of Ownership and Merger of Cendant Car Rental Holdings II, Inc. |
| 19 | Delaware Certificate of Incorporation HFS Mobility Services, Inc. |
| 20 | Corporate Organization Charts. |
| 21 | Delaware Certificate of Amendment of Certificate of Incorporation of HFS Car Rental Holdings, Inc. |
| 22 | Assignment, dated May 12,1965. |

EXHIBIT INDEX
PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT TO DISREGARD DEFENDANTS' CORPORATE FORM
AND PIERCE THE CORPORATE VEIL
*Alaska Rent-A-Car, Inc.* v. *Cendant Corp., etal,* CaseNo.3:03-ev-29 [TMB]]                    Page 1 of 2
A3388\05\SUMMARY JUDGMENT\PIERCING\EXHIBrr INDEX.doc

Exhibit C
pg. 1 of 22

**INDEX OF EXHIBITS FOR PLAINTIFF'S MOTION
FOR PARTIAL SUMMARY JUDGMENT TO DISREGARD
DEFENDANTS' CORPORATE FORM AND PIERCE THE CORPORATE VEIL**

| EXH | DESCRIPTION |
| --- | --- |
| 23 | Delaware Certificate of Incorporation of Rental Car System Holdings, Inc. |
| 24 | Delaware Certificate of Amendment of Certificate of Incorporation of Rental Car System Holdings, Inc. |
| 25 | Delaware Certificate of Amendment of Restated Certificate of Incorporation. |
| 26 | Certificate of Amendment of Certificate of Incorporation of HFS Car Rental, Inc. |
| 27 | Certificate of Ownership and Merger of Cendant Car Rental II, Inc. |
| 28 | Certificate of Amendment of Certificate of Incorporation of Cendant Car Rental, Inc. |
| 29 | Amendment No. 2 to Schedule 13D filed with the Securities and Exchange Commission as of March 9, 2001 by Cendant Corporation with respect to Avis Group Holdings, Inc. |
| 30 | Cendant Corporation Secretary's Certificate, dated November 14, 2002, with Exhibit A, Resolution of the Board of Directors adopted July 29,2Q02. |
| 31 | Cendant Webcast Audio Transcript Kevin Sheehan November 18, 2003. |
| 32 | Cendant Vehicle Services (PowerPoint). |
| 33 | 1956 Exclusive License Agreement. |
| 34 | 1965 License Agreements. |
| 35 | January 15, 1976 Settlement Agreement with Exhibits A and B. |
| 36 | Settlement Agreement and Release effective September 23, 1997. |
| 37 | July 24,2001 Letter from Robert J. Halcro with Statement of Joinder in Settlement, |
| 38 | Excerpt of Defendants' Response to Alaska Rent A Car's Request for Admission and Fifth Request for Production |
| 39 | Senior Management Team Chart |
| 40 | Project Highway Working Party List-May 22,2002 |
| 41 | Comparison of Entity Directories, Source: Avis Cendant Organization Directory dated June2002 and CCRG Organization Directory dated January 2004. |
| 42 | Cost Sharing Services Agreement dated January 1, 2003-Cendant, CCRG/Avis Budget Car Rental and ARACS |
| 43 | Cost Sharing Services Agreement dated January 1,2003-Cendant, CCRG/Avis Budget Car Rental and BRACS |

EXHIBIT INDEX
PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT TO DISREGARD DEFENDANTS' CORPORATE FORM
AND PIERCE THE CORPORATE VEIL
*Alaska Rent-A-Car, Inc.* v. *Cendant Corp., etal*, CaseNo.3:03-ev-29 [TMB]]                    Page 2 of 2
A3388\05\SUMMARY JUDGMENT\PIERCING\EXHIBrr INDEX.doc

Exhibit C
pg. 2 of 22

### INDEX OF EXHIBITS FOR PLAINTIFF'S MOTION
### FOR PARTIAL SUMMARY JUDGMENT RE: ANTI-TRUST

| EXH | DESCRIPTION |
|-----|-------------|
| 1 | Deposition of Rochelle Tarlowe |
| 2 | Cendant's November 22, 2002 Memorandum Re: Purchase of Budget Group Assets |
| 3 | Defendants' Amended Statement of Corporate Ownership |
| 4 | Lieberman Report - HVR Tracking Study 2002 |
| 5 | Deposition Transcript Excerpts of Becky Alseth |
| 6 | Deposition Transcript Excerpts of Nicholas Sofianopoulos |
| 7 | Deposition Transcript Excerpts of Steve Kelly |
| 8 | 30(b)(6) Deposition Transcript Excerpts of Philip Dulk |
| 9 | Deposition Transcript Excerpts of Heidi Mateja |
| 10 | 30(b)(6) Deposition Transcript Excerpts of Tony Stanley |
| 11 | Affidavit of Andrew Halcro dated June 19,2006. |
| 12 | Tony Stanley Dated December 9, 2004 |
| 13 | Deposition Transcript Excerpts of F. Robert Salerno |
| 14 | CCRG Quarterly Budget integration Update from David D. Blaskey to Kevin Sheehan and David Wyshner dated March 25,2003 |
| 15 | Avis Cost Sharing Services Agreement |
| 16 | Budget Cost Snaring Services Agreement |
| 17 | CCRG Internal Memorandum from Avis Communications dated January 8, 2003 regarding Guidelines for Business Cards, Stationary, Voicemail, etc. |
| 18 | Deposition Transcript Excerpts of Peter Depaschalis |
| 19 | 30(b)(6) Deposition Transcript Excerpts of Scott Deaver |
| 20 | Defendants' Response to ARAC's Requests for Admission and Fifth Request for Production, Response to Requests for Admission Nos. 39,40 and 88 |
| 21 | Salomon Smith Barney Project Highway - Finance Lease Transaction Opinion Discussion Materials dated November 21,2002 |
| 22 | Transcript of presentation by Kevin Sheehan, Chairman and CEO of Vehicle Services Division, on Cendant Investor Day November 18, 2003 |
| 23 | Deposition Transcript Excerpts of Chuck Fallon |
| 24 | Deposition Transcript Excerpts of James Krapf |
| 25 | Deposition Transcript Excerpts from Steve Kelly |
| 26 | Deposition Transcript Excerpts of Phillip Hagel |
| 27 | Deposition Transcript Excerpts of Michael Washkevich |
| 28 | Cendant Corporation's 2004 10-K For the fiscal year ended December 31,2004 filed with the SEC on March 1,2005 |
| 29 | Ron Nelson March 21,2006 "Investors Day" Presentation |
| 30 | Deposition Transcript Excerpts of Bill Von Esmarch |
| 31 | Avis Corporate Rate Agreement with International Dairy Queen |
| 32 | Budget Corporate Rate Agreement with International Dairy Queen |
| 33 | Deposition Transcript Excerpts of William Leary |
| 34 | Deposition Transcript Excerpts of Donald Booth |
| 35 | Avis Participation Agreement |

