## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ALASKA

<u>ALASKA RENT-A-CAR, INC.</u>  v.  <u>CENDANT CORPORATION, *ET AL*</u>

HONORABLE TIMOTHY M. BURGESS

DATE: October 17, 2007                                              CASE NO. <u>3:03-CV-00029-TMB</u>

PROCEEDINGS:     **MINUTE ORDER FROM CHAMBERS**
                              Re:  Motion at Docket No. 348

     At Docket No. 348 defendants Avis Group Holdings Inc., Cendant Car Rental Group Inc., Avis Car Rental Group Inc., Budget Rent-A-Car System Inc., Cendant Corp, and Avis Rent-A-Car System, Inc., in compliance with the Court's Order entered at Docket No. 336, filed a motion to retain certain documents filed under seal.  The format utilized to identify the documents defendants want to continue to be retained under seal is presented in a manner that makes it cumbersome to identify those documents from the CM/ECF files.  Accordingly,

     IT IS ORDERED THAT, on or before **November 5, 2007**, defendants must file with the Court a document similar to Exhibit C filed at Docket No. 350 including the CM/ECF assigned document number, *e.g*., 170-14, 173-4, 199-23, *etc*.

[MO re Mtn Dkt 348.wpd]{Rev. 07/04}