John F. Dienelt, Esq.
Barry M. Heller, Esq.
Scott McIntosh, Esq.
Virginia A. Walls, Esq.
DLA Piper US LLP
500 8th Street, N.W.
Washington, D.C.  20004
(202) 799-4000 (telephone)
(202) 799-5000 (fax)

Howard S. Trickey, Esq.
Diane F. Vallentine, Esq.
Jermain, Dunnagan & Owens, P.C.
3000 A Street, Suite 300
Anchorage, Alaska 99503
(907) 563-8844 (telephone)
(907) 563-7322 (fax)

*Attorneys for Defendants*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA
AT ANCHORAGE

ALASKA RENT-A-CAR, INC.,           )
                                   )
                    Plaintiff,     )
                                   )
v.                                 )          Case No. 3:03-cv-00029-TMB
                                   )
CENDANT CORPORATION, et al.,       )
                                   )
                    Defendants.    )
_____)

## NOTICE OF FILING REVISED EXHIBIT C
## PURSUANT TO COURT ORDER AT DOCKET 351

On October 12, 2007, Defendants filed their Motion to Maintain Documents Under Seal

[Docket 348].  Exhibit C to that Motion was a compilation of "charts listing all of the documents,

filed under seal with Plaintiff's motions for summary judgment, on which Defendants' have

LAW OFFICES OF
**JERMAIN DUNNAGAN & OWENS**
A PROFESSIONAL CORPORATION
3000 A STREET, SUITE 300
ANCHORAGE, ALASKA 99503
(907) 563-8844
FAX (907) 563-7322

{00166421 }

highlighted those they seek to have kept sealed."[1]  On October 17, 2007, the Court issued an order requesting that Defendants file a similar document to Exhibit C including CM//ECF assigned document numbers.  Filed herewith is a revised copy of Exhibit C to Defendants' Motion to Maintain Documents Under Seal including the information requested in the Court's 10/17/07 Order.

Highlighted documents that are denoted by an asterisk (e.g., *123-45*) are those that Defendants identify for the Court as documents that persons other than Defendants have an interest in maintaining under seal.

Additionally, Plaintiff's Participation Agreement was listed in Exhibit A to Defendants' Memorandum to Support Defendants' Motion to Maintain Documents Under Seal (the "Memorandum"), with a corresponding docket number of *170-38*.  Following  the filing of the Memorandum, Defendants have determined that document also appears at the following locations on the docket: *212-7*; *216-17*.

Dated: <u>November 5, 2007</u>                    Respectfully submitted,

                                            JERMAIN DUNNAGAN & OWENS, P.C.
                                            Attorneys for Defendants


                                            By:   <u>s/Howard S. Trickey</u>
                                                    Howard S. Trickey
                                                    3000 A Street, Suite 300
                                                    Anchorage, Alaska 99503
                                                    (907) 563-8844 (telephone)
                                                    (907) 563-7322 (fax)
                                                    Alaska Bar No. 7610138

LAW OFFICES OF
**JERMAIN DUNNAGAN & OWENS**
A PROFESSIONAL CORPORATION
3000 A STREET, SUITE 300
ANCHORAGE, ALASKA 99503
(907) 563-8844
FAX (907) 563-7322

---
[1]      Docket 349 at 3.

**CERTIFICATE OF SERVICE**

This is to certify that on this 5th day of November, 2007 a true and correct copy of the foregoing document was served electronically, and by hand delivery, on:

Jon T. Givens, Esq.
Bankston, Gronning, O'Hara, Sedor,
  Mills, Givens & Heaphey, PC
601 W. 5th Avenue, Suite 900
Anchorage, AK  99501

Jeffrey M. Feldman, Esq.
Feldman Orlansky & Sanders
500 L Street, Suite 400
Anchorage, AK 99501

    s/Howard S. Trickey

LAW OFFICES OF
**JERMAIN DUNNAGAN & OWENS**
A PROFESSIONAL CORPORATION
3000 A STREET, SUITE 300
ANCHORAGE, ALASKA 99503
(907) 563-8844
FAX (907) 563-7322