Jeffrey M. Feldman
Alaska Bar No. 7605029
FELDMAN ORLANSKY & SANDERS
500 L Street, Suite 400
Anchorage, AK 99501
Telephone: (907) 272-3538
Facsimile: (907) 274-0819
feldman@frozenlaw.com

*Counsel for Plaintiff*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA AT ANCHORAGE

| | |
|---|---|
| ALASKA RENT-A-CAR, INC. | ) Case No. 3:03-cv-00029 (TMB) |
| Plaintiff, | ) |
| vs. | ) |
| CENDANT CORPORATION, et al., | ) |
| Defendants. | ) |

**PARTIES' JOINT STATUS REPORT**

This Status Report is submitted in compliance with this court's order of September 25, 2007.

A mediation in this matter was held in San Francisco with mediator Antonio Piazza on November 14, 2007. In the days that followed, the parties continued to evaluate proposals that were advanced during the mediation and, on November 20,

shortly before the Thanksgiving holiday, the mediator informed the parties that the mediation was not successful and had not resulted in a resolution of the case.

The mediator asked for an opportunity to speak with representatives of the parties an additional time by telephone and it is expected that those discussions will occur early this week. Counsel for the parties also have discussed meeting privately, without the assistance of a mediator, to discuss the issue of settlement.

The parties jointly request that the court continue to hold proceedings in this case in abeyance for an additional 45 days to afford the parties an opportunity to complete the discussions with the mediator and, if necessary, to assess whether a separate meeting of counsel to discuss settlement would be productive. The parties propose filing an updated status report on January 15, 2008.

Counsel are mindful of the court's calendar and do not wish to protract this effort unnecessarily. But counsel believe that, because of the history and continuing cost of this litigation, it is worth every effort to explore alternate means of resolving the case.

| | |
|---|---|
| Dated: November 26, 2007 | /s/ JEFFREY M. FELDMAN<br>Jeffrey M. Feldman<br>Email: feldman@frozenlaw.com<br>AK Bar No. 7605029<br>**FELDMAN ORLANSKY & SANDERS**<br>500 L Street, Suite 400<br>Anchorage, Alaska 99501<br>Tel.: (907) 272-3538<br>Fax: (907) 274-0819<br><br>**BANKSTON GRONNING O'HARA, PC**<br>601 West 5th Avenue, Suite 900<br>Anchorage, Alaska 99501<br><br>*Counsel for Plaintiff* |

| | |
|---|---|
| Dated: November 26, 2007 | /s/ HOWARD S. TRICKEY (by consent) |
| | Howard S. Trickey |
| | Email: htrickey@jdolaw.com |
| | AK Bar No. 7710177 |
| | **JERMAIN, DUNNAGAN & OWENS, P.C.** |
| | 3000 A Street, Suite 300 |
| | Anchorage, Alaska  99503 |
| | Tel: (907) 563-8844 |
| | Fax: (907) 563-7322 |
| | |
| | **DLA PIPER US LLP** |
| | 1200 Nineteenth Street, NW |
| | Washington, D.C.  20036 |
| | |
| | *Counsel for Defendants* |

**CERTIFICATE OF SERVICE**

I hereby certify that on the 26th day of November, 2007, a copy of the foregoing document was served electronically on J. Dienelt, J. Givens, C. Gronning, C. Heaphey, B. Heller, B. Zan Nault, D. Ruskin, H. Trickey, and D. Vallentine.

s/ Jeffrey M. Feldman