John F. Dienelt, Esq.
DLA Piper US LLP
1200 Nineteenth Street, N.W.
Washington, DC 20036-2412
(202) 861-3880 (telephone)
(202) 223-2085 (fax)

Howard S. Trickey, Esq.
Diane F. Vallentine, Esq.
Jermain, Dunnagan & Owens, P.C.
3000 A Street, Suite 300
Anchorage, Alaska 99503
(907) 563-8844 (telephone)
(907) 563-7322 (fax)

Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA
AT ANCHORAGE

| | |
|---|---|
| ALASKA RENT-A-CAR, INC., | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) |
| CENDANT CORPORATION, et al., | ) ) |
| Defendants. | ) ) ) Case No. 3:03-cv-00029-TMB |

**UPDATED JOINT STATUS REPORT**

On November 30, 2007, at Docket 355, the Court ordered the parties to file an updated status report. The parties have conferred and report to the Court:

(1)   The parties participated in a mediation in November 2007 with San Francisco mediator Antonio Piazza.

LAW OFFICES OF
**JERMAIN DUNNAGAN & OWENS**
A PROFESSIONAL CORPORATION
3000 A STREET, SUITE 300
ANCHORAGE, ALASKA 99503
(907) 563-8844
FAX (907) 563-7322

{00171184 }

(2) The mediation was unsuccessful, but the parties have continued to discuss resolution of the case.

(3) Those efforts, too, have not yet proved fruitful, but counsel have continued to confer about settlement and they are continuing their efforts.

(4) The parties request that the Court convene a trial scheduling conference to set a trial date and appropriate pretrial deadlines.

Respectfully submitted,

FELDMAN ORLANSKY & SANDERS
Attorneys for Plaintiffs

Dated: January 15, 2008   By: *s/Jeffrey M. Feldman*
Jeffrey M. Feldman
500 L Street, Suite 400
Anchorage, AK  99501
(907) 272-3538 (telephone)
(907) 274-0819 (fax)
Email:  feldman@frozenlaw.com
Alaska Bar No. 7605029

JERMAIN DUNNAGAN & OWENS P.C.
Attorneys for Defendants

Dated: January 15, 2008   By: *s/Howard S. Trickey*
Howard S. Trickey
3000 A Street, Suite 300
Anchorage, Alaska 99503
(907) 563-8844 (telephone)
(907) 563-7322 (fax)
Email:  htrickey@jdolaw.com
Alaska Bar No. 7610138

LAW OFFICES OF
**JERMAIN DUNNAGAN & OWENS**
A PROFESSIONAL CORPORATION
3000 A STREET, SUITE 300
ANCHORAGE, ALASKA  99503
(907) 563-8844
FAX (907) 563-7322

UPDATED JOINT STATUS REPORT                                                      PAGE 2 OF 3
*ALASKA RENT-A-CAR, INC. V. CENDANT CORPORATION, ET AL.*
CASE NO. 3:03-CV-29 [TMB]

**CERTIFICATE OF SERVICE**

This is to certify that on this 15th day of January, 2008, a true and correct copy of the foregoing document was served electronically on J. Givens, C. Gronning, C. Heaphey, B. Heller, B. Zan Nault, J. Feldman, S. Orlansky, D. Ruskin, and D. Vallentine

  *s/Howard S. Trickey*

LAW OFFICES OF
**JERMAIN DUNNAGAN & OWENS**
A PROFESSIONAL CORPORATION
3000 A STREET, SUITE 300
ANCHORAGE, ALASKA 99503
(907) 563-8844
FAX (907) 563-7322