John F. Dienelt, Esq.
DLA Piper US LLP
1200 Nineteenth Street, N.W.
Washington, DC 20036-2412
(202) 861-3880 (telephone)
(202) 223-2085 (fax)

Howard S. Trickey, Esq.
Diane F. Vallentine, Esq.
Jermain, Dunnagan & Owens, P.C.
3000 A Street, Suite 300
Anchorage, Alaska 99503
(907) 563-8844 (telephone)
(907) 563-7322 (fax)

Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA
AT ANCHORAGE

| | | |
|---|---|---|
| ALASKA RENT-A-CAR, INC., an Alaska Corporation, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Case No. 3:03-cv-00029-TMB |
| CENDANT CORPORATION, AVIS RENT-A-CAR SYSTEM, INC., AVIS GROUP HOLDINGS, INC., CENDANT CAR RENTAL GROUP, INC., AVIS CAR RENTAL GROUP, INC., and BUDGET RENT A CAR SYSTEM, INC., | ) ) ) ) ) ) ) | |
| Defendants. | ) ) | |

**NON-OPPOSED MOTION TO RESCHEDULE**
**<u>TRIAL SETTING CONFERENCE</u>**

LAW OFFICES OF
**JERMAIN DUNNAGAN & OWENS**
A PROFESSIONAL CORPORATION
3000 A STREET, SUITE 300
ANCHORAGE, ALASKA 99503
(907) 563-8844
FAX (907) 563-7322

{00172141 }

This Court has scheduled a trial setting conference for 3:00 p.m. February 11, 2008. Due to scheduling conflicts with other substantial matters, Defendants ask that the trial setting conference be rescheduled. The undersigned has consulted with Jeff Feldman, counsel for Plaintiff, and he has no objection to rescheduling the trial setting conference. The parties would request that the trial setting conference be rescheduled for Tuesday, February 19, 2008. We understand from inquiry with the Court's chambers that this date is available on the Court's calendar. This date is also available in counsel's schedules.

Respectfully submitted this 24th day of January, 2008.

JERMAIN DUNNAGAN & OWENS P.C.
Attorneys for Defendants


By: *s/Howard S. Trickey*
    Howard S. Trickey
    3000 A Street, Suite 300
    Anchorage, Alaska 99503
    (907) 563-8844 (telephone)
    (907) 563-7322 (fax)
    Email: htrickey@jdolaw.com
    Alaska Bar No. 7610138


**CERTIFICATE OF SERVICE**

This is to certify that on this 24th day of January, 2008, a true and correct copy of the foregoing document was served electronically on J. Givens, C. Gronning, C. Heaphey, B. Heller, B. Zan Nault, J. Feldman, S. Orlansky, D. Ruskin, and D. Vallentine

*s/Howard S. Trickey*

LAW OFFICES OF
**JERMAIN DUNNAGAN & OWENS**
A PROFESSIONAL CORPORATION
3000 A STREET, SUITE 300
ANCHORAGE, ALASKA 99503
(907) 563-8844
FAX (907) 563-7322

NON-OPPOSED MOTION TO RESCHEDULE TRIAL SETTING CONFERENCE   PAGE 2 OF 2
*ALASKA RENT-A-CAR, INC. V. CENDANT CORPORATION, ET AL.*
CASE NO. 3:03-CV-29 [TMB]