IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA
AT ANCHORAGE

| | |
|---|---|
| ALASKA RENT-A-CAR, INC., an Alaska Corporation,          )<br>)<br>)<br>Plaintiff,          )<br>)<br>v.          )<br>)<br>CENDANT CORPORATION,          )<br>AVIS RENT-A-CAR SYSTEM, INC.,          )<br>AVIS GROUP HOLDINGS, INC., CENDANT )<br>CAR RENTAL GROUP, INC., AVIS CAR          )<br>RENTAL GROUP, INC., and BUDGET RENT )<br>A CAR SYSTEM, INC.,          )<br>)<br>Defendants.          )<br>_____)   | Case No. 3:03-cv-00029-TMB |

## [PROPOSED] ORDER RESCHEDULING <u>TRIAL SETTING CONFERENCE</u>

The Court having received Defendants' non-opposed motion to reschedule trial setting conference and being fully advised in the premises;

HEREBY ORDERS that said request is granted, and the trial setting conference is set for the 19th day of February, 2008, at the hour of _____ ___.m.

Dated in Anchorage, Alaska, this _____ day of February, 2008.

_____
Timothy M. Burgess
U.S. District Court Judge

{00172163 }

**CERTIFICATE OF SERVICE**

This is to certify that on this 24th day of January, 2008, a true and correct copy of the foregoing document was served electronically on J. Givens, C. Gronning, C. Heaphey, B. Heller, B. Zan Nault, J. Feldman, S. Orlansky, D. Ruskin, and D. Vallentine

  s/Howard S. Trickey