```
              MINUTES OF THE UNITED STATES DISTRICT COURT
                          DISTRICT OF ALASKA
```

  ALASKA RENT-A-CAR INC.      vs.    CENDANT CORP., et al

BEFORE THE HONORABLE TIMOTHY M. BURGESS CASE NO. 3:03-cv-00029-TMB

DEPUTY CLERK/RECORDER: Linda Christensen

APPEARANCES:   PLAINTIFF: JEFFREY M. FELDMAN, WILLIAM FALSEY

               DEFENDANT: HOWARD S. TRICKEY, JOHN F. DIENELT

PROCEEDINGS: TRIAL SETTING CONFERENCE Held 2/19/08:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

At 3:12 p.m. court convened.

Court and counsel heard re: trial setting, discovery issues, possibility of settlement and scheduling.

Trial length re: damages estimated to be a maximum of two weeks.

Counsel to confer and submit a proposed schedule for bringing case to trial.  Proposed schedule to be filed by **2/26/2008**.

At 3:29 p.m. court adjourned.

DATE:   FEBRUARY 19, 2008        DEPUTY CLERK'S INITIALS: LSC

Revised 6/18/07