Jeffrey M. Feldman
Alaska Bar No. 7605029
FELDMAN ORLANSKY & SANDERS
500 L Street, Suite 400
Anchorage, AK  99501
Telephone:  (907) 272-3538
Facsimile:   (907) 274-0819
feldman@frozenlaw.com

*Counsel for Plaintiff*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA AT ANCHORAGE

| | |
|---|---|
| ALASKA RENT-A-CAR, INC. ) | |
| ) | |
| Plaintiff, ) | |
| vs. ) | Case No. 3:03-cv-00029-TMB |
| ) | |
| CENDENT CORPORATION, et al., ) | |
| ) | |
| Defendants. ) | |
| ) | |

**JOINT SUBMISSION OF PROPOSED PRETRIAL SCHEDULE**

The parties, through their counsel, submit the following proposed pretrial schedule in this matter:

1.    Trial:  Maximum of two weeks, commencing March 16, 2009.

2.    Motions Re: Scope of Damages:  Plaintiff to file its motion re: the scope of the damages trial by May 2, 2008.  Defendants to file their response by June 14, 2008.  Plaintiff to file its reply by July 3, 2008.  The parties request oral argument on the scope of damages issue as soon after July 3, 2008 as is convenient for the court.

3.      <u>Discovery</u>:  Any additional fact discovery relevant to the damages issues to be completed by November 3, 2008.  In setting this deadline, neither party is deemed to have waived any argument as to the need for or the appropriate scope of additional discovery.

4.      <u>Expert Witness Reports</u>:  Any supplemental expert witness report shall be exchanged by December 5, 2008, and any rebuttal expert witness reports shall be exchanged by January 2, 2009.

5.      <u>Expert Witness Discovery</u>:  Any supplemental expert witness discovery shall be completed by January 24, 2009.  In setting the deadlines for expert witness reports and discovery, neither party is deemed to have waived any argument as to the need for or the appropriate scope of additional expert witness reports or discovery.

6.      <u>Pretrial Statement</u>:  The parties' pretrial statement shall be filed by February 06, 2009 and shall include proposed jury instructions, final witness lists, designations of exhibits, and any motions in limine.   Objections to jury instructions and exhibits shall be filed by February 20, 2009.  Responses to objections shall be filed by February 27, 2009.

7.      <u>Pretrial Conference</u>:  The parties request that the pretrial conference set a week or two before trial, on a date that is convenient for the court.

8.      <u>Settlement Conference</u>.  The parties may request that a settlement conference be scheduled either with Chief Judge John W. Sedwick or with Senior

Judge H. Russel Holland at such time as may be convenient for the court, but they do not make that request at this time.

Dated:  February 26, 2008

/s/ JEFFREY M. FELDMAN
Jeffrey M. Feldman
Email:  feldman@frozenlaw.com
AK Bar No. 7605029
**FELDMAN ORLANSKY & SANDERS**
500 L Street, Suite 400
Anchorage, Alaska 99501
Tel.:  (907) 272-3538
Fax:  (907) 274-0819

**BANKSTON GRONNING O'HARA**
601 West 5th Avenue, Suite 900
Anchorage, Alaska 99501

*Counsel for Plaintiff*

Dated:  February 26, 2008

/s/ HOWARD S. TRICKEY (by consent)
Howard S. Trickey
Email: htrickey@jdolaw.com
AK Bar No. 7710177
**JERMAIN, DUNNAGAN & OWENS, P.C.**
3000 A Street, Suite 300
Anchorage, Alaska  99503
Tel: (907) 563-8844
Fax: (907) 563-7322

**DLA PIPER US LLP**
1200 Nineteenth Street, NW
Washington, D.C.  20036

*Counsel for Defendants*

**CERTIFICATE OF SERVICE**

I hereby certify that on the 26th day of February, 2008, a copy of the foregoing document was served electronically on J. Dienelt, J. Givens, C. Gronning, C. Heaphey, B. Heller, B. Zan Nault, D. Ruskin, H. Trickey, and D. Vallentine.

s/ Jeffrey M. Feldman