William M. Bankston, Esq.
Jon T. Givens, Esq.
Bankston Gronning O'Hara, P.C.
601 West 5th Avenue, Suite 900
Anchorage, Alaska 99501
(907) 276-1711 (telephone)
(907) 279-5358 (fax)
wbankston@bankston.to

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

AT ANCHORAGE

| | |
|---|---|
| ALASKA RENT-A-CAR, INC., an Alaska Corporation, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) ) |
| CENDANT CORPORATION, et al., | ) ) |
| Defendants. | ) Case No. 3:03-cv-29 [TMB] ) |

## NOTICE TO DISCONTINUE SERVICE

NOTICE IS HEREBY GIVEN that Christopher J. Heaphey is no longer with the law firm of Bankston Gronning O'Hara, P.C., attorneys for Plaintiff in the above-captioned matter. The undersigned counsel requests the Court to discontinue service of *Notices of Electronic Filing* to Mr. Heaphey at cheaphey@bankston.to.

DATED at Anchorage, Alaska this 26th day of June, 2008.

NOTICE TO DISCONTINUE SERVICE – Page 1 of 2
*Alaska Rent-A-Car v. Cendant Corporation, et al.*, Case No. A03-029 CV [JKS]
A3388\05\pleadings\Notice

**Bankston Gronning O'Hara, P.C.**
Attorneys at Law
601 West 5th Avenue, Suite 900
Anchorage, Alaska 99501
Tel. (907) 276-1711 - Fax (907) 279-5358
www.bankston.to

BANKSTON GRONNING O'HARA, P.C.
Attorneys for Plaintiff Alaska Rent-A-Car, Inc.
By:     s/Jon T. Givens
        601 W. 5th Avenue, Suite 900
        Anchorage, Alaska 99501
        907-276-1711 Telephone
        907-279-5358 Fax
        jgivens@bankston.to
        AK Bar #9011072

**CERTIFICATE OF SERVICE**

I hereby certify that on June 26, 2008 a copy of the foregoing *Notice to Discontinue Service* was served electronically on Diane F. Vallentine and John F. Dienelt and by regular U.S. mail on:

Barry M. Heller
DLA Piper US LLP
1200 Nineteen Street NW
Washington, DC 20036-2430

Christopher J. Heaphey
Holland & Hart LLP
600 East Main Street, Suite 104
Aspen, CO 81611

s/Jon T. Givens

NOTICE TO DISCONTINUE SERVICE – Page 2 of 2
*Alaska Rent-A-Car v. Cendant Corporation, et al.*, Case No. A03-029 CV [JKS]
A3388\05\pleadings\Notice