Jeffrey M. Feldman
ALASKA BAR NO. 7605029
William D. Falsey
ALASKA BAR NO. 0511099
FELDMAN ORLANSKY & SANDERS
500 L Street, Suite 400
Anchorage, Alaska 99501
907.272.3538
907.274.0819 (Fax)

## IN THE DISTRICT COURT FOR THE DISTRICT OF ALASKA

### THIRD JUDICIAL DISTRICT AT ANCHORAGE

| | |
|---|---|
| ALASKA RENT-A-CAR, INC., )<br>    )<br>                Plaintiff, )<br>    )<br>v. )<br>    )<br>CENDANT CORPORATION, AVIS RENT A )<br>CAR SYSTEM, INC., AVIS GROUP )<br>HOLDINGS, INC.,  CENDANT CAR )<br>RENTAL GROUP, INC., AVIS CAR )<br>RENTAL GROUP, INC., and BUDGET )<br>RENT A CAR SYSTEM, INC. )<br>    )<br>                Defendants. )<br>_____ ) | Case No. 3:03-cv-00029-TMB |

## UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE REPLY

Plaintiff Alaska Rent-A-Car hereby moves for a one-day extension of time to file its Reply in Support of Its Motion Regarding the Scope of Alaska Rent-A-Car's Damages, making the Reply due Monday, July 7, 2008.

Defendants do not oppose this request.

Dated:  July 3, 2008                    /s/ JEFFREY M. FELDMAN
                                        Jeffrey M. Feldman
                                        Email:  feldman@frozenlaw.com
                                        AK Bar No. 7605029
                                        **FELDMAN ORLANSKY & SANDERS**
                                        500 L Street, Suite 400
                                        Anchorage, Alaska 99501
                                        Tel.:  (907) 272-3538
                                        Fax:  (907) 274-0819

                                        **BANKSTON GRONNING O'HARA, PC**
                                        601 West 5th Avenue, Suite 900
                                        Anchorage, Alaska 99501
                                        *Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on the 3rd day of July 2008, a copy of the foregoing document was served electronically on J. Dienelt, J. Givens, C. Gronning, B. Heller, B. Zan Nault, D. Ruskin, H. Trickey, and D. Vallentine.

s/ Jeffrey M. Feldman