Jeffrey M. Feldman
ALASKA BAR NO. 7605029
William D. Falsey
ALASKA BAR NO. 0511099
FELDMAN ORLANSKY & SANDERS
500 L Street, Suite 400
Anchorage, Alaska 99501
907.272.3538
907.274.0819 (Fax)

IN THE DISTRICT COURT FOR THE DISTRICT OF ALASKA

THIRD JUDICIAL DISTRICT AT ANCHORAGE

| | |
|---|---|
| ALASKA RENT-A-CAR, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| CENDANT CORPORATION, AVIS RENT A ) | Case No. 3:03-cv-00029-TMB |
| CAR SYSTEM, INC., AVIS GROUP ) | |
| HOLDINGS, INC., CENDANT CAR ) | |
| RENTAL GROUP, INC., AVIS CAR ) | **[PROPOSED] ORDER GRANTING** |
| RENTAL GROUP, INC., and BUDGET ) | **UNOPPOSED MOTION FOR** |
| RENT A CAR SYSTEM, INC. ) | **EXTENSION OF TIME** |
| ) | **TO FILE REPLY** |
| Defendants. ) | |
| ) | |

Having reviewed Plaintiff Alaska Rent-A-Car's unopposed Motion For Extension of Time, it is hereby ordered that plaintiff's Reply in Support of Its Motion Regarding the Scope of Alaska Rent-A-Car's Damages shall be due Monday, July 7, 2008.

ENTERED this _____ day of _____, 2008.

_____
TIMOTHY M. BURGESS
U. S. District Court Judge

**CERTIFICATE OF SERVICE**

I hereby certify that on the 3rd day of July 2008, a copy of the foregoing document was served electronically on J. Dienelt, J. Givens, C. Gronning, B. Heller, B. Zan Nault, D. Ruskin, H. Trickey, and D. Vallentine.

s/ Jeffrey M. Feldman