Jeffrey M. Feldman
ALASKA BAR NO. 7605029
William D. Falsey
ALASKA BAR NO. 0511099
FELDMAN ORLANSKY & SANDERS
500 L Street, Suite 400
Anchorage, Alaska 99501
907.272.3538
907.274.0819 (Fax)

*Co-Counsel for Plaintiff*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA AT ANCHORAGE

| | |
|---|---|
| ALASKA RENT-A-CAR, INC.,              )<br>                                                         )<br>                        Plaintiff,         )<br>                                                         )<br>v.                                                     )<br>                                                         )<br>CENDANT CORPORATION, AVIS RENT A )<br>CAR SYSTEM, INC., AVIS GROUP       )<br>HOLDINGS, INC., CENDANT CAR        )<br>RENTAL GROUP, INC., AVIS CAR       )<br>RENTAL GROUP, INC., and BUDGET  )<br>RENT A CAR SYSTEM, INC.                )<br>                                                         )<br>                        Defendants.    )<br>                                                         ) | Case No. 3:03-cv-00029-TMB |

## REQUEST FOR ORAL ARGUMENT

Plaintiff requests oral argument on its Motion Regarding The Scope of Damages available in this matter. Counsel for defendants, John Dienelt, will be traveling from out-

of-state to participate in the argument, and Mr. Dienelt has provided the following information concerning his availability:

1. August 18 – 21 (preferred choice)

2. August 4 – 8

3. August 11 – 15 (Mr. Dienelt would have to adjust some existing commitments during that week)

Because he will be traveling from out-of-state, it generally is easier for Mr. Dienelt to have hearings in Alaska set on Tuesday, Wednesday, or Thursday (to avoid weekend travel), but he understands the constraints of the court's schedule. Plaintiff's counsel is available on any of the above dates.

Dated: July 7, 2008    /s/ JEFFREY M. FELDMAN
  Jeffrey M. Feldman
  Email: feldman@frozenlaw.com
  AK Bar No. 7605029
  **FELDMAN ORLANSKY & SANDERS**
  500 L Street, Suite 400
  Anchorage, Alaska 99501
  Tel.: (907) 272-3538
  Fax: (907) 274-0819

  **BANKSTON GRONNING O'HARA, PC**
  601 West 5th Avenue, Suite 900
  Anchorage, Alaska 99501

  *Counsel for Plaintiff*

**CERTIFICATE OF SERVICE**

I hereby certify that on the 7th day of July 2008, a copy of the foregoing document was served electronically on J. Dienelt, J. Givens, C. Gronning, B. Heller, B. Zan Nault, D. Ruskin, H. Trickey, and D. Vallentine.

s/ Jeffrey M. Feldman