Jeffrey M. Feldman
ALASKA BAR NO. 7605029
William D. Falsey
ALASKA BAR NO. 0511099
FELDMAN ORLANSKY & SANDERS
500 L Street, Suite 400
Anchorage, Alaska 99501
907.272.3538

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA AT ANCHORAGE

| | |
|---|---|
| ALASKA RENT-A-CAR, INC., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>CENDANT CORPORATION, AVIS RENT A )<br>CAR SYSTEM, INC., AVIS GROUP )<br>HOLDINGS, INC., CENDANT CAR )<br>RENTAL GROUP, INC., AVIS CAR )<br>RENTAL GROUP, INC., and BUDGET )<br>RENT A CAR SYSTEM, INC. )<br>)<br>Defendants. )<br>_____) | Case No. 3:03-cv-00029-TMB<br><br>**[PROPOSED] ORDER<br>GRANTING REQUEST<br>FOR ORAL ARGUMENT** |

  Having reviewed Plaintiff Alaska Rent-A-Car's Request For Oral Argument, it is hereby ordered that oral argument concerning plaintiff's Motion Regarding the Scope of Alaska Rent-A-Car's Damages shall be held on the _____ day of _____, 2008, at _____ ____.m, before the undersigned.

  ENTERED this _____ day of _____, 2008.

                _____
                TIMOTHY M. BURGESS
                U. S. District Court Judge

**CERTIFICATE OF SERVICE**

I hereby certify that on the 7th day of July 2008, a copy of the foregoing document was served electronically on J. Dienelt, J. Givens, C. Gronning, B. Heller, B. Zan Nault, D. Ruskin, H. Trickey, and D. Vallentine.

s/ Jeffrey M. Feldman