# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ALASKA

<u>ALASKA RENT-A-CAR, INC.</u> v. <u>CENDANT CORP., et al.</u>

THE HONORABLE TIMOTHY M. BURGESS

DEPUTY CLERK                                              CASE NO. <u>3:03-cv-00029-TMB</u>

<u>Pam Richter</u>

PROCEEDINGS: **MINUTE ORDER FROM CHAMBERS**      DATE: <u>July 8, 2008</u>
ENTERED AT JUDGE'S DIRECTION:

     Alaska Rent-A-Car Inc.'s documents titled Reply in Support of Motion Regarding the Scope of Alaska Rent-A-Car's Damages, at document numbers 369 and 370, have been filed however, they are deficient in the area(s) checked below:

<u>   </u>  Document is not signed. (D.Ak.LR 10.1)

<u>   </u>  Caption of the document is incomplete. (D.Ak.LR 10.1)

<u>   </u>  No proof of service on the document filed. (D.Ak.LR 5.1)

<u>XXX</u>  Documents entitled Reply in Support of Motion Regarding the Scope of Alaska Rent-A-Car's Damages are overlength. (D.Ak.LR 10.1)

<u>   </u>  Document is not in compliance with D.Ak.LR .

<u>   </u>  Other: .

     The Clerk is directed to strike the above-referenced document from the record.

[strike.ord][12/97]