Jeffrey M. Feldman
ALASKA BAR NO. 7605029
William D. Falsey
ALASKA BAR NO. 0511099
FELDMAN ORLANSKY & SANDERS
500 L Street, Suite 400
Anchorage, Alaska 99501
907.272.3538
907.274.0819 (Fax)

*Co-Counsel for Plaintiff*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA AT ANCHORAGE

| | |
|---|---|
| ALASKA RENT-A-CAR, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| CENDANT CORPORATION, AVIS RENT A ) | |
| CAR SYSTEM, INC., AVIS GROUP ) | |
| HOLDINGS, INC., CENDANT CAR ) | |
| RENTAL GROUP, INC., AVIS CAR ) | |
| RENTAL GROUP, INC., and BUDGET ) | |
| RENT A CAR SYSTEM, INC. ) | Case No. 3:03-cv-00029-TMB |
| ) | |
| Defendants. ) | |
| ) | |

**MOTION TO ACCEPT OVERLENGTH REPLY IN SUPPORT OF MOTION
REGARDING THE SCOPE OF ALASKA RENT-A-CAR'S DAMAGES**

Plaintiff Alaska Rent-A-Car respectfully moves for this court to accept its over-length Reply In Support Of Motion Regarding The Scope Of Alaska Rent-A-Car's Damages. The proposed reply is 24 pages in length, 9 pages over the 15-page limit.

While Alaska Rent-A-Car made a concerted effort to keep its Reply as concise as possible, the importance and complexity of the issues involved, as well as the need to respond to objections first raised by defendants in their Opposition to Alaska Rent-A-Car's Motion, make it impossible for Alaska Rent-A-Car to confine its Reply to the number of pages authorized by the Local Court Rule 10.1(m).

The Court will benefit from the full briefing of the issues presented by the Reply and no party will be prejudiced by allowing Alaska Rent-A-Car to file it.  The scope of available damages may be the last substantial legal issue that will require the court's assistance in this case and it is of great consequence to the parties.  Alaska Rent-A-Car, therefore, respectfully requests that the court accept its proposed Reply Memorandum.

This motion is supported by an accompanying Affidavit of Counsel.

Dated:  July 8, 2008

/s/ JEFFREY M. FELDMAN
Jeffrey M. Feldman
Email:  feldman@frozenlaw.com
AK Bar No. 7605029
**FELDMAN ORLANSKY & SANDERS**
500 L Street, Suite 400
Anchorage, Alaska 99501
Tel.:  (907) 272-3538
Fax:  (907) 274-0819

**BANKSTON GRONNING O'HARA, PC**
601 West 5th Avenue, Suite 900
Anchorage, Alaska 99501

*Counsel for Plaintiff*

**CERTIFICATE OF SERVICE**

I hereby certify that on the 8th day of July 2008, a copy of the foregoing document was served electronically on J. Dienelt, J. Givens, C. Gronning, B. Heller, B. Zan Nault, D. Ruskin, H. Trickey, and D. Vallentine.

s/ Jeffrey M. Feldman