Jeffrey M. Feldman
ALASKA BAR NO. 7605029
William D. Falsey
ALASKA BAR NO. 0511099
FELDMAN ORLANSKY & SANDERS
500 L Street, Suite 400
Anchorage, Alaska 99501
907.272.3538

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA AT ANCHORAGE

| | |
|---|---|
| ALASKA RENT-A-CAR, INC., ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | |
| ) | |
| CENDANT CORPORATION, AVIS RENT A ) | Case No. 3:03-cv-00029-TMB |
| CAR SYSTEM, INC., AVIS GROUP ) | |
| HOLDINGS, INC., CENDANT CAR ) | |
| RENTAL GROUP, INC., AVIS CAR ) | **[PROPOSED] ORDER** |
| RENTAL GROUP, INC., and BUDGET ) | **GRANTING MOTION TO** |
| RENT A CAR SYSTEM, INC. ) | **ACCEPT OVER-LENGTH REPLY** |
| ) | |
| Defendants. ) | |
| ———————————————————) | |

Having reviewed Plaintiff Alaska Rent-A-Car, Inc.'s Motion To Accept Over-Length Reply, and all supporting documents, it is hereby ordered that plaintiff's motion is GRANTED. Plaintiff's Reply In Support Of Motion Regarding The Scope of Alaska Rent-A-Car's Damages is ACCEPTED.

ENTERED this _____ day of _____, 2008.

_____
TIMOTHY M. BURGESS
U. S. District Court Judge

## CERTIFICATE OF SERVICE

I hereby certify that on the 8th day of July 2008, a copy of the foregoing document was served electronically on J. Dienelt, J. Givens, C. Gronning, B. Heller, B. Zan Nault, D. Ruskin, H. Trickey, and D. Vallentine.

s/ Jeffrey M. Feldman