William M. Bankston, Esq.
Jon T. Givens, Esq.
Bankston Gronning O'Hara, P.C.
601 West 5th Avenue, Suite 900
Anchorage, Alaska 99501
(907) 276-1711 (telephone)
(907) 279-5358 (fax)
wbankston@bankston.to

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA AT ANCHORAGE

| | |
|---|---|
| ALASKA RENT-A-CAR, INC., an Alaska Corporation, <br><br> Plaintiff, <br><br> v. <br><br> CENDANT CORPORATION, et al., <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) Case No. 3:03-cv-29 [TMB] |

## MOTION FOR WITHDRAWAL OF COUNSEL

The law firm of Bankston Gronning O'Hara, P.C. and its attorneys, William M. Bankston, Chris D. Gronning, Jon T. Givens and Barbra Z. Nault, pursuant to Local Rule 11.1(c)(1), move this Court for permission to withdraw from representation of plaintiff, Alaska Rent-A-Car, Inc.

Plaintiff is and has been represented by the law firm of Feldman Orlansky & Sanders. Feldman Orlansky & Sanders who have previously filed an entry of appearance. Feldman Orlansky & Sanders have filed motions and appeared for hearings in this action and are sufficiently familiar with the action to fully represent

plaintiff in this proceeding. Formal appearance by Bankston Gronning O'Hara is no longer necessary and the law firm and plaintiff requests that Bankston Gronning O'Hara be permitted to formerly withdraw from its representation of plaintiff and that it is no longer necessary for Bankston Gronning O'Hara to receive electronic notice of filings in this action.

Plaintiff and Bankston Gronning O'Hara request that the following attorneys and staff be withdrawn from the ECF notice system for this action.

| | |
|---|---|
| William M. Bankston | wbankston@bankston.to |
| Chris D. Gronning | cgronning@bankston.to, cvozar@bankston.to |
| Jon T. Givens | jgivens@bankston.to, cvozar@bankston.to |
| Barbra Z. Nault | bnault@bankston.to |

Plaintiff, by its consent filed herewith, agrees to and requests that the withdrawal of Bankston Gronning O'Hara in this action be permitted, and affirms that it is adequately and sufficiently represented by the law firm of Feldman Orlansky & Sanders.

DATED this 11th day of July, 2008.

BANKSTON GRONNING O'HARA, PC
Attorneys for Plaintiff Alaska Rent-A-Car, Inc.

By:   s/Jon T. Givens
601 W. 5th Avenue, Suite 900
Anchorage, Alaska 99501
Phone: (907) 276-1711
Fax: (907) 279-5358
E-mail: jgivens@bankston.to
AK Bar #9011072

I hereby certify that on July 11, 2008, a copy of foregoing was
served electronically on John F. Dienelt, Jeffrey M. Feldman, Barry M Heller,
Susan Orlansky, David B. Ruskin, Howard S. Trickey, and Diane F. Vallentine.

s/Jon T. Givens

BANKSTON GRONNING O'HARA, P.C.
Attorneys at Law
601 W. 5th Avenue, Suite 900
Anchorage, Alaska 99501
Tel. (907) 276-1711 - Fax (907) 279-5358
www.bankston.to