IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

AT ANCHORAGE

| | |
|---|---|
| ALASKA RENT-A-CAR, INC., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>CENDANT CORPORATION, et al., )<br>)<br>Defendants. )<br>_____ ) | Case No. A03-029 CV [TMB] |

**[PROPOSED] ORDER PERMITTING**
**THE WITHDRAWAL OF COUNSEL, BANKSTON GRONNING O'HARA**

The Court having considered Docket ____, the Motion for Withdrawal of Counsel and the Consent of plaintiff, Alaska Rent-A-Car, Inc., IT IS HEREBY SO ORDERED.


DATED:_____    _____
                                                                    TIMOTHY M. BURGESS
                                                                    United States District Court Judge