IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

AT ANCHORAGE

| | |
|---|---|
| ALASKA RENT-A-CAR, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. A03-029 CV [TMB] |
| ) | |
| CENDANT CORPORATION, et al., ) | |
| ) | |
| Defendants. ) | |
| ) | |

**[PROPOSED] ORDER PERMITTING
THE WITHDRAWAL OF COUNSEL, BANKSTON GRONNING O'HARA**

    The Court having considered Docket ____, the Motion for Withdrawal of Counsel and the Consent of plaintiff, Alaska Rent-A-Car, Inc., IT IS HEREBY SO ORDERED.


DATED:_____         _____
                                                                            TIMOTHY M. BURGESS
                                                                            United States District Court Judge