William M. Bankston, Esq.
Jon T. Givens, Esq.
Bankston Gronning O'Hara, P.C.
601 West 5th Avenue, Suite 900
Anchorage, Alaska 99501
(907) 276-1711 (telephone)
(907) 279-5358 (fax)
wbankston@bankston.to

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA AT ANCHORAGE

| | |
|---|---|
| ALASKA RENT-A-CAR, INC., an Alaska Corporation, <br><br> Plaintiff, <br><br> v. <br><br> CENDANT CORPORATION, et al., <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) Case No. 3:03-cv-29 [TMB] |

**PLAINTIFF'S CONSENT TO**
**MOTION FOR WITHDRAWAL OF COUNSEL**

The law firm of Bankston Gronning O'Hara, P.C. and its attorneys, William M. Bankston, Chris D. Gronning, Jon T. Givens, and Barbra Z. Nault, pursuant to Local Rule 11.1(c)(1), have moved this Court for permission to withdraw from representation of plaintiff, Alaska Rent-A-Car, Inc.

Plaintiff requests that the withdrawal of Bankston Gronning O'Hara in this action be permitted, and affirms that it is adequately and sufficiently represented by the law firm of Feldman Orlansky & Sanders. Alaska Rent-A-Car, Inc., plaintiff in this action, hereby consents to the withdrawal of Bankston Gronning O'Hara, P.C. as its attorneys herein.

DATED this 11th day of July, 2008.

ALASKA RENT-A-CAR, INC.

By: _____
Robert Halcro, President

BANKSTON GRONNING O'HARA, P.C.
Attorneys at Law
601 W. 5th Avenue, Suite 900
Anchorage, Alaska 99501
Tel. (907) 276-1711 - Fax (907) 279-5358
www.bankston.to

Plaintiff requests that the withdrawal of Bankston Gronning O'Hara in this action be permitted, and affirms that it is adequately and sufficiently represented by the law firm of Feldman Orlansky & Sanders. Alaska Rent-A-Car, Inc., plaintiff in this action, hereby consents to the withdrawal of Bankston Gronning O'Hara, P.C. as its attorneys herein.

DATED this 11TH day of July, 2008.

                              ALASKA RENT-A-CAR, INC.

                              By: _____
                                  Mary Halcro, Vice President

BANKSTON GRONNING O'HARA, P.C.
Attorneys at Law
601 W. 5th Avenue, Suite 900
Anchorage, Alaska 99501
Tel. (907) 276-1711 · Fax (907) 279-5358
www.bankston.to