IN THE DISTRICT COURT FOR THE DISTRICT OF ALASKA

THIRD JUDICIAL DISTRICT AT ANCHORAGE

| | |
|---|---|
| ALASKA RENT-A-CAR, INC., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>CENDANT CORPORATION, AVIS RENT A )<br>CAR SYSTEM, INC., AVIS GROUP )<br>HOLDINGS, INC.,   CENDANT CAR )<br>RENTAL GROUP, INC., AVIS CAR )<br>RENTAL GROUP, INC., and BUDGET )<br>RENT A CAR SYSTEM, INC. )<br>)<br>Defendants. )<br>) | Case No. 3:03-cv-00029-TMB |

## ORDER GRANTING
## MOTION FOR WITHDRAWAL OF COUNSEL, BANKSTON GRONNING O'HARA

The Court having considered Alaska Rent-A-Car Inc.'s Motion for Withdrawal of Counsel at Docket 376, the Motion is GRANTED. IT IS HEREBY ORDERED that Bankston Gronning O'Hara shall be permitted to withdraw and Plaintiff shall be represented by the law firm of Feldman Orlansky and Sanders.

Dated this 22nd day of July, 2008.

/s/ Timothy M. Burgess
TIMOTHY M. BURGESS
U.S. DISTRICT COURT JUDGE