Jeffrey M. Feldman
ALASKA BAR NO. 7605029
William D. Falsey
ALASKA BAR NO. 0511099
FELDMAN ORLANSKY & SANDERS
500 L Street, Suite 400
Anchorage, Alaska 99501
907.272.3538
907.274.0819 (Fax)

Ralph H. Palumbo
WASHINGTON STATE NO. 04751
SUMMIT LAW GROUP PLLC
315 Fifth Avenue South, Suite 1000
Seattle, Washington 98104-2682
206.676.7000
206.676.7001 (Fax)

*Counsel for Plaintiff*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA AT ANCHORAGE

| | |
|---|---|
| ALASKA RENT-A-CAR, INC., | ) Case No. 3:03-cv-00029-TMB |
| Plaintiff, | ) |
| v. | ) |
| CENDANT CORPORATION, AVIS RENT A CAR SYSTEM, INC., AVIS GROUP HOLDINGS, INC., CENDANT CAR RENTAL GROUP, INC., AVIS CAR RENTAL GROUP, INC., and BUDGET RENT A CAR SYSTEM, INC. | ) **MOTION AND APPLICATION OF NON-RESIDENT ATTORNEY FOR PERMISSION TO APPEAR AND PARTICIPATE IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA** |
| Defendants. | ) |

*Alaska Rent-A-Car, Inc. v. Cendant Corp., et al.*   Case No. 3:03-cv-00029-TMB
Motion and Application of Non-Resident Attorney for Permission to Appear
and Participate in the United States District Court for the District of Alaska   Page 1 of 3

### MOTION AND APPLICATION OF NON-RESIDENT ATTORNEY FOR PERMISSION TO APPEAR AND PARTICIPATE IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA

Pursuant to D.Ak LR 83.1(d), attorney Ralph Howard Palumbo with SUMMIT LAW GROUP PLLC, located at 315 Fifth Avenue South, Suite 1000, Seattle, Washington 98104-2682  (Telephone: (206) 676-7000), applies for permission to appear and participate as co-counsel for plaintiff, Alaska Rent-A-Car, Inc. in the above-captioned matter.

Mr. Palumbo will associate with the undersigned, Jeffrey M. Feldman, a member of the Bar of this Court, who maintains an office at a place within the district, with whom the Court and opposing counsel may readily communicate regarding this case.  My consent in support of this motion is filed herein and a Declaration of Mr. Palumbo is attached as Exhibit 1.

Mr. Palumbo is a member in good standing of the Bar of Washington State. A copy of his Washington State Bar Association certification is attached as Exhibit 2.

Dated this 4th day of August, 2008, in Anchorage, Alaska.

**FELDMAN ORLANSKY & SANDERS**

 /s/ JEFFREY M. FELDMAN
Jeffrey M. Feldman
Email:  feldman@frozenlaw.com
AK Bar No. 7605029
500 L Street, Suite 400
Anchorage, Alaska 99501

*Alaska Rent-A-Car, Inc. v. Cendant Corp., et al.*                              Case No. 3:03-cv-00029-TMB
Motion and Application of Non-Resident Attorney for Permission to Appear
and Participate in the United States District Court for the District of Alaska          Page 2 of 3

SUMMIT LAW GROUP PLLC
315 Fifth Avenue South, Suite 1000
Seattle, Washington  98104-2682

*Counsel for Plaintiff*

## CONSENT OF LOCAL COUNSEL

The undersigned consents and moves for the granting of the application of Ralph Howard Palumbo to appear and participate as co-counsel in this action on behalf of the above-listed plaintiff.  The undersigned is authorized to practice law in the State of Alaska and is admitted to the United States District Court for the District of Alaska.

Dated this 4th day of August, 2008.

**FELDMAN ORLANSKY & SANDERS**

/s/ JEFFREY M. FELDMAN
Jeffrey M. Feldman
AK Bar No. 7605029
500 L Street, Suite 400
Anchorage, Alaska 99501

## CERTIFICATE OF SERVICE

I hereby certify that on the 4th day of August, 2008, a copy of the foregoing document was served electronically on J. Dienelt, B. Heller, D. Ruskin, H. Trickey, and D. Vallentine.

s/ Jeffrey M. Feldman

*Alaska Rent-A-Car, Inc. v. Cendant Corp., et al.*                              Case No. 3:03-cv-00029-TMB
Motion and Application of Non-Resident Attorney for Permission to Appear
and Participate in the United States District Court for the District of Alaska          Page 3 of 3