## DECLARATION OF NON-RESIDENT ATTORNEY

Full Name: __Ralph Howard Palumbo__

Business Address: __Summit Law Group PLLC, 315 Fifth Avenue So., Suite 1000__
(Mailing/Street)
__Seattle, Washington 98104-2682__
(City, State, Zip)

Residence: __The Highlands__
(Mailing/Street)
__Seattle, Washington 98177__
(City, State, Zip)

Business Telephone: __(206) 676-7000__ ; E-mail Address: __ralphp@summitlaw.com__

Other Names/Aliases: None

Jurisdictions to Which Admitted and year of Admission: *See* attached Exhibit A.

Are you the subject of any pending disciplinary proceeding in any jurisdiction to which admitted?

Yes __ No _X_ (If yes, provide details on a separate attached sheet)

Have you ever been suspended from practice or disbarred in any jurisdiction to which admitted?

Yes __ No _X_ (If yes, provide details on a separate attached sheet)

In accordance with D.AK. LR 83.1(d)(4)[A](vi), I certify I have read the District of Alaska local rules by visiting the Court's website at http://www.akd.uscourts.gov and understand that the practices and procedures of this Court may differ from the practices and procedures in the courts to which I am regularly admitted.

A Certificate of Good Standing from a jurisdiction to which I have been admitted is attached. Pursuant to 28 U.S.C. §1746, I hereby declare under penalty of perjury that the foregoing information is true, correct, and accurate.

DATED this _25th_ day of _July_, 2008.

(Signature of Applicant)

**EXHIBIT 1**
**Page 1 of 2 Pages**

# COURT ADMITTANCES
## Ralph Howard Palumbo

*Admitted to Washington State Bar Assn. in 1972 (# 04751)*

| | |
|---|---|
| U.S. District Court, Western District of Washington | 1993 |
| U.S. Court of Appeals, Ninth Circuit | 1993 |
| Superior Court for the State of Alaska, Third Judicial District, Anchorage (pro hac vice) | Dec. 1995 |
| U.S. District Court for the District of Idaho (pro hac vice) | 1999 |
| U.S. District Court for the West. Div. of Missouri, S.W. Division. (pro hac vice) | 2000 |
| U.S. District Court, District of Northern California | Nov. 23, 1982 |
| Supreme Court of the State of Alaska (pro hac vice) | 2001 |
| Supreme Court of the United States | Apr. 2001 |
| U.S. District Court, District of Southern California (pro hac vice) | 1991 and Jan. 2002 |
| U.S. District Court for the District of Utah, Salt Lake City (pro hac vice) | 1996 & 2002 |
| Superior Court for the State of California, County of Los Angeles (pro hac vice) | Jan. 2002 |
| Missouri Circuit Court, Twenty-Second Judicial District (pro hac vice) | 2002 |
| U.S. District Court, Eastern District of Washington | 2003 |
| U.S. District Court, Northern District of Texas, Dallas Division | Aug. 2004 |
| U.S. District Court, District of Montana, Butte and Missoula Divisions (pro hac vice) | Nov. 2004 |
| Circuit Court of the State of Oregon, Clackamas County (pro hac vice) | Jan. 2005 |
| Montana Second Judicial District Court, Silver Bow County (pro hac vice) | Mar. 2006 |
| Circuit Court of the State of Oregon, Umatilla County (pro hac vice) | June 2007 |
| Circuit Court of Cook County, Illinois (pro hac vice) | June 2007 |