Jeffrey M. Feldman
ALASKA BAR NO. 7605029
William D. Falsey
ALASKA BAR NO. 0511099
FELDMAN ORLANSKY & SANDERS
500 L Street, Suite 400
Anchorage, Alaska 99501
907.272.3538
907.274.0819 (Fax)

Ralph H. Palumbo
WASHINGTON STATE NO. 04751
SUMMIT LAW GROUP PLLC
315 Fifth Avenue South, Suite 1000
Seattle, Washington  98104-2682
206.676.7000
206.676.7001 (Fax)

*Counsel for Plaintiff*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA AT ANCHORAGE

| | |
|---|---|
| ALASKA RENT-A-CAR, INC., | ) Case No. 3:03-cv-00029-TMB |
| Plaintiff, | ) |
| v. | ) **(PROPOSED)** |
| | ) **ORDER GRANTING** |
| CENDANT CORPORATION, AVIS RENT A CAR SYSTEM, INC., AVIS GROUP HOLDINGS, INC., CENDANT CAR RENTAL GROUP, INC., AVIS CAR RENTAL GROUP, INC., and BUDGET RENT A CAR SYSTEM, INC. | ) **MOTION AND APPLICATION OF NON-RESIDENT ATTORNEY FOR PERMISSION TO APPEAR AND PARTICIPATE IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA** |
| Defendants. | ) |

*Alaska Rent-A-Car, Inc. v. Cendant Corp., et al.*      Case No. 3:03-cv-00029-TMB
(Proposed) Order Granting Motion and Application of Non-Resident Attorney
for Permission to Appear and Participate in the United States District Court
for the District of Alaska                                              Page 1 of 2

# (PROPOSED) ORDER GRANTING
# MOTION AND APPLICATION OF NON-RESIDENT ATTORNEY
# FOR PERMISSION TO APPEAR AND PARTICIPATE IN THE
# UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA

The Motion and Application of Ralph Howard Palumbo to appear as co-counsel on behalf of plaintiff, Alaska Rent-A-Car, Inc., in the above-referenced case is GRANTED.

ENTERED this _____ day of _____, 2008.

_____
TIMOTHY M. BURGESS
U. S. District Court Judge

**CERTIFICATE OF SERVICE**

I hereby certify that on the 4th day of August, 2008, a copy of the foregoing document was served electronically on J. Dienelt, B. Heller, D. Ruskin, H. Trickey, and D. Vallentine.

s/ Jeffrey M. Feldman

*Alaska Rent-A-Car, Inc. v. Cendant Corp., et al.*   Case No. 3:03-cv-00029-TMB
(Proposed) Order Granting Motion and Application of Non-Resident Attorney
for Permission to Appear and Participate in the United States District Court
for the District of Alaska   Page 2 of 2