```
              UNITED STATES
              DISTRICT COURT
               District of Alaska
               Anchorage Division

             #  00133316  -  NL
               August 5, 2008


     Code    Case #    Qty      Amount

     6855XX-N 03-29                150.00 CK


           TOTAL→          150.00


     FROM: FELDMAN ORLANSKY & SANDERS
           FOR RALPH HOWARD PALUMBO
           NON-RESIDENT ATTORNEY FEE
           3:03-CV-00029-TMB
```