John F. Dienelt, Esq.
Barry M. Heller, Esq.
Scott McIntosh, Esq.
DLA Piper US LLP
1200 Nineteenth Street, N.W.
Washington, DC 20036-2412
(202) 861-3880 (telephone)
(202) 223-2085 (fax)

Howard S. Trickey, Esq.
Diane F. Vallentine, Esq.
Jermain, Dunnagan & Owens, P.C.
3000 A Street, Suite 300
Anchorage, Alaska 99503
(907) 563-8844 (telephone)
(907) 563-7322 (fax)

Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA
AT ANCHORAGE

| | |
|---|---|
| ALASKA RENT-A-CAR, INC., an Alaska Corporation, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) Case No. 3:03-cv-00029-TMB |
| CENDANT CORPORATION, AVIS RENT-A-CAR SYSTEM, INC., AVIS GROUP HOLDINGS, INC., CENDANT CAR RENTAL GROUP, INC., AVIS CAR RENTAL GROUP, INC., and BUDGET RENT A CAR SYSTEM, INC., | ) ) ) ) ) ) ) |
| Defendants. | ) ) |

**UNOPPOSED MOTION TO RE-SCHEDULE TRIAL DATE**

{00207412 }

LAW OFFICES OF
**JERMAIN DUNNAGAN & OWENS**
A PROFESSIONAL CORPORATION
3000 A STREET, SUITE 300
ANCHORAGE, ALASKA 99503
(907) 563-8844
FAX (907) 563-7322

Defendants request the Court to re-schedule the currently set pretrial and trial dates and convene a short scheduling conference at the court's convenience to determine new dates. Plaintiff's counsel, Jeffrey Feldman, has authorized the undersigned to state that plaintiff does not oppose this request.

The principal reason why defendants seek this re-scheduling is to accommodate the schedule of their lead counsel, John Dienelt. Mr. Dienelt teaches as an adjunct professor at Georgetown Law Center. His seminar meets once a week, on Thursday afternoon. Because most of the Georgetown students appear to have jobs, complicating their schedules, it has proved nearly impossible to reschedule classes – a difficulty of which Mr. Dienelt was not aware at the time the pretrial and trial dates for March 2009 were set. Mr. Dienelt would prefer not to have students forced to miss make-up classes that he would need to schedule if the current March dates hold because of their other school and work commitments. The spring term ends on April 25. An additional reason for the motion is that, once this Court resolves the pending motion regarding the scope of damages, the parties may need additional time to prepare for trial.

Respectfully submitted this 8th day of August, 2008.

> JERMAIN DUNNAGAN & OWENS P.C.
> Attorneys for Defendants
> By:  s/Howard S. Trickey
>     Howard S. Trickey
>     3000 A Street, Suite 300
>     Anchorage, Alaska 99503
>     (907) 563-8844 (telephone)
>     (907) 563-7322 (fax)
>     Email: htrickey@jdolaw.com
>     Alaska Bar No. 7610138

LAW OFFICES OF
**JERMAIN DUNNAGAN & OWENS**
A PROFESSIONAL CORPORATION
3000 A STREET, SUITE 300
ANCHORAGE, ALASKA 99503
(907) 563-8844
FAX (907) 563-7322

UNOPPOSED MOTION TO RE-SCHEDULE TRIAL DATE                                                PAGE 2 OF 3
*ALASKA RENT-A-CAR, INC. V. CENDANT CORPORATION, ET AL.*
CASE NO. 3:03-CV-29-TMB

John F. Dienelt, Esq.
Barry M. Heller, Esq.
Scott McIntosh, Esq.
DLA Piper US LLP
500 Eighth Street, NW
Washington, D.C.  20004
(202) 799-4270 (telephone)
(202) 799-5000 (fax)

**CERTIFICATE OF SERVICE**

This is to certify that on this 8th day of August, 2008, a true and correct copy of the foregoing document was served electronically on J. Dienelt, B. Heller, J. Feldman, S. Orlansky, D. Ruskin, and D. Vallentine.

  *s/Howard S. Trickey*

LAW OFFICES OF
**JERMAIN DUNNAGAN & OWENS**
A PROFESSIONAL CORPORATION
3000 A STREET, SUITE 300
ANCHORAGE, ALASKA  99503
(907) 563-8844
FAX (907) 563-7322