IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA
AT ANCHORAGE

| | |
|---|---|
| ALASKA RENT-A-CAR, INC., an Alaska Corporation,<br><br>        Plaintiff,<br><br>        v.<br><br>CENDANT CORPORATION, AVIS RENT-A-CAR SYSTEM, INC., AVIS GROUP HOLDINGS, INC., CENDANT CAR RENTAL GROUP, INC., AVIS CAR RENTAL GROUP, INC., and BUDGET RENT A CAR SYSTEM, INC.,<br><br>        Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>) Case No. 3:03-cv-00029-TMB<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## **[PROPOSED] ORDER GRANTING MOTION TO RE-SCHEDULE TRIAL DATE**

Upon consideration of the Unopposed Motion To Re-Schedule Trial Date, it is hereby

ORDERED THAT the motion is granted; and it is

FURTHER ORDERED that a scheduling conference is set for _____, 2008 at _____ ___.m. to establish new trial and related dates.

DATED at Anchorage, Alaska, this _____ day of August, 2008.


_____
Timothy M. Burgess
U.S. District Court Judge

**CERTIFICATE OF SERVICE**

This is to certify that on this 8th day of August, 2008, a true and correct copy of the foregoing document was served electronically on J. Dienelt, B. Heller, J. Feldman, S. Orlansky, D. Ruskin, and D. Vallentine.

　s/Howard S. Trickey