John F. Dienelt, Esq.
Barry M. Heller, Esq.
Scott McIntosh, Esq.
DLA Piper US LLP
1200 Nineteenth Street, N.W.
Washington, DC 20036-2412
(202) 861-3880 (telephone)
(202) 223-2085 (fax)

Howard S. Trickey, Esq.
Diane F. Vallentine, Esq.
Jermain, Dunnagan & Owens, P.C.
3000 A Street, Suite 300
Anchorage, Alaska 99503
(907) 563-8844 (telephone)
(907) 563-7322 (fax)

Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA
AT ANCHORAGE

| | | |
|---|---|---|
| ALASKA RENT-A-CAR, INC., an Alaska Corporation, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Case No. 3:03-cv-00029-TMB |
| CENDANT CORPORATION, AVIS RENT-A-CAR SYSTEM, INC., AVIS GROUP HOLDINGS, INC., CENDANT CAR RENTAL GROUP, INC., AVIS CAR RENTAL GROUP, INC., and BUDGET RENT A CAR SYSTEM, INC., | ) ) ) ) ) ) ) | |
| Defendants. | ) ) | |

**JOINT STATUS REPORT**

LAW OFFICES OF
**JERMAIN DUNNAGAN & OWENS**
A PROFESSIONAL CORPORATION
3000 A STREET, SUITE 300
ANCHORAGE, ALASKA 99503
(907) 563-8844
FAX (907) 563-7322

{00208321 }

On August 13, 2008, at Docket 386, the Court ordered the parties to file a status report with two proposed mutually accepted trial dates in June 2009. The parties have conferred and report to the Court:

1.    Counsel for plaintiff, Jeff Feldman, and co-counsel for defendants, Howard Trickey, have existing trial conflicts in June 2009. They, and lead counsel for defendants, John Dienelt, also have conflicts in July.

2.    Counsel for plaintiff and defendants jointly request that the Court consider scheduling the trial for the two-week period, beginning August 17, 2009, or alternatively, for a two-week period beginning on either September 21, 2009, or September 28, 2009.

3.    If none of these dates is convenient for the Court, the parties request a scheduling conference to select a date that is available for all parties and the Court.

Respectfully submitted,

FELDMAN ORLANSKY & SANDERS
Attorneys for Plaintiffs

Dated:  August 14, 2008          By:   *s/Jeffrey M. Feldman* (by consent)
                                  Jeffrey M. Feldman
                                  500 L Street, Suite 400
                                  Anchorage, AK  99501
                                  (907) 272-3538 (telephone)
                                  (907) 274-0819 (fax)
                                  Email:  feldman@frozenlaw.com
                                  Alaska Bar No. 7605029

LAW OFFICES OF
**JERMAIN DUNNAGAN & OWENS**
A PROFESSIONAL CORPORATION
3000 A STREET, SUITE 300
ANCHORAGE, ALASKA 99503
(907) 563-8844
FAX (907) 563-7322

JERMAIN DUNNAGAN & OWENS P.C.
Attorneys for Defendants


Dated:  August 14, 2008          By:   *s/Howard S. Trickey*
                                       Howard S. Trickey
                                       3000 A Street, Suite 300
                                       Anchorage, Alaska 99503
                                       (907) 563-8844 (telephone)
                                       (907) 563-7322 (fax)
                                       Email:  htrickey@jdolaw.com
                                       Alaska Bar No. 7610138


**CERTIFICATE OF SERVICE**

This is to certify that on this 14th day of August, 2008, a true and correct copy of the foregoing document was served electronically on J. Dienelt, B. Heller, J. Feldman, S. Orlansky, D. Ruskin, and D. Vallentine.


*s/Howard S. Trickey*

LAW OFFICES OF
**JERMAIN DUNNAGAN & OWENS**
A PROFESSIONAL CORPORATION
3000 A STREET, SUITE 300
ANCHORAGE, ALASKA 99503
(907) 563-8844
FAX (907) 563-7322