IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA
AT ANCHORAGE

ALASKA RENT-A-CAR, INC., an    )
Alaska Corporation,    )
    )
    Plaintiff,    )
    )
    v.    )    Case No. 3:03-cv-00029-TMB
    )
CENDANT CORPORATION,    )
AVIS RENT-A-CAR SYSTEM, INC.,    )
AVIS GROUP HOLDINGS, INC., CENDANT )
CAR RENTAL GROUP, INC., AVIS CAR    )
RENTAL GROUP, INC., and BUDGET RENT )
A CAR SYSTEM, INC.,    )
    )
    Defendants.    )
_____)

## ORDER GRANTING MOTION TO RE-SCHEDULE TRIAL DATE

Upon consideration of the Unopposed Motion To Re-Schedule Trial Date, it is hereby ordered that a hearing to establish a new trial date is unnecessary and it is

ORDERED THAT the Motion to Reschedule Trial Date is granted; and it is

FURTHER ORDERED that Trial is now set for September 21, 2009. An Amended Pretrial Order shall issue forthwith.

DATED at Anchorage, Alaska, this 19th day of August, 2008.

/s/ Timothy M. Burgess
TIMOTHY M. BURGESS
U.S. DISTRICT COURT JUDGE