# UNITED STATES DISTRICT COURT,
## District of Alaska
## Exhibit List

**Alaska Rent-A-Car, Inc. v. Cendant Corporation, et al.**

Case No. 3:03-cv-029-TMB

| **Presiding Judge:** | **Plaintiff's Attorney:** | **Defendants' Attorney:** |
|---|---|---|
| Timothy M. Burgess | Jeffrey M. Feldman<br>Ralph H. Palumbo | Howard S. Trickey<br>John F. Dienelt |

| **Trial Date(s):** | **Court Reporter:** | **Courtroom Deputy:** |
|---|---|---|
| September 21, 2009 –<br>October 2, 2009 | | Caroline Edmonds |

| Plf. Ex. | Def. Ex. | Bates No. | Offered | Admitted | Description of Exhibit | Limitation on use |
|---|---|---|---|---|---|---|
| | A | A00048-00065 | ID | | Agency Settlement Agreement | |
| | B | A 0376-0411; A 0807-A 0818; A 45205-45216; A 59965-59976; A 82404-82416; AVIS 200011-200034 | | ADM | ARAC Audited Financial Statements (1998-2007) | |
| | C | A 100036-100040 | | ADM | ARAC partial year 2008 Unaudited Financial Statements | |
| | D | A 33527-33805; A | | ADM | ARAC Tax Returns (1996-2005) | |

| Plf. Ex. | Def. Ex. | Bates No. | Offered | Admitted | Description of Exhibit | Limitation on use |
|---|---|---|---|---|---|---|
| | | 50491-50535; A 63320-63359; A 82417-82456 | | | | |
| | E | A 1031-1039; A 1046-1051; A 45001-45002; A 49979; A 100000-100004; A 100009-100010; A 10033-00035; AVIS 200001-200010 | ID | | Airport Market Share Documents | |
| | F | AVIS 200035 | ID | | Chart – "Shares of Anchorage, Fairbanks, and Juneau Markets" | |
| | G | AVIS 200036 | | ADM | Chart – "Annual Revenue of Outlets at Major Airports" | |
| | H | A 35594-35613 | ID | | State of Alaska bid package | |
| | I | A 44356 | | ADM | Reservation turndowns May through September 2003 | |
| | J | A 44987 | | ADM | Anchorage Airport Market December 2003 figures and year end totals | |
| | K | AVIS 08910- | ID | | Sales Incentive Plans | |

| Plf. Ex. | Def. Ex. | Bates No. | Offered | Admitted | Description of Exhibit | Limitation on use |
|---|---|---|---|---|---|---|
| | | 8917; AVIS 09037-9042; AVIS 39574 – 39582; AVIS 39676 – 39679 | | | | |
| | L | AVIS 09014-9031 | ID | | "Our Mission" Powerpoint | |
| | M | AVIS 200049-200050 | | ADM | Finch CV | |
| | N | AVIS 200037 | | ADM | Finch Chart 1 ("Alaska Rent-a-Car's Gross Revenue") | |
| | O | AVIS 200038 | | ADM | Finch Chart 2 ("Alternate Measures of ARAC Total Sales") | |
| | P | AVIS 200039 | | ADM | Finch Chart 3 ("Alternate Measures of ARAC Total Sales" with Anderson data through 2008) | |
| | Q | AVIS 200040 | | ADM | Finch Chart 4 ("Cash Flow (Finch)") | |
| | R | AVIS 200041 | | ADM | Finch Chart 5 ("Revenue, Capital and Other Costs, and Cash Flow Without Litigation") | |
| | S | AVIS 200042 | | ADM | Finch Chart 6 ("Expenses as a Percentage of Revenue") | |

| Plf. Ex. | Def. Ex. | Bates No. | Offered | Admitted | Description of Exhibit | Limitation on use |
|---|---|---|---|---|---|---|
| | T | AVIS 200043 | | ADM | Finch Chart 7 ("Shares of Anchorage, Fairbanks, and Juneau Markets") | |
| | U | AVIS 200044 | | ADM | Finch Chart 8 ("Anderson Calculations") | |
| | V | AVIS 200045 | | ADM | Finch Chart 9 ("Anderson Calculations") | |
| | W | AVIS 200046 | | ADM | Finch Chart 10 ("Anderson Projections and Actual Market Shares") | |
| | X | AVIS 200047 | | ADM | Finch Chart 11 ("Anderson Projections and Actual Market Shares") | |
| | Y | AVIS 200048 | | ADM | Finch Chart 12 ("Market Shares in Juneau With and Without a Budget Franchise") | |
| | Z | AVIS 200051-200052 | | ADM | Abrams CV | |
| | AA | AVIS 200053-200058 | ID | | Deposition of Andrew J. Halcro (March 27, 2004) | |
| | BB | AVIS 200059-200060 | ID | | Deposition of Andrew J. Halcro (April 3, 2006) | |
| | CC | AVIS 200061-200065 | ID | | Deposition of Barbara Halcro (March 29, 2004) | |
| | DD | AVIS 200066-200067 | ID | | Deposition of Robert Halcro (March 27, 2004) | |
| | EE | AVIS 200068-200069 | ID | | Deposition of Robert Halcro (March 28, 2004) | |

| Plf. Ex. | Def. Ex. | Bates No. | Offered | Admitted | Description of Exhibit | Limitation on use |
|---|---|---|---|---|---|---|
| | FF | AVIS 200070-200074 | ID | | Deposition of Gary Zimmerman (March 3, 2004) | |

**CERTIFICATE OF SERVICE**

This is to certify that on this 14th day of August, 2009, a true and correct copy of the foregoing document was served electronically on:

Jeff Feldman, Esq.
Susan Orlansky, Esq.
Ralph H. Palumbo, Esq.
John F. Dienelt, Esq.
Barry M. Heller, Esq.
Diane F. Vallentine, Esq.

   *s/Howard S. Trickey*