IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA AT ANCHORAGE

ALASKA RENT-A-CAR, INC. v. CENDENT CORPORATION, et al.

Case No. 3:03-cv-00029

**PLAINTIFF'S TRIAL EXHIBIT LIST**

| Presiding Judge: | Timothy M. Burgess |
|---|---|
| Plaintiff's Attorneys: | Jeffrey M. Feldman, Feldman Orlansky & Sanders<br>Ralph H. Palumbo, Summit Law Group PLLC |
| Defendants' Attorneys: | Howard S. Trickey, Jermain Dunnagan & Owens, P.C.<br>John F. Dienelt, DLA Piper US LLP |
| Trial Dates: | September 21, 2009 – October 2, 2009 |
| Courtroom Deputy: | Caroline Edmonds |

| Plt. Ex. | Def. Ex. | Bates No. | Offered | Accepted | Description of Exhibit | Limitations on use |
|---|---|---|---|---|---|---|
| 1 | | A 0007 – A 0026(k) | ID | | ARAC License Agreements (April 7, 1956) | |
| 2 | | AVIS 35604; AVIS 35617 | ID | | Avis Rent-A-Ca Strategic Plan 2003 (September 30, 2002) | |
| 3 | | A80088 – A80115 | ID | | Agency Settlement Agreement (June 19, 2005) | |
| 4 | | A 0064 – A 0065 | | ADM | Statement of Joinder (July 24, 2001) | |
| 5 | | AVIS 08610 – AVIS 08701 | ID | | CCRG Corporate Strategy Update (September 15, 2003) (partially redacted) | |
| 6 | | AVIS 06071 – AVIS 06098 | ID | | Quarterly Budget Integration Update (June 27, 2003) | |

| Alaska Rent-A-Car, Inc. v. Cendant Corporation, et al.  Plaintiff's Trial Exhibit List | | | | | | 3:03-cv-00029 |
|---|---|---|---|---|---|---|
| Plt. Ex. | Def. Ex. | Bates No. | Offered | Accepted | Description of Exhibit | Limitations on use |
| 7 | | ARAC 5000 - 5038 | ID | | Cendant Investor Day 2006 (June 28, 2005) | |
| 8 | | ARAC 5039 - 5064 | ID | | Avis Budget Group: Presentation to Investors (October 4, 2006) | |
| 9(a) | | ARAC 5065 - 5083 | ID | | Patrick Anderson CV; Representative Clients | |
| 9(b) | | ARAC 5084 | ID | | ARAC 1965 and 1976 Accession Areas | |
| 9(c) | | ARAC 5085 | ID | | Alaska Airports and Alaska Airlines Hubs | |
| 9(d) | | ARAC 5086 | ID | | Alaska Locations w/Rental Agencies (June 2008) | |
| 9(e) | | ARAC 5087 | ID | | Alaska Franchise Rental Agencies (June 2008) | |
| 9(f) | | ARAC 5088 | ID | | US Car Rental Locations (2000 – 2008) | |
| 9(g) | | ARAC 5089 | ID | | US Rental Vehicles in Service (2000 – 2008) | |
| 9(h) | | ARAC 5090 | ID | | US Rental Vehicles in Service per Location | |
| 9(i) | | ARAC 5091 | ID | | US Car Rental Revenue Estimates (2000- 2008) | |
| 9(j) | | ARAC 5092 | ID | | US Rental Revenue Per Location (2000 – 2008) | |
| 9(k) | | ARAC 5093-5094 | ID | | Anchorage Airport Gross Revenues | |
| 9(l) | | ARAC 5095 - 5096 | ID | | Fairbanks Airport Gross Revenues | |
| 9(m) | | ARAC 5097 - 5098 | ID | | Juneau Airport Gross Revenue | |
| 9(n) | | ARAC 5099 - 5100 | ID | | Alaska Major Airports Gross Revenue | |
| 9(o) | | ARAC 5101 | ID | | Budget Capture of Avis Sales | |
| 9(p) | | ARAC 5102 - 5103 | ID | | ARAC Historical Income Statement and Analysis | |
| 9(q) | | ARAC 5104 | ID | | ARAC Operating Expenses (2003 and 2007) | |

| Plt. Ex. | Def. Ex. | Bates No. | Offered | Accepted | Description of Exhibit | Limitations on use |
|---|---|---|---|---|---|---|
| | | | | | **Alaska Rent-A-Car, Inc. v. Cendant Corporation, et al.** **Plaintiff's Trial Exhibit List** | **3:03-cv-00029** |
| 9(r) | | ARAC 5105 | ID | | Discount Rate Estimation | |
| 9(s) | | ARAC 5106 | ID | | Growth Analysis, Alaska Major Airports | |
| 9(t) | | ARAC 5107 | ID | | Avis' Incremental Market Share Loss | |
| 9(u) | | ARAC 5108 | ID | | Lost Profits Due to Breach of Contract | |
| 10 | | ARAC 5109 – 5128 | | ADM | Robert Salerno deposition excerpts (March 11, 2004; August 4, 2005) | |
| 11 | | ARAC 5129 – 5132 | | ADM | Nicholas Sofianopoulos deposition excerpts (January 18, 2006) | |
| 12 | | ARAC 5133 – 5146 | | ADM | Scott Deaver deposition excerpts (November 12, 2003; January 28, 2004; April 14, 2006) | |
| 13 | | ARAC 5147 – 5153 | | ADM | Chuck Fallon deposition excerpts (March 25, 2004) | |
| 14 | | ARAC 5154 – 5166 | | ADM | Steve Kelly deposition excerpts (September 8, 2005; March 13, 2006) | |
| 15 | | ARAC 5167 – 5171 | | ADM | Phillip Hagel deposition excerpts (February 15, 2006) | |
| 16 | | ARAC 5172 – 5176 | | ADM | Thoedore Botimer deposition excerpts (January 27, 2004; July 13, 2005) | |
| 17 | | ARAC 5177 – 5179 | | ADM | Philip W. Dulk, Jr. deposition excerpts (January 20, 2006) | |
| 18 | | ARAC 5180 - 5188 | | ADM | David D. Blaskey deposition excerpts (October 8, 2003) | |