EXHIBIT INDEX
INDEX OF EXHIBITS FOR PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT RE: ANTITRUST
*Alaska Rent-A-Car, Inc. v. Cendant Corp., et ai,* Case No. 3:03-cv-29 [TMB]                    Page 1 of 2
A3388\05\SUMMARY JUDGMENT\EXHIBIT INDEX

Exhibit C
pg. 3 of 22

## INDEX OF EXHIBITS FOR PLAINTIFF'S MOTION
## FOR PARTIAL SUMMARY JUDGMENT RE: ANTI-TRUST

| EXH | DESCRIPTION |
|---|---|
| 36 | Budget Participation Agreement |
| 37 | Deposition Transcript Excerpts of Francisco Gonzales |
| 38 | Deposition Transcript Excerpts of Kathleen Klopfer |
| 39 | 30(b)(6) Deposition of Andrew Halcro |
| 40 | Affidavit of Emelia Stanley |
| 41 | Deposition Transcript Excerpts of Paula Beck |
| 42 | Deposition Transcript Excerpts of John Curtin |
| 43 | Deposition Transcript Excerpts of Robert Lambert |
| 44 | ASRC, Inc. CPAF |
| 45 | November 30,2005 Letter from Avis to Andrew Halcro |
| 46 | Complaint filed in New Jersey |
| 47 | Avis Rental Terms And Conditions |
| 48 | Avis And Budget Commercial Account Pricing Scale |
| 49 | Deposition Transcript Excerpts of Alyssa Andersen |
| 50 | Deposition Transcript Excerpts of Girrard Quirk |
| 51 | Appendix of Corporate Pricing Approval Forms For Accounts Avis Was Not Bid Competitively Or At All |
| 52 | Budget Alaska Reservations |
| 53 | CCRG's 2005 Budget Marketing Plan |
| 54 | Deposition Transcript Excerpts of Joseph Siino |
| 55 | CCRG's Segmentation Study dated June 7,2004 |
| 56 | CCRG's 2005 Avis Marketing Plan |
| 57 | Cendant Car Rental Group Corporate Strategy dated September 15,2003 |
| 58 | Cendant Corporation's 2005 10-K For the fiscal year ended December 31,2005 |
| 59 | Ron Nelson's March 2006 "Investor's Day" Presentation |
| 60 | Agreement Between Cendant And The Commissioner of Competition |

INDEX OF EXHIBITS FOR PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT RE: ANTITRUST
*Alaska Rent-A-Car, Inc.* v. *Cendant Corp., et al*, Case No. 3:03-cv-29 [TMB]                Page 2 of 2
A3388\05\SUMMARY JUDGMENT\EXHIBIT INDEX

Exhibit C
pg. 4 of 22

## INDEX OF EXHIBITS

### PLAINTIFF'S OPPOSITION TO DEFENDANTS'
### CROSS-MOTION FOR SUMMARY JUDGMENT (PIERCING)

*Alaska Rent A Car, Inc. v. Cendant Corporation, et al.*
3:03-cv-29 [TMB]

| EXH | DESCRIPTION |
|-----|-------------|
| 45 | Avis Budget Group, Inc. Leadership Profiles |
| 46 | Avis Leaders - Executive Bios |
| 47 | Budget Leader Profiles |
| 48 | Cendant Car Rental Group - 2006 Business Plan |
| 49 | 2005 - 2009 Strategic Plan/Corporate Strategy for Cendant Car Rental Group |
| 50 | Excerpt of Karen Sclafani Deposition, dated January 29, 2006 (p. 30) |
| 51 | Avis Budget Group, Inc. Vehicle Rental Financial Information, dated October 12, 2006 |
| 52 | Avis Budget Group Presentation to Investors, October 4, 2006 Internet Webcast Presentation, Transcript of Proceedings |
| 53 | Defendants' Responses to Plaintiffs Interrogatories, dated October 9, 2006 |
| 54 | Affidavit of Maureen E. Hunt, dated October 9, 2006 |

INDEX TO EXHIBITS
*Alaska Rent A Car, Inc. v. Cendant Corporation, et al.,* Case No. 3:03-cv~29 [TMB]    Page 1 of 1
A3388\05\SDMMARYJUDGMENT\PIERCING-163\INDEXexhibitsCOPP).doc

Exhibit C
pg. 5 of 22

**EXHIBIT INDEX TO MOTION FOR PARTIAL SUMMARY JUDGMENT ON BREACH OF THE IMPLIED COVENANT OF GOOD FAITH AND FAIR DEALING**

| EXH | DESCRIPTION |
|-----|-------------|
| 1 | Kramer Memo dated 5/7/69 |
| 2 | Affidavit of Paula W. Hinton dated November 13, 1995 with Memorandum from Kenneth Goodkind to Barry R. Shapiro attached as Exhibit A |
| 3 | 1976 Settlement Agreement with Exhibits A and B |
| 4 | Agency Settlement Agreement |
| 5 | Cendant Corporation Form 10K dated December 31, 2005 |
| 6 | Excerpt of *The Avis Story* |
| 7 | 1965 Exclusive License Agreements. |
| 8 | 1955 Exclusive License Agreement, |
| 9 | 1956 Exclusive License Agreement |
| 10 | 3 959 Exclusive License Agreement |
| 11 | Assignment dated May 12,1965 |
| 12 | Avis Rent A Car Administration Manual |
| 13 | July 24, 2001 Letter from Robert J, Halcro with enclosed Statement of Joinder in Settlement. |
| 14 | Plaintiffs' Memorandum In Support Of Motion for Declaratory and Summary Judgment filed October 18, 1995 |
| 15 | Support Of Plaintiffs Motion For Summary Judgment signed October 17,1995 by F. Robert |
| 16 | Letter from Robert P. Vadnais and Karen Sclafani to Robert Halcro, dated September 23, 1997 |
| 17 | Certificate of Amendment filed with the State of Delaware |
| 18 | Excerpt from Cendant Car Rental, Inc., Uniform Franchise Offering Circular dated June 15, 2000 |
| 19 | 2005 CCRG Business Plan |
| 20 | Letter from Joseph Vittoria to Avis Licensees with Transcript of Joseph Vittoria Statements to Avis System Advertising and Policy Committee Meeting dated November 9, 1988 |
| 21 | The Avis Licensee Times, *Convention Consensus...Avis Service is Still the Major Difference,* July 1988 |
| 22 | Excerpt of J.D. Power and Associates, 2001 Syndicated Airport Rental Car Customer Satisfaction Study |
| 23 | December 17, 2001 E-mail |
| 24 | January 20,2002 E-mail |
| 25 | Cendant-Budget Rover Update dated January 17, 2003 |
| 26 | Cendant Car Rental Group Quality of Service Standards / Proposal 2003 |
| 27 | E-Mail from Diane Karl to Michael Collins dated January 13, 2003 |
| 28 | Interoffice Memorandum from David D. Blaskey regarding Quarterly Budget Integration Update dated June 27, 2003 |
| 29 | 2005 CCRG Business Plan |
| 30 | Budget Insurance Replacement Program materials |
| 31 | Deposition of Joseph Vittoria in the Agency litigation dated January 22, 1997 |
| 32 | Executive Summary from 2001 J.D. Power & Associates Rental Car CSI Study |
| 33 | CCRG Project Highway IT Management Bi-Weekly Status Report, Period 01/27/03 thru 02/07/03. |

EXHIBIT INDEX TO MOTION FOR PARTIAL SUMMARY JUDGMENT ON BREACH OF THE IMPLIED COVENANT OF GOOD FAITH AND FAIR DEALING
*Alaska Rent-A-Car, Inc. v. Cendant Corp., e.t at..* Case No. 3:03-cv-29 [TMB]                    Page 1 of 3
A3388\05\SUMMARY JUDGMENT\IMPLIED\EXHIBIT INDEX

Exhibit C
pg. 6 of 22

**EXHIBIT INDEX TO MOTION FOR PARTIAL SUMMARY JUDGMENT ON BREACH OF THE IMPLIED COVENANT OF GOOD FAITH AND FAIR DEALING**

| EXH | DESCRIPTION |
|-----|-------------|
| 34 | Avis Budget Integration Preliminary Project Review Report, dated 11/10/2001. |
| 35 | Project Charter Wizard Reservations/Rentals, Planning 2.0 |
| 36 | Cendant Car Rental Group 2003 Capital - INTEGRATION |
| 37 | Letter from Jeff Rellinger, Manager of Licensee Operations, to Budget System Licensees |
| 38 | E-mail dated January 29, 2004 from Matthew McGinley regarding reservation conversion |
| 39 | Budget Insurance Replacement Program dated March 30,2004 |
| 40 | Wizard Reservations for Budget Checkout Locations in Alaska |
| 41 | Project Highway Core Applications Assessment IT Final Report dated October 18, 2002 |
| 42 | ect Highway Integration (Avis System/Action List) |
| 43 | Budget Licensee Wizard Integration. |
| 44 | Avis Budget Integration Preliminary Project Review Report Executive Summary dated November 10,2001. |
| 45 | Project Charter, Internet Track of Project Highway dated March 24,2003 |
| 46 | CCRG Quarterly Budget Integration Update September 26, 2003 |
| 47 | Project Charter: Back Office Track April 19, 2003 |
| 48 | Cendant Project Highway Strategy Report - Draft, Corporate Applications prepared by Ruth Hanley dated November 22,2002 |
| 49 | Salomon Smith Barney Project Highway- Finance Lease Transaction Opinion Discussion Materials dated November 21, 2002 |
| 50 | CCRG Quarterly Budget Integration Update, dated March 25, 2003. |
| 51 | Cendant Car Rental Group Memo from Margie McGee to Avis Licensee System Members dated February 26, 2003 |
| 52 | Cendant Car Rental Group Brand Position and Integration presentation dated November 7, 2002 |
| 53 | Cendant Vehicle Services Presentation by Kevin M. Sheehan |
| 54 | Budget Means Business BTN Article, BTNonline.com, *Cendant Boosts Budget For Biz,* Fall 2003 |
| 55 | Avis Executive Bios (www.avis.com) and Budget Leader Profiles (www.budget.com) as of October 2005. |
| 56 | Lieberman Report - HVR Tracking Study 2001 |
| 57 | Lieberman Report - HVR Tracking Study 2002 |
| 58 | June 2004 Chadwick Martin Bailey Study |
| 59 | Alaska Budget Reservations |
| 60 | Affidavit of Emelia Stanley. |
| 61 | Letter to Avis Rent A Car Licensee Kenneth Wright dated July 8,1977 |
| 62 | Avis Licensee Procedures, Licensee Regulations |
| 63 | Defendants' Position Statement dated May 10,2005 |
| 64 | 2004-2006 CCRG Strategic Plan, dated September 15, 2003 |
| 65 | 2003 Budget Business Plan |
| 66 | Avis 2002 Car Rental Budget |
| 67 | Affidavit of Andrew Halcro dated June 19,2006 |
| 68 | 2003 Avis Strategic Plan |

EXHIBIT INDEX TO MOTION FOR PARTIAL SUMMARY JUDGMENT ON BREACH OF THE IMPLIED COVENANT OF GOOD FAITH AND FAIR DEALING
*Alaska Rent-A-Car, Inc. v. Cendant Corp., el at..* Case No, 3:03-cv-29 [TMB]                                      Page 2 of 3
A3388\0S\SUMMARY JUDGMENT\IMPLIED\EXHIBIT INDEX

Exhibit C
pg. 7 of 22

**EXHIBIT INDEX TO MOTION FOR PARTIAL SUMMARY JUDGMENT ON BREACH OF THE IMPLIED COVENANT OF GOOD FAITH AND FAIR DEALING**

| EXH | DESCRIPTION |
|---|---|
| 69 | Plaintiffs' Memorandum in Support of Motion for Declaratory and Summary Judgment dated October 18,1995 |
| 70 | Wizard Reservations for Avis Checkout Locations in Alaska |
| 71 | Cendant Corporation Approval for Expenditure (AFE) Request dated March 27, |
| 72 | 2003 Comparison of Entity Directories: June 2002 and January 2004 |
| 73 | Corporate Data Sheet Report, as of May 31, 2005, for Avis Rent A Car System, Inc |
| 74 | Action by Written Consent of the Board of Directors of Cherokee Acquisition Corporation dated July 26, 2002 |
| 75 | Summary - Alaska Royalties & Revenue, Avis and Budget |

EXHIBIT INDEX TO MOTION FOR PARTIAL SUMMARY JUDGMENT ON BREACH OF THE IMPLIED COVENANT OF GOOD FAITH AND FAIR DEALING
*Alaska Rent-A-Car, Inc.* v. *Cendant Corp., et a!.,* Case No. 3:03-cv-29 [TMB]                    Page 3 of 3
A3388\Q5\SUMMARY JUDGMENTMMPLIED\EXHIBIT INDEX

Exhibit C
pg. 8 of 22

## INDEX OF EXHIBITS TO REPLY TO OPPOSITION TO MOTION FOR DECLARATORY AND INJUNCTIVE RELIEF RELATING TO THE BREAKUP OF CENDANT CORPORATION

| EXH | DESCRIPTION |
| --- | --- |
| 1 | Avis Budget Group website photograph of NYSE Closing Bell dated September 6, 2006. |
| 2 | Avis.com. web pages |
| 3 | Budget.com web pages |
| 4 | Budget Insurance Replacement Program dated March 30,2004 |
| 5 | ASA |
| 6 | Avis Budget Group.com web pages |
| 7 | Defendants' Responses to Plaintiffs Interrogatories |
| 8 | Ownership Structure Chart. |
| 9 | 1965 Exclusive License Agreement |

EXHIBIT INDEX
INDEX OF EXHIBITS FOR PLAINTIFF'S MOTION FOR MOTION FOR DECLARATORY AND INJUNCTIVE RELIEF RELATING TO
THE BREAKUP OF CENDANT CORPORATION
*Alaska Rent-A-Car, Inc. v. C&tdant Corp., et aL*, Case No. 3:03-cv-29 [TMB]                     Page ] of I
A3388\05\SUMMARY JUDGMENT\EXHBIT INDEX-reply

Exhibit C
pg. 9 of 22

**INDEX OF EXHIBITS FOR OPPOSITION TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT OR ALTERNATIVELY FOR AN ORDER LIMITING THE ISSUES FOR TRIAL ON COUNT II**

| EXH | DESCRIPTION |
|-----|-------------|
| 1 | Deposition of F. Robert Salerno |
| 2 | Deposition of Chuck Fallon |
| 3 | Deposition of Scott Deaver |
| 4 | 1965 License Agreements |
| 5 | 1976 Agreement and Amendatory Agreement |
| 6 | ASRC, Inc. CPAF |
| 7 | Affidavit of Andrew Halcro dated July 28,2006 |
| 8 | Letter from Shoultz to System Member dated June 4,1965 |
| 9 | Cost Sharing Service Agreement |
| 10 | Deposition of Michael P. Collins |
| 11 | Deposition of Kathleen Klopfer |
| 12 | Deposition of Frank Gonzalez |
| 13 | Deposition of Gerald Mattessich |
| 14 | Deposition of Bill Von Esmarch |
| 15 | Affidavit of Mary Halcro |
| 16 | 1969 Kramer Memorandum |
| 17 | 1980 Memorandum |
| 18 | Comparison of Entity Directories |
| 19 | Defendants* Position Statement |
| 20 | Deposition of Rochelle Tarlowe |
| 21 | Asset and Stock Purchase Agreement dated August 22,2002 |
| 22 | SEC Filing Definitive Proxy Statement dated July 26,2006 |
| 23 | Karen Sclafani Declaration |
| 24 | Declaration of Cary B. Samowitz dated January 20,2006 |

EXHIBIT INDEX
Opposition to Defs' Motion for SJ or Alternatively for an Order Limiting the Issues for Trial on Count II
*Alaska Rent-A-Car, Inc.* v. *Cendant Corp., et al*, Case No. 3:03-cv-29 [TMB]          **Page 1** of 3
A3388\05\SUMMARY JUDGMENT\DEFENDANTS\OPPOSITION\EXHIBIT INDEX.doc

Exhibit C
pg. 10 of 22

**INDEX OF EXHIBITS FOR OPPOSITION TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT OR ALTERNATIVELY FOR AN ORDER LIMITING THE ISSUES FOR TRIAL ON COUNT II**

| EXH | DESCRIPTION |
|-----|-------------|
| 25 | Order dated November 14,1997 |
| 26 | Deposition of Mary Halcro |
| 27 | Affidavit of Barbara Halcro |
| 28 | Cover Letter dated July 24,2001 |
| 29 | Settlement Agreement and Release (ASA) |
| 30 | Order dated November 14,1997 |
| 31 | Declaration of Robert Muhs dated January 17,2006 |
| 32 | Declaration of Robert W. Klyce dated January 19,2006 |
| 33 | Avis Rent A Car's Memorandum of Law in Support of Motion to Amend Order dated January 20,2006 |
| 34 | Order dated March 2,2006 |
| 35 | Deposition of Robert Klyce |
| 36 | Deposition of Andrew Halcro |
| 37 | Email from John Dienelt |
| 38 | Trends and Information Marketing Services Expert Perspective |
| 39 | Master License Agreement |
| 40 | Deposition of Karen Sclafani |
| 41 | Master Motor Vehicle Operating Lease Agreement |
| 42 | Affidavit of Warren Grimes |
| 43 | Affidavit of Andrew Halcro dated June 19,2006 |
| 44 | Avis Participation Agreement |
| 45 | Budget Participation Agreement |
| 46 | Deposition of Nicholas Sofianopoulos |
| 47 | Deposition of Paula Beck |
| 48 | Deposition of Peter Depaschalis |

EXHIBIT INDEX
Opposition to Deft' Motion for SJ or Alternatively for an Order Limiting the Issues for Trial on Count II
*Alaska RenuA-Car, Inc.* v. *Cendant Corp., et al*, Case No. 3:03-cv-29 [TMB]        Page 2 of 3
A3388\05\SUMMARY JUDGMENT\DEFENDANTS\OPPOSITION\EXHIBIT INDEX.doc

Exhibit C
pg. 11 of 22

**INDEX OF EXHIBITS FOR OPPOSITION TO DEFENDANTS' MOTION FOR
SUMMARY JUDGMENT OR ALTERNATIVELY FOR AN ORDER LIMITING THE
ISSUES FOR TRIAL ON COUNT II**

| EXH | DESCRIPTION |
|-----|-------------|
| 49 | Deposition of Becky Alseth |
| 50 | Affidavit of Tony Stanley |
| 51 | Avis Rent A Car's Responses to Alaska Rent-A-Car's Interrogatories |
| 52 | Deposition of Philip Dulk |
| 53 | Deposition of Robert Lambert |
| 54 | Deposition of Steve Kelly |
| 55 | Plaintiffs Position Paper: Topic 32 |
| 56 | Plaintiffs Position Paper: Topic 33 |
| 57 | Remember This Campaign |
| 58 | Tony Stanley Deposition |
| 59 | Avis 2002 Car Rental Budget/Avis Rent-A-Car 2002 Strategic Plan |
| 60 | 2005-2009 Strategic Plan CCRG |
| 61 | Avis Rent A Car Administration Manual |
| 62 | Cendant Corporation's 2005 10-K |
| 63 | CPAF with Avis and Evergreen |
| 64 | Uniform Franchise Offering Circular |
| 65 | Avis Cendant Car Rental, Inc. Uniform Franchise Offering Circular Issued June 15,2000 |
| 66 | Deposition of Joseph Kirrane |
| 67 | Confidential Proposed Draft Separation Agreement and General Release between Cendant Corporation and Kevin M. Sheehan |
| 68 | Joint Stipulation for Entry of Protective Order Re Confidentiality and [Proposed] Order, dated December 8,2003 |
| 69 | E-mail from John Dienelt of DLA Piper to Jon Givens, dated July 6,2006, responding to June 30,2006 letter |
| 70 | Avis Car Rental Agreement |
| 71 | Excerpt of Computer Services Agreement |

EXHIBIT INDEX
Opposition to Deis' Motion for SJ or Alternatively for an Order Limiting the Issues for Trial on Count II
*Alaska Rent-A-Car, Inc. v. Cendant Corp., et al,*, Case No. 3:03-cv-29 [TMB]      Page 3 of 3
A3388\05\SUMMARY JUDGMENT\DEFENDANTS\OPPOSITION\EXHIBIT INDEX.doc

Exhibit C
pg. 12 of 22

**INDEX OF EXHIBITS FOR PLAINTIFF'S MOTION FOR DECLARATORY AND INJUNCTIVE RELIEF RELATING TO THE BREAKUP OF CENDANT CORPORATION**

| EXH | DESCRIPTION |
|-----|-------------|
| 1 | Cendant Corporation's SEC Form 10-Q filing for the quarterly period ended March 31, 2006 |
| 2 | Cendant Investor Day 2006 Presentation |
| 3 | Deposition of Gerald Mattesich |
| 4 | Gerald Mattesich Deposition Notice |
| 5 | Defendants' Amended Statement of Corporate Ownership Pursuant to Rule 7.1 dated April 11, 2006 |
| 6 | Exclusive License Agreement |
| 7 | Agency Settlement Agreement |
| 8 | Insurance Replacement Program "Its One Network' |
| 9 | Deposition of Wayne Olin |
| 10 | Deposition of Robert Klyce |
| 11 | Business card of Karen Atkins; Email with business card of Greg Thibault and fax cover sheet from Mike Srnec to Gary Zimmerman |
| 12 | Budget Insurance Replacement Program dated March 30,2004 |
| 13 | CCRG 2005 Audited Financial Statement [AVIS 86683-86715] |

EXHIBIT INDEX
INDEX OF EXHIBITS FOR PLAINTIFF'S MOTION FOR MOTION FOR DECLARATORY AND INJUNCTIVE RELIEF RELATING TO
THE BREAKUP OF CENDANT CORPORATION
*Alaska Rent-A-Car, Inc.* v. *Cendant Corp., etal,* Case No. 3:03-cv-29 [TMB]                              Page 1 of I
A3388\05\SUMMARY JUDGMENT\EXHIBIT INDEX

Exhibit C
pg. 13 of 22

## EXHIBIT INDEX TO REPLY IN SUPPORT OF
## MOTION FOR SUMMARY JUDGMENT ON UNFAIR TRADE PRACTICES

| EXH | DESCRIPTION |
|-----|-------------|
| 1 | 1969 Kramer Memorandum |
| 2 | 1980 Memorandum |
| 3 | Deposition excerpts of Allen, Beck, Curtin, Depaschalis, Hagel, Kelly, Mateja and Olin |
| 4 | Deposition excerpts of Andrew Halcro |
| 5 | Robert E. Chaps June 12,2005 email with attachments |
| 6 | John Dienelt, Expansion and Conflict: Issues that Arise as the Franchise System Grows |
| 7 | Affidavit of Mary Halcro dated October 9,2006 |
| 8 | Deposition excerpts of Salerno and Gitlitz |

EXHIBIT INDEX
TO REPLY IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT ON UNFAIR TRADE PRACTICES
*Alaska Rent-A-Car, Inc.* v. *Cendant Corp., et al,* Case No. 3:03-cv-29 [TMB]                    Page 1 of 1
A3388\05\SUMMARY JUDGMENT\UNFAIRTRADESECRETACT\EXHIBIT INDEX-reply

Exhibit C
pg. 14 of 22

# INDEX OF EXHIBITS FOR PLAINTIFF'S MOTION
# FOR SUMMARY JUDGMENT ON DAMAGES

| EXH | DESCRIPTION |
|-----|-------------|
| 1 | Agency Settlement Agreement |
| 2 | Emelia Stanley Affidavit |
| 3 | Ken Hill Deposition Exhibit 636 |
| 4 | 1976 Agreement |
| 5 | Exclusive License Agreement, February 1,1965 |
| 6 | Excerpt of Ken Hill Deposition |

Page 1 of 1

INDEX OF EXHIBITS FOR PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT FOR DAMAGES
*Alaska Rent-A-Car, Inc.* v. *Cendant Corp,, et ai,* Case No. 3:03-cv-29 [TMB]
A3388\05VSUMMARY JUDGMENT\DAMAGES\EXHIBIT INDEX

Exhibit C
pg. 15 of 22

**INDEX OF EXHIBITS FOR PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT ON COUNTS I AND II OF THE FIRST AMENDED COMPLAINT BREACH OF CONTRACT**

| EXH | DESCRIPTION |
|-----|-------------|
| 1 | 1956 Exclusive License Agreement |
| 2 | 1959 Exclusive License Agreement |
| 3 | 1965 License Agreements |
| 4 | 1976 Settlement Agreement with Exhibits A and B |
| 5 | Agency Settlement Agreement and Release effective September 23,1997 |
| 6 | Plaintiffs' Memorandum in Support of Motion for Declaratory and Summary Judgment filed October 18,1995 in the Agency litigation October |
| 7 | Declaration In Support Of Plaintiffs Motion For Summary Judgment signed by Robert Salerno October 17,1995 |
| 8 | July 24,2001 Letter from Robert J. Halcro with Statement of Joinder in Settlement |
| 9 | Excerpt of Defendants' Response to Alaska Rent A Car's Requests for Admission and Fifth Request for Production |
| 10 | Project Highway Working Party List - May 22,2002 |
| 11 | Senior Management Team Chart |
| 12 | Cendant Memorandum November 22,2002, "Funds Flow for Asset and Stock Purchase Agreement - Budget Group, Inc." |
| 13 | Cendant November 22,2002 Press Release |
| 14 | Demand Note (Series 2002-2) for $2999,000,000 issues by HFS Car Rental Holdings, Inc. payable to HFS Decar Funding Corporation |
| 15 | CCRG Quarterly Budget Integration Update from David D. Blaskey to Kevin Sheehan and David Wyshner dated March 25, 2003 |
| 16 | Salomon Smith Barney Project Highway – Finance Lease Transaction Opinion Discussion Materials dated November 21, 2002 |
| 17 | Cendant Car Rental Group Corporate Strategy dated September 15,2003 |
| 18 | Cendant Car Rental Group Memo from Margie McGee to Avis Licensee System Members dated February 26, 2003 |
| 19 | Comparison of Entity Directories, Source: Avis/Cendant Organization Directory dated June 2002 and CCRG Organization Directory dated January 2004 |
| 20 | Avis Executive Bios (www.avis.com) and Budget Leader Profiles (www.budget.com) as of October 2005. |
| 21 | CCRG Internal Memorandum from Avis Communications dated January 8,2003 regarding Guidelines for Business Cards, Stationary, Voicemail, etc. |
| 22 | Cendant Vehicle Services Transcript of Kevin Sheehan dated November 18,2003 |
| 23 | Cendant Vehicle Services Presentation of Kevin Sheehan dated November 18,2003 |

PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT ON COUNTS I AND H OF THE FIRST AMENDED COMPLAINT BREACH OF CONTRACT
*Alaska Rent-A-Car, Inc. v. Cendant Corp., et al,* Case No. 3:03-cv-29 [TMB]     Page 1 of 3
A3388\05\SUMMARY JUDGMENT\BREACH\EXHIBIT INDEX

Exhibit C
pg. 16 of 22

**INDEX OF EXHIBITS FOR PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT ON COUNTS I AND II OF THE FIRST AMENDED COMPLAINT BREACH OF CONTRACT**

| EXH | DESCRIPTION |
|---|---|
| 24 | E-mail from Peter Tartaglia to David Blaskey dated October 23,2002 |
| 25 | Affidavit of Emelia Stanley |
| 26 | AVIS Sales & Marketing-Project Charter, Planning 2.0 (AVIS 42152). |
| 27 | Excerpt of Cendant Car Rental Organization Integration Plan dated October 30,2002 |
| 28 | Budget Corporate Rate Agreement with International Dairy Queen and Budget Corporate Rate Agreement with Ford Motor Company |
| 29 | CCRG Insurance Replacement Program material |
| 30 | Emails re: August Bank of America Statement Inserts |
| 31 | Excerpt of Response to Alaska Rent A Car's Third Requests for Admission, dated September 19,2006. Nos, 25,26,30 |
| 32 | Budget Mailing to Gary Zimmerman |
| 33 | Project Highway Core Applications Assessment IT Final Report |
| 34 | Cendant Project Highway Integration (Avis System/Action List) |
| 35 | Project Highway Strategy Report-Draft Corporate Applications Prepared by: Ruth Hanley |
| 36 | Project Charter: Back Office Track |
| 37 | Memorandum from Cendant Corporate Audit to Kevin Sheehan regarding Car Rental Status Update dated May 1,2003 |
| 38 | Cendant Corporation Project Charter Project Highway-Corporate Systems Financial System Integration |
| 39 | Cendant Mergers & Acquisitions Project Highway Pre-Close Final Assessment Report October 17,2002 |
| 40 | June 12,2003 Memo from Robert O. Frenzel with Minutes from Budget Licensee Composite Meeting, Parsippany, N.J. June 10 & U, 2003 |
| 41 | Executive Summary from 2001 JDP & A Rental Car CSI Study |
| 42 | Cendant Car Rental Group Quality of Service Standards / Proposal 2003 |
| 43 | E-Mail from Diane Karl to Michael Collins, dated January 13,2003 |
| 44 | Cendant Car Rental Group Quarterly Budget Integration Update from David D. Blaskey, dated June 27,2003 |
| 45 | Budget Insurance Replacement Program Travelers Insurance presentation |
| 46 | Avis Group Holdings, Inc. 10-Q for June 30,2003 |
| 47 | Cendant Third Quarter 2003 Earnings Conference Call dated October 21,2003 |
| 48 | CCRG Pricing & Yield Org Chart |

INDEX OF EXHIBITS FOR PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT ON COUNTS I AND H OF THE FIRST AMENDED COMPLAINT BREACH OF CONTRACT

*Alaska Rent-A-Car, Inc.* v. *Cendant Corp., et ai,* Case No. 3:03-cv-29 [TMB]     Page 2 of 3
A3388\05\SUMMARY JUDGMENT\BREACH\EXHIBIT INDEX

Exhibit C
pg. 17 of 22

**INDEX OF EXHIBITS FOR PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT ON COUNTS I AND II OF THE FIRST AMENDED COMPLAINT BREACH OF CONTRACT**

| EXH | DESCRIPTION |
|-----|-------------|
| 49 | Budget U.S. Licensee Participation Agreement |
| 50 | June 2,2006 Amended Responses of BRACS to Alaska Rent A Car, Inc.'s Interrogatories, and June 2,2006 Amended Responses of CCRG to Alaska Rent A Car, Inc's Interrogatories |
| 51 | September 23,1997 Letter from Robert P. Vadnais and Karen Sclafani to Robert Halcro |
| 52 | Excerpt from Cendant Car Rental, Inc. Uniform Franchise Offering Circular issued June 15, 2000 |
| 53 | Wizard Reservations for Budget Checkout Locations in Alaska |
| 54 | Summary and Budget Alaska Reservations Report 2003-2005 |
| 55 | Defendants' Position Statement dated May 10,2005 |
| 56 | June 9,2006 Responses of Defendants to Alaska Rent A Car Inc.'s Discovery Requests, as Modified by Stipulation |
| 57 | Cendant Corporation Approval for Expenditure (AFE) Request dated March 27,2003. |
| 58 | Cost Sharing Services Agreement dated January 1,2003-Cendant, CCRG/Avis Budget Car Rental and ARACS/ |

INDEX OF EXHmrrS FOR PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT ON COUNTS I AND *U* OF THE FIRST AMENDED COMPLAINT BREACH OF CONTRACT

*Alaska Reht-A-Car, Inc.* v. *Cendant Corp., et at.,* Case No. 3:03-cv-29 [TMB]                              Page 3 of 3
A3388\05\SUMMARY JUDGMENT\BREACH\EXHIBIT INDEX

pg. 18 of 22

**INDEX OF EXHIBITS FOR PLAINTIFFS MOTION FOR PARTIAL SUMMARY JUDGMENT ON COUNT VI OF THE FIRST AMENDED COMPLAINT VIOLATION OF ALASKA UNFAIR TRADE PRACTICES AND CONSUMER PROTECTION ACT (AS 45.50.471)**

| EXH | DESCRIPTION |
|---|---|
| 1 | 1956 Exclusive License Agreement |
| 2 | 1965 License Agreements |
| 3 | Excerpt of Plaintiffs' Memorandum in Support of Motion for Declaratory and Summary Judgment filed October 18,1995 in the Agency Litigation |
| 4 | Excerpt of J.D. Power and Associates, 2001 Syndicated Airport Rental Car Customer Satisfaction Study |
| 5 | January 15, 1976 Settlement Agreement with Exhibits A and B |
| 6 | Agency Settlement Agreement |
| 7 | July 24,2001 Letter from Robert J. Halcro with Statement of Joinder in Settlement |
| 8 | Affidavit of Andrew Halcro dated June 19,2006 |
| 9 | Cendant Memorandum November 22, 2002, "Funds Flow for Asset and Stock Purchase Agreement - Budget Group, Inc." |
| 10 | CCRG Quarterly Budget Integration Update from David D. Blaskey to Kevin Sheehan and David Wyshner dated March 25, 2003 |
| 11 | Salomon Smith Barney Project Highway - Financing: Lease Transaction Opinion Discussion Materials, dated November 21,2002 |
| 12 | Excerpt of Cendant Car Rental Group Corporate Strategy 2004 - 2006 dated September 15, 2003 |
| 13 | CCRG Memo from Margie McGee to Avis Licensee System Members dated February 26, 2003 |
| 14 | Comparison of Entity Directories, *Source:* Avis Cendant Organization Directory dated June 2002 [A1281 - A 1305] and Cendant Car Rental Group Organization Directory dated January 2004 TA 45772-A 457991 |
| 15 | Avis "Executive Bios" webpage (www.avis.com) and Budget "Leader Profiles" webpage (www.budget.com) as of October 2005 |
| 16 | CCRG Internal Memorandum from Avis Communications dated January 8, 2003 regarding Guidelines for Business Cards, Stationary, Voicemail, etc. |
| 17 | Transcript of presentation by Kevin Sheehan, Chairman and CEO of Vehicle Services Division, on Cendant Investor Day November 18, 2003 |
| 18 | Budget Alaska Reservations (including price quotes of reservations) |
| 19 | Affidavit of Emelia Stanley dated April 7,2006 |
| 20 | AVIS Sales & Marketing-Project Charter, Planning 2.0 |
| 21 | Excerpt of Cendant Car Rental Organization Integration Plan dated October 30, 2002 |
| 22 | June 12, 2003 Memo from Robert O. Frenzel with Minutes from Budget Licensee Composite Meeting, Parsippany, N.J. June 10 & 11,2003 |

INDEX OF EXHIBITS FOR PLAINTIFFS MOTION FOR PARTIAL SUMMARY JUDGMENT ON COUNTS I AND II OF THE FIRST AMENDED COMPLAINT BREACH OF CONTRACT
*Alaska Rent-A-Car, Inc.* v. *Cendant Corp., etai,* CaseNo.3:03-cv-29 [TMB]          Page 1 of3
A3388\05\SUMMARY JUDGMENT\BREACH\EXHIBIT INDEX unfair trade practices

Exhibit C
pg. 19 of 22

**INDEX OF EXHTRTTS FOR PLAINTIFF'S MOTION FOR PARTIAL SUMMARY
JUDGMENT ON COUNT VI OF THE FIRST AMENDED COMPLAINT
VIOLATION OF ALASKA UNFAIR TRADE PRACTICES AND CONSUMER
PROTECTION ACT (AS 45.50.471)**

| EXH | DESCRIPTION |
|---|---|
| 23 | Cendant Car Rental Group Quality of Service Standards / Proposal 2003 |
| 24 | E-Mail from Diane Karl to Michael Collins dated January 13,2003 |
| 25 | Cendant Quarterly Budget Integration Update from David D. Blaskey dated June 27,2003 |
| 26 | Budget Insurance Replacement Program presentation |
| 27 | Cendant Third Quarter 2003 Earnings Conference Call dated October 21, 2003 |
| 28 | Budget U.S. Licensee Participation Agreement |
| 29 | June 2, 2006 Amended Responses of BRACS to Alaska Rent A Car, Inc.'s Interrogatories Nos. 27 and 28, and June 2, 2006 Amended Responses of CCRG to Alaska Rent A Car, Inc.'s Interrogatories Nos. 43 and 44 |
| 30 | October 15,2005 Commercial Account Pricing Scale - Avis & Budget |
| 31 | Avis Alaska Reservations |
| 32 | Budget Alaska Reservations |
| 33 | CPAF for Fisher Investments |
| 34 | Cendant Corporation's 2004 Form 10-K SEC Filing |
| 35 | CCRG's 2005 Budget Marketing Plan |
| 36 | CCRG Customer Segmentation Study dated June *1*,2004 |
| 37 | CCRG's 2005 Avis Marketing Plan |
| 38 | Cendant Corporation's 2005 Form 10-K SEC Filing |
| 39 | Lieberman Research Group HVR Tracking Study October 2002 Wave |
| 40 | Ron Nelson's "Investor Day** Presentation March 2006 |
| 41 | Defendants' Response to Alaska Rent A Car's Requests for Admission and Fifth Request for Production |
| 42 | Senior Management Team Chart dated September 20, 2002 |
| 43 | Project Highway Working  Party List – May 22, 2002 |
| 44 | Cost Sharing Services Agreement dated January 1, 2003 by and among Cendant, CCRG/Avis Budget Car Rental and ARACS |
| 45 | Cost Sharing Services Agreement dated January 1, 2003 by and among Cendant, CCRG/Avis Budget Car Rental and BRACS |
| 46 | Kramer Memo dated May 7, 1969 |
| 47 | Affidavit of Paula W. Hinton dated November 13,1995 with Exhibits |

INDEX OF EXHIBITS FOR PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT ON COUNTS I AND II OF THE
FIRST AMENDED COMPLAINT BREACH OF CONTRACT
*Alaska Rent-A-Cat, Inc. v. Cendant Corp., et at.,* Case No. 3:03-cv-29 [TMB]                    Page 2 of 3
A3388\G5\SUMMARY JUDGMENT\BREACH\EXHIBIT INDEX unfair trade practices

Exhibit C
pg. 20 of 22

**INDEX OF EXHIBITS FOR PLAINTIFFS MOTION FOR PARTIAL SUMMARY
JUDGMENT ON COUNT VI OF THE FIRST AMENDED COMPLAINT
VIOLATION OF ALASKA UNFAIR TRADE PRACTICES AND CONSUMER
PROTECTION ACT (AS 45,50.4711**

| EXH | DESCRIPTION |
|-----|-------------|
| 48 | Excerpt of Cendant Vehicle Services Presentation by Kevin Sheehan, dated November 18, 2003 |

INDEX OF EXHIBITS FOR PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT ON COUNTS I AND II OF
THE FIRST AMENDED COMPLAINT BREACH OF CONTRACT
*Alaska Rent-A-Car, Inc.* v. *Cendant Corp., et al,,* Case No. 3:03-cv-29 [TMB]                    Page 3 of 3
A3388\05\SUMMARY JUDGMENT\BREACH\EXHIBIT INDEX unfair trade practices

Exhibit C
pg. 21 of 22

**EXHIBIT INDEX FOR REPLY TO DEFENDANTS' OPPOSITION
TO MOTION FOR SUMMARY JUDGMENT FOR DAMAGES**

| EXH | DESCRIPTION |
|-----|-------------|
| 1 | 1965 Exclusive License Agreement |
| 2 | 1976 License Agreement |
| 3 | Agency Settlement Agreement |
| 4 | Avis Budget Group Company Information |
| 5 | 1969 Memorandum |
| 6 | Affidavit of Mary Halcro dated October 8,2006 |
| 7 | Affidavit of Mary Halcro dated July 28,2006 |
| 8 | May 21,2004 E-mail from John Dienelt to William Bankston |
| 9 | Notice to the Court regarding settlement dated June 1, 2004. |
| 10 | Memorandum from David Blaskey to Henry Silverman dated June 24,2003 |
| 11 | Klyce Settlement Agreement dated March l7,2006 |
| 12 | Affidavit of Brian J. Brundin dated September 12,2006 |

Exhibit C
pg. 22 of 22